# EXHIBIT 3

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 2 of 427 PageID #:32



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 3 of 427 PageID #:33

- ★ Modern Bedroom Island: Say goodbye to cluttered closet spaces. The warm white dresser island is a beautiful and functional piece that provides ample space for your clothes and accessories. The elegant tone and chic glass top will look great in any bedroom.

- ★ Glass Display Storage: This bedroom closet island provides a stylish and secure space to display your accessories or makeup. It features a glossy glass tabletop and convenient display shelves so you can easily match your outfit for the day.

- ★ High Quality Materials: The white dresser is made of solid MDF boards and high-quality glass, reinforced by a stable structure for long-term stability and durability. The smooth drawer guides bring a comfortable feeling of use.

⌄ Show more

### Warranty & Feedback                                    ⌄

💬 Report an issue with this product or seller

---

**Subtotal**
**$339.00**

Go to Cart

$339.00
Only 12 left in stock - order soon.

1

## Customers who bought this also listened to these Amazon Music podcasts




Crime Junkie



Dateline NBC



The Mel Robbins Podcast



The Fox News Rundown



MrBallen Podcast: Strange, Dark & Mysterious Stories



Morbid

## Similar items in new arrivals for you                      ⋮

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 4 of 427 PageID #:34

   

| Torvex Armoire Bedroom Island, Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop, Display… | HLR 71" Mid-Century Modern Armoire Wardrobe Closet with Doors and Drawers,Wooden Armoire Storage Cabinet with… | iPormis Armoire Wardrobe Closet with Mirror, Bedroom Armoires with 2 Doors, 1 Drawers and 3 Shelves, Large Clothing Storage Cabin… | Unikito Sideboard Buffet Cabinet, 55" Kitchen Buffet with Outlets and Wine Rack, Coffee Bar Cabinet with Drawer & Adjustable Shelf, Side… |
|---|---|---|---|
| $126$^{50}$ | $289$^{99}$ | $259$^{99}$ | $219$^{99}$ |
| $99.99 shipping | FREE Shipping | Get it **Dec 15 - 17**<br>FREE Shipping | Get it **Dec 16 - 18**<br>FREE Shipping |

Subtotal
**$339.00**

Go to Cart

**$339.00**
Only 12 left in stock - order soon.

1

# Videos

Help others learn more about this product by uploading a video!

Upload your video

 **Looking for specific info?**

Ask Rufus or search reviews and Q&A

Does it require assembly?    Is the glass top removable?    What is the weight capacity?

Can it be used in a walk-in closet?

# Product Description

Our modern luxury island-style vanity and storage cabinet, a versatile centerpiece designed to elevate your living space with its elegant contemporary design and multifunctional practicality.

Details
-Brown Glass Tabletop
-Various Forms of Storage Options
-Bottom Large Storage Cabinet
-Graceful Golden Handles

Overall Dimensions: 60.4"L x 18.7"W x 33.1"H
Glass Top Dimensions: 30.1"L x 18.7"W
Side Drawer Dimensions: 15.7"L x 13.2"W x 6.7"H
Color: White
Top Weight Capacity: 165LBS

Overall Product Weight: 167.6LBS
Material: MDF + Glass

Level of Assembly: Full Assembly Needed
Suggested Number of People: 2
Warranty Time: Six Months  (Manufacture Defect)
Number of Package: 2
Country of Origin: China

RuiSiSi Notice:
All colors on our website are for reference only, actual product colors may vary a little bit, due to different color settings of every screen device.
Please note: most of our furniture is hand-measured, therefore the dimensions are for reference only, and may marginally deviate.

Subtotal
**$339.00**

Go to Cart



**$339.00**
Only 12 left in
stock - order
soon.

1

## Important information

### Safety Information

Exceeding the weight limit of 165 pounds on the glass top may cause damage, and proper assembly is required for stability.

## Similar brands on Amazon

Sponsored



ZEDODIER Tank Top Hanger, Rotatable
Bra Organzier for Closet, Max 24 Stora…
4.7 ★★★★☆ 2,041
$9.99



Nicetree 360° Rotating Jewelry Cabinet
with Lights - Full-Length Mirror Jewelr…
4.7 ★★★★☆ 1,961
$177.77



LVSOMT 360° Rotating Jewelry Mirror
Cabinet with LED Lights and Lock -…
4.5 ★★★★☆ 829
$98.99  Typical: $109.99



Bamb
Clothi
3.6 ★
$69.9

## Customer reviews

★★★★☆  4.4 out of 5

12 global ratings

| | | |
|---|---|---|
| 5 star | | 54% |
| 4 star | | 37% |
| 3 star | | 9% |
| 2 star | | 0% |
| 1 star | | 0% |

### Reviews with images

See all photos ›

     

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 6 of 427 PageID #:36

How customer reviews and ratings work ⌄

## Top reviews from the United States

 Danni

★★★★★ **Beautiful piece!!!**

Reviewed in the United States on February 18, 2025

**Verified Purchase**

I researched and looked everywhere for months before buying this island. I needed something that was narrow, still provided lots of storage and was beautiful. The colored glass gives the piece a nice contrast to the white. It provides a really classy look to the whole room.

It took me about 4 hrs to finish and I did it alone. Take your time and go step by step. Take all of the parts and put them in order by number around the work space. Always read one step ahead before you do the step you are on. It helps to understand why your doing what your doing.

The boxes were very heavy, but I found that the way you are instructed, it was not difficult to put together in the same space that it was going to go.

Give yourself space to move around the piece

I give this 5 stars because of the weight, quality materials, beautiful design, awesome price and overall tied the whole walk in closet together. It was the final construction in the room and I couldn't be happier (and proud of myself… :) once it was done. It's an awesome project if you're looking to challenge yourself as a beginner.

7 people found this helpful

Helpful | Report

kristi

★★★★☆ **Great product but not fun to put together**

Reviewed in the United States on April 28, 2025

**Verified Purchase**

I love this in my closet but it is a pain to put together!!!

Helpful | Report

Avlc8

★★★★★ **Great Value**

Reviewed in the United States on June 27, 2024

**Verified Purchase**

It took some time to put together but it was worth it. Great value for what you get. We even put our own twist on it my adding our own crystal knobs. It looks like a custom island made for a walk in closet!

15 people found this helpful

Subtotal
**$339.00**

Go to Cart



**$339.00**
Only 12 left in stock - order soon.

1

Helpful     |     Report

**Sarah Garman**

★★★★☆ **Looks good**

Reviewed in the United States on February 1, 2025

**Verified Purchase**

We just got this today and put together, it does take awhile but it is good looking and heavy. One weird thing, the black tracks that make the shelves movable had a sticky clear substance all over them, I'm guessing it's grease but not sure? I've never had grease already put on something like that?

One person found this helpful

Helpful     |     Report

**Tracie smith**

★★★★★ **Jewelry organizer**

Reviewed in the United States on September 2, 2025

**Verified Purchase**

Love

Helpful     |     Report

**AS802**

★★★☆☆ **Overall looks nice, but quality check could be better**

Reviewed in the United States on August 18, 2024

**Verified Purchase**

We bought this as a solution to not having a dresser in our walk-in closet. Overall the package was delivered on a timely manner. The box is really heavy and it took 2 of us about 10 hrs of working to get it fully assembled. We took off 2 stars because after getting it assembled we noticed blemishes/chips on the wood outside - of course we weren't going to disassemble it and return it so that was really disappointing. For something this price, I wasn't expecting all wood quality, but I was expecting an aesthetically pleasing island. Also, as everyone is wondering - it's not double sided; but the back is finished so it doesn't stick out.

3 people found this helpful

Helpful     |     Report

**Amazon Customer**

★★★★★ **Very hard to build, but worth it**

Reviewed in the United States on December 26, 2024

**Verified Purchase**

Built a walk-in closet of my wife she loved it

Subtotal
**$339.00**

Go to Cart



**$339.00**
Only 12 left in stock - order soon.

1

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 8 of 427 PageID #:38

2 people found this helpful

Helpful          | Report

See more reviews ›



Subtotal
**$339.00**

Go to Cart

**$339.00**
Only 12 left in
stock - order
soon.

1

Back to top

**Get to Know Us**

Careers

Amazon
Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your
Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery
Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub
Partner

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates &
Policies

Amazon Prime

Returns &
Replacements

Manage Your
Content and Devices

Recalls and Product
Safety Alerts

Registry & Gift List

Help

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 9 of 427 PageID #:39



› See More Ways to Make Money

**Subtotal**
**$339.00**

Go to Cart

$339.00
Only 12 left in stock - order soon.

1

amazon          English          United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 11 of 427 PageID #:41

- Abundant Storage Solutions: From cherished trinkets to everyday essentials, this cabinet offers a sanctuary for your belongings. Its array of storage compartments—six ample drawers and thoughtfully designed open shelves—provide a sanctuary for organization, ensuring everything has its designated place.

- Effortless Organization at Your Fingertips: Bid farewell to clutter-induced chaos and embrace the serenity of seamless organization. With its intuitive

Show more

### Warranty & Feedback ⌄

Report an issue with this product or seller

Subtotal
**$339.00**

Go to Cart

**$339.00**
Only 12 left in stock - order soon.

1

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## ✦ Looking for specific info?

Ask Rufus or search reviews and Q&A →

Does it require assembly?     Is the glass tabletop durable?     Can it be used in a bathroom?

What is the weight capacity?

## Product Description

Main Color:
Cream White
Main Material:
MDF+glass
Product Dimensions
Assembled Length (in.):
60.40
Assembled Width (in.):
18.70
Assembled Height (in.):
33.10
Product Weight (lbs.):
167.60

## Customer reviews

No customer reviews

5 star ▭▭▭▭▭▭▭▭ 0%

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 12 of 427 PageID #:42

| | | |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ∨

Subtotal
**$339.00**

Go to Cart



$339.00

Only 12 left in stock - order soon.

1

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

🌐 English ⇅    🇺🇸 United States

| | | | | | |
|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** | **Amazon Web Services** | **Audible** | **Box Office Mojo** Find Movie Box Office Data |

12/11/25, 11:35 AM

Amazon.com: Multi-Functional Stand vanity,Dresser and Storage Cabinet with Glass Tabletop,Display Shelf,6 Drawers for Magic Wardrobe and Bedroom,for Bedroom : Home & Kitchen

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 13 of 427 PageID #:43

Experienced Pros
Happiness
Guarantee

Scalable Cloud
Computing
Services

Listen to Books &
Original
Audio
Performances

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Subtotal
**$339.00**

Go to Cart

**$339.00**
Only 12 left in
stock - order
soon.

1

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 14 of 427 PageID #:44



Home & Kitchen › Furniture › Accent Furniture › Storage Cabinets



Click to see full view



Ask Rufus

Does it require assembly?   Is the glass tabletop durable?   What materials is it made of?

Ask something else

# Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop, Display Shelf,6 Drawers for Walk-in-Wardrobe and Bedroom, Cream White

Brand: JIJIWANG

5.0 ★★★★★ (1)  |  Search this page

**$172⁹⁹**

Price history

Or $43²⁵ /2 weeks (x4). Select from 3 plans

Get $60 off instantly: Pay $112.99 upon approval for Amazon Visa. No annual fee.

Color: **Cream White**

Size: **60.4"L x 18.7"W x 33.1"H**

## Product details

| | |
|---|---|
| **Color** | Cream White |
| **Size** | 60.4"L x 18.7"W x 33.1"H |
| **Material** | Engineered Wood |
| **Product Dimensions** | 60.4"D x 18.7"W x 33.1"H |
| **Style** | Modern |

See all product specifications ›

## About this item

- Versatile Hub of Utility: This multifunctional marvel isn't just a dresser—it's a dynamic centerpiece designed to streamline your daily routine. Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integrates style with practicality.

**$172⁹⁹**

$179.99 delivery **Monday, January 5**. Details

**Arrives after Christmas. Need a gift sooner?** Send an Amazon Gift Card today by email or text message.

 Deliver to New York 10269

**In stock**

Usually ships within 2 to 3 days.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller   JIJIWANG

Returns   Returnable until Jan 31, 2026

Payment   Secure transaction

˅ See more

**Add a Protection Plan:**
- ☐ 2-Year Protection Plan for $32.99
- ☐ 3-Year Protection Plan for $40.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

Subtotal **$339.00**

Go to Cart

**$339.00**
Only 12 left in stock - order soon.

🗑 1 +

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 15 of 427 PageID #:45

- **Abundant Storage Solutions:** From cherished trinkets to everyday essentials, this cabinet offers a sanctuary for your belongings. Its array of storage compartments—six ample drawers and thoughtfully designed open shelves—provide a sanctuary for organization, ensuring everything has its designated place.

- **Effortless Organization at Your Fingertips:** Bid farewell to clutter-induced chaos and embrace the serenity of seamless organization. With its intuitive design, accessing your essentials becomes a breeze. The drawers glide open

⌄ Show more

| **Warranty & Feedback** | ⌄ |
|---|---|

💬 Report an issue with this product or seller

**Subtotal**
**$339.00**

Go to Cart

$339.00
Only 12 left in stock - order soon.

1

## Similar items in new arrivals for you













**3-in-1 Dressing Table with LED Mirror & Storage Stool - Compact Makeup Vanity with 4 Drawers, Storage Cabinet & Hidden Stool, White…**
$121⁶⁷
$53.10 shipping
Only 20 left in stock - order…

**senfeii Modern Luxury Multi-Functional Island Vanity Dresser & Storage Cabinet with Glass Tabletop, Display Cabinet, 6 Drawers for…**
$199⁹⁹
$99.99 shipping
Only 10 left in stock - order…

**WYMCHMSX Storage,Dresser,Storage Cabinet,Rectangle,Artificial Board,9-Drawer, Storage Space,Sturdy, Safe, Bedroom, Living…**
$287³¹
$29.99 shipping
Only 20 left in stock - order…

**GarveeHome 67" Tall Bathroom Cabinet with 4 Doors & Flip Glass Drawer, Storage Cabinet with Adjustable Shelves, Freestanding Organizer…**
$129⁹⁹
Get it as soon as **Saturday, Dec 27**
FREE Shipping by Amazon
Only 1 left in stock - order…

**Lazeamo Rattan Dresser for Bedroom with 6 Drawers, 42" Wide Modern Chest of Drawers with Metal Handle, Wooden Dresser TV…**
$239⁹⁹
FREE Shipping

**win2win 9 Drawer Dresser, Mid Century Modern Dresser with Storage, 55" Wide Fluted Chest of Drawers with…**
★★★★★ 10
-48% $239⁹⁹
List: $459.99
Get it **Dec 29 - 31**
$29.99 shipping

## Customers who bought this also listened to these Amazon Music podcasts













**Crime Junkie**

**Dateline NBC**

**The Mel Robbins Podcast**

**Pitch Perfect**

**the palette**

**'Tis The Grinch Holiday Podcast**

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 16 of 427 PageID #:46

## Looking for specific info?

Ask Rufus or search reviews and Q&A

Does it require assembly?     Is the glass tabletop durable?     What materials is it made of?

Can it be used in a bathroom?

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product Description

Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop, Display Shelf,6 Drawers for Walk-in-Wardrobe and Bedroom, Cream White

## Customer reviews

★★★★★  5 out of 5

1 global rating

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

**No customer reviews**

There are 0 customer reviews and 1 customer rating.

## Based on your recent shopping trends

Subtotal
**$339.00**

Go to Cart

**$339.00**
Only 12 left in stock - order soon.

1













Wardrobe Armoire Closet with Charging & LED Light,Walk-in Closet Island Dresser with Glass Showcase,3 Drawers &…

★★★★☆ 38

$152⁴⁹

Get it **Dec 26 - 30**

$29.99 shipping

Only 2 left in stock - order…

PAKASEPT Armoire Bedroom Island, Wardrobe Closet Island Dresser with Glass Showcase, Charging & …

★★★★★ 14

$239⁹⁹

Get it **Dec 26 - 29**

$59.99 shipping

JanflyHome Closet Island with Drawers, Glass Top, Closet Island with LED Lights, Jewelry Dresser Display and Bedroom Island & Walk-in Closet…

★★★★★ 3

$169⁹⁹

$12.99 shipping

TAMUNE Armoire Bedroom Island Wardrobe Closet Island with 16 Drawers & Glass Tabletop, Island Dresser with Jewelry Organizer,…

★★★★☆ 32

$599⁹⁹

🍃 1 sustainability feature ⌄

FUFU&GAGA Closet Island with Glass Top & 8 Drawers for Walk in Closet, Jewelry Display Cabinet Island with Glass Shelf, for Store Dressin…

★★★★★ 15

-10% $259⁹⁹

List Price: $289.99

FREE Shipping

🍃 1 sustainability feature ⌄

ROMSHINE Closet Island with 14 Drawers, Glass Shelf and Glass Top, Bedroom Armoire Island Freestanding Display Dresser, White

★★★★★ 2

$279⁹⁹

FREE Shipping

🍃 1 sustainability feature ⌄

Subtotal
**$339.00**

Go to Cart



**$339.00**
Only 12 left in stock - order soon.

1

**Back to top**

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



🌐 English ⇅

 United States

12/23/25, 1:50 PM          Amazon.com: JIJIWANG Modern Luxury Multifunctional Glass Vanity Dresser and Storage Cabine with Glass Tabletop, Display Single Drawers for Walk-in-Wardrobe and Bedroom, Cream Whi…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 18 of 427 PageID #:48

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music**<br>Stream millions of songs | **Amazon Ads**<br>Reach customers wherever they spend their time | **6pm**<br>Score deals on fashion brands | **AbeBooks**<br>Books, art & collectibles | **ACX**<br>Audiobook Publishing Made Easy | **Sell on Amazon**<br>Start a Selling Account | **Veeqo**<br>Shipping Software Inventory Management |
| **Amazon Business**<br>Everything For Your Business | **Amazon Fresh**<br>Groceries & More Right To Your Door | **AmazonGlobal**<br>Ship Orders Internationally | **Home Services**<br>Experienced Pros Happiness Guarantee | **Amazon Web Services**<br>Scalable Cloud Computing Services | **Audible**<br>Listen to Books & Original Audio Performances | **Box Office Mojo**<br>Find Movie Box Office Data |
| **Goodreads**<br>Book reviews & recommendations | **IMDb**<br>Movies, TV & Celebrities | **IMDbPro**<br>Get Info Entertainment Professionals Need | **Kindle Direct Publishing**<br>Indie Digital & Print Publishing Made Easy | **Amazon Photos**<br>Unlimited Photo Storage Free With Prime | **Prime Video Direct**<br>Video Distribution Made Easy | **Shopbop**<br>Designer Fashion Brands |
| **Amazon Resale**<br>Great Deals on Quality Used Products | **Whole Foods Market**<br>America's Healthiest Grocery Store | **Woot!**<br>Deals and Shenanigans | **Zappos**<br>Shoes & Clothing | **Ring**<br>Smart Home Security Systems | **eero WiFi**<br>Stream 4K Video in Every Room | **Blink**<br>Smart Security for Every Home |
| | **Neighbors App**<br>Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes**<br>Top subscription boxes – right to your door | **PillPack**<br>Pharmacy Simplified | **Amazon Renewed**<br>Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✅❌

© 1996-2025, Amazon.com, Inc. or its affiliates

Subtotal
**$339.00**

Go to Cart



$339.00
Only 12 left in stock - order soon.

1

Case 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 19 of 427 PageID #:49



Create timeless memories with the perfect camera    Shop now

Home & Kitchen › Furniture › Bedroom Furniture › Bedroom Armoires



Click to see full view



🔆 Ask Rufus

Does it require assembly?    Is the glass top removable?    What materials is it made of?

Ask something else

# 60.4'' White Closet Island with 6 Drawers & Glass Top, Modern Walk in Closet Island with Open Shelf & Storage Cabinet for Display, Luxury Jewelry Dresser for Bedroom, Cloakroom

**Brand: Thctvous**

Search this page

$**184**⁸²

Price history

Or $**46**²¹ /2 weeks (x4). Select from 3 plans

Get $60 off instantly: Pay $124.82 upon approval for Amazon Visa. No annual fee.

## Product details

| Brand | Thctvous |
|---|---|
| Material | Engineered Wood |
| Product Dimensions | 18.7"D x 60.4"W x 33.1"H |
| Number of Drawers | 5 |
| Color | White |

See all product specifications  >

## About this item

- Stylish Multifunctional Storage Hub: Small walk in closet island that combines elegance and practicality; Features a sleek glass top plus display shelf; Closet island with drawers glass top perfect for showcasing jewelry or decor; Six drawers and open shelves for all-in-one organization
- Smart Storage Solutions: Closet island with drawers offers serious organization power; Six spacious drawers for clothes and valuables; Open



$**184**⁸²

$159 delivery **Wednesday, December 31**. Details

**Arrives after Christmas. Need a gift sooner?** Send an Amazon Gift Card today by email or text message.

🏷 Deliver to New York 10269

**Only 9 left in stock - order soon.**

Quantity: 1

Add to cart

Buy Now

Shipper / Seller    THCTVOUS

Returns    Returnable until Jan 31, 2026

Payment    Secure transaction

⌄ See more

**Add a Protection Plan:**

☐ 2-Year Protection Plan for $37.99

☐ 3-Year Protection Plan for $46.99

☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

Case 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 20 of 427 PageID #:50

shelves for quick-grab items; Jewelry dresser with jewelry storage on top keeps necklaces and watches tangle-free

- Effortless Daily Access: Everything within easy reach; Smooth-gliding drawers open silently and smoothly; Open shelves make favorite items visible; No more digging through messy piles

- Luxury That Fits Anywhere: Glass top dresser for bedroom, closets or dressing rooms; Compact design fits tight spaces; Elevates your room's

v Show more

## Warranty & Feedback ⌄

💬 Report an issue with this product or seller

**Subtotal**
**$339.00**

Go to Cart



**$339.00**
Only 12 left in stock - order soon.

1

## Similar items in new arrivals for you ⋮

    

| senfeii Modern Luxury Multi-Functional Island Vanity Dresser & Storage Cabinet with Glass Tabletop, Display Cabinet, 6 Drawers for… | PAKASEPT Closet Island with Drawers, Glossy Wardrobe Armoire Bedroom Island with Glass Tabletop,… | ARCOSUCU 47 inch Closet Island with 6 Drawers, Wardrobe Armoire Bedroom Island with Glass Display Top and Open Shelves,… | TAMUNE Display Storage Island with 14 Drawers & Glass Tabletop, Jewelry Display Cabinet with Glass Shelf, Showcase for Store Shops Cloakroom… | iPormis Armoire Wardrobe Closet with Mirror, Bedroom Armoires with 2 Doors, 1 Drawers and 3 Shelves, Large Clothing Storage Cabin… |
|---|---|---|---|---|
| | ★★★★½ 6 | | ★★★★★ 3 | |
| $199⁹⁹ | $269⁹⁹ | $369⁰⁰ | $349⁹⁹ | $259⁹⁹ |
| $99.99 shipping | Get it **Dec 29 - 30** | FREE Shipping | FREE Shipping | Get it **Dec 26 - 30** |
| Only 10 left in stock - order… | $59.99 shipping | Only 20 left in stock - order… | Only 18 left in stock - order… | FREE Shipping |

## Customers who bought this also listened to these Amazon Music podcasts

     

Crime Junkie    Morbid    Dateline NBC    MrBallen Podcast: Strange, Dark & Mysterious Stories    The Breakfast Club    Motivation Daily by Motiversity

## Product description

Double Rods          Single Rod          Single Rod



Subtotal
**$339.00**

Go to Cart

**$339.00**
Only 12 left in
stock - order
soon.

1

# Wide Snow Shovel with Wheels for Seniors

## Videos

Help others learn more about this product by uploading a video!

Upload your video

🔅 **Looking for specific info?**

Ask Rufus or search reviews and Q&A →

Does it require assembly?  Is the glass top removable?  What materials is it made of?

Can it be used in a walk-in closet?

## Similar brands on Amazon

Sponsored ⓘ



Fluted Dresser for Bedroom with 6 Drawers, 46" Tall Modern Chest of…
4.3 ★★★★☆ 785
$199.99



ZEDODIER Tank Top Hanger, Rotatable Bra Organzier for Closet, Max 24 Stora…
4.7 ★★★★★ 2,078
$9.99



Oransail 6 Drawer Fluted Dresser, 47" Wide Chest of Drawers with LED Light…
4.1 ★★★★☆ 13
$159.99  List: $219.99



ELURE
Bedro…
4.1 ★
$199

---

## Customer reviews

**No customer reviews**

5 star   0%
4 star   0%
3 star   0%
2 star   0%
1 star   0%

How customer reviews and ratings work ⌄

### Subtotal
**$339.00**

Go to Cart



$339.00
**Only 12 left in stock - order soon.**

1

Case 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 23 of 427 PageID #:53

Subtotal
**$339.00**

Go to Cart



**$339.00**
Only 12 left in stock - order soon.

1

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

English     United States

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Veeqo**
Shipping Software Inventory Management

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

12/23/25, 1:51 PM

Amazon.com: Thctvous Gold & White Close Visualizato Vith d Doudll Te class Top, Modern Vaulza/Close Glam ught Open Shel 2 & Storage Cabinet for Display, Luxury Jewelry Dresser for Bedroom, …

Case 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 24 of 427 PageID #:54

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Subtotal
**$339.00**

Go to Cart

$339.00
Only 12 left in stock - order soon.

1

12/23/25, 1:51 PM     Amazon.com: Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop, Display Shelf, 6 Drawers, Cream White MDF : Home & Kitchen

amazon — Deliver to New York 10269 | Home & Kitchen | Search Amazon | EN | Hello, Leo Account & Lists | Returns & Orders | Cart 1

All | Rufus | Join Prime | Holiday Gifts | Amazon Haul | Gift Cards | Medical Care | Customer Service | Amazon Basics | Today's Deals | Buy Again | Audible | Pet Supplies | Handmade

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Create timeless memories with the perfect camera — Shop now

Home & Kitchen › Furniture › Accent Furniture › Storage Cabinets



Subtotal
**$339.00**

Go to Cart

$339.00
Only 12 left in stock - order soon.

🗑 1 +

# Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop, Display Shelf, 6 Drawers, Cream White MDF

Brand: shifmall

Search this page

$465.11

Price history

Or $116.28 /2 weeks (x4). Select from 3 plans

Get $60 off instantly: Pay $405.11 upon approval for Amazon Visa.

## Product details

| | |
|---|---|
| **Brand** | shifmall |
| **Color** | 1 |
| **Product Dimensions** | 3"D x 2"W x 1"H |
| **Special Feature** | 1 |
| **Style** | 1 |

See all product specifications →

## About this item

- Versatile Hub of Utility: This multifunctional marvel isn't just a dresser—it's a dynamic centerpiece designed to streamline your daily routine.
- Abundant Storage Solutions: Providing a sanctuary for your belongings, it includes six ample drawers and thoughtfully designed open shelves.

$465.11

FREE delivery **January 14 - 23**. Details

Or fastest delivery **December 24 - 26**. Details

**May arrive after Christmas.**
**Need a gift sooner?** Send an Amazon Gift Card today by email or text message.

⊕ Deliver to New York 10269

**In Stock**

Quantity: 1

Add to cart

Buy Now

Shipper / Seller   Xinfengmao

Returns   Returnable until Jan 31, 2026

Payment   Secure transaction

⌄ See more

**Add a Protection Plan:**

☐ 3-Year Protection Plan for $94.99

☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Click to see full view

      2+

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 26 of 427 PageID #:56

- Effortless Organization at Your Fingertips: The drawers glide open effortlessly, offering quick and easy access to frequently used items.
- Practical Luxury for Every Space: Its space-saving design maximizes utility, making it a stylish addition to any discerning home.
- Tailored for the Discerning: Designed with sophistication and functionality, it meets the demands of modern living.

---

## Warranty & Feedback      ⌄

💬 Report an issue with this product or seller

---

Add to List

Subtotal
**$339.00**

Go to Cart

**$339.00**
Only 12 left in stock - order soon.

1

## Looking for specific info?

Ask Rufus or search reviews and Q&A    ➔

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product Description

Our modern luxury island-style vanity and storage cabinet serves as a versatile centerpiece, elevating your living space with its elegant design and multifunctional utility. Crafted from premium materials, it offers exquisite craftsmanship and durability. With six spacious drawers and open shelves, it provides ample storage for your belongings while maintaining a sense of tranquility and organization. Ideal for a walk-in wardrobe or bedroom, its space-saving design adapts seamlessly to various environments, redefining your space with refined luxury and convenience.

## Customer reviews

**No customer reviews**

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

12/23/25, 1:51 PM    Amazon.com: Modern Luxury Multi-Functional 24 Cabi Vanity Dresser and Storage Cabinet with Glass Tabletop, Display Shelf, 6 Drawers, Cream White MDF : Home & Kitchen

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 27 of 427 PageID #:57

Subtotal
**$339.00**

Go to Cart

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

$339.00
**Only 12 left in stock - order soon.**

1



 English

 United States

| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
|---|---|---|---|---|---|---|
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |

12/23/25, 1:51 PM

Amazon.com: Modern Luxury Multi-Functional Bath Vanity Dresser and Storage Cabinet with Glass Tabletop, Display Shelf, 6 Drawers, Cream White MDF : Home & Kitchen

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 28 of 427 PageID #:58

America's
Healthiest
Grocery Store

| Neighbors App | Amazon | PillPack | Amazon Renewed |
|---|---|---|---|
| Real-Time Crime | Subscription Boxes | Pharmacy | Like-new products |
| & Safety Alerts | Top subscription | Simplified | you can trust |
| | boxes – right to | | |
| | your door | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Subtotal
**$339.00**

Go to Cart



**$339.00**
Only 12 left in
stock - order
soon.

1

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 29 of 427 PageID #:59

Home & Kitchen › Furniture › Bedroom Furniture › Vanities & Vanity Benches



# Modern Cream White Multi-Functional Island Vanity with Glass Tabletop,

**$279**⁹⁹

FREE delivery **January 5 - 13**. Details

Deliver to New York 10269

**Only 19 left in stock - order soon.**

Quantity: 1

**Add to cart**

**Buy Now**

Shipper / Seller    srqlik

Returns    Returnable until Jan 31, 2026

Payment    Secure transaction

⌄ See more

**Add a Protection Plan:**
- 2-Year Protection Plan for $52.99
- 3-Year Protection Plan for $67.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Add to List**

**$279**⁹⁹

Or **$70**⁰⁰ /2 weeks (x4). Select from 3 plans

Get $60 off instantly: Pay $219.99 upon approval for Amazon Visa.

## Delivery & Support

Select to learn more

Ships from srqlik    Returnable until Jan 31, 2026    Customer Support

## Product details

| | |
|---|---|
| **Brand** | HiHomely |
| **Color** | Cream White |
| **Material** | Engineered Wood, Glass |
| **Product Dimensions** | 18.7"D x 60.4"W x 33.1"H |
| **Mounting Type** | Floor Mount |

See all product specifications ›

## About this item

- 1. Stylish & Functional Design: The cream white finish and glass tabletop add a modern, elegant touch to any bedroom walk-in wardrobe, while the spacious design maximizes storage and usability.
- 2. Storage Space: Features 6-gliding drawers and an open display shelf, offering plenty of room for cosmetics, accessories, clothes, jewelry, keeping your space clutter-free.

**Ask Rufus**

Does it require assembly?    Is it made of real wood?

Can the drawers be removed?    Ask something else

Click to see full view

**Warranty & Feedback** ⌃

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please
click here

**Feedback**

Would you like to
**tell us about a lower price?** ⌄

💬 Report an issue with this product or seller

Subtotal
**$339.00**

Go to Cart



**$339.00**
Only 12 left in stock - order soon.

1

## Customers who bought this also listened to these Amazon Music podcasts

 

Dateline NBC



Crime Junkie



The Mel Robbins Podcast



'Tis The Grinch Holiday Podcast



MrBallen Po
Strange, Da
Mysterious !

## Based on your recent shopping trends

Page 1 of 10 ⋮



TAMUNE Armoire Bedroom Island Wardrobe Closet Island with 8 Drawers & Glass Tabletop, Walk in Closet Island with Drawers,…
★★★★⯪ 55
-17% $239⁹⁹
List: $289.99
FREE Shipping
🌿 1 sustainability feature ⌄

FUFU&GAGA Closet Island with Glass Top & 8 Drawers for Walk in Closet, Jewelry Display Cabinet Island with Glass Shelf, for Store Dressin…
★★★★★ 15
-10% $259⁹⁹
List Price: $289.99
FREE Shipping
🌿 1 sustainability feature ⌄



TAMUNE Armoire Bedroom Island Wardrobe Closet Island with 16 Drawers & Glass Tabletop, Island Dresser with Jewelry Organizer,…
★★★★☆ 32
$599⁹⁹
🌿 1 sustainability feature ⌄



ROMSHINE Lockable Glass Display Cabinet Closet Island, Glass Top Storage Cabinet for Retail, Collectibles Showcase with 3 Doors,…
★★★★☆ 21
$249⁹⁹
FREE Shipping
🌿 1 sustainability feature ⌄



Wardrobe A
with Chargi
Light,Walk-i
Island Dress
Showcase,3
★★★★⯪
$152⁴⁹
Get it Dec 31
$29.99 shippi
Only 2 left in

## ✦ Looking for specific info?

Ask Rufus or search reviews and Q&A  →

Does it require assembly?   Is it made of real wood?   Can the drawers be removed?   Is the glass top shatterproof?

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product Description

12/26/25, 4:35 PM                Amazon.com: HiHomely Modern Cream White Multi-Functional Island Vanity with Glass Tabletop, Display Shelf & 6 Drawers …

Elevate your bedroom walk-in wardrobe with this modern cream white island vanity. Featuring a sleek glass tabletop, 6 drawers, and a display shelf, it combines with practicality. makeup, storage, é cor, its multi-functional design maximizes space while adding a stylish touch. Durable and easy to clean, it's a must-have for organized living.

## Important information

### Safety Information

For external use only.

## Similar brands on Amazon

Sponsored

Page 1 of 2



30" Bathroom Vanities with Ceramic Sink, Storage Cabinet with 3 Drawers…
5.0 ★★★★★ 1
$359.00

Gyfimoie 6 Drawer White Dresser for Bedroom, 47.2" Long Chest of Drawers…
4.3 ★★★★☆ 61
$179.99



---

## Customer reviews

No customer reviews

5 star    0%
4 star    0%
3 star    0%
2 star    0%
1 star    0%

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

## Videos for similar products


0:45




0:23







Kikihouse Modern Closet Island with 10 Drawers, LED Wardrobe Armoire
★★★★★ 5
$299⁹⁹ ✓prime

LIVAUVEAD Closet Island with Drawers, Wardrobe Armoire
★★★★☆ 106
$279⁹⁹ ✓prime

**Subtotal**
**$339.00**

Go to Cart

**$339.00**
Only 12 left in stock - order soon.

1

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 32 of 427 PageID #:62

Subtotal

**$339.00**

Go to Cart



**$339.00**

Only 12 left in stock - order soon.

1

## Best Sellers in Kitchen & Dining

Page 1 of 6

    

**Owala FreeSip Insulated Stainless Steel Water Bottle with Straw, BPA-Free Sports Water Bottl…**

★★★★½ 101,135

#1 Best Seller

$29⁹⁹

Get it as soon as **Thursday, Jan 8**

FREE Shipping on orders over $35 shipped by Amazon

**STANLEY Quencher H2.0 Tumbler with Handle and Straw 40 oz | Flowstate 3-Position Lid | Cup…**

★★★★½ 100,015

#1 Best Seller

Click for details

Get it as soon as **Monday, Jan 5**

FREE Shipping on orders over $35 shipped by Amazon

🌿 1 sustainability feature ⌄

**Alpha Grillers Meat Thermometer Digital - Instant Read Food Thermometer for…**

★★★★½ 83,180

#1 Best Seller

-25% $14⁹⁸

List: $19.99

Get it as soon as **Monday, Jan 5**

FREE Shipping on orders over $35 shipped by Amazon

**Owala SmoothSip Slider Insulated Stainless Steel Coffee Tumbler, Reusable Iced Coffee Cup, Hot Coffee Travel Mug, BPA Free 20 oz, Vanilla Bean**

★★★★½ 8,167

$29⁹⁹

FREE Shipping on orders over $35 shipped by Amazon

**STANLEY Quenche ProTour Flip Straw Tumbler with Leak Lid | Built-In Straw Handle | Cupholder**

★★★★½ 10,721

$26²⁵

Get it as soon as **Frida**

FREE Shipping on orde $35 shipped by Amazo

🌿 1 sustainability feat

## Customers who viewed items in your browsing history also viewed

Page 1 of 6

    

**Wardrobe Armoire Closet with Charging & LED Light,Walk-in Closet Island Dresser with Glass Showcase,3 Drawers &…**

★★★★☆ 38

$152⁴⁹

Get it **Dec 31 - Jan 5**

$29.99 shipping

Only 2 left in stock - order…

**LIVAUVEAD Closet Island with Drawers, Wardrobe Armoire Bedroom Island, Glass Display Shelf & 12 Drawers, White Dresser with Glass Top, Walk-in…**

★★★★½ 106

$279⁹⁹

FREE Shipping

**PakaLife Armoire Wardrobe Closet Island with 9 Drawers,Led Lights,Glass Tabletop,Bedroom Islan…**

★★★★★ 9

$239⁹⁹

Get it **Jan 2 - 6**

$49.90 shipping

**TAMUNE Armoire Bedroom Island Wardrobe Closet Island with 16 Drawers & Glass Tabletop, Island Dresser with Jewelry Organizer,…**

★★★★☆ 32

$599⁹⁹

Get it **Jan 2 - 6**

🌿 1 sustainability feature ⌄

**PAKASEPT Armoire Bedroom Island, Wardrobe Closet Is Dresser with Glass Showcase, Chargin**

★★★★★ 14

$239⁹⁹

Get it **Jan 2 - 6**

$59.99 shipping

## Your Browsing History — View or edit your browsing history

Page 1 of 4

       

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

12/26/25, 4:35 PM    Amazon.com: HiHomely Modern Dream White Multi-Functional Island Range with Glass Tabletop, Display Shelf & 6 Drawers ...

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 33 of 427 PageID #:63



Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

Amazon Prime

Returns & Replacements

Manage Your Content and Device

Recalls and Product Safety Alerts

Registry & Gift List

Help

English    United States

Amazon Music
Stream millions of songs

Amazon Business
Everything For Your Business

Goodreads
Book reviews & recommendations

Amazon Resale
Great Deals on Quality Used Products

Amazon Ads
Reach customers wherever they spend their time

Amazon Fresh
Groceries & More Right To Your Door

IMDb
Movies, TV & Celebrities

Whole Foods Market
America's Healthiest Grocery Store

Neighbors App
Real-Time Crime & Safety Alerts

6pm
Score deals on fashion brands

AmazonGlobal
Ship Orders Internationally

IMDbPro
Get Info Entertainment Professionals Need

Woot!
Deals and Shenanigans

Amazon Subscription Boxes
Top subscription boxes – right to your door

AbeBooks
Books, art & collectibles

Home Services
Experienced Pros Happiness Guarantee

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Zappos
Shoes & Clothing

PillPack
Pharmacy Simplified

ACX
Audiobook Publishing Made Easy

Amazon Web Services
Scalable Cloud Computing Services

Amazon Photos
Unlimited Photo Storage Free With Prime

Ring
Smart Home Security Systems

Amazon Renewed
Like-new products you can trust

Sell on Amazon
Start a Selling Account

Audible
Listen to Books & Original Audio Performances

Prime Video Direct
Video Distribution Made Easy

eero WiFi
Stream 4K Video in Every Room

Veeqo
Shipping Software Inventory Management

Box Office Mojo
Find Movie Box Office Data

Shopbop
Designer Fashion Brands

Blink
Smart Security for Every Home

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑✕

© 1996-2025, Amazon.com, Inc. or its affiliates

Subtotal
**$339.00**

Go to Cart

**$339.00**
Only 12 left in stock - order soon.

1

12/26/25, 4:37 PM    Amazon.com: JIVOIT Modern Luxury Island Vanity Dresser, Multi-Functional Vanity Table with 6 Drawers and Open Shelves, Glass Tabletop, Display Shelf, Jewelry Storage Tray for Walk-in-Wardr…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 34 of 427 PageID #:64



12/26/25, 4:37 PM

Amazon.com: JIVOIT Modern Luxury Island Vanity Dresser, Multi-Functional Vanity Table with 6 Drawers and Open Shelves, Glass tabletop, Display Shelf, Jewelry Storage Tray for Walk-in-Wardr…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 35 of 427 PageID #:65

| | |
|---|---|
| **Product Dimensions** | 18.7"D x 60.4"W x 33.1"H |
| **Number of Drawers** | 6 |
| **Color** | Cream White * 90 |

**See all product specifications** ›

## About this item

- [Versatile Hub of Utility] - This multifunctional marvel isn't just a dresser—it's a dynamic centerpiece designed to streamline your daily routine. Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integrates style with practicality.

- [Abundant Storage Solutions] - From cherished trinkets to everyday essentials, this cabinet offers a sanctuary for your belongings. Its array of storage compartments—six ample drawers and thoughtfully designed open shelves—provide a sanctuary for organization, ensuring everything has its designated place.

- [Effortless Organization at Your Fingertips] - Bid farewell to clutter-induced chaos and embrace the serenity of seamless organization. With its intuitive design, accessing your essentials becomes a breeze. The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently used items.

- [Practical Luxury for Every Space] - Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.

- [Tailored for the Discerning] - Designed with the discerning homeowner in mind, this dresser embodies sophistication and functionality in equal measure. Its thoughtful design elements cater to the demands of modern living, ensuring a seamless blend of style and practicality.

- [Easy Assembly] - Each order comes with a clear and detailed assembly instruction guide and all necessary tools are provided to get your Island Vanity Dresser assembled in no time. If you have any questions, please feel free to contact us, we will reply you as soon as possible. Overall Size: 60.4 * 18.7 * 33.1 inches(L*W*H).

∧ Show less

## Warranty & Feedback ∧

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ∨

Subtotal
**$339.00**

Go to Cart




**$339.00**
Only 12 left in stock - order soon.

1

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 36 of 427 PageID #:66

💬 Report an issue with this product or seller

**Subtotal**
**$339.00**

Go to Cart



**$339.00**
Only 12 left in stock - order soon.

[ 1 ]

## Similar items in new arrivals for you

Page 1 of 4 ⋮

‹









›

| 3-in-1 Makeup Vanity Desk with Mirror & Stool, Compact Dressing Table with 3 Storage Drawers, White Small Makeup Desk with Glass Top for… | TERRUPEX Modern Makeup Vanity Desk with Mirror and Lights, Adjustable Length Dressing Table with Built-in Power Outlet, 2… | Astrivia Modern Vanity Desk with 3 Mirror and Chair, Wooden Vanity Table and Stool Set with Drawers and Storage, Vanity Makeup with… | Saiveina 43.3" Classic Wood Makeup Vanity Set with Flip-top Mirror and Stool, Dressing Table with Three Drawers and Storage Space, Brown | MNER Sanlo Wooden Vanity Table Set with Tri-Fold Mirror, Rose Gold Finish, 4 Drawers, Upholstered Stool, 31.5x15.75x55.1 Inches… | LEJUNMEISS Vanity Desk Walnut Modern Makeup with Drawers Cabinet Space-Saving Dressing Table Set Stool for Bedroom Women's Girls' | Makeup Vanity with LED Lights&3 Color and Power Outlet Makeup Vanity Table with 2 Big Drawers with Sturdy Metal Leg and Metal… |
|---|---|---|---|---|---|---|
| $109⁹⁰ | $159⁰⁰ | $119⁸⁹ | $250⁹⁸ | $117⁵⁰ | $227⁰⁰ | $149⁰⁰ |
| Get it Jan 2 - 5 | $79.00 shipping | $99.00 shipping | Get it Jan 8 - 15 | Get it Dec 31 - Jan 5 | $35.00 shipping | $29.99 shipping |
| $50.00 shipping | Only 4 left in stock - order… | Only 20 left in stock - order… | $50.98 shipping | $78.00 shipping | Only 8 left in stock - order… | |

## Based on your recent shopping trends

Page 1 of 10 ⋮

‹









›

| TAMUNE Armoire Bedroom Island Wardrobe Closet Island with 8 Drawers & Glass Tabletop, Walk in Closet Island with Drawers,… | FUFU&GAGA Closet Island with Glass Top & 8 Drawers for Walk in Closet, Jewelry Display Cabinet Island with Glass Shelf, for Store Dressin… | TAMUNE Armoire Bedroom Island Wardrobe Closet Island with 16 Drawers & Glass Tabletop, Island Dresser with Jewelry Organizer,… | ROMSHINE Lockable Glass Display Cabinet Closet Island, Glass Top Storage Cabinet for Retail, Collectibles Showcase with 3 Doors,… | Wardrobe Armoire Closet with Charging & LED Light,Walk-in Closet Island Dresser with Glass Showcase,3 Drawers &… | PakaLife Armoire Wardrobe Closet Island with 9 Drawers,Led Lights,Glass Tabletop,Bedroom Islan… | ROMSHINE Closet Island with 14 Drawers, Glass Shelf and Glass Top, Bedroom Armoire Island Freestanding Display Dresser, White |
|---|---|---|---|---|---|---|
| ★★★★½ 55 | ★★★★★ 15 | ★★★★☆ 32 | ★★★★☆ 21 | ★★★★☆ 38 | ★★★★★ 9 | ★★★★★ 2 |
| -17% $239⁹⁹ | -10% $259⁹⁹ | $599⁹⁹ | $249⁹⁹ | $152⁴⁹ | $239⁹⁹ | $279⁹⁹ |
| List: $289.99 | List Price: $289.99 | 🌿 1 sustainability feature ⌄ | FREE Shipping | Get it Dec 31 - Jan 5 | Get it Jan 2 - 6 | FREE Shipping |
| FREE Shipping | FREE Shipping | | 🌿 1 sustainability feature ⌄ | $29.99 shipping | $49.90 shipping | 🌿 1 sustainability feature ⌄ |
| 🌿 1 sustainability feature ⌄ | 🌿 1 sustainability feature ⌄ | | | Only 2 left in stock - order… | | |

## Videos

Help others learn more about this product by uploading a video!

12/26/25, 4:37 PM

Amazon.com: JIVOIT Modern Luxury Island Vanity Dresser, Multi-Functional Vanity Table with 6 Drawers and Open Shelves, Glass tabletop, Display Shelf, Jewelry Storage Tray for Walk-in-Wardr…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 37 of 427 PageID #:67

Upload your video

**Looking for specific info?**

Ask Rufus or search reviews and Q&A

Does it come with a mirror?    Is assembly required?    What material is the tabletop?    Can it be used in a walk-in closet?

Subtotal
**$339.00**

Go to Cart

$339.00
Only 12 left in stock - order soon.

1

## Product Description

Our modern luxury island-style vanity and storage cabinet, a versatile centerpiece designed to elevate your living space with its elegant contemporary design and multifunctional practicality. Meticulously crafted with premium materials, this cabinet exudes exquisite craftsmanship and durability, providing a haven for your belongings with its ample storage solutions, including six spacious drawers and thoughtful open shelves. Say goodbye to clutter and embrace seamless organization, as this cabinet effortlessly combines style and utility, offering easy access to your essentials while maintaining a sense of tranquility. This versatile vanity storage cabinet island offers multifunctional utility, serving as a comprehensive solution for various needs. It seamlessly transitions between roles as a bedroom armoire, dresser, display cabinet, adapting effortlessly to different settings and purposes.

★★★Island Dresser
Overall Size: 60.4 * 18.7 * 33.1 inches(L*W*H) Weight Capacity
Top: 165 LBS;
Glass Shelf: 35 LBS;
Drawer: 30 LBS;
Jewelry Storage Tray: 10 LBS
Material: MDF+Glass
Finished Back: Yes
Assembly Required: Full Assembly Needed
Suggested Number of People for Assembly: 2
Product Care: Wipe clean with a dry cloth. Do not use strong liquid cleaners.
Package Number: 2

★★★Notes:
1. Manual measurement has been used,there may be some reasonable error.
2. All the pictures are taken by actual samples, slight chromatic aberration may occur due to lighting or display.

## Important information

**Safety Information**

Assembly requires two people. Use mild cleaners only.

## Similar brands on Amazon

Page 1 of 2

Sponsored

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 38 of 427 PageID #:68






Subtotal
**$339.00**

Go to Cart

$339.00
**Only 12 left in stock - order soon.**

1

## Customer reviews

**No customer reviews**

5 star          0%

4 star          0%

3 star          0%

2 star          0%

1 star          0%

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

## Similar items in new arrivals                                    Page 1 of 3  ⋮



12/26/25, 4:37 PM          Amazon.com: JIVOIT Modern Luxury Grand Vanity Dresser, Multi-Functional Vanity Table with 6 Drawers and Open Shelves, Glass Tabletop, Display Shelf, Jewelry Storage Tray for Walk-in-Wardr…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 39 of 427 PageID #:69















Merax Makeup Vanity Desk with Large Swivel Mirror, 44.4" White Vanity Desk and Stool Set, Dressing Table Vanity Set with 5 Drawers & Cabin…

$289⁹⁹

Get it as soon as **Monday, Jan 5**

FREE Shipping by Amazon

Seetech Fluted Makeup Vanity with 35.4" Mirror and Lights, 47.2" Large Makeup Vanity Desk with Stool, Dressing Table Set with Charging Station, …

★★★½☆ 8

$229⁹⁹

FREE Shipping

knoworld 15 Drawers Vanity Desk with Glass Top, Fluted Makeup Vanity with Large Mirror and 12 LED Lights,…

★★★★★ 4

-8% $239⁹⁹

List: $259.99

Get it **Dec 31 - Jan 5**

$39.99 shipping

HOPUBUY Vanity Desk with Mirrors and Lights,Farmhouse Makeup Vanity with 7 Storage Drawers&Powe…

★★★★★ 1

-16% $269⁹⁹

List: $319.99

Get it **Dec 31 - Jan 5**

FREE Shipping

Jluomei Fluted Makeup Vanity Desk with Mirror and Lights, Modern Makeup Vanity with Drawer Storage, LED Table with Power Outle…

$158⁹⁹

Get it **Jan 2 - 6**

FREE Shipping

CHARMAID Corner Vanity Desk with LED Mirror & Lighted Fluted Cabinet, White Makeup Vanity Table with Charging Station, Adjustable…

$199⁹⁹

Get it **Dec 31 - Jan 5**

FREE Shipping

CHARMAID Makeup Vanity Desk with Lighted Mirror & Charging Station, Dressing Table with 10 Bulbs, 3 Color Modes, 4 Open Shelves,..

-17% $149⁹⁹

List: $179.99

Get it **Dec 31 - Jan 5**

FREE Shipping

---

Subtotal
**$339.00**

Go to Cart



**$339.00**
Only 12 left in stock - order soon.

1

---

## Best Sellers in Kitchen & Dining                    Page 1 of 6

















Owala FreeSip Insulated Stainless Steel Water Bottle with Straw, BPA-Free Sports Water Bottl…

★★★★½ 101,135

#1 Best Seller

$29⁹⁹

Get it as soon as **Thursday, Jan 8**

FREE Shipping on orders over $35 shipped by Amazon

STANLEY Quencher H2.0 Tumbler with Handle and Straw 40 oz | Flowstate 3-Position Lid | Cup…

★★★★½ 100,015

#1 Best Seller

Click for details

Get it as soon as **Monday, Jan 5**

FREE Shipping on orders over $35 shipped by Amazon

Alpha Grillers Meat Thermometer Digital - Instant Read Food Thermometer for…

★★★★½ 83,180

#1 Best Seller

-25% $14⁹⁸

List: $19.99

Get it as soon as **Monday, Jan 5**

FREE Shipping on orders over $35 shipped by Amazon

Owala SmoothSip Slider Insulated Stainless Steel Coffee Tumbler, Reusable Iced Coffee Cup, Hot Coffee Travel Mug, BPA Free 20 oz, Vanilla Bean

★★★★½ 8,167

$29⁹⁹

FREE Shipping on orders over $35 shipped by Amazon

STANLEY Quencher ProTour Flip Straw Tumbler with Leakproof Lid | Built-In Straw & Handle | Cupholder…

★★★★½ 10,721

$26²⁵

Get it as soon as **Friday, Jan 2**

FREE Shipping on orders over $35 shipped by Amazon

⌀ 1 sustainability feature ⌄

0.5 Sec Instant Read Meat Thermometer Digital with ±0.5℉ Precision, Food Thermometer for…

★★★★★ 2,963

#1 Best Seller

-38% $9⁹⁹

List: $15.99

Get it as soon as **Monday, Jan 5**

FREE Shipping on orders over $35 shipped by Amazon

Crock-Pot 20-Ounce Electric Lunch Box, Portable Food Warmer, Blush Pink | Perfect for…

★★★★½ 11,451

#1 Best Seller

$39⁹⁹ ($2.00/oz)

Get it as soon as **Friday, Jan 2**

FREE Shipping by Amazon

Thermo… Meat Th… Cooking…

★★★☆

#1 Best S

-35%

Limited

List: $19.!

Get it as s 5

FREE Ship $35 shipp

⌀ 1 susta

⌀ 1 sustainability feature ⌄

---

## Customers who viewed items in your browsing history also viewed          Page 1 of 6

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 40 of 427 PageID #:70

        

**Wardrobe Armoire Closet with Charging & LED Light,Walk-in Closet Island Dresser with Glass Showcase,3 Drawers &…**
★★★★☆ 38
**$152**⁴⁹
Get it **Dec 31 - Jan 5**
$29.99 shipping
Only 2 left in stock - order…

**LIVAUVEAD Closet Island with Drawers, Wardrobe Armoire Bedroom Island, Glass Display Shelf & 12 Drawers, White Dresser with Glass Top, Walk-in…**
★★★★½ 106
**$279**⁹⁹
FREE Shipping

**PakaLife Armoire Wardrobe Closet Island with 9 Drawers,Led Lights,Glass Tabletop,Bedroom Islan…**
★★★★★ 9
**$239**⁹⁹
Get it **Jan 2 - 6**
$49.90 shipping

**TAMUNE Armoire Bedroom Island Wardrobe Closet Island with 16 Drawers & Glass Tabletop, Island Dresser with Jewelry Organizer,…**
★★★★☆ 32
**$599**⁹⁹
🌱 1 sustainability feature ⌄

**PAKASEPT Armoire Bedroom Island, Wardrobe Closet Island Dresser with Glass Showcase, Charging & …**
★★★★★ 14
**$239**⁹⁹
Get it **Jan 2 - 6**
$59.99 shipping

**JanflyHome Closet Island with Open Shelves, Tall Modern Glass Top Dresser with LED Lights, Closet Island with Jewelry Organizer for…**
★★★½☆ 6
**$168**⁹⁸
$9.99 shipping
Only 10 left in stock - order…

**FUFU&GAGA Closet Island with Glass Top & 8 Drawers for Walk in Closet, Jewelry Display Cabinet Island with Glass Shelf, for Store Dressin…**
★★★★★ 15
-10% **$259**⁹⁹
List Price: $289.99
FREE Shipping
🌱 1 sustainability feature ⌄

**Kikihous
Island w
LED Wa
Island w
Luxury V
Island S**
★★★
-25%
List: $39
FREE Shi
Only 2 le

**Subtotal**
**$339.00**
Go to Cart

**$339.00**
Only 12 left in stock - order soon.

1

## Your Browsing History    View or edit your browsing history      Page 1 of 4

             

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List

12/26/25, 4:37 PM    Amazon.com: JIVOIT Modern Luxury Grand Vanity Dresser, Multi-Functional Vanity Table with 2 Drawers and Open Shelves, Glass Tabletop, Display Shelf, Jewelry Storage Tray for Walk-in-Wardr…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 41 of 427 PageID #:71



12/26/25, 4:34 PM · Amazon.com: Harper & Bright Designs Modern Luxury Multi-Functional Island for Dresser and Storage Cabinet with Glas…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 42 of 427 PageID #:72

amazon

Deliver to **New York 10269**

Home & Kitchen ▾    Search Amazon

≡ All    🔴 Rufus    Join Prime    Amazon Haul    Gift Cards ▾    Medical Care ▾    Customer Service    Amazon Basics    Today's Deals    Buy Again

Amazon Home    Shop by Room    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Home & Kitchen › Furniture › Accent Furniture › Storage Cabinets



r & Bright
s Modern
y Multi-
onal Island
Dresser and
ge Cabinet with
Tabletop,
y Shelf,6
rs for Walk-in-
obe and
om

arper & Bright Designs

$**119**⁹⁹

ry

Or $**30**⁰⁰ /2 weeks (x4). **Select from 3 plans**

**Get $60 off instantly: Pay $59.99 upon approval for Amazon Visa.**

Color: **Cream White**

## Product details

| | |
|---|---|
| **Color** | Cream White |
| **Material** | Engineered Wood, Glass |
| **Product Dimensions** | 37.4"D x 22.64"W x 8.27"H |
| **Style** | Modern |
| **Furniture Finish** | Cream White |

**See all product specifications** ›

## About this item

- Versatile Hub of Utility: This multifunctional marvel isn't just a dresser¡ªit's a dynamic centerpiece designed to streamline your daily routine. Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integrates style with practicality.

- Abundant Storage Solutions: From cherished trinkets to everyday essentials, this cabinet offers a sanctuary for your belongings. Its array of storage compartments¡ªsix ample drawers and thoughtfully

---

Subtotal
**$339.00**

Go to Cart

$339.00
Only 12 left in stock - order soon.

🗑 — 1 +

$**119**⁹⁹

$129.99 delivery **December 30 - January 5**. Order within **9 hrs 26 mins**. **Details**

📍 Deliver to New York 10269

**In Stock**

Quantity: 1 ▾

**Add to cart**

**Buy Now**

Shipper / Seller    **PrimeShop Pro**

Returns    Returnable until Jan 31, 2026

Payment    Secure transaction

⌄ See more

**Add a Protection Plan:**

☐ 2-Year Protection Plan for $22.99

☐ 3-Year Protection Plan for $27.99

☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

---

⚡ **Ask Rufus**

Does it come with a mirror?    Is it easy to assemble?

What is the dresser made of?    Ask something else

Click to see full view    3+

designed open shelves¡ªprovide a sanctuary for organization, ensuring everything has its designated place.

- Effortless Organization at Your Fingertips: Bid farewell to clutter-induced chaos and embrace the serenity of seamless organization. With its intuitive design, accessing your essentials becomes a breeze. The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently used items.

- Practical Luxury for Every Space: Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.

- Tailored for the Discerning: Designed with the discerning homeowner in mind, this dresser embodies sophistication and functionality in equal measure. Its thoughtful design elements cater to the demands of modern living, ensuring a seamless blend of style and practicality.

- 0
- 0
- 0
- 0
- 0

⌃ Show less

## Warranty & Feedback  ⌃

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ⌄

▭ Report an issue with this product or seller

## Similar items in new arrivals for you

Page 1 of 4  ⋮

Subtotal
**$339.00**

Go to Cart

**$339.00**
Only 12 left in stock - order soon.

1

◁    ▷

12/26/25, 4:34 PM Amazon.com: Harper & Bright Designs Modern Luxury Multi-Functional Aged Vanity Dresser and Storage Cabinet with Glas…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 44 of 427 PageID #:74








Subtotal
**$339.00**

Go to Cart

**$339.00**
Only 12 left in stock - order soon.

1

SUSULULU 32" Durable Island Table, Rustic Dining Table with Metal Base, Farmhouse Dining Table for Small Apartments, Walnut
$69⁸⁹
$59.99 shipping
Only 20 left in stock - order…

Modern Style Solid Wood Rectangular Dining Kitchen Table 47"
$199⁷¹
Get it **Jan 8 - 20**
$48.25 shipping
Only 1 left in stock - order…

4-Piece Counter Height Bar Table Set with Power Outlet, Narrow Rectangular Dinner Table w/ 3 Padded Stools, Industrial Breakfast No…
$199⁹⁹
$79.00 shipping

23.62 INCH Dining Table White and Golden Multi-Use (Dinner/Negotiation Table) (Golden+White) Easy Assembly Modern Square Dining Table
$115⁹⁹
Get it **Jan 8 - 20**
$19.99 shipping
Only 20 left in stock - order…

ZeHuoGe Di Set, Wood K with Chairs Set for Kitch Room, Dinin Small Space
$100⁸⁹
Get it **Jan 2 -** (
$59.98 shippi
Only 3 left in

## Customers who bought this also listened to these Amazon Music podcasts





Crime Junkie



Dateline NBC



The Mel Robbins Podcast



Pitch Perfect



'Tis The Grin Podcast

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## ✦ Looking for specific info?

Ask Rufus or search reviews and Q&A →

Does it come with a mirror?    Is it easy to assemble?    What is the dresser made of?    Can the drawers be removed?

## Product Description

Weight Capacity Top:165 LBS;Glass Shelf£º35 LBS£»Drawer:30 LBS£»Jewelry Storage Tray£º10 LBS

Material MDF+Glass

Finished Back Yes

Assembly Required Full Assembly Needed

Suggested Number of People for Assembly 2

Product Care Wipe clean with a dry cloth. Do not use strong liquid cleaners.

Package Number 2

## Important information

**Safety Information**

WARNING: This product requires full assembly. Use caution when handling sharp edges and heavy components during assembly. Always follow the assembly instructions provided. Be aware of the weight limits for the top, glass shelf, drawers, and jewelry storage tray to ensure safe usage and prevent damage to the product or injury to the user.

## Similar brands on Amazon

Page 1 of 2

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 45 of 427 PageID #:75

Sponsored



Vanity Desk with Mirror and Lights, Small Makeup Vanity Table with RGB…
4.8 ★★★★★ 30
$159.99



Yechen 35" Boho Makeup Vanity Desk with LED Lighted Mirror & Power Strip,…
4.3 ★★★★☆ 75
$129.99  List: $189.98

Subtotal
**$339.00**

Go to Cart



**$339.00**
Only 12 left in stock - order soon.

1

## Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work ⌄

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

## Based on your recent shopping trends

Page 1 of 10











TAMUNE Armoire Bedroom Island Wardrobe Closet Island with 8 Drawers & Glass Tabletop, Walk in Closet Island with Drawers,…
★★★★☆ 55
-17% $239⁹⁹
List: $289.99
FREE Shipping
🌱 1 sustainability feature ⌄

FUFU&GAGA Closet Island with Glass Top & 8 Drawers for Walk in Closet, Jewelry Display Cabinet Island with Glass Shelf, for Store Dressin…
★★★★★ 15
-10% $259⁹⁹
List Price: $289.99
FREE Shipping
🌱 1 sustainability feature ⌄

TAMUNE Armoire Bedroom Island Wardrobe Closet Island with 16 Drawers & Glass Tabletop, Island Dresser with Jewelry Organizer,…
★★★★☆ 32
$599⁹⁹
🌱 1 sustainability feature ⌄

ROMSHINE Lockable Glass Display Cabinet Closet Island, Glass Top Storage Cabinet for Retail, Collectibles Showcase with 3 Doors,…
★★★★☆ 21
$249⁹⁹
FREE Shipping
🌱 1 sustainability feature ⌄

Wardrobe A with Chargi Light,Walk-i Island Dress Showcase,3
★★★★☆
$152⁴⁹
Get it **Dec 31**
$29.99 shippi
Only 2 left in

## Best Sellers in Furniture

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 46 of 427 PageID #:76








Subtotal
**$339.00**

Go to Cart

$339.00

Only 12 left in stock - order soon.

1

**Ultra Soft Queen Size Mattress Topper - Viscose Made from Bamboo Pillow Top Mattress Pa…**
★★★★½ 40,098
#1 Best Seller
-36% **$44**⁹⁹
List: $69.99
Get it as soon as **Monday, Jan 5**
FREE Shipping by Amazon
🌿 1 sustainability feature ⌄

**Amazon Basics Full Motion Articulating TV Wall Mount, with Swivel and Tilt, for 26" to 55"…**
★★★★½ 56,120
#1 Best Seller
**$19**⁹⁸
Get it as soon as **Friday, Jan 2**
FREE Shipping on orders over $35 shipped by Amazon

**NEW JETO Metal Bed Frame,Queen Size Bed Frame with Storage Space,Heavy Duty Stur…**
★★★★½ 23,708
#1 Best Seller
**$52**⁹⁹
Get it as soon as **Wednesday, Dec 31**
FREE Shipping by Amazon

**OLANLY Dog Door Mat for Muddy Paws 30x20, Absorbs Moisture and Dirt, Absorbent Non-Sli…**
★★★★½ 17,334
#1 Best Seller
-33% **$9**⁹⁹
List: $14.99
Get it as soon as **Monday, Jan 5**
FREE Shipping on orders over $35 shipped by Amazon
🌿 1 sustainability feature ⌄

**EGOHOME Full Size Memory Foam Ma 8 Inch Bed Mattress Box with Cooling G**
★★★★½ 5,039
#1 Best Seller
-7% **$129**⁹⁹
List: $139.99
Get it as soon as **Wed Dec 31**
FREE Shipping by Am
🌿 1 sustainability fea

## Customers who viewed items in your browsing history also viewed







**Wardrobe Armoire Closet with Charging & LED Light,Walk-in Closet Island Dresser with Glass Showcase,3 Drawers &…**
★★★★☆ 38
**$152**⁴⁹
Get it **Dec 31 - Jan 5**
$29.99 shipping
Only 2 left in stock - order…

**LIVAUVEAD Closet Island with Drawers, Wardrobe Armoire Bedroom Island, Glass Display Shelf & 12 Drawers, White Dresser with Glass Top, Walk-in…**
★★★★½ 106
**$279**⁹⁹
FREE Shipping

**PakaLife Armoire Wardrobe Closet Island with 9 Drawers,Led Lights,Glass Tabletop,Bedroom Islan…**
★★★★★ 9
**$239**⁹⁹
Get it **Jan 2 - 6**
$49.90 shipping

**TAMUNE Armoire Bedroom Island Wardrobe Closet Island with 16 Drawers & Glass Tabletop, Island Dresser with Jewelry Organizer,…**
★★★★☆ 32
**$599**⁹⁹
🌿 1 sustainability feature ⌄

**PAKASEPT Armoir Bedroom Island, Wardrobe Closet Is Dresser with Glass Showcase, Chargi**
★★★★★ 14
**$239**⁹⁹
Get it **Jan 2 - 6**
$59.99 shipping

## Your Browsing History · View or edit your browsing history








**Back to top**

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts

12/26/25, 4:34 PM Amazon.com: Harper & Bright Designs Modern Luxury Multi-functional 6-Layer Vanity Dresser and Storage Cabinet with Glas…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 47 of 427 PageID #:77



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 48 of 427 PageID #:78



#1 Home Improvement Retailer

 Cumberland **10PM** 30339  W. 🔍 🛒  Cumberland **10PM** 30339  Shop All Services  DIY  Log In

… / Furniture / Bedroom Furniture / Dressers / Harper & Bright Designs Dressers

Internet # 331524426   Model # YJH091AAK



Hover Image to Zoom

      

+6

Harper & Bright Designs

**Cream White 6-Drawer 60.4 in. W Island Vanity Dresser with Display Cabinet, Glass Tabletop, Open Shelf, Jewelry Storage**

☆☆☆☆☆ ⌄ Questions & Answers (1)

Limit 10 per order

**SPECIAL BUY** **$265**15 Was $448.93
Save $183.78 (41%)

 Pay **$240.15** after **$25 OFF** your total qualifying purchase upon opening a new card. ⓘ
Apply for a Home Depot Consumer Card

- Elegant contemporary design enhances living space
- Spacious drawers and open shelves provide ample storage options
- Tea-colored glass with cream white finish add opulence
- View More Details

Pickup at Cumberland    Delivering to 30339



12/26/25, 4:32 PM    Harper & Bright Designs Cream White 6-Drawer 60.4 in. W Island Vanity Dresser with Display Cabinet Glass Tabletop, Open…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 49 of 427 PageID #:79



**Need This Assembled?**

## Need This Assembled?

Available only with Delivery

☐ Add In-Home Assembly / **+$179.00**

## Protect This Item

Select a Home Depot Protection Plan by Allstate for:

○ 2 Year / **$50.00**

◉ No thanks

ⓘ What to Expect

|  −  | 1 |  +  |

🛒 **Add to Cart**



Starting at $25.33/mo or as low as 0% APR with PayPal. Learn more

🔁 **Free & Easy Returns In Store or Online**

Return this item within **30 days** of purchase.

Read Return Policy

⬡ **Ask about this product**

Get an answer now with AI

| Type a question |

**Get an Answer**

AI-generated from the text of manufacturer documentation. To verify or get additional information, please contact The Home Depot customer service.

## Product Details                                      ⌃

### About This Product

This modern luxury island-style vanity dresser is a versatile centerpiece designed to elevate your living space with its elegant contemporary design and multifunctional practicality. Meticulously crafted with premium materials, it exudes exquisite craftsmanship and durability, providing a haven for your belongings with ample storage solutions, including 6-spacious drawers and thoughtful open shelves. Say goodbye to clutter and embrace seamless organization, as it effortlessly combines style and utility, offering easy access to your essentials while maintaining a sense of tranquility. Whether adorning a walk-in wardrobe or enhancing a bedroom sanctuary, this space-saving design adapts to various environments without compromising style, making it an essential addition for any discerning homeowner.

### Highlights

- Drawers, cabinets, open shelving - providing suitable placements for every cherished item in your life
- Beautiful tea-colored glass paired with the elegant cream white finish elevates your home decor
- Golden hue exudes a sense of opulence and can complement various design styles, from classic to modern
- Open shelves with glass provide a stylish display area and specialized jewelry storage tray keeps your accessories organized
- Drawers on both sides and the large storage cabinet at the bottom provides ample space for larger items
- Product dimensions: 60.4 in. W x 18.7 in. D x 33.1 in. H
- Top/glass shelf/drawer/jewelry storage tray weight capacity: 165 lbs. /35 lbs. /30 lbs. /10 lbs.

12/26/25, 4:32 PM    Harper & Bright Designs Cream White 6-Drawer 60.4 in. W Island Vanity Dresser with Display Cabinet Glass Tabletop, Open…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 50 of 427 PageID #:80

- Product care: wipe clean with a dry cloth, do not use strong liquid cleaners

- Suggested number of people for assembly: 2

- Note: we don't offer installation services, but detailed installation instructions are provided in the package, if you want to pay for assembly, please contact HD customer service for more information

- Return Policy

- California residents see Prop 65 WARNINGS

## Product Information

Internet # 331524426
Model # YJH091AAK

### Additional Resources

Shop All Harper & Bright Designs

**From the Manufacturer**
- Instructions / Assembly
- Warranty
- Use and Care Manual
- Return Policy



## Specifications

Dimensions: H 33.1 in, W 60.4 in, D 18.7 in



## Number of Drawers

**6**

See Similar Items

## Material

**Wood**

See Similar Items

## Assembly Required

**Assembly Required**

See Similar Items

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 51 of 427 PageID #:81

## Finish Family

Other

See Similar Items

## Dimensions

| | |
|---|---|
| Drawer Depth (in.) | 13.2 in |
| Drawer Height (in.) | 6.7 in |
| Drawer Width (in.) | 15.7 in |
| Product Depth (in.) | 18.7 in |
| Product Height (in.) | 33.1 in |
| Product Width (in.) | 60.4 in |

## Details

| | |
|---|---|
| Assembly Required | Assembly Required |
| Color Family | White |
| Color/Finish | Cream White |
| Finish Family | Other |
| Furniture Features | No Additional Features |
| Interior Furniture Type | Dresser |
| Material | Wood |
| Number of Drawers | 6 |
| Returnable | 30-Day |

## Warranty / Certifications

| | |
|---|---|
| Manufacturer Warranty | 6 Months Limited Manufacture |

How can we improve our product information? Provide feedback.

## Questions & Answers

1 Question

Find an Answer

> Type a keyword or phrase

Viewing **1-1** of **1**                    Newest

✎ Ask a Question

**Does the center open on both sides?**

By Bern, Apr 4, 2025

1 Answer | Answer This Question

1

12/26/25, 4:32 PM    Harper Bright Designs Cream White 6-Drawer 60.4 in. W Island Vanity Dresser with Display Cabinet, Glass Tabletop, Open…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 52 of 427 PageID #:82

Viewing **1-1** of 1

## Customer Reviews ⌃

### Customer Reviews

Do you own this product? Be the first to rate it. Your feedback will help users like you to make informed decisions and will help us to improve our product offerings!

**Write the First Review**

If you have questions or comments regarding the customer service you received please **contact us.**

Sponsored



**COMPLETE YOUR REMODEL WITH SIGNATURE DESIGN BY ASHLEY**

Shop Now

## Customers Also Viewed

    

| | | | | |
|---|---|---|---|---|
| FUFU&GAGA White 14-Drawers 63 in. Width Bedroom Dresser… | ComHoma Black 63 in. H Tall Bookcase with 1-Drawer and… | FUFU&GAGA White 12-Drawer 61.9 in. Dresser with Flip-Top… | FUFU&GAGA White 8-Drawers 47.2 in. Width Bedroom Dresse… | FUFU&GAGA White Drawer Bedroom Dre… |
| ★★★★☆ (15) | ★★★★★ (1) | ★★★★★ (1) | ★★★☆☆ (13) | ★★★★☆ (7) |
| **$395**⁰⁰ | SPECIAL BUY **$88**⁷⁰ /package Was $177.40 | **$439**⁰⁰ /carton | **$239**⁰⁰ | SPECIAL BUY **$210**⁵⁴ Was $245.00 |
| Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to C |
| | Sponsored | | | |

## Top Picks for You                                         Sponsored



    

Top Rated    Top Rated

| | | | | |
|---|---|---|---|---|
| VEIKOUS 27.6 in. W Writing Computer Desk Wood Dining… | VEIKOUS White 5-Drawer 31.5 in. W MDF Chest of Drawers,… | Serta Tina 67 in. Light Gray Polyester Full Size 2-Seat Sofa… | Ottomanson Santiago Convertible 89 in. Burgundy Chenille 3-Sea… | Serta Corwin 36 in. N Polyester Twin Conv… |
| ★★★★★ (13) | ★★★★☆ (151) | ★★★★☆ (231) | ★★★★★ (2) | ★★★★☆ (19) |
| **$79**⁰³ Was $94.99 | **$201**⁸⁷ | **$1,099**⁰⁰ | **$980**⁶⁷ Was $1,508.73 | **$455**²⁰ Was $629.00 |

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 53 of 427 PageID #:83

Save $15.96 (17%)     Save $528.06 (35%)     Save $173.80 (28%)

| Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to C |

## More from Harper & Bright Designs

    

| Harper & Bright Designs White 9-Drawers 55.04 in. Wide Dresser… | Harper & Bright Designs Black Elegant High Gloss 6-Drawer 4… | Harper & Bright Designs Elegant White 6-Drawer 47.2 in. Wide… | Harper & Bright Designs Black Rustic Farmhouse Style 6-Dra… | Harper & Bright De Farmhouse Style V |
|---|---|---|---|---|
| ☆☆☆☆☆ (0) | ★☆☆☆☆ (2) | ☆☆☆☆☆ (0) | ☆☆☆☆☆ (0) | ★★★★☆ (1) |
| **$245** $^{24}$ | **$276** $^{24}$ | **$279** $^{01}$ | **$315** $^{93}$ | **$314** $^{13}$ |
| Was $405.75 | Was $424.99 | Was $399.99 | Was $421.25 | Was $453.61 |
| Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to C |

## You Might Also Need

   

| Dream On Me Cot Contour Changing Pad | TRIBESIGNS WAY TO ORIGIN Cassey 51.18 in.… | FUFU&GAGA 2-Drawer White Nightstands Side Table Bedsid… | FUFU&GAGA 3-Drawer White Wood Chest of Drawers Bedsid… | FUFU&GAGA 3-Draw Wood Nightstand En |
|---|---|---|---|---|
| ★★★★★ (8) | ★★★★☆ (38) | ★★★☆☆ (25) | ★★★☆☆ (32) | ★★★★☆ (30) |
| **$45** $^{72}$ /box | **$94** $^{70}$ | **$57** $^{66}$ | **$85** $^{68}$ | **$85** $^{68}$ |
| | Was $146.00 | Was $72.08 | Was $125.64 | Was $119.48 |
| Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to C |

## Recently Viewed

    

| Harper & Bright Designs Cream White 6-Drawer 60.4 in. W Islan… | BYBLIGHT Roesler Modern Black Engineered Wood 55.1 in.… | BYBLIGHT Roesler Farmhouse Brown Wood 55 in. W Oval… | CSC DECOR INC White 6-Drawer 60.4 in. W Dresser, Multi-… | Dovelina Flora Mode Color Round Oak Wo |
|---|---|---|---|---|
| ☆☆☆☆☆ (0) | ★★☆☆☆ (3) | ★☆☆☆☆ (3) | ☆☆☆☆☆ (0) | ★★★★☆ (6) |
| **$265** $^{15}$ | **$188** $^{42}$ | **$206** $^{99}$ | **$445** $^{00}$ | **$555** $^{99}$ |
| Was $448.93 | Was $229.79 | | | |

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 54 of 427 PageID #:84

| Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to C |
|---|---|---|---|---|

 **GET 10% OFF YOUR PURCHASE**

Sign up for emails & save 10% on select home decor. Valid on select items.

Email Address

| yourname@email.com | **Sign Up** |
|---|---|

## Related Products



**White 14-Drawers 63 in. Width Bedroom Dresser Makeup Island with Glass Top**

It would be great to place this stylish and elegant storage cabinet with strong storage capabilities in your cloakroom. There are 2 large drawers under the tempered glass top,…

View Product



**White Rustic Farmhouse Style 6-Drawer 47.2 in. Wide Dresser with Metal Handles**

Transform your bedroom into a haven of rustic elegance with the Rustic Farmhouse Style Wooden Dresser. This beautifully crafted piece combines the timeless charm of farmhou…

View Product





Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 55 of 427 PageID #:85

**Elegant White 6-Drawer 47.2 in. Wide Dresser with Handle, Mirrored Storage Cabinet**

Organize your nighttime essentials with this dresser, featuring 6-drawers for clutter-free storage to save your space. The mirrored design of handle and legs create a unique sen…

View Product

**Retro Farmhouse Style White and Brown 6 Drawer 52.6 in. Wide Dresser**

Transform your bedroom into a stylish sanctuary with our elegant vintage dresser. This beautifully crafted piece exudes timeless charm with its classic design and intricate…

View Product

Explore More on homedepot.com                                                          ⌄

Feedback

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 56 of 427 PageID #:86



#1 Home Improvement Retailer



Cumberland **10PM**  30339   W.  [search]   Cumberland **10PM**  30339   Shop All Services   DIY   Log In

... / Furniture / Bedroom Furniture / Dressers / CSC DECOR INC Dressers

Internet # 331442978   Model # C-BS325564AAK



Hover Image to Zoom

      

+3

CSC DECOR INC

**White 6-Drawer 60.4 in. W Dresser, Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop**

☆☆☆☆☆  ⌄ Questions & Answers

# $445⁰⁰

 Pay **$395.00** after **$50 OFF** your total qualifying purchase upon opening a new card. ⓘ
Apply for a Home Depot Consumer Card

Pickup at Cumberland       Delivering to 30339

**Ship to Store**          **Delivery**
Dec 15 - Dec 18            Wed, Dec 17
335 available             335 available
**FREE**                  **FREE**

Check Nearby Stores        Delivery Details

12/11/25, 11:33 AM    CSC DECOR INC White 6-Drawer 60.4 in. W Dresser, Multi-Functional Island Vanity Dresser and Storage Cabinet with Glas…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 57 of 427 PageID #:87

**Delivery by Christmas**

## 🛡 Protect This Item

Select a Home Depot Protection Plan by Allstate for:

○ 3 Year / **$80.00**

◉ No thanks

ⓘ **What to Expect**

| − | 1 | + |

🛒 **Add to Cart**

*PayPal*

Starting at $42.51/mo or as low as 0% APR with **PayPal**. Learn more

## Free & Easy Returns In Store or Online

Return this item within **30 days** of purchase.

**Read Return Policy**

## ⬡ Ask about this product

Get an answer now with AI

| Type a question | **Get an Answer** |

AI-generated from the text of manufacturer documentation. To verify or get additional information, please contact The Home Depot customer service.

| Product Details | ⌄ |
|---|---|

**Specifications**
Dimensions: H 33.10 in, W 60.40 in, D 18.70 in                    ⌄

| Questions & Answers | ⌄ |
|---|---|

| Customer Reviews | ⌄ |
|---|---|

## Customers Also Viewed



**Harper & Bright Designs** Cream White 6-Drawer 60.4 in. W Islan…

★★★★★ (0)

**$266**04



**FUFU&GAGA** White 39.4 in. W 1-Drawer Bedroom Dresser Jewe…

★★★★½ (7)

 **$210**55



**FUFU&GAGA** White 14-Drawers 63 in. Width Bedroom Dresser…

★★★★☆ (15)

 **$347**84



**FUFU&GAGA** White 8-Drawers 47.2 in. Width Bedroom Dresse…

★★★½☆ (13)

**$239**00



**FUFU&GAGA** White Mi… Finished 16-Drawer 63…

★★★★½ (4)

**$441**55

12/11/25, 11:33 AM CSC DECOR INC White 6-Drawer 60.4 in. W Dresser, Multi-Functional Island Vanity Dresser and Storage Cabinet with Glas…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 58 of 427 PageID #:88

Was $448.93    Was $245.00    Was $395.00       Was $535.00

| Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |

## Top Picks for You

Sponsored

    

**Leisuremod** Round White Sintered Stone 35.46 in. Tablet…

**Walker Edison Furniture Company** Contemporary 70 in.…

**Walker Edison Furniture Company** Contemporary 70 in.…

**Walker Edison Furniture Company** Durango 72 in.…

Walker Edison Fur… Company Modern Blac…

★★★☆☆ (2)    ★★★★☆ (66)    ★★★★☆ (66)    ★★★★☆ (164)    ★★★★☆ (10)

$288⁰⁰    $449⁹⁹    $449⁹⁹    $445⁵⁷    $562⁵⁴

| Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |

## More Like This





Current Item



**Benjara** White and Gold 4-Drawers 31 in. Dresser Withou…

★★★★★ (0)

SPECIAL BUY $387⁹³
/piece
Was $570.00



**MODWAY** Emmeline Scalloped 6-Drawer Dresser in White

★★★☆☆ (3)

$375²⁵

Manhattan Comfort Coney Mid-Century Modern White 3-Draw…

★★★★★ (0)

$477¹⁰ /set

Cam…
Whit…

★★…

$66

| Add to Cart | Add to Cart | Add to Cart | |

## Loading Recommendations

    

12/11/25, 11:33 AM
Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 60 of 427 PageID #:90
CSC DECOR INC White 6-Drawer 60.4 in. W Dresser, Multi Functional Island Vanity Dresser and Storage Cabinet with Glas…

Feedback

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 61 of 427 PageID #:91

**Order by 12/15 with Standard Shipping for XMas Delivery!***

# BED BATH & BEYOND

Find all things home & beyond

welcome rewards+

Check Out

Furniture   Rugs   Outdoor   Bedding   Bath   Kitchen & Entertaining   Decor   Organization   Lighting   Baby & Kids   Holiday & More   Sales & Deals   Inspiration

Furniture / Bedroom Furniture / Dressers

Share



## Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet

☆☆☆☆☆ ⌄

⊗   This item is currently out of stock.

**Get notified when this item is back in stock.**

Email address       Notify Me

☑ Sign up for promotional emails.

Terms & Conditions | Privacy Policy

♡ Add to List

---

## Product Overview ⌃

| Description | Specifications |
|---|---|

**Details:**

This multifunctional marvel isn't just a dresser—it's a dynamic centerpiece designed to streamline your daily routine. Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integrates style with practicality.From cherished trinkets to everyday essentials, this cabinet offers a sanctuary for your belongings. Its array of storage compartments—six ample drawers and thoughtfully designed open shelves—provide a sanctuary for organization, ensuring everything has its designated place.Bid farewell to clutter-induced chaos and embrace the serenity of seamless organization. With its intuitive design, accessing your essentials becomes a breeze. The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently used items.Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.Designed with the discerning homeowner in mind, this dresser embodies sophistication and functionality in equal measure. Its thoughtful design elements cater to the demands of modern living, ensuring a seamless blend of style and practicality.The beautiful tea-colored glass paired with the elegant cream white finish elevates your home decor. Its stylish lines, modern design, and exquisite finishes add sophistication and refinement to any room.

- **Versatile Hub of Utility--** This multifunctional marvel isn't just a dresser—it's a dynamic centerpiece designed to streamline your daily routine. Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integrates style with practicality.
- **Abundant Storage Solutions--** From cherished trinkets to everyday essentials, this cabinet offers a sanctuary for your belongings. Its array of storage compartments—six ample drawers and thoughtfully designed open shelves—provide a sanctuary for organization, ensuring everything has its designated place.
- **Effortless Organization at Your Fingertips--** Bid farewell to clutter-induced chaos and embrace the serenity of seamless organization. With its intuitive design, accessing your essentials becomes a breeze. The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently

used items.

- **Practical Luxury for Every Space--** Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.
- **Tailored for the Discerning--** Designed with the discerning homeowner in mind, this dresser embodies sophistication and functionality in equal measure. Its thoughtful design elements cater to the demands of modern living, ensuring a seamless blend of style and practicality.
- **Thoughtful Small Grid Design Inside the Drawer--** This design can maximize storage efficiency within the drawer. By creating separate compartments, it prevents items from shifting or getting mixed up, making it easier to locate and access specific items when needed.
- **Brown Glass Tabletop--** The beautiful tea-colored glass paired with the elegant cream white finish elevates your home decor. Its stylish lines, modern design, and exquisite finishes add sophistication and refinement to any room.

Country of Origin: China

**Disclaimers & Disclosures:**

This product will ship to you in multiple boxes.
*Assembly Required*

 Installation/Assembly Instructions

 Size Guides

∧ Show Less

## Top Products in Vanities



$494.99 - $500.99

Grain Wood Furniture Shaker 5-drawer Solid Wood Chest

★★★★⯪ 874



**Sale** $881.39 - $962.79

Kedric 6-Drawer Gold Accent Dresser by iNSPIRE Q Bold

★★★★☆ 82



**Sale** **$556.07 - $589.17**

Lifestorey Ana 8-Drawer Mid-Century Modern Dresser

★★★★☆ 212

**$584.99 - $601.99**

Grain Wood Furniture Shaker-style 6-drawer Solid Wood Dresser

★★★★½ 600



**Sale** **$413.09 - $413.09**

Canfield 3-drawer Dresser by Greyson Living

★★★★½ 37

Get 20% Off*

Feedback

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 64 of 427 PageID #:94



**Sale** **$122.35 - $122.35**

DH BASIC Mid-Century Modern Distressed Grey 31-inch Wide 4-Drawer Vertical Dresser by Denhour

★★★★☆ 43



**$529.49 - $555.49**

Grain Wood Furniture Greenport Coastal Solid Wood 5-drawer Chest

★★★★½ 276



**Sale** **$71.09 - $80.09**

Pellebant 6 Drawers Vertical Dresser Storage Tower

★★★★½ 23



**Sale** **$402.32 - $447.30**

Palace Imports Solid Wood 6-Drawer Chest with Metal or Wooden Knobs

★★★★½ 17



**Sale** **$542.00 - $605.14**

Palace Imports 100% Solid Wood 5-Jumbo Drawer Chest with Lock, Metal or Wooden Knobs

★★★★½ 335



**Sale** **$63.89 - $72.37**

Crestlive Products 6 Drawers Vertical Dresser Storage Tower with Wood Top

★★★★☆ 145



**Sale** **$371.48 - $451.19**

Palace Imports 100% Solid Wood 5-Drawer Chest with Metal or Wooden Knobs

★★★★☆ 553

Show More ⌄

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 67 of 427 PageID #:97



### Free Shipping Over $49.99*

$6.99 flat-rate shipping for orders under $50

See Shipping Policy



### Easy 30-Day Returns

Return, refund or replace within 30 days of receipt on most new and unused items.

See Return Policy



### 1000s of Items 1-3 Day Delivery

We offer expedited, safe and reliable delivery options for most products.

See Expedited Delivery

## welcome rewards+

### Free Standard Shipping for welcome rewards+ Members*

See Membership Benefits

*Free shipping is only available in the contiguous U.S. — excludes Alaska, Hawaii and international orders. Bed Bath & Beyond reserves the right to change this offer at any time. Read more on shipping policy or return policy.

## This Product Matches Well With



Current Product

Modern Luxury Multi-Functional Island...



**Nightstands**



**Bedroom Sets**



**Makeup Vanities**



**Beds**



**Headboards**



### Our best deals delivered right to you.

When you download the Bed Bath & Beyond app & turn on notifications, you'll never miss out on our latest sales & offers.

Enter mobile number

Get App

I agree to receive a one-time text message to my mobile device. Messaging and data rates may apply.







Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 68 of 427 PageID #:98



## Reviews ★★★★★ 0

Write the first review

## Questions & Answers

Ask the first question

## Returns

Standard

**Take 20% off your entire order***
Plus, get exclusive offers & savings!
*Some Exclusions Apply. See Details

Your Email Address

Sign Up

Get 20% Off*

Feedback

12/11/25, 11:51 AM    Modern Luxury Multi Functional Island Vanity Dresser and Storage Cabinet - Bed Bath & Beyond - 40816845

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 69 of 427 PageID #:98

## SHOP SOCIAL®

MY ACCOUNT

**MOBILE APPS**

Download on the
App Store

Download on
Google Play

| MY ACCOUNT | LET US HELP | COMPANY INFORMATION | MORE WAYS TO SHOP |
|---|---|---|---|
| Orders & Returns | Help Center | About Us | Coupons |
| My Reviews | Contact Customer Care | Contact Us | Deals |
| Email Preferences | Shipping Information | Careers | New Arrivals |
| welcome rewards+™ | Return Policy | Investor Relations | Store Locations |
| Account Settings | International Help | Sell Your Products | |
| Gift Cards | Accessibility | Affiliate Program | **FINANCIAL SERVICES** |
| Manage My Bed Bath & Beyond Credit Card | | | Apply for Lease-to-Own |
| Manage My Overstock™ Citi Credit Card | | | Beyond Protection Powered by Extend |
| | | | Apply for Bed Bath & Beyond Credit Card |

BedBathandBeyond.com®

Shop BedBathAndBeyond.com and find the best
online deals on everything for your home. We
work every day to bring you discounts on new
products across our entire store. Whether you're
looking for memorable gifts or everyday
essentials, you can buy them here for less.

HAVENSIDE HOME®

© Copyright 2025, Beyond, Inc.
433 W Ascension Way, Suite 300, Murray, UT 84123 | 1-800-
843-2446

| Cookie Settings | Privacy Policy | Terms & Conditions | *Promotion Terms | Ship to: |
|---|---|---|---|---|





Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 70 of 427 PageID #:100

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 71 of 427 PageID #: 101





> 🔔 **Get Notified!**
> Get Price Drop Alerts & More!                                    ›

---

## Product Overview                                                ⌃

## Description

**Details:**

This multifunctional marvel isn't just a dresser—it's a dynamic centerpiece designed to streamline your daily routine. Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integrates style with practicality.From cherished trinkets to everyday essentials, this cabinet offers a sanctuary for your belongings. Its array of storage compartments—six ample drawers and thoughtfully designed open shelves—provide a sanctuary for organization, ensuring everything has its designated place.Bid farewell to clutter-induced chaos and embrace the serenity of seamless organization. With its intuitive design, accessing your essentials becomes a breeze. The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently used items.Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.Designed with the discerning homeowner in mind, this dresser embodies sophistication and functionality in equal measure. Its thoughtful design elements cater to the demands of modern living, ensuring a seamless blend of style and practicality.The beautiful tea-colored glass paired with the elegant cream white finish elevates your home decor. Its stylish lines, modern design, and exquisite finishes add sophistication and refinement to any room.

- **Various Forms of Storage Options--** From cherished trinkets to everyday  essentials, this cabinet offers a sanctuary for your belongings.
- **Brown Glass Tabletop--**The beautiful tea-colored glass paired with the elegant cream-white finish elevates your home decor.
- **Small Grid Design Inside the Drawer--**This design can maximize storage efficiency within the drawer.
- **Bottom Large Storage Cabinet--** Can store anything from linens and towels to pantry items, toys, and office supplies.
- **High-Quality Materials--** Made of durable MDF and glass material to ensure long-term use.
- **Graceful Golden Handles--**The golden hue exudes a sense of opulence and  can complement various design styles, from classic to modern.

Country of Origin: China

**Disclaimers & Disclosures:**

This product will ship to you in multiple boxes.
*Assembly Required*



12/11/25, 11:52 AM Cream White 6 drawer 60.40 in. Wide Dresser with Glass Tabletop - On Sale - Bed Bath & Beyond - 40816844

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 73 of 427 PageID #:103

^ Show Less

## Featured Products ⓘ





**Sale** **$242.96 - $249.19**

Mopio Brooklyn 3 Drawer Dresser

★★★★★ 6



**Sale** **$199.79 - $235.99**

Basilea Narrow Dresser with 5...

★★★★★ 1



**Sale** **$179.99 - $659.99**

WAMPAT Mid Century Modern...

★★★★★



**$359.99**

WAMPAT Fluted 6 Drawers Dresser...

★★★★★



**Sale** **$273.35 - $311.03**

Modern Fluted 6 Drawers Dresser,...

★★★★☆ 6



**$699.99**

94.5" Modern Reeded 7-Drawe...

★★★★★



**$204.99 - $251.99**

Modern Dresser, Fluted Wood Ch...

★★★★★



**Sale** Pal 100

★

## Compare Similar Items



Currently Viewing









| | **Cream White 6 drawer 60.40 in. Wide Dresser...** | **Modern 3-Drawer Storage Cabinet for Living Room,...** | **SAFAVIEH Juniper 2-Door Beige Storage Chest** | **9 Drawers Chest Of Dresser Storage Tower...** | **59" W 9-Drawer Storage Cabinet Mid-Century...** |
|---|---|---|---|---|---|
| Ratings | ★★★★★ 0 | ★★★★★ 0 | ★★★☆☆ 1 | ★★★★☆ 10 | ★★★★★ 2 |
| Price | Sale: $597.59 - $597.59 | Today: $423.99 - $423.99 | Sale: $315.11 - $315.11 | Sale: $237.99 - $295.99 | Sale: $283.67 - $359.19 |
| Color | Cream | Beige | Silver, Beige | Black | Black |
| Material | Glass, Wood | MDF | Glass, Wood | MDF | MDF |
| | Add to Cart | View Details | View Details | View Details | View Details |

◄ See More Details ⌄

Get 20% Off*

Feedback

## Top Products in Dressers & Chests

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 74 of 427 PageID #:104



$494.99 - $500.99

Grain Wood Furniture Shaker 5-drawer Solid Wood Chest

 874

**Sale** $881.39 - $962.79

Kedric 6-Drawer Gold Accent Dresser by iNSPIRE Q Bold

 82



$584.99 - $601.99

Grain Wood Furniture Shaker-style 6-drawer Solid Wood Dresser

 600

**Sale** $556.07 - $589.17

Lifestorey Ana 8-Drawer Mid-Century Modern Dresser

★★★★ 212



12/11/25, 11:52 AM
Cream White 40.4 in. Wide Dresser with Glass Table top 4 Bed Bath Beyond

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 75 of 427 PageID #:105



**Sale** **$413.09 - $413.09**

Canfield 3-drawer Dresser by Greyson Living

★★★★⯪ 37



**Sale** **$122.35 - $122.35**

DH BASIC Mid-Century Modern Distressed Grey 31-inch Wide 4-Drawer Vertical Dresser by Denhour

★★★★☆ 43



$529.49 - $555.49

Grain Wood Furniture Greenport Coastal Solid Wood 5-drawer Chest

★★★★⯪ 276







**Sale** **$71.09 - $80.09**

Pellebant 6 Drawers Vertical Dresser Storage Tower

★★★★⯪ 23

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 76 of 427 PageID #:106



**Sale** **$402.32 - $447.30**

Palace Imports Solid Wood 6-Drawer Chest with Metal or Wooden Knobs

★★★★⯪ 17



**Sale** **$542.00 - $605.14**

Palace Imports 100% Solid Wood 5-Jumbo Drawer Chest with Lock, Metal or Wooden Knobs

★★★★⯪ 335



**Sale** **$63.89 - $72.37**

Crestlive Products 6 Drawers Vertical Dresser Storage Tower with Wood Top

⭐⭐⭐⭐⯨ 145



**Sale** **$371.48 - $451.19**

Palace Imports 100% Solid Wood 5-Drawer Chest with Metal or Wooden Knobs

⭐⭐⭐⭐⯪ 553

Show More ⌄

    

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 78 of 427 PageID #:108

**Free Shipping Over $49.99***

$6.99 flat-rate shipping for orders under $50

See Shipping Policy

**Easy 30-Day Returns**

Return, refund or replace within 30 days of receipt on most new and unused items.

See Return Policy

**1000s of Items 1-3 Day Delivery**

We offer expedited, safe and reliable delivery options for most products.

See Expedited Delivery

## welcome rewards+

### Free Standard Shipping for welcome rewards+ Members*

See Membership Benefits

*Free shipping is only available in the contiguous U.S. — excludes Alaska, Hawaii and international orders. Bed Bath & Beyond reserves the right to change this offer at any time. Read more on shipping policy or return policy.

## This Product Matches Well With



Current Product

Cream White 6 drawer 60.40 in....



**Nightstands**



**Bedroom Sets**



**Makeup Vanities**



**Beds**



**Headboards**



**Bed Fr**



**Our best deals delivered right to you.**

When you download the Bed Bath & Beyond app & turn on notifications, you'll never miss out on our latest sales & offers.

Enter mobile number

Get App

I agree to receive a one-time text message to my mobile device. Messaging and data rates may apply.

## Customer Preferred



Sale **$127.39 - $127.39**

Cassini Rustic 8-shelf Shoe Cabinet by Carbon Loft

★★★★★ 118



Sale **$602.79 - $617.69**

Signature Design by Ashley Hyanna Drawer...

★★★★☆ 108



Sale **$393.29 - $488.39**

Palace Imports 100% Solid Wood 6-Drawer Dresser

★★★★☆ 315



**$67.99 - $69.99**

Dresser for Bedroom with 5 Fabric Drawers, Tall...

★★★★★ 6



Sale **$987.29 - $987.29**

Signature Design by Ashley Nettle Bank...

★★★★★ 27

Sale

Crest Househo

★★★



## Trending Items

12/11/25, 11:52 AM
Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 79 of 427 PageID #:109
Cream White Gold with 40.4-in Wide Dresser with 2 Glass Cabinet | Bed Bath & Beyond - 40816844







 **$262.87 - $422.74**

**Sale** $300.13 - $312.05

**Sale** $413.09 - $413.09

**Sale** $177.08 - $246.97

**Sale** $261.85 - $333.95

**Sale** $

Farmhouse Drawers Dresser, Wood Chest of...

Elegant Right Angled Dresser with 6 Rattan...

Canfield 3-drawer Dresser by Greyson Living

6 Drawers Dresser High Gloss Dresser Chest Off-...

Farmhouse 6 Drawer Dresser for Bedroom,...

Space-Sa... Storage...

★★★★★ 12      ★★★★★      ★★★★★ 37      ★★★★★ 5      ★★★★★ 1      ★★★★

---

## Reviews    ★★★★★ 0                                    [ Write the first review ]

---

## Questions & Answers                                                    ⌄
Ask the first question

---

## Returns                                                                ⌄
Standard

---

**Take 20% off your entire order***
Plus, get exclusive offers & savings!
*Some Exclusions Apply. See Details

[ Your Email Address ]    [ Sign Up ]

**SHOP SOCIAL®**
    

**MOBILE APPS**
 Download on the App Store          Download on Google Play

| MY ACCOUNT | LET US HELP | COMPANY INFORMATION | MORE WAYS TO SHOP |
|---|---|---|---|
| Orders & Returns | Help Center | About Us | Coupons |
| My Reviews | Contact Customer Care | Contact Us | Deals |
| Email Preferences | Shipping Information | Careers | New Arrivals |
| welcome rewards+™ | Return Policy | Investor Relations | Store Locations |
| Account Settings | International Help | Sell Your Products | |
| Gift Cards | Accessibility | Affiliate Program | **FINANCIAL SERVICES** |
| Manage My Bed Bath & Beyond Credit Card | | | Apply for Lease-to-Own |
| Manage My Overstock™ Citi Credit Card | | | Beyond Protection Powered by Extend |
| | | | Apply for Bed Bath & Beyond Credit Card |



BedBathandBeyond.com®

HAVENSIDE HOME®

Shop BedBathAndBeyond.com and find the best online deals on everything for your home. We work every day to bring you discounts on new products across our entire store. Whether you're looking for memorable gifts or everyday essentials, you can buy them here for less.

© Copyright 2025, Beyond, Inc.
433 W Ascension Way, Suite 300, Murray, UT 84123 | 1-800-843-2446

| Cookie Settings | Privacy Policy | Terms & Conditions | *Promotion Terms | Ship to: |





## Product Overview

## Description

**Details:**

【Product Features】★Abundant Storage Solutions: From cherished trinkets to everyday essentials, this cabinet offers a sanctuary for your belongings. Its array of storage compartments—six ample drawers and thoughtfully designed open shelves—provide a sanctuary for organization, ensuring everything has its designated place. ★Effortless Organization at Your Fingertips: Bid farewell to clutter-induced chaos and embrace the serenity of seamless organization. With its intuitive design, accessing your essentials becomes a breeze. The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently used items. ★Practical Luxury for Every Space: Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home. ★Tailored for the Discerning: Designed with the discerning homeowner in mind, this dresser embodies sophistication and functionality in equal measure. Its thoughtful design elements cater to the demands of modern living, ensuring a seamless blend of style and practicality. 【Island Dresser】★Weight Capacity:Top:165 LBS; Glass Shelf：35 LBS； Drawer:30 LBS； Jewelry Storage Tray：10 LBS ★Material:MDF+Glass ★Finished Back:Yes ★Assembly Required:Full Assembly Needed ★Suggested Number of People for Assembly:2 ★Product Care:Wipe clean with a dry cloth. Do not use strong liquid cleaners. ★Package Number:2 【Keep it looking its best】1.Fabric furniture Care;Dust regularly. Clean gently with a clean, slightly damp cloth. Professional cleaning is recommended. 2.Wood Furniture Care:We recommend dusting frequently with a clean, soft, dry, lint-free cloth. Clean the surface by rubbing in the direction of the grain and wipe dry. 3.Avoid direct sunlight. 4.Avoid the use of all chemicals, household cleaners, abrasives, or cleaners that contain lemon, vinegar, or other acids that may damage the finish. 5.Do not place hot appliances, such as curling irons and hot hair dryers directly on the countertop. 6.Spot clean using distilled water and water-based cleaning agents, foam or mild water-free cleaning solvents. 7.Always test a small inconspicuous area first. 8.Hardware may loosen over time; periodically check to make sure all connections are tight 【Notes】1.Size Notice:Manual measurement has been used, there may be some reasonable error, thanks for your understanding. 2.Color Notice:Due to factors such as

display equipment and shooting environment, the color of the item may be slightly different from the picture, which is a normal phenomenon, please refer to the actual item 3.Assembly Notice:Please read assemble manual in advance. Please do not over-tighten nuts, as this may cause distortion or breakage. 4.It is recommended to put a layer of foam or soft cushion on the floor when installing to avoid scratching the floor. 5.If the item has any defects, damage or missing parts, please contact us with pictures or videos so that we can understand your needs and help you quickly, and always remember to retain its original packaging to ensure any return requests. We will try our best to solve any problems you may have. 6.If you receive the wrong product, please attach the product picture, the infographic of the outer package and the picture containing SKUs, so that we can verify and quickly deal with it for you

Country of Origin: China

∧ Show Less

## Similar Items in Pantry Cabinets



**Sale** **$610.37 - $610.37**
Freestanding Tall Cupboard Storage...
☆☆☆☆☆


**Sale** **$361.59 - $361.59**
U-Style Accent Storage Cabinet Sideboard
☆☆☆☆☆


**$335.49 - $335.49**
2 Doors Cabinet Farmhouse Cabinet
☆☆☆☆☆


**Sale** **$287.59 - $287.59**
3 Drawers Storage Cabinet(Set of 2)
☆☆☆☆☆


**Sale** **$303.23 - $303.23**
Functional 4-Door Rattan Decorative Storage...
☆☆☆☆☆


**$377.49**
3 Drawers Cabinet (S
☆☆☆☆

## Top Products in Kitchen Cabinets



**Sale** **$239.27 - $239.27**

HOMCOM Freestanding Modern 4 Door Kitchen Pantry, Storage Cabinet Organizer with 6-Tier Shelves, and 4 Adjustable Shelves

★★★★⯪ 9

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 84 of 427 PageID #:114



**Sale** $136.58 - $136.58

Yeer Rustic Walnut Wood Multi-storage Hutch by Furniture of America

⭐⭐⭐⭐½ 25



**Sale** $472.04 - $472.04

Homestyles Nantucket Sanded Off-White Pantry with Four Doors

⭐⭐⭐⭐⭐ 488



**Sale** $579.21 - $799.27

Palace Imports 100% Solid Wood Pantry Cabinet with Frosted, Clear Glass or Solid Doors and Adjustable Shelves

⭐⭐⭐⭐ 21

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 85 of 427 PageID #:115

**Sale** **$612.94 - $612.94**

Seaside Lodge Corner Cabinet

★★★★⯨ 41



**Sale** **$136.97 - $194.22**

Kitchen Storage Pantry Cabinet, Freestanding Bathroom Storage Cabinet with 2 Doors and Drawers

★★★★☆ 11

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 86 of 427 PageID #:116



**Sale** **$185.18 - $186.74**

HOMCOM Modern Sideboard Buffet Cabinet with Storage Cupboards, 2 Drawers and Adjustable Shelves, Black

★★★★½ 12



**Sale** **$125.11 - $160.81**

Simple Living Aston Tall Cabinet

★★★★☆ 1,134







**Sale**  **$129.59 - $135.31**

HOMCOM 32" Farmhouse Barn Door Style Sideboard Cabinet,Buffet Storage Cabinet Coffee Bar for Living Room or Entryway

★★★★☆ 27



**Sale**  **$144.75 - $144.75**

Figg Rustic Wood Multi-shelf Microwave Cabinet by Furniture of America

★★★★☆ 39



**Sale** **$183.74 - $183.74**

HOMCOM 71″ Freestanding Kitchen Buffet Hutch Cupboard with 6 Doors, 3 Adjustable Shelves, and 1 Drawer, White

★★★★☆ 213



**Free Shipping Over $49.99***

$6.99 flat-rate shipping for orders under $50

See Shipping Policy



**Easy 30-Day Returns**

Return, refund or replace within 30 days of receipt on most new and unused items.

See Return Policy



**1000s of Items 1-3 Day Delivery**

We offer expedited, safe and reliable delivery options for most products.

See Expedited Delivery



## welcome rewards+

**Free Standard Shipping for welcome rewards+ Members***

See Membership Benefits

*Free shipping is only available in the contiguous U.S. — excludes Alaska, Hawaii and international orders. Bed Bath & Beyond reserves the right to change this offer at any time. Read more on shipping policy or return policy.

## This Product Matches Well With

 Current Product
Multi-Functional Storage Cabinet

 Kitchen Islands a...

 Utility Sinks

 Kitchen Canisters

 Kitchen & Pantry ...

 Buffets and Side...

 Sales &

 **Our app is a big deal!**

In fact, it's a lot of big deals every single day when you play Lotto! Shop exclusive sales and deals when you download the app.

Enter mobile number    **Get App**

I agree to receive a one-time text message to my mobile device. Messaging and data rates may apply.

## Customer Preferred


**Sale** $501.11 - $501.11
Crosley Seaside Kitchen Pantry in Distressed Blac...
★★★★★ 51


**Sale** $185.18 - $186.74
HOMCOM Modern Sideboard Buffet Cabin...
★★★★☆ 12


$299.47 - $299.47
HOMCOM 63.5" Kitchen Buffet with Hutch, Pantr...
★★★★☆ 14


**Sale** $472.04 - $472.04
Homestyles Nantucket Sanded Off-White Pantr...
★★★★★ 488


**Sale** $515.09 - $515.09
Americana Distressed Oak Pantry, 72"H
★★★★☆ 14


**Sale** $6 $7
Palace Im Solid Wo
★★★★

## Trending Items


**Sale** $229.94 - $239.80
Adika Solid Wood Vintage Vibe Accent...
★★★☆☆ 2


**Sale** $491.03 - $541.87
8 Door Shelves Farmhouse Kitchen Pant...
☆☆☆☆☆


$41.12 - $48.00
Craftmade 86292-TR Marta 9" Tall Buffet...
★★★★☆ 1


$2999.99 - $3499.99
Sloan Arched Display Dining Cabinet Series
★★★★★ 1


**Sale** $457.96 - $584.67
Tall Farmhouse Kitchen Pantry Cabinet, Pantry...
☆☆☆☆☆


**Sale** $
Multi-Roo Cabinet w
★★★★



**Reviews** ★★★★★ 0

Write the first review

**Questions & Answers**

Ask the first question

**Returns**

Standard

**Take 20% off your entire order***

Plus, get exclusive offers & savings!

*Some Exclusions Apply. See Details

Your Email Address

Sign Up

**SHOP SOCIAL®**

**MOBILE APPS**

Download on the App Store

Download on Google Play

**MY ACCOUNT**

Orders & Returns

My Reviews

Email Preferences

welcome rewards+™

Account Settings

Gift Cards

Manage My Bed Bath & Beyond Credit Card

Manage My Overstock™ Citi Credit Card

**LET US HELP**

Help Center

Contact Customer Care

Shipping Information

Return Policy

International Help

Accessibility

**COMPANY INFORMATION**

About Us

Contact Us

Careers

Investor Relations

Sell Your Products

Affiliate Program

**MORE WAYS TO SHOP**

Coupons

Deals

New Arrivals

Store Locations

**FINANCIAL SERVICES**

Apply for Lease-to-Own

Beyond Protection Powered by Extend

Apply for Bed Bath & Beyond Credit Card

BedBathandBeyond.com®

Shop BedBathAndBeyond.com and find the best online deals on everything for your home. We work every day to bring you discounts on new products across our entire store. Whether you're looking for memorable gifts or everyday essentials, you can buy them here for less.

HAVENSIDE HOME®

© Copyright 2025, Beyond, Inc.
433 W Ascension Way, Suite 300, Murray, UT 84123 | 1-800-843-2446

Cookie Settings

Privacy Policy

Terms & Conditions

*Promotion Terms

Ship to:

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 91 of 427 PageID #:121



- Practical Luxury for Every Space: Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.
- Tailored for the Discerning: Designed with the discerning homeowner in mind, this dresser embodies sophistication and functionality in equal measure. Its thoughtful design elements cater to the demands of modern living, ensuring a seamless blend of style and practicality.

## Product Specifications

- Various Forms of Storage Options: Drawers, cabinets, open shelving – providing suitable placements for every cherished item in your life.
- Brown Glass Tabletop: The beautiful tea-colored glass paired with the elegant cream white finish elevates your home decor. Its stylish lines, modern design, and exquisite finishes add sophistication and refinement to any room.
- Graceful Golden Handles: The golden hue exudes a sense of opulence and can complement various design styles, from classic to modern.
- Thoughtful Small Grid Design Inside the Drawer: This design can maximize storage efficiency within the drawer. By creating separate compartments, it prevents items from shifting or getting mixed up, making it easier to locate and access specific items when needed.
- Glass Open Shelves
- Drawers on Both Sides
- Jewelry Storage Tray
- Bottom Large Storage Cabinet

### Island Dresser

- Weight Capacity Top:165 LBS;
- Glass Shelf：35 LBS；
- Drawer:30 LBS；
- Jewelry Storage Tray：10 LBS
- Material MDF+Glass
- Finished Back Yes
- Assembly Required Full Assembly Needed
- Suggested Number of People for Assembly 2
- Product Care Wipe clean with a dry cloth. Do not use strong liquid cleaners.
- Package Number 2

Country of Origin: China

### Disclaimers & Disclosures:

*Assembly Required*

 Installation/Assembly Instructions



12/26/25, 4:38 PM · Multi-Functional Vanity Dresser Storage Cabinet with Glass Tabletop, 6 Drawers · Bed Bath & Beyond · 40797821

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 93 of 427 PageID #:123

## Compare Similar Items



| | Multi-Functional Vanity Dresser Storage Cabinet... | Modern Multi-Functional Vanity with Glass Tableto... | Modern Luxury Multi-Functional Island Vanity... | Multi-Functional Island Vanity Dresser and Stora... | Multi-Functional Island Vanity Dresser and Stora... |
|---|---|---|---|---|---|
| Ratings | ★★★★★ 0 | ★★★★★ 0 | ★★★★★ 0 | ★★★★★ 0 | ★★★★★ 0 |
| Price | Today: $486.99 - $486.99 | Sale: $553.34 - $553.34 | Today: $563.49 - $563.49 | Today: $374.99 - $374.99 | Today: $543.99 - $543.99 |
| Color | White | White | Beige | Cream | White |
| Material | MDF | MDF | MDF | Wood | MDF, Glass |
| | Add to Cart | View Details | View Details | View Details | View Details |

See More Details ⌄

## Similar Items in Dressers

     

**$302.49 - $302.49**

6 Drawers Dresser Storage Cabinet with G...
★★★★★

**$623.49 - $633.99**

47.30" Glass-Top Closet Island Makeup Vanity wi...
★★★★★

Sale **$414.04 - $432.71**

6 Drawer Dresser for Bedroom - No Handle...
★★★★★

Sale **$531.99 - $531.99**

Modern 6-Drawers Dresser with Glass...
★★★★★

Sale **$485.99 - $485.99**

Dresser for Bedroom, Closet Organizers and...
★★★★★

Sale **$5...**

Multi-Func... Vanity Dre...
★★★★

## Top Products in Dressers & Chests

   

**$494.99 - $500.99**

Sale **$905.90 - $983.09**

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 94 of 427 PageID #:124

Grain Wood Furniture Shaker 5-drawer Solid Wood Chest

★★★★½ 874



$584.99 - $601.99

Grain Wood Furniture Shaker-style 6-drawer Solid Wood Dresser

★★★★½ 601

Kedric 6-Drawer Gold Accent Dresser by iNSPIRE Q Bold

★★★★☆ 82



**Sale** **$555.26 - $556.07**

Lifestorey Ana 8-Drawer Mid-Century Modern Dresser

★★★★☆ 212



**Sale** **$484.11 - $484.11**

Canfield 3-drawer Dresser by Greyson Living

★★★★½ 37



**Sale** **$125.01 - $125.01**

DH BASIC Mid-Century Modern Distressed Grey 31-inch Wide 4-Drawer Vertical Dresser by Denhour

★★★★☆ 43



**Sale** **$71.09 - $75.22**

Pellebant 6 Drawers Vertical Dresser Storage Tower

★★★★☆ 23

**$529.49 - $555.49**

Grain Wood Furniture Greenport Coastal Solid Wood 5-drawer Chest

★★★★☆ 276



**Sale** **$402.32 - $441.85**

Palace Imports Solid Wood 6-Drawer Chest with Metal or Wooden Knobs

★★★★☆ 17





**Sale** **$558.02 - $605.14**

Palace Imports 100% Solid Wood 5-Jumbo Drawer Chest with Lock, Metal or Wooden Knobs

★★★★½ 335



**Sale** **$63.89 - $71.60**

Crestlive Products 6 Drawers Vertical Dresser Storage Tower with Wood Top

★★★★½ 145



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 97 of 427 PageID #:127



**Sale** **$380.02 - $440.87**

Palace Imports 100% Solid Wood 5-Drawer Chest with Metal or Wooden Knobs

★★★★½ 553

Show More ⌄



**Free Shipping Over $49.99***

$6.99 flat-rate shipping for orders under $50

See Shipping Policy



**Easy 30-Day Returns**

Return, refund or replace within 30 days of receipt on most new and unused items.

See Return Policy



**1000s of Items 1-3 Day Delivery**

We offer expedited, safe and reliable delivery options for most products.

See Expedited Delivery

## welcome rewards+

**Free Standard Shipping for welcome rewards+ Members***

See Membership Benefits

*Free shipping is only available in the contiguous U.S. — excludes Alaska, Hawaii and international orders. Bed Bath & Beyond reserves the right to change this offer at any time. Read more on shipping policy or return policy.



## This Product Matches Well With



Current Product

Multi-Functional Vanity Dresser...



**Nightstands**



**Bedroom Sets**



**Makeup Vanities**



**Beds**



**Headboards**



**Bed Fr**

12/26/25, 4:38 PM    Multi-Functional Vanity Dresser Storage Cabinet with Glass Tabletop, 6 Drawers - Bed Bath & Beyond - 40797821

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 98 of 427 PageID #:128



**Our app is a big deal!**

In fact, it's a lot of big deals every single day when you play Lotto! Shop exclusive sales and deals when you download the app.

📱 Enter mobile number     Get App

I agree to receive a one-time text message to my mobile device. Messaging and data rates may apply.

## Customer Preferred



`Sale` **$393.29 - $516.14**

Palace Imports 100% Solid Wood 6-Drawer...

⭐⭐⭐⭐ 316



**$67.99 - $69.99**

Dresser for Bedroom with 5 Fabric Drawers, Tall...

⭐⭐⭐⭐⭐ 6



`Sale` **$70.12 - $71.54**

Crestlive Products Household 5-Drawer...

⭐⭐⭐⭐ 138



`Sale` **$66.87 - $66.87**

Dresser w/ 7 Drawers - Furniture Storage Tower...

⭐⭐⭐⭐ 9



**$494.99 - $500.99**

Grain Wood Furniture Shaker 5-drawer Solid...

⭐⭐⭐⭐ 874



`Sale` $7...
$1...

6-drawer...
Dresser S...

⭐⭐⭐⭐

## Trending Items



`Sale` **$262.87 - $402.74**

Farmhouse Drawers Dresser, Wood Chest of...

⭐⭐⭐⭐ 13



`Sale` **$307.54 - $319.48**

Elegant Right Angled Dresser with 6 Rattan...

☆☆☆☆☆



`Sale` **$484.11 - $484.11**

Canfield 3-drawer Dresser by Greyson Living

⭐⭐⭐⭐ 37



`Sale` **$269.44 - $303.59**

Farmhouse 6 Drawer Dresser for Bedroom,...

⭐⭐⭐⭐⭐ 1



`Sale` **$114.29 - $116.39**

Space-Saving 3 Drawers Storage Chest Dresser i...

⭐⭐⭐⭐ 8



`Sale` $1...
$2...

6 Drawers...
Gloss Dre...

⭐⭐⭐⭐

**Reviews**   ☆☆☆☆☆ 0     Write the first review

**Questions & Answers**

Ask the first question



Get 20% Off*

Feedback

Sign in to Ask a Question

**Returns**

Standard                                                                                                  ∧

  30 Days to Initiate a Return                    Most New and Unused

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 99 of 427 PageID #:120

 **30** *days*  You can initiate a return for most new and unused items within 30 days of delivery for a refund

  You must return items in new or unused condition with all original materials included with the shipment.

 **45** *days*  ### 45 Days to Receive Returned Items
We must receive your returned items at our processing facility within 45 days of delivery

  ### Errors & Defects
If the return is a result of our error or defective product, we will refund the full cost of the merchandise and shipping charges.

  ### Mattress Returns (Standard)
Unless otherwise specified, mattresses and mattress sets are not returnable unless defective or damaged. Please notify us of any damage/defects immediately upon receiving. For buyer's remorse reasons, mattresses are non-returnable unless the mattress is unopened. Please see our Product-Specific Return Policies.

Read Our Full Return Policy

## Take 20% off your entire order*
Plus, get exclusive offers & savings!
*Some Exclusions Apply. See Details

Your Email Address    Sign Up

**SHOP SOCIAL®**

**MOBILE APPS**
Download on the App Store
Download on Google Play

**MY ACCOUNT**
Orders & Returns
My Reviews
Email Preferences
welcome rewards+™
Account Settings
Gift Cards
Manage My Bed Bath & Beyond Credit Card
Manage My Overstock™ Citi Credit Card

**LET US HELP**
Help Center
Contact Customer Care
Shipping Information
Return Policy
International Help
Accessibility

**COMPANY INFORMATION**
About Us
Contact Us
Careers
Investor Relations
Sell Your Products
Affiliate Program

**MORE WAYS TO SHOP**
Coupons
Deals
New Arrivals
Store Locations

**FINANCIAL SERVICES**
Apply for Lease-to-Own
Beyond Protection Powered by Extend
Apply for Bed Bath & Beyond Credit Card

BedBathandBeyond.com®

HAVENSIDE HOME®

Shop BedBathAndBeyond.com and find the best online deals on everything for your home. We work every day to bring you discounts on new products across our entire store. Whether you're looking for memorable gifts or everyday essentials, you can buy them here for less.

© Copyright 2025, Beyond, Inc.
433 W Ascension Way, Suite 300, Murray, UT 84123 | 1-800-843-2446

Cookie Settings    Privacy Policy    Terms & Conditions    *Promotion Terms    Ship to:



## Product Overview

## Description

**Details:**

Our modern luxury island-style vanity and storage cabinet, a versatile centerpiece designed to elevate your living space with its elegant contemporary design and multifunctional practicality. Meticulously crafted with premium materials, this cabinet exudes exquisite craftsmanship and durability, providing a haven for your belongings with its ample storage solutions, including six spacious drawers and thoughtful open shelves. Say goodbye to clutter and embrace seamless organization, as this cabinet effortlessly combines style and utility, offering easy access to your essentials while maintaining a sense of tranquility.

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 101 of 427 PageID #:131

**Features:**

✅ Versatile Hub of Utility: This multifunctional marvel isn't just a dresser—it's a dynamic centerpiece designed to streamline your daily routine. Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integrates style with practicality.

✅ Abundant Storage Solutions: From cherished trinkets to everyday essentials, this cabinet offers a sanctuary for your belongings. Its array of storage compartments—six ample drawers and thoughtfully designed open shelves—provide a sanctuary for organization, ensuring everything has its designated place.

✅ Effortless Organization at Your Fingertips: Bid farewell to clutter-induced chaos and embrace the serenity of seamless organization. With its intuitive design, accessing your essentials becomes a breeze. The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently used items.

✅ Practical Luxury for Every Space: Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.

✅ Tailored for the Discerning: Designed with the discerning homeowner in mind, this dresser embodies sophistication and functionality in equal measure. Its thoughtful design elements cater to the demands of modern living, ensuring a seamless blend of style and practicality.

Country of Origin: China

**Disclaimers & Disclosures:**

This product will ship to you in multiple boxes.
*Assembly Required*

12/26/25, 4:30 PM
Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet | Bed Bath & Beyond | 41042577

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 102 of 427 PageID #:132



∧ Show Less

## Compare Similar Items

| | | Currently Viewing | | | |
|---|---|---|---|---|---|
| | Modern Luxury Multi-Functional Island Vanity... | Contemporary Storage Island for Walk-In Closets... | Modern Luxury Multi-Functional Island Vanity... | Modern 4 Door Wooden Cabinet Sideboard Buffet | Accent Cabinet Lacquered Wooden Cabinet |
| Ratings | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 |
| Price | Today: $513.49 - $513.49 | Today: $566.99 - $566.99 | Today: $464.99 - $464.99 | Today: $409.49 - $479.99 | Sale: $307.32 - $307.32 |
| Color | White | White | White | Green | Green |
| Top Material | Glass | — | Wood | MDF | MDF |
| | Add to Cart | View Details | View Details | View Details | View Details |

See More Details ∨

◄ ►

## Similar Items in Buffets and Sideboards

     

| Sale $473.27 - $510.09 | Sale $357.29 - $357.29 | $134.99 - $134.99 | $405.99 - $405.99 | Sale $153.89 - $153.89 | $82.9 |
|---|---|---|---|---|---|
| Storage Cabinet Sideboard with MDF+Pi... | Modern Minimalist Entryway Table with... | 55 Inch Modern Black Console Table for... | End Table with 3 Drawers, Corner Table with 4 Op... | Grey and White 4-Drawer Storage Cabinet,... | Moder Drawer |
| ☆☆☆☆☆ | ☆☆☆☆☆ | ☆☆☆☆☆ | ☆☆☆☆☆ | ☆☆☆☆☆ | ☆☆☆ |

  

## Top Products in Coffee, Console, Sofa & End Tables

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 103 of 427 PageID #:133



**Sale** **$68.14 - $92.81**

COZAYH Farmhouse Pedestal End Table, Round Martini Table Wood Plant Stand Rustic Small Drink Table for Living Room, Bedroom

★★★★½ 30

**Sale** **$131.49 - $143.87**

Burlington Wood 3-drawer Console Hallway Table

★★★★½ 95



**Sale** **$211.49 - $228.37**

Rustic Farmhouse Handmade Reclaimed Wood Sofa Console Table

★★★★⯪ 362



**Sale** **$92.01 - $113.92**

Convenience Concepts American Heritage 1 Drawer Chairside End Table with Charging Station and Shelves

★★★★☆ 15



**Sale** **$158.33 - $179.41**

Mopio Ensley Mid-Century Modern Coffee Table with dual side storage, Centerpiece for your living room

★★★★★ 37



**Sale** **$59.75 - $62.99**

COZAYH Wood Pedestal End table, Modern Drink Table with Base, Round Martini Table for Small Space Living Room, Bedroom

★★★★½ 48



**Sale** **$124.64 - $133.91**

Luxe Combo Console Table

★★★★½ 472

**$232.99 - $446.99**

Modern Luxury Multi-functional Island Vanity, Dresser and Storage Cabinet | Bed Bath & Beyond | 41042577

Solid Wood Chairside End Table, Two-Drawer Narrow Side Table Slim

★★★★★ 70







**Sale** **$89.78 - $89.78**

Sivil Rectangular Side Table

★★★★★ 102

**Sale** **$162.73 - $162.73**

James Espresso 5-Piece Tray Table Set

★★★★★ 31

**Sale** **$103.29 - $103.56**

Plank and Beam Classic Console Table - 46"

★★★★★ 25



**Sale** **$125.71 - $136.73**

Meade Mid-Century Modern Console Table

★★★★★ 55

Show More ⌄



**Free Shipping Over $49.99***

$6.99 flat-rate shipping for orders under $50

See Shipping Policy



**Easy 30-Day Returns**

Return, refund or replace within 30 days of receipt on most new and unused items.

See Return Policy



**1000s of Items 1-3 Day Delivery**

We offer expedited, safe and reliable delivery options for most products.

See Expedited Delivery



Get 20% Off*

Feedback

welcome rewards+

**Free Standard Shipping for welcome rewards+ Members***

See Membership Benefits

*Free shipping is only available in the contiguous U.S. — excludes Alaska, Hawaii and international orders. Bed Bath & Beyond reserves the right to change this offer at any time. Read more on shipping policy or return policy.

## This Product Matches Well With


Current Product
Modern Luxury Multi-Functional Island...


**Decorative Objects**


**Candles & Holders**


**Statues & Sculpt...**


**Vases**


**Area Rugs**


**Table L**


**Your wishlist, always at your fingertips!**
Easily save everything you need for your dream home when you save your faves to list!

Enter mobile number | **Get App**

I agree to receive a one-time text message to my mobile device. Messaging and data rates may apply.

## Customer Preferred


**$148.49 - $148.49**
SEI Furniture Grant Gold 2-Piece Round Nesting...
⭐⭐⭐⭐ 303


Sale **$172.63 - $172.63**
SAFAVIEH Spenser Vintage White/Grey Tall...
⭐⭐⭐⭐ 322


**$274.49 - $274.49**
SEI Furniture Grant Glam Gold Matte Finish Cons...
⭐⭐⭐⭐ 452


Sale **$148.34 - $161.54**
Bryson Rustic X-Base End Table with Shelf by...
⭐⭐⭐⭐ 396


Sale **$50.69 - $60.58**
Hoyt Mid-Century Wood End Table by Christophe...
⭐⭐⭐⭐ 369


**$85.00 -**
Cross-Cut Table Wit...
⭐⭐⭐

## Trending Items


Sale **$128.09 - $128.09**
70.9" Extra Long Farmhouse Console Sof...
⭐⭐⭐⭐ 3


Sale **$81.74 - $117.47**
Plank and Beam Mid-Century Modern Accent...
⭐⭐⭐⭐ 2


Sale **$198.87 - $200.75**
70.8 Inch Farmhouse Solid Wood Long Cons...
⭐⭐⭐⭐ 13


**$275.00 - $289.99**
Hand-Woven Natural Abaca Wood Round...
⭐⭐⭐⭐ 40


Sale **$130.93 - $149.39**
Franklin Industrial Round Side Table
⭐⭐⭐⭐ 49


Sale
Chroma C Table, Sm
⭐⭐⭐

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 109 of 427 PageID #:139

## Reviews ★★★★★ 0

Write the first review

## Questions & Answers ⌃

Ask the first question

Sign in to Ask a Question

## Returns ⌃

Standard

**30 Days to Initiate a Return**
You can initiate a return for most new and unused items within 30 days of delivery for a refund

**Most New and Unused**
You must return items in new or unused condition with all original materials included with the shipment.

**45 Days to Receive Returned Items**
We must receive your returned items at our processing facility within 45 days of delivery

**Errors & Defects**
If the return is a result of our error or defective product, we will refund the full cost of the merchandise and shipping charges.

**Mattress Returns (Standard)**
Unless otherwise specified, mattresses and mattress sets are not returnable unless defective or damaged. Please notify us of any damage/defects immediately upon receiving. For buyer's remorse reasons, mattresses are non-returnable unless the mattress is unopened. Please see our Product-Specific Return Policies.

Read Our Full Return Policy

### Take 20% off your entire order*
Plus, get exclusive offers & savings!
*Some Exclusions Apply. See Details

Your Email Address    Sign Up

**SHOP SOCIAL®**

**MOBILE APPS**
Download on the App Store
Download on Google Play

**MY ACCOUNT**
Orders & Returns
My Reviews
Email Preferences
welcome rewards+™
Account Settings
Gift Cards
Manage My Bed Bath & Beyond Credit Card
Manage My Overstock™ Citi Credit Card

**LET US HELP**
Help Center
Contact Customer Care
Shipping Information
Return Policy
International Help
Accessibility

**COMPANY INFORMATION**
About Us
Contact Us
Careers
Investor Relations
Sell Your Products
Affiliate Program

**MORE WAYS TO SHOP**
Coupons
Deals
New Arrivals
Store Locations

**FINANCIAL SERVICES**
Apply for Lease-to-Own
Beyond Protection Powered by Extend
Apply for Bed Bath & Beyond Credit Card

Modern Luxury Multifunctional Island Vanity Dresser and Storage Cabinet | Bed Bath & Beyond 41042577



BedBathandBeyond.com®

Shop BedBathAndBeyond.com and find the best online deals on everything for your home. We work every day to bring you discounts on new products across our entire store. Whether you're looking for memorable gifts or everyday essentials, you can buy them here for less.

HAVENSIDE HOME®

© Copyright 2025, Beyond, Inc.
433 W Ascension Way, Suite 300, Murray, UT 84123 | 1-800-843-2446

Cookie Settings

Privacy Policy

Terms & Conditions

*Promotion Terms

Ship to:

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 111 of 427 PageID #:141



Get 20% Off*

Feedback

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 113 of 427 PageID #:143

More than just a dresser, this multifunctional marvel is a dynamic centerpiece designed to simplify your everyday life. Featuring a glossy glass top and a chic display shelf, as well as six spacious drawers and convenient open shelving, it combines style and practicality. This cabinet provides a sanctuary for your belongings, from precious trinkets to everyday essentials. Whether you're decorating a walk-in closet or a bedroom, this dresser easily adapts to any setting. Designed for the discerning homeowner, this dresser is both sophisticated and functional.

**Features:**

- Practical storage dresser with 6 drawers and 2 open shelves, a two-door cabinet, and a jewelry storage tray
- High-quality MDF is durable
- Beautiful brown glass and elegant milky white finish enhance the quality of home decoration
- Spacious top for frequently used items
- Thoughtful small grid design inside the drawer can prevent items from shifting or mixing up
- Elegant gold metal handle highlights the exquisiteness
- Smooth surface without burrs, easy to clean
- Versatile, suitable for bedroom, playroom, living room or study
- Instructions included, quick and easy installation

**Specifications:**

- Material: MDF+Glass
- Color:  Cream White
- Overall Dimensions: 18.7"D x 60.4"W x 33.1"H
- Weight Capacity：  Top:165 LBS, Glass Shelf: 35 LBS, Drawer: 30 LBS, Jewelry Storage Tray:10 LBS
- Net Weight: 167.6 LBS
- Suggested Number of People for Assembly: 2
- Product Care: Wipe clean with a dry cloth. Do not use strong liquid cleaners.
- Package Number: 2

Country of Origin: China

**Disclaimers & Disclosures:**

This product will ship to you in multiple boxes.
*Assembly Required*

 Installation/Assembly Instructions

^ Show Less

# Featured Products ⓘ

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 114 of 427 PageID #:144



**$763.49 - $809.99**

Madesa 6 Doors Storage Cabinet...

☆☆☆☆☆



**$189.99**

L-shapped Corner 4-Drawer Dressin...

☆☆☆☆☆



Sale **$223.56 - $240.49**

Eclife Multifunctional...

★★★★☆ 15



Sale **$50.57 - $142.99**

Palace Imports 100% Solid Woo...

★★★★★ 176



**$623.49 - $633.99**

47.30" Glass-Top Closet Island...

☆☆☆☆☆



**$579.99**

Multi-Functional Island Vanity...

☆☆☆☆☆



**$335.49**

Large Vanity Table Set with Mirror, ...

☆☆☆☆☆



Sale

Ari Wa...

★★

## Compare Similar Items



Currently Viewing

**Multi-Functional Island Vanity Dresser and Stora...**



**Closet Island with 6 Drawers, Wardrobe...**



**Multi-Functional Dressing Room Storage Island with...**



**47.30" Glass-Top Closet Island Makeup Vanity wit...**



**Storage Island with Drawer for Walk-In Closet and...**

| | | | | | |
|---|---|---|---|---|---|
| Ratings | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 |
| Price | Today: $543.99 - $543.99 | Sale: $628.19 - $628.19 | Today: $579.99 - $579.99 | Today: $623.49 - $633.99 | Sale: $343.69 - $343.69 |
| Color | White | White | White | White | White |
| Material | MDF, Glass | Wood | MDF, Glass | Glass, Wood | MDF, Glass |

| | | | | |
|---|---|---|---|---|
| Add to Cart | View Details | View Details | View Details | View Details |

See More Details ⌄

## Similar Items in Dressers



Sale **$229.99 - $229.99**

HOMELAVY Glass-Top Closet Organizer White...

★★★★☆ 12



**$661.49 - $661.49**

12-Drawer Storage Island Tempered Glass Top...

☆☆☆☆☆



Sale **$558.89 - $558.89**

Bedroom Island Storage Cabinet Closet with Built...

☆☆☆☆☆



Sale **$283.99 - $283.99**

Elegant White 8 - drawer Dresser: Glass Top,...

☆☆☆☆☆



Sale **$325.59 - $325.59**

Display Dresser Cabinet Island Closet Organizer...

☆☆☆☆☆



Sale

White with Te...

★★☆☆



Get 20% Off!

Feedback

## Top Products in Vanities

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 115 of 427 PageID #:145



$494.99 - $500.99

Grain Wood Furniture Shaker 5-drawer Solid Wood Chest

 874



**Sale** $905.90 - $983.09

Kedric 6-Drawer Gold Accent Dresser by iNSPIRE Q Bold

 82



$584.99 - $601.99

Grain Wood Furniture Shaker-style 6-drawer Solid Wood Dresser

★★★★½ 601

**Sale** $555.26 - $556.07

Lifestorey Ana 8-Drawer Mid-Century Modern Dresser

 212





**Sale** **$484.11 - $484.11**

Canfield 3-drawer Dresser by Greyson Living

★★★★☆ 37



**Sale** **$125.01 - $125.01**

DH BASIC Mid-Century Modern Distressed Grey 31-inch Wide 4-Drawer Vertical Dresser by Denhour

★★★★☆ 43



$529.49 - $555.49

Grain Wood Furniture Greenport Coastal Solid Wood 5-drawer Chest

★★★★☆ 276

**Sale** **$71.09 - $75.22**

Pellebant 6 Drawers Vertical Dresser Storage Tower

★★★★☆ 23

12/26/25, 4:40 PM · Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop - Bed Bath & Beyond - 42321260

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 117 of 427 PageID #:147



**Sale** $402.32 - $441.85

Palace Imports Solid Wood 6-Drawer Chest with Metal or Wooden Knobs

★★★★½ 17



**Sale** $558.02 - $605.14

Palace Imports 100% Solid Wood 5-Jumbo Drawer Chest with Lock, Metal or Wooden Knobs

★★★★½ 335



**Sale** **$63.89 - $71.60**

Crestlive Products 6 Drawers Vertical Dresser Storage Tower with Wood Top

★★★★☆ 145



**Sale** **$380.02 - $440.87**

Palace Imports 100% Solid Wood 5-Drawer Chest with Metal or Wooden Knobs

★★★★☆ 553

Show More ⌄

    

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 119 of 427 PageID #:149

### Free Shipping Over $49.99*
$6.99 flat-rate shipping for orders under $50

See Shipping Policy

### Easy 30-Day Returns
Return, refund or replace within 30 days of receipt on most new and unused items.

See Return Policy

### 1000s of Items 1-3 Day Delivery
We offer expedited, safe and reliable delivery options for most products.

See Expedited Delivery

## welcome rewards+

### Free Standard Shipping for welcome rewards+ Members*

See Membership Benefits

*Free shipping is only available in the contiguous U.S. — excludes Alaska, Hawaii and international orders. Bed Bath & Beyond reserves the right to change this offer at any time. Read more on shipping policy or return policy.

## This Product Matches Well With


Current Product

Multi-Functional Island Vanity Dress…


**Nightstands**


**Bedroom Sets**


**Makeup Vanities**


**Beds**


**Headboards**


**Bed Fr…**


### Our app is a big deal!
In fact, it's a lot of big deals every single day when you play Lotto! Shop exclusive sales and deals when you download the app.

Enter mobile number    Get App

I agree to receive a one-time text message to my mobile device. Messaging and data rates may apply.

## Customer Preferred


Sale **$393.29 - $516.14**
Palace Imports 100% Solid Wood 6-Drawer…
★★★★½ 316


**$67.99 - $69.99**
Dresser for Bedroom with 5 Fabric Drawers, Tall…
★★★★★ 6


Sale **$70.12 - $71.54**
Crestlive Products Household 5-Drawer…
★★★★½ 138


Sale **$66.87 - $66.87**
Dresser w/ 7 Drawers - Furniture Storage Tower…
★★★★½ 9


**$494.99 - $500.99**
Grain Wood Furniture Shaker 5-drawer Solid…
★★★★½ 874


Sale
6-draw Dresser S…
★★★

## Trending Items

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 120 of 427 PageID #:150













**Sale** $262.87 - $402.74

**Sale** $307.54 - $319.48

**Sale** $484.11 - $484.11

**Sale** $269.44 - $303.59

**Sale** $114.29 - $116.39

**Sale** $1... $2...

Farmhouse Drawers Dresser, Wood Chest of...

Elegant Right Angled Dresser with 6 Rattan...

Canfield 3-drawer Dresser by Greyson Living

Farmhouse 6 Drawer Dresser for Bedroom,...

Space-Saving 3 Drawers Storage Chest Dresser i...

6 Drawers Gloss Dre...

★★★★☆ 13   ★★★★★   ★★★★☆ 37   ★★★★★ 1   ★★★★☆ 8   ★★★★

## Reviews  ★★★★★ 0

Write the first review

## Questions & Answers

Ask the first question

## Returns

Standard

### Take 20% off your entire order*

Plus, get exclusive offers & savings!

*Some Exclusions Apply. See Details

Your Email Address

Sign Up

**SHOP SOCIAL®**



**MOBILE APPS**

Download on the App Store

Download on Google Play

**MY ACCOUNT**

Orders & Returns

My Reviews

Email Preferences

welcome rewards+™

Account Settings

Gift Cards

Manage My Bed Bath & Beyond Credit Card

Manage My Overstock™ Citi Credit Card

**LET US HELP**

Help Center

Contact Customer Care

Shipping Information

Return Policy

International Help

Accessibility

**COMPANY INFORMATION**

About Us

Contact Us

Careers

Investor Relations

Sell Your Products

Affiliate Program

**MORE WAYS TO SHOP**

Coupons

Deals

New Arrivals

Store Locations

**FINANCIAL SERVICES**

Apply for Lease-to-Own

Beyond Protection Powered by Extend

Apply for Bed Bath & Beyond Credit Card

BedBathandBeyond.com®

Shop BedBathAndBeyond.com and find the best online deals on everything for your home. We work every day to bring you discounts on new products across our entire store. Whether you're looking for memorable gifts or everyday essentials, you can buy them here for less.

HAVENSIDE HOME®

© Copyright 2025, Beyond, Inc.
433 W Ascension Way, Suite 300, Murray, UT 84123 | 1-800-843-2446

Cookie Settings

Privacy Policy

Terms & Conditions

*Promotion Terms

Ship to:







# Product Overview

## Description

**Details:**

Versatile Hub of Utility: Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves. The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently used items.
Practical Luxury for Every Space: Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.

Country of Origin: United States

**Disclaimers & Disclosures:**

This product will ship to you in multiple boxes.

*Assembly Required*

Show Less

## Compare Similar Items



| | Modern 6-Drawers Dresser with Glass Tabletop and... | Modern Multi-Functional Vanity with Glass Tableto... | Modern Luxury Multi-Functional Island Vanity... | 50.2 Inch 5-Drawer Dresser with Mirror & Glass... | Fabric Chest of Drawers with 2 Drawers and 2 Op... |
|---|---|---|---|---|---|
| Ratings | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 |
| Price | Sale: $531.99 - $531.99 | Sale: $553.34 - $553.34 | Today: $563.49 - $563.49 | Today: $497.99 - $497.99 | Today: $98.99 - $98.99 |
| Color | White | White | Beige | — | White |
| Material | MDF, Glass | MDF | MDF | Metal | Fabric, MDF |
| | Add to Cart | View Details | View Details | View Details | View Details |

See More Details ⌄

## Similar Items in Dressers

     

$339.99 - $339.99

Modern 5-Drawer Mirrored Dresser with...
☆☆☆☆☆

**Sale** $527.79 - $550.99

WAMPAT 3 in 1 Modern Dresser with Glass Door...
☆☆☆☆☆

$659.99 - $659.99

WAMPAT 3 in 1 Multifunctional Dresser...
☆☆☆☆☆

**Sale** $650.99 - $657.99

WAMPAT 3 in 1 Multifunctional Dresser...
☆☆☆☆☆

**Sale** $573.39 - $573.39

WAMPAT 3 in 1 Multifunctional Dresser...
☆☆☆☆☆

**Sale** $5
$5

WAMPAT
Glass Doo
☆☆☆☆

## Top Products in Dressers & Chests

 



Get 20% Off*

Feedback

$494.99 - $500.99

**Sale** $905.90 - $983.09

Grain Wood Furniture Shaker 5-drawer Solid Wood Chest    Kedric 6-Drawer Gold Accent Dresser by iNSPIRE Q Bold

★★★★½ 874                              ★★★★☆ 82





**Sale** **$555.26 - $556.07**

Lifestorey Ana 8-Drawer Mid-Century Modern Dresser

**$584.99 - $601.99**

★★★★☆ 212

Grain Wood Furniture Shaker-style 6-drawer Solid Wood Dresser

★★★★½ 601





**Sale** **$484.11 - $484.11**

Canfield 3-drawer Dresser by Greyson Living

★★★★½ 37

**Sale** **$125.01 - $125.01**

DH BASIC Mid-Century Modern Distressed Grey 31-inch Wide 4-Drawer Vertical Dresser by Denhour

★★★★☆ 43



**Sale** **$71.09 - $75.22**

Pellebant 6 Drawers Vertical Dresser Storage Tower

★★★★½ 23

**$529.49 - $555.49**

Grain Wood Furniture Greenport Coastal Solid Wood 5-drawer Chest

★★★★½ 276



**Sale** **$402.32 - $441.85**

Palace Imports Solid Wood 6-Drawer Chest with Metal or Wooden Knobs

★★★★½ 17





**Sale** **$558.02 - $605.14**

Palace Imports 100% Solid Wood 5-Jumbo Drawer Chest with Lock, Metal or Wooden Knobs

★★★★½ 335



**Sale** **$63.89 - $71.60**

Crestlive Products 6 Drawers Vertical Dresser Storage Tower with Wood Top

★★★★½ 145



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 128 of 427 PageID #:158



**Sale** **$380.02 - $440.87**

Palace Imports 100% Solid Wood 5-Drawer Chest with Metal or Wooden Knobs

★★★★⯪ 553

Show More ⌄



### Free Shipping Over $49.99*

$6.99 flat-rate shipping for orders under $50

See Shipping Policy



### Easy 30-Day Returns

Return, refund or replace within 30 days of receipt on most new and unused items.

See Return Policy



### 1000s of Items 1-3 Day Delivery

We offer expedited, safe and reliable delivery options for most products.

See Expedited Delivery

## welcome rewards+

### Free Standard Shipping for welcome rewards+ Members*

See Membership Benefits

*Free shipping is only available in the contiguous U.S. — excludes Alaska, Hawaii and international orders. Bed Bath & Beyond reserves the right to change this offer at any time. Read more on shipping policy or return policy.



## This Product Matches Well With



Current Product

Modern 6-Drawers Dresser with Glass...



**Nightstands**



**Bedroom Sets**



**Makeup Vanities**



**Beds**





**Headboards**



**Bed Fr**


**Our app is a big deal!**

In fact, it's a lot of big deals every single day when you play Lotto! Shop exclusive sales and deals when you download the app.

📱 Enter mobile number          Get App

I agree to receive a one-time text message to my mobile device. Messaging and data rates may apply.

## Customer Preferred













| Sale $393.29 - $516.14 | $67.99 - $69.99 | Sale $70.12 - $71.54 | Sale $66.87 - $66.87 | $494.99 - $500.99 | Sale $7 $1 |
|---|---|---|---|---|---|
| Palace Imports 100% Solid Wood 6-Drawer... | Dresser for Bedroom with 5 Fabric Drawers, Tall... | Crestlive Products Household 5-Drawer... | Dresser w/ 7 Drawers - Furniture Storage Tower... | Grain Wood Furniture Shaker 5-drawer Solid... | 6-drawer Dresser S |
| ⭐⭐⭐⭐½ 316 | ⭐⭐⭐⭐⭐ 6 | ⭐⭐⭐⭐½ 138 | ⭐⭐⭐⭐½ 9 | ⭐⭐⭐⭐½ 874 | ⭐⭐⭐⭐ |

## Trending Items













| Sale $262.87 - $402.74 | Sale $307.54 - $319.48 | Sale $484.11 - $484.11 | Sale $269.44 - $303.59 | Sale $114.29 - $116.39 | Sale $1 $2 |
|---|---|---|---|---|---|
| Farmhouse Drawers Dresser, Wood Chest of... | Elegant Right Angled Dresser with 6 Rattan... | Canfield 3-drawer Dresser by Greyson Living | Farmhouse 6 Drawer Dresser for Bedroom,... | Space-Saving 3 Drawers Storage Chest Dresser i... | 6 Drawers Gloss Dre |
| ⭐⭐⭐⭐ 13 | ⭐⭐⭐⭐⭐ | ⭐⭐⭐⭐½ 37 | ⭐⭐⭐⭐⭐ 1 | ⭐⭐⭐⭐ 8 | ⭐⭐⭐⭐ |

## Reviews  ⭐⭐⭐⭐⭐ 0

Write the first review

## Questions & Answers

Ask the first question

## Returns

Standard ⌄





Get 20% Off*

Feedback

## Take 20% off your entire order*

Plus, get exclusive offers & savings!

*Some Exclusions Apply. See Details

Your Email Address

**Sign Up**

**SHOP SOCIAL®**

**MOBILE APPS**

Download on the App Store

Download on Google Play

| MY ACCOUNT | LET US HELP | COMPANY INFORMATION | MORE WAYS TO SHOP |
|---|---|---|---|
| Orders & Returns | Help Center | About Us | Coupons |
| My Reviews | Contact Customer Care | Contact Us | Deals |
| Email Preferences | Shipping Information | Careers | New Arrivals |
| welcome rewards+™ | Return Policy | Investor Relations | Store Locations |
| Account Settings | International Help | Sell Your Products | |
| Gift Cards | Accessibility | Affiliate Program | **FINANCIAL SERVICES** |
| Manage My Bed Bath & Beyond Credit Card | | | Apply for Lease-to-Own |
| Manage My Overstock™ Citi Credit Card | | | Beyond Protection Powered by Extend |
| | | | Apply for Bed Bath & Beyond Credit Card |

BedBathandBeyond.com®

Shop BedBathAndBeyond.com and find the best online deals on everything for your home. We work every day to bring you discounts on new products across our entire store. Whether you're looking for memorable gifts or everyday essentials, you can buy them here for less.

HAVENSIDE HOME®

© Copyright 2025, Beyond, Inc.
433 W Ascension Way, Suite 300, Murray, UT 84123 | 1-800-843-2446

| Cookie Settings | Privacy Policy | Terms & Conditions | *Promotion Terms | Ship to: |





Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 131 of 427 PageID #:161

Free Shipping Over $49.99* Details

Furniture   Rugs   Patio   Lighting   Decor   Bedding   Apparel   Designer   Jewelry & Watches   The Vault   More



## Modern 6-Drawers Dresser with Glass Tabletop and Open Shelves

0  |  Write a Review

**$559.99**

Free Shipping over $49.99*

To get an estimated delivery date for this product option, **Enter Zip Code**

Clear Selections ✕

Color: **White**

White

Qty
1 ▾

🛒 Add to Cart

### Product Details ︿

#### Details

ITEM#: 44232170

Versatile Hub of Utility: Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves. The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently used items.

Practical Luxury for Every Space: Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.

**Disclaimers & Disclosures:**

*This product will ship to you in multiple boxes.*

*Assembly Required*

| Specifications | |
|---|---|
| Size | 6-drawer |
| Color | White |
| Dresser Type | Dresser |
| Style | Industrial, Modern & Contemporary |
| Dimensions | 60.4 In. W X 33.1 In. H X 18.7 In. D |
| Material | Glass, MDF |
| Model Number | BS32zc5564AAK-ZY |
| Assembly | Assembly Required |
| Country of Origin | United States |

### Similar Items in Dressers

Shop All Dressers

Free Shipping Over $49.99* Details

overstock.

Start your search 🔍

Notifications | Cart 0

| Furniture | Rugs | Patio | Lighting | Decor | Bedding | Apparel | Designer | Jewelry & Watches | The Vault | More |



# Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop, Display Shelf,6 Drawers

★ ★ ★ ★ ★  0  |  Write a Review

## $626.49

🚚 Free Shipping over $49.99*

To get an estimated delivery date for this product option, **Enter Zip Code**

Clear Selections ✕

Color: **Cream White**

Cream White

Qty
1 ▼

🛒 Add to Cart

## Product Details  ⌃

### Details

ITEM#: 44139335

Our modern luxury island-style vanity and storage cabinet, a versatile centerpiece designed to elevate your living space with its elegant contemporary design and multifunctional practicality.

Meticulously crafted with premium materials, this cabinet exudes exquisite craftsmanship and durability, providing a haven for your belongings with its ample storage solutions, including six spacious drawers and thoughtful open shelves. Say goodbye to clutter and embrace seamless organization, as this cabinet effortlessly combines style and utility, offering easy access to your essentials while maintaining a sense of tranquility.

Whether adorning a walk-in wardrobe or enhancing a bedroom sanctuary, this space-saving design adapts to various environments without compromising on style, making it an essential addition for any discerning homeowner. Tailored for the meticulous homeowner, this cabinet seamlessly integrates style and functionality with its thoughtful design elements, promising to redefine your space with refined luxury and unparalleled convenience.

This versatile vanity storage cabinet island offers multifunctional utility, serving as a comprehensive solution for various needs. It seamlessly transitions between roles as a bedroom armoire, dresser, display cabinet, adapting effortlessly to different settings and purposes.

Various Forms of Storage Options
Drawers, cabinets, open shelving – providing suitable placements for every cherished item in your life.

Brown Glass Tabletop
The beautiful tea-colored glass paired with the elegant cream white finish elevates your home decor. Its stylish lines, modern design, and exquisite finishes add sophistication and refinement to any room.

Graceful Golden Handles
The golden hue exudes a sense of opulence and can complement various design styles, from classic to modern.

Thoughtful Small Grid Design Inside the Drawer
This design can maximize storage efficiency within the drawer. By creating separate compartments, it prevents items from shifting or getting mixed up, making it easier to locate and access specific items when needed.

Glass Open Shelves

Drawers on Both Sides

Jewelry Storage Tray

Bottom Large Storage Cabinet

Island Dresser

Weight Capacity
Top:165 LBS;
Glass Shelf:  35 LBS;
Drawer:30 LBS;
Jewelry Storage Tray:  10 LBS

Material
MDF+Glass

Finished Back
Yes

Assembly Required
Full Assembly Needed

Suggested Number of People for Assembly
2

Product Care
Wipe clean with a dry cloth. Do not use strong liquid cleaners.

Package Number
2

**Disclaimers & Disclosures:**

*This product will ship to you in multiple boxes.*

*Assembly Required*

| Specifications | |
| --- | --- |
| Top Material | Glass |
| Shape | Rectangular |
| Number of Pieces | 1-Piece |
| Color | White |
| Dimensions | 60.4 In. L X 18.7 In. W X 33.1 In. H |
| Material | Glass, MDF |
| Model Number | LGEBS325564AAK |
| Base Type | Base |
| Product Features | Drawers, Hidden Storage |
| Type | Cabinets |
| Length | 49 - 60 in |
| Style | Modern & Contemporary |
| Frame Material | MDF |
| Finish | Wood Finish |
| Assembly | Assembly Required |
| Country of Origin | China |
| Warranty | 30 day Limited Manufacturer |

## Similar Items in Buffets and Sideboards

Shop All Buffets and Sideboards

        

12/26/25, 5:06 PM
Island Vanity Dresser and Storage Cabinet Dressing Island with Glass Shelves Spacious - Overstock.com 40767574
Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 133 of 427 PageID #:163



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 134 of 427 PageID #:164



☰ **❖wayfair** ⊙ 🛒

Find anything home... 🔍

Home Improvement / Bathroom Remodel & Bathroom Fixtures / Bathroom Vanities / Vanity Tops / SKU: IDDI1219



Sale





+9 more

### Modern Luxury Multi-Functional 6 Drawer Storage Drawer Vanity Dresser With Glass Tabletop In Cream White

By Kiddie Furniture

**$269.99**
~~$435.99~~ 38% Off
Sale

| As low as **$47/mo.** or 0% APR with
or | affirm Check your buying power

Pro Price: $ ⬛ Businesses Only

Enroll your business for FREE to save on select items.

> FREE Delivery
> **Get it Sun, Dec 14 - Tue, Dec 16** to 67346 ❯

[ − ] [ 1 ] [ + ]    **Add to Cart**

Earn **$13.50** in rewards, with 5% back[1], plus more exclusive perks
Learn more

Get $50 off your first qualifying order of $100+[**] with the Wayfair Credit Card!
Valid through 1/15/2026.
Apply Now

### At a Glance

📄 Product Warranty

### Description ⌃

**About This Product**

Our modern luxury island-style vanity and storage cabinet features elegant contemporary design and multifunctional practicality. Crafted from premium materials, it includes six spacious drawers and open shelves for ample storage. Ideal for walk-in wardrobes or bedrooms, its space-saving design blends seamlessly with style and utility.

Show More

| Specifications ⌄

| Return Policy ⌄

| ✨ Have a Question? ⌄

## Compare Similar Items







**Sale**

## items you'll love, now on sale





**Sale**

Swiss Madison 47.56'' Single Bathroom Vanity Top in Glossy White with Sink

**$247.99** $291.00
★★★★☆ (46)

Swiss Madison 47.56" Single Bathroom Vanity Top with Sink

**$227.99** $291.00
★★★★☆ (26)

37" Quartz Single Bathroom Va

**$288.99** $339.00
★★★★☆ (91)

| Add to Cart | Add to Cart | Add to Ca |

## 4 Stars and Above

Sponsored





**Sale**

ARIEL 72 INCH CARRARA WHITE QUARTZ BATHROOM VANITY COUNTERTOP 1.5 INCH THICK MITER EDGE...

$738.37 $1,056.00
★★★★★ (6)

ARIEL 49 INCH PURE WHITE QUARTZ BATHROOM VANITY COUNTERTOP 1.5 INCH THICK MITER EDGE...

$508.43 $682.00
★★★★☆ (5)

48.5" Single Bathroom Vanity T

**$1,057.50** $1,410.0
★★★★★ (11)

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 136 of 427 PageID #:166

Add to Cart                              Add to Cart                              Add to Cart

## more items to consider





36" Rectangular Undermount Bathroom Sink with Single Hole Faucet, Overflow

$189.99

★★★★⯪ (9)

Swiss Madison 47.56'' Single Bathroom Vanity Top in Glossy White with Sink

$247.99 $291.00

★★★★⯪ (46)

72" Integrated Double Sink Bath Faucet and Drain

$489.99

★★★★★ (2)

Add to Cart                              Add to Cart                              Add to Cart

## don't miss these markdowns







Swiss Madison 47.56'' Single Bathroom Vanity Top in Glossy White with Sink

$247.99 $291.00

★★★★⯪ (46)

**Sale**

LustreLine 61 in. x 22 in. Integrated Double Sink Vanity Top

$493.21 $605.99

★★★★⯪ (47)

**Sale**

Swiss Madison 47.56" Single Ba Sink

$227.99 $291.00

★★★★⯪ (26)

Add to Cart                              Add to Cart                              Add to Cart

## Related Searches

| 72 Inch Granite Vanity | Matte Black Lark Manor™ Double Vanities | Solid Oak Wood Vanity | Cosco Bathroom Vanities |

Ozan Vanity · Wood Vanity Black Top · 60 Inch Double Vanity Melpark · Belleair 30 Single Sink Vanity

Raised Over Radiator Vanity Cabriole Legs · Atencio 42 In Single Bathroom Vanity · Wigington Vanity 23.5

Solid Surface Countertop 8 Ft · Elizabethtown Kentucky · 4 Foot Vanity Top · Wall Mounted Single Bathroom Vanity

Loves Bathroom Vanities · 63.5 Inch Double Sink Vanity · 36 X 94 Countertop · White Carrera Marble Top Vanity



Jordan Bathroom Vanity



**New Here? Grab 10% Off Your First Order.**

Terms & Privacy Policy
Exclusions Apply

| Email Address | Submit |

## About Us

About Wayfair

Wayfair Rewards

Wayfair Professional

Design Services

Gift Cards

Wayfair Cash Registry

Wayfair Credit Card

Wayfair Financing

Product Collections

Careers

Sell on Wayfair

Creators

Investor Relations

Advertise With Us

Locations

## Customer Service

My Orders

My Account

Track My Order

Wayfair Accessibility Statement

Return Policy

Help Center



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 138 of 427 PageID #:168

Ideas & Advice

Product Recalls

## Contact Us

 Quick Help

Call Us

### Customer Service

Open. Closes at 11:59 PM ET.
Weekly Hours

### Shopping Assistance

Open. Closes at 11:59 PM ET.
Weekly Hours

JOSS & MAIN

ALLMODERN

BIRCH LN

    

Terms of Use

Privacy Policy

Your Privacy Rights & Choices

**Could not generate your unique web-ID verification code, please refresh or try a different page. If you're using an Ad Blocker or VPN, consider turning it off and trying again.**

© 2025 by Wayfair LLC, 4 Copley Place, 7th Floor, Boston, MA 02116





**wayfair**

Find anything home...

Furniture / Kitchen & Dining Furniture / Sideboards & Buffets / SKU: W111111305



Sale

+8 more

**Evey 60.4" Sideboard**

By Latitude Run®

**$303.99**
$459.99 34% Off
Sale

As low as **$28/mo.** or 0% APR with
or    affirm Check your buying power

Pro Price: $    Businesses Only

Enroll your business for FREE to save on select items.

FREE Delivery
**Get it Fri, Jan 2 - Tue, Jan 6** to 67346

[ − ]  1  [ + ]                    Add to Cart


Earn **$15.20** in rewards, with 5% back[1], plus more exclusive perks
Learn more

Get $50 off your first qualifying order of $100+[**] with the Wayfair Credit Card!
Valid through 1/15/2026.
Apply Now

**Services**



| ☐ 🔧 Professional Assembly – $329.99 | Details |

| ☐ 🛡 5 Year Protection Plan – $52.99 ($10.60/year) | Details |

**Get Everything You Need**



Evey 60.4" Sideboard          2–3/8" Reusable Magic Slider

$303.99                       $23.99

Buy Both: $327.98

**At a Glance**

🔺 Tip-Over Restraint Device Included        🔧 Assembly Required

🗄 Material: Manufactured Wood

**Description**

**About This Product**

Designed for the discerning homeowner, this modern and sophisticated island dresser and storage cabinet combines beauty and practicality. Its thoughtful design elements cater to the demands of modern living, ensuring the perfect blend of style and practicality, saying goodbye to cluttered chaos and embracing the tranquility of seamless organization. Its array of storage compartments - six spacious drawers and thoughtfully designed open shelves and side cabinets for ultimate storage and organization - provide a sanctuary to organize, ensuring that every item has a designated place.

**Features**

- 【Luxury Dressing Table】: This dressing table features a gorgeous and bold design that will suit any home decor style. The modern structure and simple aesthetic design complement any color or style already in your room. The dresser with drawers is versatile and can be perfectly integrated into any room
- Versatile Hub of Utility: This multifunctional marvel isn't just a dresser—it's a dynamic centerpiece designed to streamline your daily routine. Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integrates style with practicality.
- 【More than a foyer table】 This 6-drawer entry table with doors is a practical and versatile storage organizer that is perfect for maximizing storage space in your home and is perfect for hallways, entryways, living rooms. Can be used as a storage table, foyer table, storage cabinet, and more.
- Abundant Storage Solutions: From cherished trinkets to everyday essentials, this cabinet offers a sanctuary for your belongings. Its array of storage compartments—six ample drawers and thoughtfully designed open shelves—provide a sanctuary for organization, ensuring everything has its designated place.
- 【Kitchen Island】 Kitchen island table has 4 storage cabinets and 1 open shelf, providing ample space to sort and store your daily necessities, keeping your room neat and organized. The brown transparent glass on the top adds a touch of novelty to your kitchen design. The drawers have divided storage areas inside, which can be used to store tableware at a glance.
- Effortless Organization at Your Fingertips: Bid farewell to clutter-induced chaos and embrace the serenity of seamless organization. With its intuitive design, accessing your essentials becomes a breeze. The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently used items.
- 【Walk-in Wardrobe】 In the same way, Can be used as an office wardrobe cabinet, metal cabinet, metal armoire, pantry cabinet, or home cabinet, our utility cabinet meets diverse storage requirements.
- Practical Luxury for Every Space: Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.
- 【Durable Construction】 Made of engineered MDF board and tea-colored glass, the white console cabinet has a large load-bearing capacity. The island-style solid base is designed to enhance stability, the doors with metal hinge are easy to use, and the drawers are equipped with sliders. The glass shelves are tea-brown.

- Tailored for the Discerning: Designed with the discerning homeowner in mind, this dresser embodies sophistication and functionality in equal measure. Its thoughtful design elements cater to the demands of modern living, ensuring a seamless blend of style and practicality.

Show Less

## Specifications  ⌃

### Product Dimensions



### Other Dimensions

| | |
|---|---|
| Overall Dimensions | 33.1'' H X 60.4'' W X 18.7'' D |
| Overall Product Weight | 167.6 lb. |

### Details

| | |
|---|---|
| Product Type | Sideboard |
| Material | Manufactured Wood, Glass |
| Finished Back | No |
| Drawers Included | Yes |
| Cabinets Included | Yes |
| Shelves Included | Yes |
| Tipover Restraint Device Included | Yes |
| Countertop Material | Manufactured Wood |
| Imported | Yes |
| Color | White |
| Number of Drawers | 6 |

### Assembly

| | |
|---|---|
| Assembly Required | Yes |



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 142 of 427 PageID #:172

### Warranty

| | |
|---|---|
| Commercial Warranty | No |
| Product Warranty | Yes |
| Warranty Length | 60 Days |
| Full or Limited Warranty | Limited |

### Return Policy ⌃



**Extended Holiday Return Policy**

For all items purchased now through December 31, the deadline to return has been extended until January 31. Exclusions apply.

Learn More

### ✨ Have a Question? ⌄



Large Coffee Bar Cabinet With Mini Fridge Space, 53" Modern Fluted...

**$359.99** ~~$439.99~~

FREE Delivery

Sponsored

## Compare Similar Items







Sale

Evey 60.4'' Sideboard

**$303.99** ~~$459.99~~

Current Item

TV Stands For Living Room, Industrial TV Stand For Bedroom Furniture, Farmhouse TV Stand 80 Inch...

**$155.99**

End-of-Year Clearance

Caila 3 Drawer Sideboard

**$649.99** ~~$897.00~~

★★★★★ (5382)

Sponsored

| Add to Cart | Add to Cart | Add to Ca |
|---|---|---|

## Similar Items You've Viewed

See all

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 143 of 427 PageID #:173



Sale

See Similar Items

## Frequently Bought Together



Sale
$303.99

Sale
$430.00

$139.99

End-of-Year Clearance
$500.00

## 4 Stars and Above

Sponsored





**End-of-Year Clearance**

59" Wide Side Board With Solid Wood Legs

$1,599.99 $1,699.99

★★★★★ (29)

Add to Cart



Verified

Malibu 82'' Sideboard

$3,825.12

★★★★★ (49)

Add to Cart



Alex 81.5'' Solid Wood Sideboar

$3,499.00

★★★★½ (18)

Add to Ca

## items you'll love, now on sale



Raynham 59.5'' Sideboard

$329.99 $563.99

★★★★☆ (173)

Add to Cart



Verified

**End-of-Year Clearance**

Caila 3 Drawer Sideboard

$649.99 $897.00

★★★★★ (5382)

Add to Cart

Verified

**Sale**

Irnerio 59'' Sideboard

$1,039.99 $1,249.99

★★★★½ (147)

Add to Ca

## more items to consider







**don't miss these markdowns**





Caila 3 Drawer Sideboard

**$649.99** $897.00

★★★★★ (5382)

| Add to Cart |

Irnerio 59" Sideboard

**$1,039.99** $1,249.99

★★★★☆ (147)

| Add to Cart |

Arrastia 58.4" Wide Sideboard

**$353.99** $419.99

★★★★☆ (431)

| Add to Ca |

## Related Searches

| Includes Stools Large Kitchen Islands & Carts | | Drawer Equipped Sideboard / Credenza Sideboards & Buffets |

| Traditional Wine Home Bars & Bar Sets | | Old Time Pottery Chairs | | Large Built In Dry Bar With Floating Shelves And Cabinets |

| Leg Based Modern Kitchen & Dining Tables | | Large Natural Kitchen & Dining Tables | | 2 Seat Bamboo Kitchen & Dining Tables |

| 6 Seat Solid Wood Round Dining Tables | | Counter Height Pub Table Sets Kitchen & Dining Room Sets | | Indoor Wicker Bar Stools |

| Unfinished Curio Cabinet | | Set Of 4 Bar Stools & Counter Stools Under $75 | | Set Of 4 Bar Height Bar Stools On Sale |

| Fully Assembled Set Of 2 Bar Height Bar Stools | | Caleb Dining Table | | T-Shape Dining Table |

| Rolling Kitchen Cart With Drawers | | 8 + Seat Birch Kitchen & Dining Tables | | Adjustable Height Drop Leaf Table |



ATTENTION, WAYBORS!
**Don't miss exclusive deals and perks on the app**
Download the App



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 146 of 427 PageID #:176

**New Here? Grab 10% Off Your First Order.**

[Terms](#) & [Privacy Policy](#)
[Exclusions Apply](#)

Email Address

Submit

## About Us

About Wayfair

Wayfair Rewards

Wayfair Professional

Design Services

Gift Cards

Wayfair Cash Registry

Wayfair Credit Card

Wayfair Financing

Careers

Sell on Wayfair

Creators

Investor Relations

Advertise With Us

Locations

## Customer Service

My Orders

My Account

Track My Order

Wayfair Accessibility Statement

Return Policy

Help Center

Ideas & Advice

Product Recalls

## Contact Us

 Quick Help

Call Us

**Customer Service**

Closed. Opens at 8:00 AM ET.
[Weekly Hours](#)

**Shopping Assistance**

Closed. Opens at 8:00 AM ET.
[Weekly Hours](#)



JOSS & MAIN

ALLMODERN

BIRCH LN

    

Terms of Use

Privacy Policy

Your Privacy Rights & Choices

**Your unique web-ID verification code: 452 843 428**

© 2025 by Wayfair LLC, 4 Copley Place, 7th Floor, Boston, MA 02116



Magic Racks Modern Luxury Multi-Functional Island Vanity Dresser | Wayfair

### wayfair

Find anything home...

Furniture / Bedroom Furniture / Dressers & Chests / SKU: MGIP1188










+18 more



Sale

## Modern Luxury Multi-Functional Island Vanity Dresser

By Magic Racks

3.0 ★★★☆☆ 2 Reviews

**$183.21**
~~$479.24~~ 62% Off
Sale

or **$46 in 4 payments** starting at 0% APR with  Afterpay Learn More ⓘ

Pro Price: $ Businesses Only

Enroll your business for FREE to save on select items.

Out of Stock

Notify Me     See Similar Options

Earn **$9.16** in rewards, with 5% back[1], plus more exclusive perks
Learn more

Get $50 off your first qualifying order of $100+** with the Wayfair Credit Card!
Valid through 1/15/2026.
Apply Now

### Services

| | Professional Assembly – $109.99 | Details |
|---|---|---|
| | 5 Year Protection Plan – $26.99 ($5.40/year) | Details |

### At a Glance

Drawer Storage

Overall Height: 33.1 "

Overall Width: 60.4 "

Tip-over Restraint Device Included

Assembly Required

Largest Drawer Weight Capacity: 30 lb.

See Less

### Description                                      ⌃

#### About This Product

This piece is a versatile utility hub. It features a glass tabletop and a display shelf, along with six drawers and open shelves, providing ample storage for various items. The drawers slide open smoothly, and the open shelves offer easy access to frequently used things.With a space-saving design, it suits both walk-in wardrobes and bedrooms. The brown glass tabletop paired with the cream white finish enhances the decor, and the golden handles add a touch of opulence. The small grid design inside the drawers maximizes storage efficiency.It has different weight capacities for the top, glass shelf, drawer, and jewelry storage tray. Assembly is required and is best done by two people. Wipe clean with a dry cloth. It truly combines luxury and functionali

offering a comprehensive storage solution and adaptable usage as a bedroom armoire, dresser, or display cabinet.

**Features**

- Multifunctional Design： Serves as a dresser, storage cabinet, display shelf, and vanity, fulfilling diverse storage and decorative needs.
- Ample Storage Space： Equipped with six spacious drawers and open shelves, providing sufficient room for organizing various items.
- Premium Material Quality： Made of MDF and glass, ensuring durability and a stylish appearance.
- Elegant Aesthetic Appeal： Cream white color with a brown glass tabletop and golden handles, enhancing the overall decor of any room.
- Thoughtful Interior Design： Small grid design inside drawers prevents item shifting and facilitates easy access.
- Space-Saving & Versatile： Suitable for walk-in wardrobes and bedrooms, adapting well to different spaces and usage scenarios.

Show Less

## Specifications ⌃

### Product Dimensions



### Other Dimensions

| | |
|---|---|
| Cabinet Interior | 33.1" H |
| Overall Dimensions | 33.1" H X 60.4" W X 18.7" D |
| Overall Product Weight | 240 lb. |

### Documents

Specifications (pdf)

### Details

| | |
|---|---|
| Orientation | Vertical |
| Product Type | Standard Dresser / Chest |
| Material | Glass, Medium Density |

| | Fiberboard(MDF) |
|---|---|
| Shelves Included | Yes |
| Cabinets Included | Yes |
| Drawers Included | Yes |
| Number of Drawers | 6 |
| Drawer Glide Type & Extension | Metal Slide |
| Drawer Glide Material | Metal |
| Drawer Safety Stop | Yes |
| Doors Included | Yes |
| Hutch Included | Yes |
| Finished Back | Yes |
| Tipover Restraint Device Included | Yes |
| Handle Material | Metal |
| Largest Drawer Weight Capacity | 30 lb. |
| Handle Color | Gold |
| Color | Cream White |
| Manufactured Wood Type | MDF |
| Handle Design | Drawer Pulls |
| Mixed Materials | Yes |

## Assembly

| | |
|---|---|
| Assembly Required | Yes |

## Warranty

| | |
|---|---|
| Warranty Length | 1 Year |
| Commercial Warranty | No |
| Product Warranty | Yes |
| Full or Limited Warranty | Limited |

### Return Policy ⌃



**Extended Holiday Return Policy**

For all items purchased now through December 31, the deadline to return has been extended until January 31. Exclusions apply.

[Learn More](Learn More)





Ameyaa 6 Drawer 51.2" W Double Dresser

**$239.99** ~~$264.00~~

★★★★☆ (186)

FREE Delivery

Sponsored

## Try These Instead







| | | |
|---|---|---|
| 55.2 Inch White Corner L-shaped Dressing Table With 6 Drawers Perfect For Bedrooms Or Study Rooms | 14-Drawer 1-Shelf Chest With Graceful Design And Tempered Glass Top | 47.2"W Closet Island Dresser Wi... Doors |
| **$569.99** | **$490.00** | **$279.99** ~~$309.99~~ |
| ★★★★☆ (6) | ★★★★☆ (38) | ★★★☆☆ (11) |
| Sponsored | | |
| Add to Cart | Add to Cart | Add to Ca... |

## Similar Items You've Viewed

See all







Sale

Sale

| | | |
|---|---|---|
| See Similar Items | See Similar Items | See Similar I... |

## Frequently Bought Together







Sale

End-of-Year Clearance

Sale

$183.21      $169.99      $183.21





End-of-Year Clearance

$349.99      $272.99      $132.99

## don't miss these markdowns





Bundle and Save

30.7"W 5 Drawer Dresser with LED Lights, 39"H Tall Chest Of Drawers For Bedroom & Wardrobe Closet...

**$159.99** $199.99

★★★★⯪ (53)

| Add to Cart |

60"W Modern Off White Dresser With Doors & Drawers Walk In Closet Island Jewelry Storage

**$1,049.99** $1,229.99

★★★⯪☆ (2)

| Add to Cart |

Dorlan 6 Drawer 43.1" W Laced

**$254.99** $299.00

★★★★☆ (63)

| Add to Co

## More From This Shop



## Customer Reviews

3.0 ★★★☆☆
2 Reviews

| | | |
|---|---|---|
| ★ 5 | ████████░░░░ | 1 |
| ★ 4 | ░░░░░░░░░░░░ | 0 |
| ★ 3 | ░░░░░░░░░░░░ | 0 |
| ★ 2 | ░░░░░░░░░░░░ | 0 |
| ★ 1 | ████████░░░░ | 1 |

Showing 1–2 of 2 reviews

 Filter by keyword 🔍      Most relevant ⌄

★★★★★  David  Mayfield Heights, OH    Neighbors Program                        08/05/2025

Good quality. Highly recommend

★☆☆☆☆  Staci  Manalapan, NJ    Verified Buyer                        04/25/2025

Damaged

## Handpicked Favorites



Queen Size Murphy Bed Wall Bed with Sofa and Shelves

$2,099.99
★☆☆☆☆ (3)

| Add to Cart |
|---|



Pfeffer Solid Wood Murphy Bed Chest with 6" Mattress and Built-in Charger

$1,999.99 $2,484.06
★★★★☆ (218)

| Add to Cart |
|---|

## more items to consider







Bundle and Save

Diretha 9 Drawer Dresser With Glass Table Top, Shoe Change Bench, Shoe Rack

Boyde 47.2'' W 8 – Drawer Dresser

$229.99 $588.00

30.7"W 5 Drawer Dresser with L... Chest Of Drawers For Bedroom...

## Related Searches

Platform Standard Beds | Narrow Removable Hardware Unfinished Dressers | White Bernhardt Dressers & Chests

Tall (Over 30") Velvet Headboards | Murphy Platform Beds | Fully Assembled White Bedroom Sets

King Standard Bedroom Sets | Extra Deep Drawers Light Wood Dressers & Chests | King Size Darby Home Co Beds

Orange Without Trundle Daybeds | Assembly Required Homhougo Platform Beds | Lift Top Jewelry Armoires On Sale

American Traditional Brown Dressers & Chests | Glass Top Gray Makeup Vanities | 40-49 Inch Tvs Black Dressers & Chests

Boho Compatible With Adjustable Bed Headboards | 10 Or More Wood Dressers & Chests

40-49 Inch Tvs 5 Drawer Dressers & Chests | Beige Medium Wood Nightstands | Solid Wood Loon Peak® Headboards

 Afterpay
Buy it today. Pay over time for as low as 0% APR[6].
SHOP NOW
Sponsored


 ATTENTION, WAYBORS! Don't miss exclusive deals and perks on the app. Download the App

**New Here? Grab 10% Off Your First Order.**

Terms & Privacy Policy
Exclusions Apply

Email Address

Submit

## About Us

About Wayfair

Wayfair Rewards

Wayfair Professional

Design Services

Gift Cards

Wayfair Cash Registry

Wayfair Credit Card

Wayfair Financing

Careers

Sell on Wayfair

Creators

Investor Relations

Advertise With Us

Locations

## Customer Service

My Orders

My Account

Track My Order

Wayfair Accessibility Statement

Return Policy

Help Center

Ideas & Advice

Product Recalls

## Contact Us

Quick Help

Call Us

**Customer Service**

Closed. Opens at 8:00 AM ET.
Weekly Hours

**Shopping Assistance**

Closed. Opens at 8:00 AM ET.
Weekly Hours





# wayfair

Find anything home...

Furniture / Bedroom Furniture / Armoires & Wardrobes / SKU: W113559186



+5 more



## Modern Luxury Multi-Functional Island Vanity Dresser And Storage Cabinet With Glass Tabletop

By Latitude Run®

**$309.99**

~~$389.99~~ 21% Off

or

**As low as $28/mo.** or 0% APR with

affirm  Check your buying power

Pro Price: $  [ Businesses Only ]

Enroll your business for FREE to save on select items.

| FREE Delivery | > |
| --- | --- |
| Get it Wed, Dec 31 – Sat, Jan 3 to 67346 | |

[ − ] 1 [ + ]          **Add to Cart**

Earn **$15.50** in rewards, with 5% back[1], plus more exclusive perks
Learn more

Get $50 off your first qualifying order of $100+[**] with the Wayfair Credit Card!
Valid through 1/15/2026.
Apply Now

### Services

| | Professional Assembly – $294.99 | Details |
| --- | --- | --- |
| ☐ | 5 Year Protection Plan – $53.99 ($10.80/year) | Details |

### Get Everything You Need



+

Modern Luxury Multi-Functional Island...
$309.99

Wayfair Basics® Hinged Furniture Anti...
$18.99

| Buy Both: $328.98 | > |
| --- | --- |

### At a Glance

Shelves Included

### Description                              ∧

About This Product

√ The Luxury Vanity Desk Dresser is not just a regular dresser, but a versatile hub of utility. With its sleek glass tabletop and chic display shelf, this vanity desk seamlessly combines style and practicality. This vanity desk offers an abundance of storage options to keep your belongings organized and easily accessible. Equipped with six spacious drawers and thoughtfully designed open shelves, it provides ample space to store everything from cherished trinkets to everyday essentials. The drawers of this vanity desk glide open effortlessly, allowing you to access your essentials with ease. Additionally, the open shelves provide quick and easy access to frequently used items, allowing for effortless organization.

## Features

- √ Designed with the discerning homeowner in mind, this vanity desk embodies sophistication and functionality in equal measure. Its thoughtful design elements cater to the demands of modern living, ensuring a seamless blend of style and practicality.
- √ Material: MDF+Glass
- √ Bed Weight Capacity: Top:165 LBS;Glass Shelf：35 LBS；Drawer:30 LBS；Jewelry Storage Tray：10 LBS
- √ Level of Assembly:Full Assembly Needed.
- Overall Product Dimension：60.4"L x 18.7"W x 33.1"H

Show Less

## Specifications ^

### Product Dimensions



### Other Dimensions

| | |
|---|---|
| Exterior Drawer | 6.7'' H X 13.2'' W X 15.7'' D |
| Overall Dimensions | 33.1'' H X 18.7'' W X 60.4'' D |
| Overall Product Weight | 165 lb. |

### Details

| | |
|---|---|
| Door Mechanism | Sliding |
| Shelves Included | Yes |

| | |
|---|---|
| Drawers Included | Yes |
| Material | Glass |
| Shelf Weight Capacity | 35 lb. |
| Tipover Restraint Device Included | No |
| Finish | Cream White |

**Assembly**

| | |
|---|---|
| Assembly Required | Yes |

**Warranty**

| | |
|---|---|
| Product Warranty | Yes |
| Warranty Length | 30 Days |
| Full or Limited Warranty | Limited |
| Commercial Warranty | Yes |

## Return Policy ⌃



**Extended Holiday Return Policy**

For all items purchased now through December 31, the deadline to return has been extended until January 31. Exclusions apply.

Learn More

## ✨ Have a Question? ⌄



100% Solid Wood Swedesboro 3-Door Wardrobe Armoire with Mirrored Doors

**$1,399.99**

★★★★☆ (2)

FREE Delivery

Sponsored

## Compare Similar Items







End-of-Year Clearance

Modern Luxury Multi-Functional Island Vanity Dresser And Storage Cabinet With Glass Tabletop

Display Shelf,6 Drawers,Multi-Functional Island For Walk-In-Wardrobe

4 Door 71" Armoire Wardrobe W Hanging Rod, Drawers, And Sh

$309.99 ~~$389.99~~

$309.99 ~~$399.99~~

$449.99 ~~$1,499.99~~

Current Item

★★★★☆ (45)

Sponsored

Add to Cart

Add to Cart

Add to Ca...

## Similar Items You've Viewed

See all





Sale



See Similar Items

See Similar Items

See Similar I...

## Frequently Bought Together





$309.99

$149.99

$309.99





$449.99

$129.99

$369.99

End-of-

## 4 Stars and Above

Sponsored





End-of-Year Clearance

Armoire

**$285.99** $784.00
★★★★⯪ (189)

Add to Cart



End-of-Year Clearance

Armoire

**$296.99** $329.99
★★★★☆ (56)

Add to Cart



End-of-Year Clearance

Maudena Armoire With Glass D...

**$235.99** $266.99
★★★★☆ (117)

Add to Ca...

## items you'll love, now on sale



Display Shelf,6 Drawers,Multi-Functional Island For Walk-In-Wardrobe

**$309.99** $399.99

Add to Cart



Sale

Wakeham 63" H 3 Drawer Armoire Wardrobe With Adjustable LED Dressing Mirror

**$279.99** $542.50
★★★⯪☆ (11)

Add to Cart



End-of-Year Clearance

Descoteaux Large Combination With 8 Drawers

**$1,300.00** $2,100.00
★★★★⯪ (50)

Add to Ca...

## more items to consider



  

## don't miss these markdowns



Display Shelf,6 Drawers,Multi-Functional Island For Walk-In-Wardrobe

**$309.99** ~~$399.99~~



End-of-Year Clearance

Bernistine Armoire

**$349.99** ~~$439.99~~
★★★★☆ (187)



Toulouse Corner Armoire

**$509.99** ~~$659.99~~
★★☆☆☆ (6)

| Add to Cart | Add to Cart | Add to Ca... |
|---|---|---|

## Related Searches

Unfinished Wicker & Rattan Panel Beds   Traditional Darby Home Co Platform Beds   Solid Wood Kelly Clarkson Home Beds

Assembly Required Wade Logan® Armoires & Wardrobes   Dovetail Joints Allmodern Small Dressers

Standard Everly Quinn Bedroom Sets   Full & Double Millwood Pines Beds   Vanity Set (Stool Included) White Makeup Vanities

Queen Foundry Select Headboards   Assembly Required Loon Peak® Beds   Ornate Traditional Wood Makeup Vanities

Upholstered Platform Wingback Storage Beds   Tufted Winston Porter Daybeds

Free Full Service Delivery Soft/Self Close Drawers Dressers & Chests   Forest Designs Dressers & Chests

Solid Wood Lexington Beds   Queen South Shore Headboards   Linen Birch Lane™ Platform Beds

Nightstand Included Mercer41 Bedroom Sets   Full & Double Tandem Arbor Panel Beds



ATTENTION, WAYBORS! Don't miss exclusive deals and perks on the app

Download the App



**New Here? Grab 10% Off Your First Order.**

Terms & Privacy Policy
Exclusions Apply

Email Address | Submit

## About Us

About Wayfair

Wayfair Rewards

Wayfair Professional

Design Services

Gift Cards

Wayfair Cash Registry

Wayfair Credit Card

Wayfair Financing

Careers

Sell on Wayfair

Creators

Investor Relations

Advertise With Us

Locations

## Customer Service

My Orders

My Account

Track My Order

Wayfair Accessibility Statement

Return Policy

Help Center

Ideas & Advice

Product Recalls

## Contact Us

🕐 Quick Help

📞 Call Us

**Customer Service**

Closed. Opens at 8:00 AM ET.
Weekly Hours

**Shopping Assistance**

Closed. Opens at 8:00 AM ET.
Weekly Hours



    



Terms of Use

Privacy Policy

Your Privacy Rights & Choices

**Your unique web-ID verification code: 452 843 428**

© 2025 by Wayfair LLC, 4 Copley Place, 7th Floor, Boston, MA 02116



12/26/25, 4:18 AM    Latitude Run® Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop | Wayfair

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 165 of 427 PageID #:195



Find anything home...

Furniture / Kitchen & Dining Furniture / Kitchen Islands & Carts / SKU: W111855045

### Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop

By Latitude Run®

1.5 ★★☆☆☆ 2 Reviews

**$206.99**
$469.99 56% Off
Sale

As low as **$37/mo.** or 0% APR with

or affirm Check your buying power

Pro Price: $ Businesses Only

Enroll your business for FREE to save on select items.

FREE Delivery

**Get it Fri, Jan 2 – Mon, Jan 5** to 67346

− 1 +    **Add to Cart**

Earn **$10.35** in rewards, with 5% back[1], plus more exclusive perks
Learn more

Get $50 off your first qualifying order of $100+[**] with the Wayfair Credit Card!
Valid through 1/15/2026.
Apply Now

### Services

☐ 🔧 Professional Assembly – $126.99    Details

☐ 🛡 5 Year Protection Plan – $35.99 ($7.20/year)    Details

### Get Everything You Need

Modern Luxury Multi-Functional Island...
$206.99

+

Diamondback Solid Wood Counter Stool
$243.99

Buy Both: $450.98

### At a Glance

🔧 Assembly Required

### Description

**About This Product**

Product Features

Versatile Hub of Utility: This multifunctional marvel isn't just a dresser—it's a dynamic centerpiece designed to streamline your daily routine. Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integrates style with practicality.

Abundant Storage Solutions: From cherished trinkets to everyday essentials, this cabinet offers a sanctuary for your belongings. Its array of storage compartments—six ample drawers and thoughtfully designed open shelves—provide a sanctuary for organization, ensuring everything has its designated place.

Effortless Organization at Your Fingertips: Bid farewell to clutter-induced chaos and embrace the serenity of seamless organization. With its intuitive design, accessing your essentials becomes a breeze. The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently used items.

Practical Luxury for Every Space: Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.

Tailored for the Discerning: Designed with the discerning homeowner in mind, this dresser embodies sophistication and functionality in equal measure. Its thoughtful design elements cater to the demands of modern living, ensuring a seamless blend of style and practicality.

Our modern luxury island-style vanity and storage cabinet, a versatile centerpiece designed to elevate your living space with its elegant contemporary design and multifunctional practicality. Meticulously crafted with premium materials, this cabinet exudes exquisite craftsmanship and durability, providing a haven for your belongings with its ample storage solutions, including six spacious drawers and thoughtful open shelves. Say goodbye to clutter and embrace seamless organization, as this cabinet effortlessly combines style and utility, offering easy access to your essentials while maintaining a sense of tranquility.

Whether adorning a walk-in wardrobe or enhancing a bedroom sanctuary, this space-saving design adapts to various environments without compromising on style, making it an essential addition for any discerning homeowner. Tailored for the meticulous homeowner, this cabinet seamlessly integrates style and functionality with its thoughtful design elements, promising to redefine your space with refined luxury and unparalleled convenience.

This versatile vanity storage cabinet island offers multifunctional utility, serving as a comprehensive solution for various needs. It seamlessly transitions between roles as a bedroom armoire, dresser, display cabinet, adapting effortlessly to different settings and purposes.

**Features**

- Dynamic multifunctional design serving as a dresser, display cabinet, and storage solution.
- Various Forms of Storage Options
- Six spacious drawers and ample shelving, maximizing organization and accessibility.
- Brown Glass Tabletop
- Sophisticated glass tabletop paired with a cream white finish for elevated home decor.
- Graceful Golden Handles
- Thoughtful Small Grid Design Inside the Drawer
- Thoughtful small grid design in drawers for efficient storage and easy access.



12/26/25, 4:18 AM    Latitude Run® Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop | Wayfair

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 167 of 427 PageID #:197

- Elegant golden handles providing a touch of luxury and versatility for any decor style.

<div align="center">Show Less</div>

## Specifications ⌃

**Product Dimensions**



**Other Dimensions**

| | |
|---|---|
| Drawer Interior | 6.7" H |
| Overall Dimensions | 33.1" H X 60.4" W X 18.7" D |

**Details**

| | |
|---|---|
| Product Type | Kitchen Island |
| Base Material | Glass,Manufactured Wood |
| Shelves Included | Yes |
| Drawers Included | Yes |
| Cabinets Included | Yes |
| Imported | Yes |
| Base Color | White |
| Number of Drawers | 6 |

**Assembly**

| | |
|---|---|
| Assembly Required | Yes |

**Warranty**

| | |
|---|---|
| Commercial Warranty | No |

## Return Policy ⌃



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 168 of 427 PageID #:198



**Extended Holiday Return Policy**

For all items purchased now through December 31, the deadline to return has been extended until January 31. Exclusions apply.

Learn More

---

✨ **Have a Question?**    ⌄



63"W Double Side Kitchen Island
**$679.99**
★★★★⯪ (5)
FREE Delivery

Sponsored

## Compare Similar Items



Sale

Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop

**$206.99** $469.99
★⯪☆☆☆ (2)

Current Item

Add to Cart



End-of-Year Clearance

71" Kitchen Island with Storage Large Sintered Stone Kitchen Cabinet with Drawers,Modern Stationary...

**$1,779.99** $2,469.99
★★★★⯪ (85)
Sponsored

Add to Cart



Sale

81"-106" Expandable Kitchen Isl... Manufactured Wood Top - Adju...

**$1,239.99** $1,599.99
★★★★⯪ (49)

Add to Ca

## Similar Items You've Viewed

See all



Sale



Sale



Sale

12/26/25, 4:18 AM
Latitude Run® Modern Luxury Multi-Functional Island/Vanity Dresser and Storage Cabinet with Glass Tabletop | Wayfair

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 169 of 427 PageID #:199

See Similar Items     See Similar Items     See Similar I...

## Frequently Bought Together



Sale

$206.99



End-of-Year Clearance

$719.99



Sale

$206.99



$409.99



$360.00



$365.99

Sale

## 4 Stars and Above

Sponsored



Verified



End-of-Year Clearance

Lydia Marble Top Kitchen Island

$3,399.00

★★★★½ (23)

Add to Cart

Bryden Solid Wood Kitchen Island

$3,199.00

★★★★★ (31)

Add to Cart

81.6" Kitchen Island With Extend
Drawers And 2 Doors Cabinet F...

$245.99 $319.99

★★★★½ (122)

Add to Ca...

## items you'll love, now on sale



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 170 of 427 PageID #:200



**End-of-Year Clearance**

72" Modern Style Kitchen Islands With Multi-Storage



**Sale**

Juniper 59-inch Wide Kitchen Island with 2 Open Shelves and 2 Cabinets



**End-of-Year Clearance**

81.6" Kitchen Island With Extend Drawers And 2 Doors Cabinet

## Customer Reviews

**1.5** ★½☆☆☆
**2 Reviews**

| | | |
|---|---|---|
| ★ 5 | | 0 |
| ★ 4 | | 0 |
| ★ 3 | | 0 |
| ★ 2 | | 1 |
| ★ 1 | | 1 |

Showing 1–2 of 2 reviews

Filter by keyword 🔍    Most relevant ▾

★☆☆☆☆  **Elizabeth**  Juliette, GA    <u>Verified Buyer</u>                    07/20/2025

I got the Thing halfway assembled and realized that the holes that were supposed to be used were not lined up and filled in. Tried to get a hold of

★★☆☆☆  **Rebeca**    <u>Neighbors Program</u>                    10/29/2025

## more items to consider



**Verified**

Wexford 55.1'' Kitchen Island

$375.00 $410.00
★★★★½ (130)

Add to Cart



**Sale**

Kitchen Island With 3 Storage Shelves, 55 Inch Farmhouse Kitchen Shelf Bar Table With Large...

$209.99 $239.99
★★★★☆ (10)

Add to Cart



**Sale**

Mini Fridge Cabinet With Stora With Power Outlet, Fits 24" Wine

$179.99 $242.99
★★★★★ (4)

to C

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 171 of 427 PageID #:201

## Related Searches

Light Wood Wood Bar Stools & Counter Stools    Engineered Wood Green Bar Stools & Counter Stools

Brown Commercial Use Bar Stools & Counter Stools    Medium Wood Pine Kitchen & Dining Chairs

Display Mirrored Display & China Cabinets    Engineered Wood Zuo Hospitality Counter Height Bar Stools

Assembly Required Winston Porter Kitchen Islands & Carts    Metal White Counter Height Bar Stools

Assembly Required Wade Logan® Bar Carts    Ladder Back Solid Wood Kitchen & Dining Chairs

Red Velvet Adjustable Bar Stools    72 Inches Round Kitchen & Dining Room Sets    Commercial Use Green Sideboards & Buffets

Wood Connubia Bar Stools & Counter Stools    Self-Storing Leaf Solid Wood Kitchen & Dining Tables    Red Wood Wine Racks

Desert Lodge Upholstered Bar Stools & Counter Stools    Modern Farmhouse Wood Kitchen & Dining Tables

Black Blu Dot Counter Height Bar Stools    Gold Small (Less Than 24") Bar Carts



ATTENTION, WAYBORS!
Don't miss exclusive deals and perks on the app
Download the App

**New Here? Grab 10% Off Your First Order.**

Terms & Privacy Policy
Exclusions Apply

Email Address    Submit

## About Us

About Wayfair

Wayfair Rewards

Wayfair Professional

Design Services

Gift Cards

Wayfair Cash Registry

Wayfair Credit Card

Wayfair Financing

Careers

Sell on Wayfair

Creators

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 172 of 427 PageID #:202

Investor Relations

Advertise With Us

Locations

## Customer Service

My Orders

My Account

Track My Order

Wayfair Accessibility Statement

Return Policy

Help Center

Ideas & Advice

Product Recalls

## Contact Us

🕐 Quick Help

📞 Call Us

**Customer Service**

Closed. Opens at 8:00 AM ET.
Weekly Hours

**Shopping Assistance**

Closed. Opens at 8:00 AM ET.
Weekly Hours



    

Terms of Use

Privacy Policy

Your Privacy Rights & Choices

**Your unique web–ID verification code: 452 843 428**

© 2025 by Wayfair LLC, 4 Copley Place, 7th Floor, Boston, MA 02116



12/26/25, 4:14 PM    Latitude Run® Modern Luxury Multi-Functional Island Vanity Dresser, Storage Cabinet with Glass Tabletop and Display Shelf,…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 173 of 427 PageID #:203



Furniture / Bedroom Furniture / Dressers & Chests / SKU: W114369269



### Modern Luxury Multi-Functional Island Vanity Dresser, Storage Cabinet with Glass Tabletop and Display Shelf, 6 Drawers for Walk-In Wardrobe and Bedroom, Cream White

By Latitude Run®

5.0 ★★★★★ 1 Review

**$499.99**    or    As low as **$46/mo.** or 0% APR with affirm
Check your buying power

Pro Price: $ ▢ Businesses Only
Enroll your business for FREE to save on select items.



FREE Delivery
**Get it Wed, Dec 31 – Fri, Jan 2** to 67346

[ – ]  1  [ + ]        **Add to Cart**

Earn **$25.00** in rewards, with 5% back[1], plus more exclusive perks
Learn more

Get $50 off your first qualifying order of $100+[**] with the Wayfair Credit Card!
Valid through 1/15/2026.
Apply Now

**Services**

| | | |
|---|---|---|
| ▢ 🔧 | Professional Assembly – $109.99 | Details |
| ▢ 🛡 | 5 Year Protection Plan – $53.99 ($10.80/year) | Details |

**At a Glance**

| | | | |
|---|---|---|---|
| 📱 | Material: Manufactured Wood | ↕ | Overall Height: 33.1 " |
| ↔ | Overall Width: 60.4 " | 🔧 | Assembly Required |

**Description**  ⌃

**About This Product**

Enhance your home with stylish dressers and storage cabinets. Crafted from durable materials like solid wood and MDF, each piece offers spacious drawers for organized storage. Available in a variety of finishes, including dark brown, walnut, and white, these pieces seamlessly fit into any room, combining functionality with modern elegance. Ideal for bedrooms, living rooms, or entryways, these dressers provide both style and practical storage solutions.

**Features**

- Product Dimension: L 60.4" x W 18.7" x H 33.1". Weight: 167. lbs.



- Easy to clean and assemble with all the parts, tools and instructions included.
- Multifunctional Design: Combining a lustrous glass tabletop, chic display shelf, and six spacious drawers, this versatile dresser enhances any room with a blend of style and practicality, making it an ideal organizational hub.
- Abundant Storage: With six ample drawers and open shelves, this dresser offers thoughtful storage solutions for your belongings, keeping everything organized and accessible while adding a touch of elegance to your space.
- Effortless Organization: Experience smooth, easy access with gliding drawers and open shelves designed for convenience. This dresser helps eliminate clutter, turning your room into a serene and organized retreat.

Show Less

## Specifications ⌃

### Product Dimensions



### Other Dimensions

| Overall Dimensions | 33.1" H X 60.4" W X 18.7" D |
| --- | --- |

### Details

| Material | Manufactured Wood |
| --- | --- |
| Tipover Restraint Device Included | No |
| Imported | Yes |

### Assembly

| Assembly Required | Yes |
| --- | --- |

## Return Policy ⌃



12/26/25, 4:14  Latitude Run® Modern Luxury Multi-Functional Island Vanity Dresser, Storage Cabinet with Glass Tabletop and Display Shelf,…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 175 of 427 PageID #:205



**Extended Holiday Return Policy**

For all items purchased now through December 31, the deadline to return has been extended until January 31. Exclusions apply.

Learn More

✨ **Have a Question?** ⌄



Diretha 9 Drawer Dresser With Glass Table Top, Shoe Change Bench, Shoe…

**$309.99** $780.00

★★★★⯪ (43)

FREE Delivery

Sponsored

## Compare Similar Items







Modern Luxury Multi-Functional Island Vanity Dresser, Storage Cabinet with Glass Tabletop and Display…

**$499.99**

★★★★★ (1)

Current Item

Add to Cart

60"W Modern Off White Dresser With Doors & Drawers Walk In Closet Island Jewelry Storage

**$1,049.99** $1,229.99

★★★⯪☆ (2)

Add to Cart

6 Drawer 47" W Double Dresser

**$123.99** $153.99

★★★★⯪ (10)

Sponsored

Add to Cart

## Similar Items You've Viewed

See all





Sale

Sale

See Similar Items        See Similar Items        See Similar I...

## Frequently Bought Together



$499.99



$219.99



$499.99



$394.99



$272.99



$233.99

## 4 Stars and Above

Sponsored



Celine 6-Drawer Dresser

**$1,499.00** $3,049.00

★★★★⯪ (302)

Add to Cart



End-of-Year Clearance

Fluted 9-Drawer Dresser 57"W Wood Wide Chest Of Drawers With Metal Handle,Adjustable Feet

**$269.99**

★★★★⯪ (404)

Add to Cart



End-of-Year Clearance

Yarber 6 Drawer Solid Wood D...

**$369.00** $689.00

★★★★☆ (12770)

Add to Ca...

## items you'll love, now on sale





30.7"W 5 Drawer Dresser with LED Lights, 39"H Tall Chest Of Drawers For Bedroom & Wardrobe Closet



60"W Modern Off White Dresser With Doors & Drawers Walk In Closet Island Jewelry Storage



5 – Drawer Dresser, 47.2" H

## Customer Reviews



5.0 ★★★★★
1 Review

| | | | |
|---|---|---|---|
| ★ 5 | ██████████ | | 1 |
| ★ 4 | | | 0 |
| ★ 3 | | | 0 |
| ★ 2 | | | 0 |
| ★ 1 | | | 0 |

Showing 1–1 of 1 reviews

Filter by keyword 🔍  Most relevant ⌄

★★★★★  Anonymous  Neighbors Program  09/17/2025

Great quality and fairly easy to put together!

## more items to consider



Diretha 9 Drawer Dresser With Glass Table Top, Shoe Change Bench, Shoe Rack

$309.99 $780.00
★★★★⯪ (43)

Add to Cart



Boyde 47.2'' W 8 – Drawer Dresser

$229.99 $588.00
★★★★⯪ (178)

Add to Cart



30.7"W 5 Drawer Dresser with L... Chest Of Drawers For Bedroom...

$159.99 $199.99
★★★★⯪ (53)

Add to Ca...

## items you'll love



12/26/25, 4:14 ... Latitude Run® Modern Luxury Multi-functional Island Vanity Dresser, Storage Cabinet with Glass Tabletop and Display Shelf,…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 178 of 427 PageID #:208





Sale



Sale

47" Floating Shelf With Drawer, Multi-Purpose Wall-Mounted Vanity Table, Mounted Desk, Floating Table

$305.99

(3)

Fluted 8-Drawer Double Dresser For Bedroom, Curved Profile Design, Wood Drawer Organizer For Living…

$284.99 $489.99

(2)

High-Gloss 5-Drawer Cabinet

$229.99 $507.50

(1)



**Afterpay**

Buy it today. Pay over time for as low as 0% APR⁶.

SHOP NOW

Sponsored





**New Here? Grab 10% Off Your First Order.**

Terms & Privacy Policy Exclusions Apply

Email Address | Submit

## About Us

About Wayfair

Wayfair Rewards

Wayfair Professional

Design Services

Gift Cards

Wayfair Cash Registry



12/26/25, 4:14 PM Latitude Run® Modern Luxury Multi-functional Island Vanity, Dresser, Storage Cabinet with Glass Tabletop and Display Shelf,…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 179 of 427 PageID #:209

Wayfair Credit Card

Wayfair Financing

Careers

Sell on Wayfair

Creators

Investor Relations

Advertise With Us

Locations

## Customer Service

My Orders

My Account

Track My Order

Wayfair Accessibility Statement

Return Policy

Help Center

Ideas & Advice

Product Recalls

## Contact Us

 Quick Help

Call Us

**Customer Service**

Closed. Opens at 8:00 AM ET.
Weekly Hours

**Shopping Assistance**

Closed. Opens at 8:00 AM ET.
Weekly Hours

JOSS & MAIN

ALLMODERN

BIRCH LN

    

Terms of Use

Privacy Policy

Your Privacy Rights & Choices

**Your unique web-ID verification code: 452 843 428**

© 2025 by Wayfair LLC, 4 Copley Place, 7th Floor, Boston, MA 02116



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 180 of 427 PageID #:210



# ✤wayfair

Find anything home...

Furniture / Kitchen & Dining Furniture / Display & China Cabinets / SKU: W115696210





## Modern Luxury Multi-Functional Island Vanity Dresser And Storage Cabinet With Glass Tabletop

By Latitude Run®

**$196.99**
~~$389.99~~ 49% Off

or

**$50 in 4 payments** starting at 0% APR with 💲 Afterpay Learn More ⓘ

Pro Price: $ ⬛ Businesses Only

**Enroll your business** for FREE to save on select items.

| FREE Delivery | |
|---|---|
| **Get it Sun, Jan 4 - Thu, Jan 8** to 67346 | › |

[ − ] 1 [ + ]     **Add to Cart**



Earn **$9.85** in rewards, with 5% back[1], plus more exclusive perks
Learn more

Get $50 off your first qualifying order of $100+[**] with the Wayfair Credit Card!
Valid through 1/15/2026.
Apply Now

### Services

| | Professional Assembly – $329.99 | Details |
|---|---|---|
| | 5 Year Protection Plan – $27.99 ($5.60/year) | Details |

### Get Everything You Need



+

Modern Luxury Multi-Functional Island...
$196.99

Wayfair Basics®
Hinged Furniture Anti...
$18.99

| Buy Both: $215.98 | › |
|---|---|

### At a Glance

| 🗄 Number of Shelves: 2 | ⏲ Weight Capacity: 240 lb. |
|---|---|
| 🔧 Assembly Required | ▣ Glass |

### Description

About This Product



12/26/25, 4:19 PM    Latitude Run® Modern luxury Multi-functional Island Vanity Dresser And Storage Cabinet With glass tabletop | Wayfair

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 181 of 427 PageID #:211

Versatile Hub of Utility: This multifunctional marvel isn't just a dresser—it's a dynamic centerpiece designed to streamline your daily routine. Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integrates style with practicality.

### Features

- Abundant Storage Solutions: From cherished trinkets to everyday essentials, this cabinet offers a sanctuary for your belongings. Its array of storage compartments—six ample drawers and thoughtfully designed open shelves—provide a sanctuary for organization, ensuring everything has its designated place.
- Effortless Organization at Your Fingertips: Bid farewell to clutter-induced chaos and embrace the serenity of seamless organization. With its intuitive design, accessing your essentials becomes a breeze. The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently used items.
- Practical Luxury for Every Space: Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.

Show Less

## Specifications                                    ︿

**Product Dimensions**



**Other Dimensions**

| Overall Dimensions | 33.1'' H X 60.4'' W X 18.7'' D |
|---|---|
| Overall Product Weight | 167.6 lb. |

**Details**

| Product Type | China Cabinet |
|---|---|
| Furniture Design | Cabinet/Enclosed storage |
| Material | Glass, Manufactured Wood |

12/26/25, 4:19 PM
Latitude Run® Modern luxury multi-functional island/vanity/dresser and storage cabinet with glass tabletop | Wayfair

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 182 of 427 PageID #:212

| | |
|---|---|
| Shelves Included | Yes |
| Shelf Material | Glass |
| Storage Cabinets Included | Yes |
| Drawers Included | Yes |
| Tipover Restraint Device Included | No |
| Weight Capacity | 240 lb. |
| Color | Cream White |
| Number of Shelves | 2 |
| Cabinets Included | Yes |

**Assembly**

| | |
|---|---|
| Assembly Required | Yes |

**Warranty**

| | |
|---|---|
| Commercial Warranty | No |

## Return Policy ⌃



**Extended Holiday Return Policy**

For all items purchased now through December 31, the deadline to return has been extended until January 31. Exclusions apply.

Learn More

## ✨ Have a Question? ⌄



Bradington III Curio Cabinet, Four Curved Glass Doors, Touch-Lite Multi-...

$2,299.00 $2,961.00

★★★★½ (7)

**FREE Full Service Delivery**

Sponsored

## Compare Similar Items





12/26/25, 4:10... Latitude Run® Modern Luxury Multi-Functional Island Vanity Dresser And Storage Cabinet With Glass Tabletop | Wayfair

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 183 of 427 PageID #:213

Modern Luxury Multi-Functional Island Vanity Dresser And Storage Cabinet With Glass Tabletop

**$196.99** $389.99

Current Item

Add to Cart

Reclaimed Wood and Metal Two-Piece Hutch

**$2,699.99** $2,999.99

★★★★★ (4)

Sponsored

Add to Cart

Elegant Jewelry Display Cabine... Tempered Glass – 39.4" X 19.7" ...

**$276.99**

★★★★½ (22)

Add to Ca...

## Frequently Bought Together



$196.99



$949.99



$196.99



$299.99



$358.00



$1,079.99

## 4 Stars and Above

Sponsored



5-Tier Black 3-Sided Glass Dining Cabinet with Lights, Metal Display Stand

**$219.99** $294.99

★★★★☆ (27)

Add to Cart



63"H Metal Glass Display Cabinet with Adjustable Shelves and Lights, Lockable Storage Cabinet

**$204.99** $216.99

★★★★☆ (17)

Add to Cart



RGB Display Cabinet with Adjus... Tier Storage Case with LED Ligh...

**$339.99** $359.99

★★★★½ (26)

Add to Ca...

items you'll love, now on sale







**Sale**

70.9" Tall Freestanding Arch Display Cabinet With Color Led Light Modes And Motion Sensor, Large...

$279.99 $374.99

★★★★⯪ (15)

Adrie Curio Cabinet

$1,919.20 $2,600.00

★★★★★(134)

**Sale**

Janitzy Kitchen Storage Stand (
Door

$147.99 $199.99

★★★★⯪ (41)

| Add to Cart | Add to Cart | Add to Ca |

### don't miss these markdowns







**Sale**

70.9" Tall Freestanding Arch Display Cabinet With Color Led Light Modes And Motion Sensor, Large...

$279.99 $374.99

★★★★⯪ (15)

Adrie Curio Cabinet

$1,919.20 $2,600.00

★★★★★(134)

**Sale**

Janitzy Kitchen Storage Stand (
Door

$147.99 $199.99

★★★⯪☆ (41)

| Add to Cart | Add to Cart | Add to Ca |

### items you'll love



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 185 of 427 PageID #:215









**New Here? Grab 10% Off Your First Order.**

Terms & Privacy Policy
Exclusions Apply

Email Address | Submit

## About Us

About Wayfair

Wayfair Rewards

Wayfair Professional

Design Services

Gift Cards

Wayfair Cash Registry

Wayfair Credit Card

Wayfair Financing

Careers

Sell on Wayfair

Creators

Investor Relations

Advertise With Us

Locations

## Customer Service

My Orders

My Account

Track My Order

Wayfair Accessibility Statement



12/26/25, 4:1QAM
Latitude Run® Modern luxury multi-functional island Vanity Dresser and Storage Cabinet with glass tabletop | Wayfair

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 186 of 427 PageID #:216

Return Policy

Help Center

Ideas & Advice

Product Recalls

## Contact Us

 Quick Help

Call Us

**Customer Service**

Closed. Opens at 8:00 AM ET.
Weekly Hours

**Shopping Assistance**

Closed. Opens at 8:00 AM ET.
Weekly Hours

JOSS & MAIN

ALLMODERN

BIRCH LN

    

Terms of Use

Privacy Policy

Your Privacy Rights & Choices

**Your unique web–ID verification code: 626 133 888**

© 2025 by Wayfair LLC, 4 Copley Place, 7th Floor, Boston, MA 02116



12/26/25, 4:25 PM  Latitude Run® Modern Luxury Multi-Functional Island Vanity Dresser And Storage Cabinet With Glass Tabletop, Display Cabi…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 187 of 427 PageID #:217



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 188 of 427 PageID #:218

**About This Product**

Versatile Hub of Utility: This multifunctional marvel isn't just a dresser—it's a dynamic centerpiece designed to streamline your daily routine. Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integrates style with practicality.

**Features**

- Abundant Storage Solutions: From cherished trinkets to everyday essentials, this cabinet offers a sanctuary for your belongings. Its array of storage compartments—six ample drawers and thoughtfully designed open shelves—provide a sanctuary for organization, ensuring everything has its designated place.

- Effortless Organization at Your Fingertips: Bid farewell to clutter-induced chaos and embrace the serenity of seamless organization. With its intuitive design, accessing your essentials becomes a breeze. The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently used items.

- Practical Luxury for Every Space: Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.

- Tailored for the Discerning: Designed with the discerning homeowner in mind, this dresser embodies sophistication and functionality in equal measure. Its thoughtful design elements cater to the demands of modern living, ensuring a seamless blend of style and practicality.

- Our modern luxury island-style vanity and storage cabinet, a versatile centerpiece designed to elevate your living space with its elegant contemporary design and multifunctional practicality. Meticulously crafted with premium materials, this cabinet exudes exquisite craftsmanship and durability, providing a haven for your belongings with its ample storage solutions, including six spacious drawers and thoughtful open shelves. Say goodbye to clutter and embrace seamless organization, as this cabinet effortlessly combines style and utility, offering easy access to your essentials while maintaining a sense of tranquility. Whether adorning a walk-in wardrobe or enhancing a bedroom sanctuary, this space-saving design adapts to various environments without compromising on style, making it an essential addition for any discerning homeowner. Tailored for the meticulous homeowner, this cabinet seamlessly integrates style and functionality with its thoughtful design elements, promising to redefine your space with refined luxury and unparalleled convenience.This versatile vanity storage cabinet island offers multifunctional utility, serving as a comprehensive solution for various needs. It seamlessly transitions between roles as a bedroom armoire, dresser, display cabinet, adapting effortlessly to different settings and purposes.Various Forms of Storage OptionsDrawers, cabinets, open shelving – providing suitable placements for every cherished item in your life.Brown Glass TabletopThe beautiful tea-colored glass paired with the elegant cream white finish elevates your home decor. Its stylish lines, modern design, and exquisite finishes add sophistication and refinement to any room.Graceful Golden HandlesThe golden hue exudes a sense of opulence and can complement various design styles, from classic to modern.Thoughtful Small Grid Design Inside the DrawerThis design can maximize storage efficiency within the drawer. By creating separate compartments, it prevents

12/26/25, 4:26 Latitude Run® Modern Luxury Multi-Functional Island Vanity, Dresser And Storage Cabinet With Glass Tabletop, Display Cabi…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 189 of 427 PageID #:219

items from shifting or getting mixed up, making it easier to locate and access specific items when needed.Glass Open Shelves-Drawers on Both Sides-Jewelry Storage Tray-Bottom Large Storage Cabinet-Island DresserWeight CapacityTop:165 LBS;Glass Shelf： 35 LBS； Drawer:30 LBS； Jewelry Storage Tray： 10 LBSMaterialMDF+GlassFinished BackYesAssembly RequiredFull Assembly NeededSuggested Number of People for Assembly2Product CareWipe clean with a dry cloth. Do not use strong liquid cleaners.Package Number2

Show Less

## Specifications ⌃

### Product Dimensions



### Other Dimensions

| Overall Dimensions | 33.15'' H X 60.45'' W X 18.75'' D |
|---|---|
| Overall Product Weight | 167.64 lb. |

### Details

| Product Type | Kitchen Island |
|---|---|
| Base Material | MDF |
| Countertop Material | MDF+glass |
| Shelves Included | Yes |
| Drawers Included | Yes |
| Cabinets Included | Yes |
| Counter Color / Finish | Brown, Cream White |
| Base Color | Cream White |

### Assembly

| Assembly Required | Yes |
|---|---|

### Warranty

12/26/25, 4:25... Latitude Run® Modern Luxury Multi-Functional Island Vanity Dresser And Storage Cabinet With Glass Tabletop, Display Cabi...

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 190 of 427 PageID #:220

| | |
|---|---|
| Commercial Warranty | No |
| Warranty Length | 30 Days |
| Product Warranty | Yes |
| Full or Limited Warranty | Limited |

## Return Policy ⌃



### Extended Holiday Return Policy

For all items purchased now through December 31, the deadline to return has been extended until January 31. Exclusions apply.

Learn More

## ✨ Have a Question? ⌄



Britinee Wood Kitchen Island

$459.99

★★★★☆ (10)

FREE Delivery

Sponsored

## Compare Similar Items



Sale

Modern Luxury Multi-Functional Island Vanity Dresser And Storage Cabinet With Glass Tabletop, Display...

$359.99 $399.99

Current Item

Add to Cart

63"W Double Kitchen Island

$529.99

★★★★½ (11)

Add to Cart



Myro Kitchen Island with Storag

$598.99

★★★★½ (61)

Sponsored

Add to Ca

## Similar Items You've Viewed

See all



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 191 of 427 PageID #:221



Sale     Sale     Sale

| See Similar Items | See Similar Items | See Similar I |

## Frequently Bought Together

| | | | |
|---|---|---|---|
| Sale | End-of-Year Clearance | Sale | End-of- |
| $359.99 | $394.99 | $359.99 | |
| | Sale | | End-of- |
| $365.99 | $206.99 | $1,299.99 | |

## 4 Stars and Above

Sponsored

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 192 of 427 PageID #:222







**Lydia Marble Top Kitchen Island**

$3,399.00

★★★★⯪ (23)

Add to Cart

**Bryden Solid Wood Kitchen Island**

$3,199.00

★★★★★ (31)

Add to Cart

End-of-Year Clearance

81.6" Kitchen Island With Extend
Drawers And 2 Doors Cabinet F

$245.99 ~~$319.99~~

★★★★⯪ (122)

Add to Ca

## items you'll love, now on sale







Sale

**Kitchen Island With 3 Storage Shelves, 55 Inch Farmhouse Kitchen Shelf Bar Table With Large...**

$184.99 ~~$263.99~~

★★★★☆ (10)

Add to Cart

End-of-Year Clearance

**81.6" Kitchen Island With Extendable Dining Table 2 Drawers And 2 Doors Cabinet For Kitchen**

$245.99 ~~$319.99~~

★★★★⯪ (122)

Add to Cart

Sale

**Rolling Kitchen Island With Drop
Kitchen Carts On Wheels Island**

$249.99 ~~$349.99~~

★★★★★ (6)

Add to Ca

## items you'll love



Latitude Run® Modern Luxury Multi-Functional Island Vanity Dresser And Storage Cabinet With Glass Tabletop Display Cabi…





## more items to consider





Wexford 55.1" Kitchen Island

$375.00 ~~$410.00~~

★★★★☆ (130)

BoosBlock® Prep Table Butcher Block

$1,370.00

★★★★★ (20)

Casin Kitchen Island

$256.99

★★★★☆ (14)

| Add to Cart | Add to Cart | Add to Ca |
|---|---|---|

 **Afterpay**

Buy it today. Pay over time for as low as 0% APR⁶.

SHOP NOW

Sponsored





ATTENTION, WAYBORS!

Don't miss exclusive deals and perks on the app

Download the App

**New Here? Grab 10% Off Your First Order.**

Terms & Privacy Policy
Exclusions Apply

Email Address | Submit



## About Us

About Wayfair

Wayfair Rewards

Wayfair Professional

Design Services

Gift Cards

Wayfair Cash Registry

Wayfair Credit Card

Wayfair Financing

Careers

Sell on Wayfair

Creators

Investor Relations

Advertise With Us

Locations

## Customer Service

My Orders

My Account

Track My Order

Wayfair Accessibility Statement

Return Policy

Help Center

Ideas & Advice

Product Recalls

## Contact Us

Quick Help

Call Us

**Customer Service**

Closed. Opens at 8:00 AM ET.
Weekly Hours

**Shopping Assistance**

Closed. Opens at 8:00 AM ET.
Weekly Hours



    

Terms of Use

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 195 of 427 PageID #:225

Privacy Policy

Your Privacy Rights & Choices

**Your unique web-ID verification code: 654 125 053**

© 2025 by Wayfair LLC, 4 Copley Place, 7th Floor, Boston, MA 02116





## About This Product

Our modern luxury island-style vanity and storage cabinet is a versatile centerpiece designed to elevate your living space with its elegant contemporary design and multifunctional practicality. Meticulously crafted with premium materials, this cabinet exudes exquisite craftsmanship and durability, providing a haven for your belongings with its ample storage solutions, including six spacious drawers and thoughtful open shelves. Say goodbye to clutter and embrace seamless organization, as this cabinet effortlessly combines style and utility, offering easy access to your essentials while maintaining a sense of tranquility. Whether adorning a walk-in wardrobe or enhancing a bedroom sanctuary, this space-saving design adapts to various environments without compromising on style, making it an essential addition for any discerning homeowner. Tailored for the meticulous homeowner, this cabinet seamlessly integrates style and functionality with its thoughtful design elements, promising to redefine your space with refined luxury and unparalleled convenience.

## Features

- Versatile Hub of Utility: This multifunctional marvel isn't just a dresser—it's a dynamic centerpiece designed to streamline your daily routine. Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integrates style with practicality.
- Abundant Storage Solutions: From cherished trinkets to everyday essentials, this cabinet offers a sanctuary for your belongings. Its array of storage compartments—six ample drawers and thoughtfully designed open shelves—provide a sanctuary for organization, ensuring everything has its designated place.
- Effortless Organization at Your Fingertips: Bid farewell to clutter-induced chaos and embrace the serenity of seamless organization. With its intuitive design, accessing your essentials becomes a breeze. The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently used items.
- Practical Luxury for Every Space: Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.
- Tailored for the Discerning: Designed with the discerning homeowner in mind, this dresser embodies sophistication and functionality in equal measure. Its thoughtful design elements cater to the demands of modern living, ensuring a seamless blend of style and practicality.

Show Less

## Specifications ^

**Product Dimensions**



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 198 of 427 PageID #:228



## Other Dimensions

| | |
|---|---|
| Overall Dimensions | 33.1" H X 60.4" W X 18.7" D |
| Overall Product Weight | 167.6 lb. |

## Documents

[Installation And Assembly (pdf)](#)

## Details

| | |
|---|---|
| Product Type | Kitchen Island |
| Base Material | Manufactured Wood, Glass |
| Countertop Material | Manufactured Wood, Glass |
| Shelves Included | Yes |
| Drawers Included | Yes |
| Cabinets Included | Yes |
| Base Color | Cream White |
| Manufactured Wood Type | MDF |

## Assembly

| | |
|---|---|
| Assembly Required | Yes |

## Warranty

| | |
|---|---|
| Warranty Length | 30 Days |
| Commercial Warranty | No |
| Product Warranty | Yes |
| Full or Limited Warranty | Limited |

## Return Policy ⌃



### Extended Holiday Return Policy

For all items purchased now through December 31, the deadline to return has been extended until January. Exclusions apply.

Learn More

✨ **Have a Question?** ⌄



Mobile Kitchen Island With Seating, Extendable Dining Table & Power Outlet

$245.99

★★✫✫✫ (2)

FREE Delivery

Sponsored

## Compare Similar Items





Sale

Modern Luxury Multi-Functional Island Vanity Dresser And Storage Cabinet With Glass Tabletop, Display...

**$209.99** $279.99

Current Item

Add to Cart

Kitchen Island with Sintered Stone Top, Solid Wood Frame, Drawer and Open Storage

**$2,199.99** $2,669.99

Add to Cart

Sale

Modern Luxury Multi-Functiona And Storage Cabinet With Glas

**$209.99** $399.99

Sponsored

Add to Ca

## Similar Items You've Viewed

See all







Sale

Sale

Sale

See Similar Items

See Similar Items

See Similar I

## 4 Stars and Above

Sponsored



12/26/25, 4:26 PM    Ophelia & Co. Modern Luxury Multi-Functional Island Vanity Dresser And Storage Cabinet With Glass Tabletop, Display Cabi...

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 200 of 427 PageID #:230







**End-of-Year Clearance**

Lydia Marble Top Kitchen Island

**$3,399.00**

★★★★⯪ (23)

Bryden Solid Wood Kitchen Island

**$3,199.00**

★★★★★ (31)

81.6" Kitchen Island With Extend
Drawers And 2 Doors Cabinet F

**$245.99** ~~$319.99~~

★★★★⯪ (122)

Add to Cart            Add to Cart            Add to Ca

## items you'll love, now on sale







**Sale**

62.99" Solid Wood Kitchen Island with Ample Storage and Classic Design

**$2,649.99** ~~$3,099.99~~

Kitchen Island with Sintered Stone Top, Solid Wood Frame, Drawer and Open Storage

**$2,199.99** ~~$2,669.99~~

Modern Luxury Multi-Functiona
And Storage Cabinet With Glas

**$209.99** ~~$399.99~~

Add to Cart            Add to Cart            Add to Ca

## more items to consider







Wexford 55.1'' Kitchen Island
$375.00 ~~$410.00~~
★★★★⯪ (130)

BoosBlock® Prep Table Butcher Block
$1,370.00
★★★★★ (20)

Casin Kitchen Island
$256.99
★★★★⯪ (14)

| Add to Cart | Add to Cart | Add to Ca |

## items you'll love



Sale

Modern Luxury Multi-Functional Island Vanity Dresser And Storage Cabinet With Glass Tabletop, Display…

$206.99 ~~$429.99~~

Add to Cart



Afterpay
Buy it today. Pay over time for as low as 0% APR⁶.
SHOP NOW
Sponsored



  
ATTENTION, WAYBORS!
Don't miss exclusive deals and perks on the app
Download the App

**New Here? Grab 10% Off Your First Order.**

Terms & Privacy Policy
Exclusions Apply

| Email Address | Submit |



## About Us

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 202 of 427 PageID #:232

About Wayfair

Wayfair Rewards

Wayfair Professional

Design Services

Gift Cards

Wayfair Cash Registry

Wayfair Credit Card

Wayfair Financing

Careers

Sell on Wayfair

Creators

Investor Relations

Advertise With Us

Locations

## Customer Service

My Orders

My Account

Track My Order

Wayfair Accessibility Statement

Return Policy

Help Center

Ideas & Advice

Product Recalls

## Contact Us



Quick Help

Call Us

**Customer Service**

Closed. Opens at 8:00 AM ET.
Weekly Hours

**Shopping Assistance**

Closed. Opens at 8:00 AM ET.
Weekly Hours

JOSS & MAIN

ALLMODERN

BIRCH LN

    

Terms of Use

Privacy Policy



Your Privacy Rights & Choices

**Your unique web-ID verification code: 654 125 053**

© 2025 by Wayfair LLC, 4 Copley Place, 7th Floor, Boston, MA 02116







Home / SKU: W113796327

**Sale**

## Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet

By Latitude Run®



**$249.99**
~~$369.99~~ 32% Off
Sale

As low as **$44/mo.** or 0% APR with
or
affirm Check your buying power

Pro Price: $ Businesses Only

Enroll your business for FREE to save on select items.



FREE Delivery
**Get it Fri, Jan 2 - Tue, Jan 6 to 67346**      >

−  1  +        **Add to Cart**

Earn **$12.50** in rewards, with 5% back[1], plus more exclusive perks
Learn more

Get $50 off your first qualifying order of $100+[**] with the Wayfair Credit Card!
Valid through 1/15/2026.
Apply Now

## Description      ∧

### About This Product

This modern luxury island vanity dresser is a game-changer for your living space. It combines elegant design with practical functionality. The dresser offers a seamless organization solution, allowing you to keep your belongings neatly arranged. Its high-quality construction ensures durability and long-term use. The sleek and contemporary look adds a touch of sophistication to any room. It's not just a piece of furniture; it's a statement of style and practicality that enhances your daily life.

### Features

- The multifunctional design serves as both a dresser and a storage hub, providing diverse usage possibilities.
- The glossy glass tabletop adds a modern and stylish touch, enhancing the overall aesthetic appeal.
- The six spacious drawers and open shelves offer extensive storage for all your essentials.
- The intuitive design ensures effortless access to your items, making organization a breeze.
- The space-saving design makes it suitable for various environments, maximizing practicality.

Show Less

## Specifications      ∧

Product Dimensions





## Other Dimensions

| | |
|---|---|
| Overall Dimensions | 33.1" H X 60.4" W X 18.7" D |
| Overall Product Weight | 167.6 lb. |

## Details

| | |
|---|---|
| Frame Material | Manufactured Wood |
| Display Material | Glass |
| Imported | Yes |
| Color / Finish | Cream White |

## Assembly

| | |
|---|---|
| Assembly Required | Yes |

## Warranty

| | |
|---|---|
| Commercial Warranty | No |
| Product Warranty | Yes |
| Warranty Length | 90 Days |
| Full or Limited Warranty | Limited |

## Return Policy                                                          ⌃

### Extended Holiday Return Policy

For all items purchased now through December 31, the deadline to return has been extended until January 31. Exclusions apply.

Learn More

## Compare Similar Items



  

Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet

Vintage style display center island cabinet

$1,549.99

Gallery Solutions 26'' x 18" Wall Glass Display Case

## Frequently Bought Together

 

Sale

$249.99

$3,399.99

Sale

$249.99



$269.99

$299.99

$131.99

## items you'll love, now on sale







## more items to consider



Simple modern fashion center island table

$1,639.99

Add to Cart



Ouimet 63" H x 31.5" W Tower Display Case Curio Cabinet

$246.99

★★★★⯪(160)

Add to Cart

Lighted Corner Curio Cabinet Case China Cabinet Glass Cabi...

$271.99

★★★★★(6)

Add to Ca

## don't miss these markdowns



Sale

Modern Display Stand with Storage – Perfect for Retail and Exhibitions

$2,599.99 $3,199.99

Add to Cart



Sale

Glass Display Shelf For Collectibles, LED Black Curio Cabinet, Led Lighted Tall Narrow Shelf With Pegboar...

$129.99 $172.60

★★★★⯪(16)

Add to Cart



Double Sided Slatwall Rotating Standing Rack New Model

$322.69 $420.96

★★★★☆(7)

Add to Ca

## items you'll love









HUZJIEHUI 48"D * 20"W * 38"H – Retail Full Vision Showcase - Glass Display Cabinet with Black...

60" W X42 D X 42" H – 3 Tiered Black Wood Frame Ellipse Retail Display Table

48" W X 18" D X 38" H – Black R... Vision Display Case With Led Lli...

## Related Searches

Soft Play Ball Pit 6x6   36 X 72 Adjustable Height Activity Table   Chrome Retail Display Cases & Stands Under $250

Golf Club Storage Lockers   Bedside Hospital Rolling Trays   Safety Railings For Couch

Garage Hooks To Hang Beach Chairs   Newspaper Book Stands   Stratford Rustic Rolling 5 Bin Storage Cubby

Hidden Whiteboard   Book Display Stand   Luggage 16x24   Office Coffee Cart

Samsonite Ziplite 5 Hard Side Spinner Luggage   Printer Stand That Can Hold 50 Lbs   Dual Tank Hard Floor Scrubber

Whiteboard For Bedrooms   Printer Cabinet Enclosed   World Map Pin Board   Large Decorative Cork Board



ATTENTION, WAYBORS!
Don't miss exclusive deals and perks on the app
Download the App

**New Here? Grab 10% Off Your First Order.**

Terms & Privacy Policy
Exclusions Apply

Email Address     Submit

## About Us

About Wayfair

Wayfair Rewards

Wayfair Professional



Design Services

Gift Cards

Wayfair Cash Registry

Wayfair Credit Card

Wayfair Financing

Careers

Sell on Wayfair

Creators

Investor Relations

Advertise With Us

Locations

## Customer Service

My Orders

My Account

Track My Order

Wayfair Accessibility Statement

Return Policy

Help Center

Ideas & Advice

Product Recalls

## Contact Us

🕐 Quick Help

📞 Call Us

**Customer Service**

Closed. Opens at 8:00 AM ET.
Weekly Hours

**Shopping Assistance**

Closed. Opens at 8:00 AM ET.
Weekly Hours



     

Terms of Use

Privacy Policy

Your Privacy Rights & Choices

Your unique web-ID verification code: 654 125 053



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 210 of 427 PageID #:240

© 2025 by Wayfair LLC, 4 Copley Place, 7th Floor, Boston, MA 02116





Furniture / Bedroom Furniture / Makeup Vanities / SKU: W116914087



### Modern Luxury Multi-Functional Island Vanity Dresser And Storage Cabinet With Glass Tabletop

By Wrought Studio™

**$207.99**
~~$549.99~~ 62% Off

or

As low as **$37/mo.** or 0% APR with

affirm Check your buying power

Pro Price: $ Businesses Only

Enroll your business for FREE to save on select items.

> FREE Delivery
> Get it Wed, Dec 31 – Sat, Jan 3 to 67346   〉

[ − ] 1 [ + ]    **Add to Cart**

Earn **$10.40** in rewards, with 5% back[1], plus more exclusive perks
Learn more

Get $50 off your first qualifying order of $100+[**] with the Wayfair Credit Card! Valid through 1/15/2026.
Apply Now

### Services

| | | |
|---|---|---|
| ☐ 🔧 | Professional Assembly – $114.99 | Details |
| ☐ 🛡 | 5 Year Protection Plan – $33.99 ($6.80/year) | Details |

### Get Everything You Need



Modern Luxury Multi-Functional Island...
$207.99

\+

Wayfair Basics® Aldora 5–...
$27.99

> Buy Both: $235.98   〉

### At a Glance

🔧 Assembly Required

### Description                                           ⌃

About This Product

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 212 of 427 PageID #:242

Versatile Hub of Utility: This multifunctional marvel isn't just a dresser—it's a dynamic centerpiece designed to streamline your daily routine. Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integrates style with practicality.

## Features

- Abundant Storage Solutions: From cherished trinkets to everyday essentials, this cabinet offers a sanctuary for your belongings. Its array of storage compartments—six ample drawers and thoughtfully designed open shelves—provide a sanctuary for organization, ensuring everything has its designated place.
- Effortless Organization at Your Fingertips: Bid farewell to clutter-induced chaos and embrace the serenity of seamless organization. With its intuitive design, accessing your essentials becomes a breeze. The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently used items.
- Practical Luxury for Every Space: Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.

Show Less

## Specifications ⌃

### Product Dimensions



### Other Dimensions

| | |
|---|---|
| Overall Dimensions | 33.1'' H X 60.4'' W X 18.7'' D |
| Overall Product Weight | 167.6 lb. |

### Details

| | |
|---|---|
| Material | Manufactured Wood, Glass |
| Drawers Included | Yes |
| Color | Cream White |

12/26/25, 4:2... Wrought Studio ™ Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop | Wayfair

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 213 of 427 PageID #:243

**Assembly**

| Assembly Required | Yes |
|---|---|

**Warranty**

| Commercial Warranty | No |
|---|---|

## Return Policy ⌃



### Extended Holiday Return Policy

For all items purchased now through December 31, the deadline to return has been extended until January 31. Exclusions apply.

Learn More

## ✨ Have a Question? ⌄



Cloud Vanity With Lighted Mirror
**$179.99**
★★★★⯪ (2)
FREE Delivery

Sponsored

## Compare Similar Items





End-of-Year Clearance



Modern Luxury Multi-Functional Island Vanity Dresser And Storage Cabinet With Glass Tabletop
**$207.99** $549.99

Current Item

Add to Cart

Ledah Vanity Desk with Mirror and Lights
**$199.99** $219.99
★★★★⯪ (126)
Sponsored

Add to Cart

Mercer41 Make Up Vanity With Openable Mirror And Charging
**$169.99** $378.00
★★★⯪☆ (7)

Add to Ca

## best selling pairs







## Frequently Bought Together



| | |
|---|---|
| $207.99 | $659.99 |
| $490.00 | $309.99 |

## items you'll love





47" Large White Fluted Vanity Desk With Mirror & Adjustable Led Lights

**$299.99** ~~$339.99~~

Add to Cart

36.2" W Modern Vanity Desk With 4 Drawers, Led Lighted Mirror & Power Outlets, Black

**$189.99** ~~$226.99~~

Add to Cart

47.2" W Modern Large Vanity D Shelves, Led Lighted Mirror & P

**$199.99** ~~$249.99~~

Add to Ca

## 4 Stars and Above

Sponsored





End-of-Year Clearance



End-of-Year Clearance

23.5" Compact Makeup Table Set with 2 Drawers Open Storage Shelves Vanity Stool

**$294.99** ~~$380.00~~

★★★★☆ (5)

Add to Cart

48" Vanity Desk with 35" Large Lighted Mirror, 5 Drawers & Shelves & Charging Station

**$253.99** ~~$299.99~~

★★★★☆ (254)

Add to Cart

Ledah Vanity Desk with Mirror

**$199.99** ~~$219.99~~

★★★★½ (126)

Add to Ca

## Top-Rated Complementary Picks



End-of-Year Clearance



End-of-Year Clearance

End-of-Year Clearance

Makeup Vanity Desk with LED Lighted Mirror & Power Outlet & 7 Drawers

**$279.99** ~~$359.99~~

★★★★½ (1670)

Add to Cart

Greyden Vanity Set With LED Mirror & Power Outlets, 9 Drawers with Diamond Handles

**$225.99** ~~$369.99~~

★★★★½ (470)

Add to Cart

Ragin Makeup Vanity With Usb Modes Adjustable Brightness Li

**$219.99**

★★★★½ (861)

Add to Ca

 **Afterpay**

Buy it today. Pay over time for as low as 0% APR⁶.

SHOP NOW

Sponsored







**New Here? Grab 10% Off Your First Order.**

Terms & Privacy Policy
Exclusions Apply

Email Address    Submit

## About Us

About Wayfair

Wayfair Rewards

Wayfair Professional

Design Services

Gift Cards

Wayfair Cash Registry

Wayfair Credit Card

Wayfair Financing

Careers

Sell on Wayfair

Creators

Investor Relations

Advertise With Us

Locations

## Customer Service

My Orders

My Account

Track My Order

Wayfair Accessibility Statement

Return Policy

Help Center

Ideas & Advice

Product Recalls

## Contact Us

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 217 of 427 PageID #:247



⏱ Quick Help

📞 Call Us

**Customer Service**

Closed. Opens at 8:00 AM ET.
Weekly Hours

**Shopping Assistance**

Closed. Opens at 8:00 AM ET.
Weekly Hours

---

JOSS & MAIN

ALLMODERN

BIRCH LN

    

Terms of Use

Privacy Policy

Your Privacy Rights & Choices

**Your unique web-ID verification code: 654 125 053**

© 2025 by Wayfair LLC, 4 Copley Place, 7th Floor, Boston, MA 02116





**wayfair**

Find anything home...

Furniture / Bedroom Furniture / Dressers & Chests / SKU: W114875260



Sale

## Makeup & Jewelry Organizer Vanity With Tempered Glass & Sintered Stone Top – Partitioned Drawers & Open Shelves

By Orren Ellis

**$439.99**
~~$929.99~~ 53% Off
Sale



As low as **$40/mo.** or 0% APR with

or

**affirm** Check your buying power

Pro Price: $ 🏷 Businesses Only

Enroll your business for FREE to save on select items.

FREE Delivery
**Get it Fri, Jan 2 - Tue, Jan 6** to 67346    ›

— 1 +        Add to Cart



Earn **$22.00** in rewards, with 5% back[1], plus more exclusive perks
Learn more

Get $50 off your first qualifying order of $100+[**] with the Wayfair Credit Card!
Valid through 1/15/2026.
Apply Now

### Services

5 Year Protection Plan – $53.99 ($10.80/year)    Details

### At a Glance



Ball-Bearing Drawer Glides          Material: Manufactured Wood

Drawer Storage                      Overall Height: 33.07 "

Overall Width: 60.24 "              Assembly Required

Largest Drawer Weight Capacity: 80 lb.

See Less

### Description                       ⌃



#### About This Product

Elevate your dressing room with this makeup and jewelry organizer vanity. The tempered glass and sintered stone top blends durability with elegance, while partitioned drawers keep jewelry neatly sorted—no more tangled necklaces or misplaced earrings. Open shelves offer easy access to daily essentials, making your morning routine seamless. Perfect for dressing rooms, it combines style and functionality in one chic piece.

#### Features

- Tempered Glass & Sintered Stone Top: Combines scratch-resistant glass with sturdy sintered stone for a luxurious, lasting surface.

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 219 of 427 PageID #:249

- Partitioned Drawers: Built-in dividers organize necklaces, rings, and earrings separately, preventing tangles and misplacement.
- Open Shelves + Drawers: Open shelves for quick-access items; drawers for hidden storage, maximizing dressing room space efficiency.

Show Less

## Specifications ⌃

### Product Dimensions



### Other Dimensions

| | |
|---|---|
| Overall Dimensions | 33.07" H X 60.24" W X 23.62" D |
| Overall Product Weight | 250 lb. |

### Documents

Specifications (pdf)

### Details

| | |
|---|---|
| Orientation | Horizontal |
| Product Type | Combo Dresser |
| Material | Manufactured Wood, Glass |
| Shelves Included | Yes |
| Cabinets Included | Yes |
| Drawers Included | Yes |
| Number of Drawers | 4 |
| Drawer Glide Type & Extension | Ball Bearing |
| Drawer Glide Material | Metal |
| Interlocking Drawers | No |
| Doors Included | Yes |
| Hutch Included | Yes |

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 220 of 427 PageID #:250

| | |
|---|---|
| Finished Back | Yes |
| Tipover Restraint Device Included | No |
| Handle Material | Metal |
| Removable Handle | Yes |
| Largest Drawer Weight Capacity | 80 lb. |
| Smallest Drawer Weight Capacity | 80 lb. |
| Handle Color | Gold |
| Color | White |
| Manufactured Wood Type | MDF |
| Glass Features | Tempered |

**Assembly**

| | |
|---|---|
| Assembly Required | Yes |

**Warranty**

| | |
|---|---|
| Commercial Warranty | Yes |
| Commercial Warranty Length | 1 Year |
| Product Warranty | Yes |
| Warranty Length | 1 Year |
| Full or Limited Warranty | Limited |

## Return Policy ⌃



### Extended Holiday Return Policy

For all items purchased now through December 31, the deadline to return has been extended until January 31. Exclusions apply.

[Learn More](#)

## ✨ Have a Question? ⌄



Sallye 63" Wide 9-Drawer Dresser

**$286.99** ~~$789.60~~

★★★★⯪ (5)

FREE Delivery

Sponsored

## Compare Similar Items









Makeup & Jewelry Organizer Vanity With Tempered Glass & Sintered Stone Top – Partitioned Drawers &

Ricketts 6-Drawer Double Wide Wood Dresser

Modern Luxury Multi-Functional Storage Cabinet with Glass Tab…

## Similar Items You've Viewed

See all







See Similar Items

See Similar Items

See Similar I

## Frequently Bought Together







$439.99

$199.99

$439.99







$429.99          $195.99          End-of-Year Clearance          $193.99

## 4 Stars and Above

Sponsored





End-of-Year Clearance

End-of-Year Clearance

Fluted 9-Drawer Dresser 57"W Wood Wide Chest Of Drawers With Metal Handle,Adjustable Feet

$269.99

★★★★⯪ (404)

Add to Cart

Yarber 6 Drawer Solid Wood Double Dresser

$369.00 $689.00

★★★★☆ (12770)

Add to Cart

8 Drawer 47.2" W Double Dress

$212.99

★★★★☆ (69)

Add to Ca

## items you'll love, now on sale





✔ Verified

Bundle and Save

Sale

Bundle and Save

30.7"W 5 Drawer Dresser with LED Lights, 39"H Tall Chest Of Drawers For Bedroom & Wardrobe Closet…

$169.99 $389.99

★★★★⯪ (53)

Add to Cart

Cabriano 3-In-1 Wood Dresser Chest With 6 Drawers And 4 Doors For Bedroom Living Room, 118"W X…

$509.99 $959.99

★★★★⯪ (19)

Add to Cart

8-Drawer Double Dresser, 55"

$259.99 $399.99

★★★★⯪ (509)

Add to Ca



## more items to consider







Diretha 9 Drawer Dresser With Glass Table Top, Shoe Change Bench, Shoe Rack

$309.99 ~~$780.00~~

★★★★⯨ (43)

Add to Cart

30.7"W 5 Drawer Dresser with LED Lights, 39"H Tall Chest Of Drawers For Bedroom & Wardrobe Closet...

$169.99 ~~$389.99~~

★★★★⯨ (53)

Add to Cart

47.2"W Closet Island Dresser Wi Doors

$279.99 ~~$309.99~~

★★★⯨☆ (11)

Add to Ca

## items you'll love







Fluted 6 Drawer Dresser For Bedroom, Brown Oak

$339.99 ~~$549.99~~

★★★★★ (1)

Add to Cart

Gentleman 5-Drawer Chest 41 Wide X 55.5 Height With Sliding Door

$394.99 ~~$549.00~~

★★★⯨☆ (10)

Add to Cart

55.1" W 6-Drawer Dresser With Fluted Double Dresser For Bedr

$249.99

★★★★⯨ (21)

Add to Ca





ATTENTION, WAYBORS!
Don't miss exclusive deals and perks on the app
Download the App



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 224 of 427 PageID #:254

**New Here? Grab 10% Off Your First Order.**

[Terms](#) & [Privacy Policy](#)
[Exclusions Apply](#)

Email Address | Submit

## About Us

About Wayfair

Wayfair Rewards

Wayfair Professional

Design Services

Gift Cards

Wayfair Cash Registry

Wayfair Credit Card

Wayfair Financing

Careers

Sell on Wayfair

Creators

Investor Relations

Advertise With Us

Locations

## Customer Service

My Orders

My Account

Track My Order

Wayfair Accessibility Statement

Return Policy

Help Center

Ideas & Advice

Product Recalls

## Contact Us

 Quick Help

Call Us

**Customer Service**

Closed. Opens at 8:00 AM ET.
[Weekly Hours](#)

**Shopping Assistance**

Closed. Opens at 8:00 AM ET.
[Weekly Hours](#)



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 225 of 427 PageID #:255

JOSS & MAIN

ALLMODERN

BIRCH LN

   

Terms of Use

Privacy Policy

Your Privacy Rights & Choices

**Your unique web-ID verification code: 654 125 053**

© 2025 by Wayfair LLC, 4 Copley Place, 7th Floor, Boston, MA 02116



Case: 1:26-cv-03240 Document #: 1-3 Filed: 02/27/26 Page 226 of 427 PageID #:256



**wayfair**

Find anything home...

Furniture / Bedroom Furniture / Jewelry Armoires / SKU: W111573793



### 60"W Freestanding Armoire Wardrobe Closet With Drawers, Cream White Wardrobe Closet Cabinet, Glass Top With Jewelry Armoire

By Ivy Bronx

**$389.99**
$589.99 34% Off

As low as **$36/mo.** or 0% APR with
or
affirm Check your buying power

Pro Price: $ Businesses Only
Enroll your business for FREE to save on select items.

FREE Delivery
Get it Wed, Dec 31 – Fri, Jan 2 to 67346

[−] 1 [+]          **Add to Cart**

Earn **$19.50** in rewards, with 5% back[1], plus more exclusive perks
Learn more

Get $50 off your first qualifying order of $100+** with the Wayfair Credit Card!
Valid through 1/15/2026.
Apply Now

### Services

☐  5 Year Protection Plan –          Details
$45.99 ($9.20/year)

### At a Glance

Material: Manufactured Wood

Jewelry Type Storage: Necklace / Bracelet Hooks

Jewelry Type Storage: Ring / Earring Slots

Assembly Required

### Description                          ⌃

**About This Product**

This elegant wardrobe closet, featuring a glass top display area, teal glass, and multiple storage compartments, is perfect for organizing and showcasing your items. With its sophisticated design and sturdy construction, it's a stylish and practical addition to any room.

**What's Included?**

✓ Tip Over Restraint Device

**Not Included:**

✗ Mirror

**Features**

- Exquisite and Elegant: This wardrobe closet boasts a sophisticated design featuring a glass top display area. T white color, complemented by teal glass, light gold knobs, and a wavy line finish, adds a touch of elegance and is

12/26/25, 4:29 PM    Ivy Bronx 60'w X 18'd X 33'h Multifunctional Armoire Wardrobe Closet with Drawers Cream White Wardrobe Closet Cabine…

Case: 1:26-cv-03240 Document #: 1-3 Filed: 02/27/26 Page 227 of 427 PageID #:257

perfect for decorating your checkroom and showcasing your favorite items.

- Display Cabinet Design: The top display area includes multiple dividers, making it ideal for organizing and displaying jewelry. The teal-colored glass protects against dust while providing clear visibility. Easy-glide drawers offer convenient access to stored items.
- Extra Capacity Storage: This armoire offers ample storage with 6 drawers, three storage cabinets, and 2 exterior shelf. It ensures plenty of space for clothing, shoes, and other household items, keeping your space organized and clutter-free.
- Sturdy and Stable: Crafted from high-quality materials, this armoire wardrobe closet is built to last. Its sturdy and stable construction, along with a strong load-bearing capacity, ensures long-term use.
- Versatile Use: This wardrobe can also function as a table or a jewelry display case, making it a versatile piece to meet your daily need.

Show Less

## Specifications ⌃

**Product Dimensions**



**Other Dimensions**

| | |
|---|---|
| Overall Dimensions | 33.1'' H X 60.4'' W X 18.7'' D |
| Overall Product Weight | 167.6 lb. |

**Details**

| | |
|---|---|
| Material | Manufactured Wood, Glass |
| Jewelry Type Storage | Necklace / Bracelet Hooks, Ring / Earring Slots |
| Mirror Included | No |
| Cabinets Included | Yes |
| Shelves Included | Yes |

Case: 1:26-cv-03240 Document #: 1-3 Filed: 02/27/26 Page 228 of 427 PageID #:258

| | |
|---|---|
| Drawers Included | Yes |
| Drawer Location | Interior, Exterior |
| Tipover Restraint Device Included | Yes |
| Product Type | Vanity Dresser |
| Color | White, Cream |
| Number of Drawers | 6 |
| Number of Shelves | 2 |
| Door Location | Front, Side |
| Drawer Glide Type & Extension | Metal Slide |

**Assembly**

| | |
|---|---|
| Assembly Required | Yes |
| Mounting / Installation Type | Freestanding |

**Warranty**

| | |
|---|---|
| Product Warranty | Yes |
| Warranty Length | 90 Days |
| Commercial Warranty | No |

---

**Return Policy**  ⌃



### Extended Holiday Return Policy

For all items purchased now through December 31, the deadline to return has been extended until January 31. Exclusions apply.

Learn More

---



Philender Iron Rectangle Floor Mirror
**$1,356.00** ~~$1,695.00~~
FREE Delivery

Sponsored

## Compare Similar Items

12/26/25, 4:2... Ivy Bronx 60'' W x 18'' D x 33'' H Multifunctional Armoire Wardrobe Closet with Drawers, Cream White Wardrobe Closet Cabine…

Case: 1:26-cv-03240 Document #: 1-3 Filed: 02/27/26 Page 229 of 427 PageID #:259





## Frequently Bought Together


$389.99


$419.99


$389.99



End-of-Year Clearance

$349.99


$219.99



$272.99

End-of-...

## 4 Stars and Above

Sponsored



Sale

LED Mirror Jewelry Cabinet Standing, Lockable Jewelry Armoire with Full-Length Mirror and Adjustable LED...

**$196.99** ~~$229.99~~

★★★★☆ (199)



Sale

Quakertown 21.3'' Wide Freestanding Jewelry Armoire

**$142.99** ~~$263.88~~

★★★★☆ (3701)

Add to Cart



Sale

Caila 18'' Wide Freestanding Jew...

**$296.99** ~~$552.00~~

★★★★☆ (1182)



Case: 1:26-cv-03240 Document #: 1-3 Filed: 02/27/26 Page 230 of 427 PageID #:260

Add to Cart

## items you'll love, now on sale







Naithan 18'' Wide Freestanding Jewelry Armoire

**$319.99** $439.99

★★★★⯪ (66)

Brendaliz 19'' Wide Freestanding Jewelry Armoire

**$379.99** $769.00

★★★★⯪ (148)

Walk-In Closet Island with 8 Dr
Storage, 1-Shelf Chest with Tem

**$489.99** $569.99

Add to Cart

Add to Cart

Add to Ca

## more items to consider





Ablo 47.2'' Wide 8 Drawers Jewelry Armoires With Glass Tabletop & Glass Shelves

**$269.99** $780.00

★★★★⯪ (16)

Dylon 18'' Wide Freestanding Jewelry Armoire

**$295.99**

★★★★⯪ (14)

Door/Wall Mounted Arch Mirro
Metal Frame, Lockable Door

**$165.99** $199.99

Add to Cart

Add to Cart

Add to Ca

## items you'll love



Case: 1:26-cv-03240 Document #: 1-3 Filed: 02/27/26 Page 231 of 427 PageID #:261





## Related Searches

| Sofa Style Daybed | 24 Inch Wide Chest Of Drawers | Tresanti Alexandra Double Pedestal Vanity Table With Led Lighted Mirror |

Dresser Under 150 | 5 Piece Set Bedroom Sets | Pink Daybeds | Wilding Wall Beds | Espresso Wood Nightstands

Mid-Century Modern Makeup Vanities | Twin Xl Bed Frame With Headboard | 30 Inch Dresser | Sunken Platform Bed

Murphy Beds On Sale | Gas Lift Storage Bed | Brass Beds & Frames | Black Gold Dresser

Queen Wicker & Rattan Headboards | Corner Daybed | California King Canopy Beds

Bachelor Chest Dressers, Chests & Drawers


ATTENTION, WAYBORS!
Don't miss exclusive deals and perks on the app
Download the App

**New Here? Grab 10% Off Your First Order.**

Terms & Privacy Policy
Exclusions Apply

Email Address          Submit

## About Us

About Wayfair

Wayfair Rewards

Wayfair Professional

Design Services

Gift Cards

Wayfair Cash Registry

Wayfair Credit Card



12/26/25, 4:20 — Ivy Bronx 60'' W x 18''D x 33''H Multifunctional Armoire Wardrobe Closet with Drawers Cream White Wardrobe Closet Cabine…

Case: 1:26-cv-03240 Document #: 1-3 Filed: 02/27/26 Page 232 of 427 PageID #:262

Wayfair Financing

Careers

Sell on Wayfair

Creators

Investor Relations

Advertise With Us

Locations

## Customer Service

My Orders

My Account

Track My Order

Wayfair Accessibility Statement

Return Policy

Help Center

Ideas & Advice

Product Recalls

## Contact Us

🕐 Quick Help

📞 Call Us

**Customer Service**

Closed. Opens at 8:00 AM ET.
Weekly Hours

**Shopping Assistance**

Closed. Opens at 8:00 AM ET.
Weekly Hours



   

Terms of Use

Privacy Policy

Your Privacy Rights & Choices

**Your unique web-ID verification code: 654 125 053**

© 2025 by Wayfair LLC, 4 Copley Place, 7th Floor, Boston, MA 02116



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 233 of 427 PageID #:263



### wayfair

Find anything home...

Furniture / Kitchen & Dining Furniture / Kitchen Islands & Carts / SKU: W114120280

## Modern Luxury Multi-Functional Island Vanity Dresser And Storage Cabinet With Glass Tabletop

By Latitude Run®

**$209.99**
$399.99 48% Off
Sale

As low as **$37/mo.** or 0% APR with
Check your buying power

Pro Price: $ ⎯ Businesses Only
Enroll your business for FREE to save on select items.

**FREE Delivery**
Get it Wed, Dec 31 – Sat, Jan 3 to 67346

[ − ]  1  [ + ]     **Add to Cart**

Earn **$10.50** in rewards, with 5% back[1], plus more exclusive perks
Learn more

Get $50 off your first qualifying order of $100+[**] with the Wayfair Credit Card!
Valid through 1/15/2026.
Apply Now

### Services

| | Professional Assembly – $126.99 | Details |
| | 5 Year Protection Plan – $35.99 ($7.20/year) | Details |

### Get Everything You Need

Modern Luxury Multi-Functional Island...
$209.99

+

Diamondback Solid Wood Counter Stool
$243.99

Buy Both: $453.98

### At a Glance

Base Material: Manufactured Wood

Assembly Required

### Description

About This Product

Versatile Hub of Utility: This multifunctional marvel isn't just a dresser—it's a dynamic centerpiece designed to streamline your daily routine. Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integrates style with practicality.

### Features

- Abundant Storage Solutions: From cherished trinkets to everyday essentials, this cabinet offers a sanctuary for your belongings. Its array of storage compartments—six ample drawers and thoughtfully designed open shelves—provide a sanctuary for organization, ensuring everything has its designated place.
- Effortless Organization at Your Fingertips: Bid farewell to clutter-induced chaos and embrace the serenity of seamless organization. With its intuitive design, accessing your essentials becomes a breeze. The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently used items.
- Practical Luxury for Every Space: Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.

Show Less

## Specifications ^

### Product Dimensions



### Other Dimensions

| | |
|---|---|
| Overall Dimensions | 60.4'' H X 18.7'' W X 33.1'' D |
| Overall Product Weight | 167.6 lb. |

### Details

| | |
|---|---|
| Product Type | Kitchen Island |
| Base Material | Manufactured Wood |
| Countertop Material | Glass |

| | |
|---|---|
| Imported | Yes |
| Counter Color / Finish | White, Cream |
| Base Color | White, Cream |

**Assembly**

| | |
|---|---|
| Assembly Required | Yes |

**Warranty**

| | |
|---|---|
| Commercial Warranty | No |

## Return Policy ⌃



### Extended Holiday Return Policy

For all items purchased now through December 31, the deadline to return has been extended until January 31. Exclusions apply.

Learn More

## ✨ Have a Question? ⌄



63"W Double Kitchen Island

**$529.99**

★★★★⯨ (11)

FREE Delivery

Sponsored

## Compare Similar Items



Sale

Modern Luxury Multi–Functional Island Vanity Dresser And Storage Cabinet With Glass Tabletop

**$209.99** $399.99

Current Item

Add to Cart



Sale

Fosenbauer Kitchen Island with Storage and Seating Space,Island Table with Wine Rack (Without Bar...

**$1,159.99** $1,659.99

★★★★★ (81)

Sponsored

Add to Cart

Kitchen Table

**$559.99** $689.99

Add to Ca

## Similar Items You've Viewed





Sale    Sale    Sale

See Similar Items    See Similar Items    See Similar I...

## Frequently Bought Together

Sale
$209.99

$719.99

Sale
$209.99

$123.99

$295.99

End-of-Year Clearance
$207.99

## 4 Stars and Above

Sponsored







End-of-Year Clearance

Lydia Marble Top Kitchen Island

$3,399.00

★★★★⯪ (23)

Add to Cart

Bryden Solid Wood Kitchen Island

$3,199.00

★★★★★ (31)

Add to Cart

81.6" Kitchen Island With Extend
Drawers And 2 Doors Cabinet F

$245.99 $319.99

★★★★⯪ (122)

Add to Ca

## items you'll love, now on sale



Sale



Closeout

Fosenbauer Kitchen Island with Storage and Seating Space,Island Table with Wine Rack (Without Bar...

$1,159.99 $1,659.99

★★★★★ (81)

Add to Cart

62.99" Solid Wood Kitchen Island with Ample Storage and Classic Design

$2,649.99 $3,099.99

Add to Cart

51.2" Modern Style Kitchen Islan
Table For 2-4 People, Rotating

$169.99 $216.99

★★★★⯪ (32)

Add to Ca

## items you'll love



 

## more items to consider

 

Wexford 55.1" Kitchen Island

**$375.00** ~~$410.00~~

★★★★☆ (130)

51.2" Large Portable Stainless Steel Top Kitchen Island Kitchen Cabinet Dining Bar with Power Outlet,...

**$389.99**

★★★★☆ (28)

82.6" Fluted Kitchen Island With Table & Storage For 2–6,Double...

**$549.99**

★★★★★ (2)

| Add to Cart | Add to Cart | Add to Ca |
|---|---|---|

  

ATTENTION, WAYBORS!
Don't miss exclusive deals and perks on the app
Download the App

**New Here? Grab 10% Off Your First Order.**

Terms & Privacy Policy
Exclusions Apply

Email Address          Submit

## About Us

About Wayfair

Wayfair Rewards

Wayfair Professional



12/26/25, 4:2... Latitude Run® Modern Luxury Multi-functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop | Wayfair

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 239 of 427 PageID #:269

Design Services

Gift Cards

Wayfair Cash Registry

Wayfair Credit Card

Wayfair Financing

Careers

Sell on Wayfair

Creators

Investor Relations

Advertise With Us

Locations

## Customer Service

My Orders

My Account

Track My Order

Wayfair Accessibility Statement

Return Policy

Help Center

Ideas & Advice

Product Recalls

## Contact Us

🕐 Quick Help

📞 Call Us

**Customer Service**

Closed. Opens at 8:00 AM ET.
Weekly Hours

**Shopping Assistance**

Closed. Opens at 8:00 AM ET.
Weekly Hours



    

Terms of Use

Privacy Policy

Your Privacy Rights & Choices

Your unique web-ID verification code: 654 125 053



© 2025 by Wayfair LLC, 4 Copley Place, 7th Floor, Boston, MA 02116

© 2025 by Wayfair LLC, 4 Copley Place, 7th Floor, Boston, MA 02116



12/26/25, 4:30 PM Latitude Run® Modern Luxury Multi-Functional Island Vanity Dresser And Storage Cabinet With Glass Tabletop, Display Shelf…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 241 of 427 PageID #:271



Furniture / Bedroom Furniture / Armoires & Wardrobes / SKU: W115661075



Sale



### Modern Luxury Multi-Functional Island Vanity Dresser And Storage Cabinet With Glass Tabletop, Display Shelf,6 Drawers For Walk-In-Wardrobe And Bedroom

By Latitude Run®

**$209.99**
~~$449.99~~ 53% Off
Sale

As low as **$37/mo.** or 0% APR with
or
affirm Check your buying power

Pro Price: $ Businesses Only
Enroll your business for FREE to save on select items.

**FREE Delivery**
Get it Sat, Jan 3 - Wed, Jan 7 to 67346 ›

[−] 1 [+]    **Add to Cart**

Earn **$10.50** in rewards, with 5% back[1], plus more exclusive perks
Learn more

Get $50 off your first qualifying order of $100+[**] with the Wayfair Credit Card!
Valid through 1/15/2026.
Apply Now

**Services**

☐ 🛡 5 Year Protection Plan - $34.99 ($7.00/year)    Details

**Get Everything You Need**



+



Modern Luxury Multi-Functional Island...
$209.99

10-Shelf Hanging Organizer
$17.69

Buy Both: $227.68 ›

**Description** ⌃

**About This Product**

Keep your bedroom tidy and stylish with this spacious piece of furniture, designed for practical storage and timeless appeal. It provides enough space to store clothes and items. The durable structure and high-quality materials ensure long-term use. Its clean lines and neutral surface make it easy to blend into any



12/26/25, 4:30 PM Latitude Run® Modern Luxury Multi-functional Island Vanity, Dresser And Storage Cabinet With Glass Tabletop, Display Shelf…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 242 of 427 PageID #:272

bedroom decoration, whether you prefer a modern, farmhouse or classic look.

**Features**

- Our modern luxury island-style vanity and storage cabinet, a versatile centerpiece designed to elevate your living space with its elegant contemporary design and multifunctional practicality. Meticulously crafted with premium materials, this cabinet exudes exquisite craftsmanship and durability, providing a haven for your belongings with its ample storage solutions, including six spacious drawers and thoughtful open shelves. Say goodbye to clutter and embrace seamless organization, as this cabinet effortlessly combines style and utility, offering easy access to your essentials while maintaining a sense of tranquility. Whether adorning a walk-in wardrobe or enhancing a bedroom sanctuary, this space-saving design adapts to various environments without compromising on style, making it an essential addition for any discerning homeowner. Tailored for the meticulous homeowner, this cabinet seamlessly integrates style and functionality with its thoughtful design elements, promising to redefine your space with refined luxury and unparalleled convenience. This versatile vanity storage cabinet island offers multifunctional utility, serving as a comprehensive solution for various needs. It seamlessly transitions between roles as a bedroom armoire, dresser, display cabinet, adapting effortlessly to different settings and purposes. Various Forms of Storage Options Drawers, cabinets, open shelving – providing suitable placements for every cherished item in your life. Brown Glass Tabletop The beautiful tea-colored glass paired with the elegant cream white finish elevates your home decor. Its stylish lines, modern design, and exquisite finishes add sophistication and refinement to any room. Graceful Golden Handles The golden hue exudes a sense of opulence and can complement various design styles, from classic to modern. Thoughtful Small Grid Design Inside the Drawer This design can maximize storage efficiency within the drawer. By creating separate compartments, it prevents items from shifting or getting mixed up, making it easier to locate and access specific items when needed. Glass Open Shelves - Drawers on Both Sides - Jewelry Storage Tray - Bottom Large Storage Cabinet - Island Dresser Weight Capacity Top:165 LBS; Glass Shelf： 35 LBS；Drawer:30 LBS； Jewelry Storage Tray： 10 LBS Material MDF+Glass Finished Back Yes Assembly Required Full Assembly Needed Suggested Number of People for Assembly 2 Product Care Wipe clean with a dry cloth. Do not use strong liquid cleaners. Package Number 2
- Versatile Hub of Utility: This multifunctional marvel isn't just a dresser—it's a dynamic centerpiece designed to streamline your daily routine. Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integrates style with practicality.
- Abundant Storage Solutions: From cherished trinkets to everyday essentials, this cabinet offers a sanctuary for your belongings. Its array of storage compartments—six ample drawers and thoughtfully designed open shelves—provide a sanctuary for organization, ensuring everything has its designated place.
- Effortless Organization at Your Fingertips: Bid farewell to clutter-induced chaos and embrace the serenity of seamless organization. With its intuitive design, accessing your essentials becomes a breeze. The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently used items.

12/26/25, 4:30... Latitude Run® Modern Luxury Multi-functional Island Vanity, Dresser And Storage Cabinet With Glass Tabletop, Display Shelf…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 243 of 427 PageID #:273

- Practical Luxury for Every Space: Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.
- Tailored for the Discerning: Designed with the discerning homeowner in mind, this dresser embodies sophistication and functionality in equal measure. Its thoughtful design elements cater to the demands of modern living, ensuring a seamless blend of style and practicality.
- Material: MDF+glass
- Full or Limited Warranty: Limited
- Tipover Restraint Device Included: Yes
- Drawers Included: Yes
- ASTM F2057-23 (STURDY): No
- Additional Intended Use For Child: No
- Supplier Intended and Approved Use: Residential Use
- Mirror Included: No
- Color: Cream White
- Warranty Length: 30 Days
- Country of Origin: Vietnam
- Commercial Warranty: No
- Manufactured Date: Manufactured before September 1, 2023
- Product Warranty: Yes
- Overall Height - Top to Bottom: 33.1
- Overall Width - Side to Side: 18.7
- Overall Depth - Front to Back: 60.4
- Plug-In: No
- Uniform Packaging and Labeling Regulations (UPLR) Compliant: No
- Shelves Included: Yes
- Cabinets Included: Yes
- Assembly Required: Yes
- Number of Drawers: 6
- CPSC - 16 CFR 1303 Compliant: No
- Gemini Color: white, pearl, no wood tone
- Canada Product Restriction: No

Show Less

## Specifications

**Product Dimensions**





## Return Policy ⌃

  

**Extended Holiday Return Policy**

For all items purchased now through December 31, the deadline to return has been extended until January 31. Exclusions apply.

Learn More

---

100% Solid Wood Urban 6-Door Wardrobe with Mirrored Doors

**$2,799.99**

FREE Delivery

+ More Options

Sponsored

## Compare Similar Items



Sale

Modern Luxury Multi-Functional Island Vanity Dresser And Storage Cabinet With Glass Tabletop, Display…

**$209.99** ~~$449.99~~

Current Item



Sale

Closet Island With Drawers, Glossy Wardrobe Armoire Bedroom Island With Glass Tabletop, Lights&jewelry…

**$319.99** ~~$489.99~~



End-of-Year Clearance

Maudena Armoire With Glass D…

**$235.99** ~~$266.99~~

 (117)

Sponsored



## Similar Items You've Viewed

See all

  

| See Similar Items | See Similar Items | See Similar I |

## Frequently Bought Together

  

$209.99          $212.99          $209.99

 

$900.00          $279.99          $139.99

## 4 Stars and Above

Sponsored







**End-of-Year Clearance**

**End-of-Year Clearance**

**End-of-Year Clearance**

Baroncourt 74.9" H X 95.1" W X 19.3" D Glass Door Armoire

Armoire

74.8"H 4 Door Wardrobe Armoi Lights, Rustic Farmhouse Wardr

$942.00

$285.99 $784.00

$459.99 $489.99

★★★★☆ (57)

★★★★⯪ (189)

★★★★★ (9)

Add to Cart

Add to Cart

Add to Ca

## items you'll love, now on sale







**Sale**

**End-of-Year Clearance**

Display Shelf,6 Drawers,Multi-Functional Island For Walk-In-Wardrobe

Closet Island With Drawers, Glossy Wardrobe Armoire Bedroom Island With Glass Tabletop, Lights&jewelry…

Bubalo Armoire, Wardrobe with Light

$309.99 $399.99

$319.99 $489.99

$196.99 $350.00

★★★★☆ (319)

Add to Cart

Add to Cart

Add to Ca

## more items to consider







## items you'll love



Sale

Closet Island With Drawers, Glossy Wardrobe Armoire Bedroom Island With Glass Tabletop, Lights&jewelry…

**$319.99** ~~$489.99~~

Add to Cart

End-of-Year Clearance

Metal Wardrobe Cabinet with Wooden Handle, 36" Wide Metal Wardrobe Closet with Hanging Rods and…

**$199.99**

★★★★☆ (21)

Add to Cart

End-of-Year Clearance

70.9"H Wardrobe Closet, 2-doo With Built-in Mirror, Wardrobe

**$229.99** ~~$439.99~~

★★★★½ (15)

Add to Ca



ATTENTION, WAYBORS! Don't miss exclusive deals and perks on the app

Download the App

**New Here? Grab 10% Off Your First Order.**

Terms & Privacy Policy
Exclusions Apply

Email Address

Submit

## About Us

About Wayfair

Wayfair Rewards



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 248 of 427 PageID #:378

Latitude Run® Modern Luxury Multi-Functional Island Vanity, Dresser And Storage Cabinet With Glass Tabletop, Display Shelf…

Wayfair Professional

Design Services

Gift Cards

Wayfair Cash Registry

Wayfair Credit Card

Wayfair Financing

Careers

Sell on Wayfair

Creators

Investor Relations

Advertise With Us

Locations

## Customer Service

My Orders

My Account

Track My Order

Wayfair Accessibility Statement

Return Policy

Help Center

Ideas & Advice

Product Recalls

## Contact Us

🕐 Quick Help

📞 Call Us

**Customer Service**

Closed. Opens at 8:00 AM ET.
Weekly Hours

**Shopping Assistance**

Closed. Opens at 8:00 AM ET.
Weekly Hours



    

Terms of Use

Privacy Policy

Your Privacy Rights & Choices



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 249 of 427 PageID #:379



## About This Product

Versatile Hub of Utility: This multifunctional marvel isn't just a dresser—it's a dynamic centerpiece designed to streamline your daily routine. Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integrates style with practicality.

## Features

- Abundant Storage Solutions: From cherished trinkets to everyday essentials, this cabinet offers a sanctuary for your belongings. Its array of storage compartments—six ample drawers and thoughtfully designed open shelves—provide a sanctuary for organization, ensuring everything has its designated place.
- Effortless Organization at Your Fingertips: Bid farewell to clutter-induced chaos and embrace the serenity of seamless organization. With its intuitive design, accessing your essentials becomes a breeze. The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently used items.
- Practical Luxury for Every Space: Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.
- Tailored for the Discerning: Designed with the discerning homeowner in mind, this dresser embodies sophistication and functionality in equal measure. Its thoughtful design elements cater to the demands of modern living, ensuring a seamless blend of style and practicality.

Show Less

## Specifications ⌃

### Product Dimensions



### Other Dimensions

| Overall Dimensions | 33.12'' H X 60.42'' W X 18.72'' ... |
| --- | --- |



| | |
|---|---|
| Overall Product Weight | 167.62 lb. |

**Details**

| | |
|---|---|
| Product Type | Kitchen Island |
| Base Material | MDF |
| Countertop Material | MDF+glass |
| Shelves Included | Yes |
| Drawers Included | Yes |
| Cabinets Included | Yes |
| Counter Color / Finish | Brown, Cream White |
| Base Color | Cream White |

**Assembly**

| | |
|---|---|
| Assembly Required | Yes |

**Warranty**

| | |
|---|---|
| Commercial Warranty | No |
| Warranty Length | 30 Days |
| Product Warranty | Yes |
| Full or Limited Warranty | Limited |

## Return Policy ⌄



### Extended Holiday Return Policy

For all items purchased now through December 31, the deadline to return has been extended until January 31. Exclusions apply.

[Learn More](#)

### ✨ Have a Question? ⌄



Kitchen Island With Drop Leaf & Seatings, Island With Power Outlets &...

**$289.99** ~~$319.99~~

★★★★☆ (18)

FREE Delivery

Sponsored

## Compare Similar Items



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 252 of 427 PageID #:282

  

## Similar Items You've Viewed

See all



Sale

See Similar Items



Sale

See Similar Items



Sale

See Similar I...

## Frequently Bought Together



Sale

$206.99

$229.99



Sale

$206.99

Sale

$449.99

$379.99

End-of-Year Clearance

$216.99

End-of-...

**4 Stars and Above**

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 253 of 427 PageID #:283

Sponsored







Verified

End-of-Year Clearance

**Lydia Marble Top Kitchen Island**

$3,399.00

★★★★⯪ (23)

Add to Cart

**Bryden Solid Wood Kitchen Island**

$3,199.00

★★★★★ (31)

Add to Cart

**81.6" Kitchen Island With Extend Drawers And 2 Doors Cabinet F**

$245.99 $319.99

★★★★⯪ (122)

Add to Ca

## items you'll love, now on sale







Sale

Sale

Sale

**Juniper 59-inch Wide Kitchen Island with 2 Open Shelves and 2 Cabinets**

$409.99 $709.99

★★★★⯪ (218)

Add to Cart

**Ginger 59-inch Wide Kitchen Island with 3 Open Shelves and 2 Cabinets**

$399.99 $529.99

★★★★⯪ (103)

Add to Cart

**Farmhouse Kitchen Island Set w Seatings,Dining Table Set with**

$519.99 $699.99

★★★★☆ (16)

Add to Ca

## more items to consider







 **Afterpay**

Buy it today. Pay over time for as low as 0% APR[6].

SHOP NOW
Sponsored





**New Here? Grab 10% Off Your First Order.**

Terms & Privacy Policy
Exclusions Apply

Email Address          Submit

## About Us

About Wayfair

Wayfair Rewards

Wayfair Professional

Design Services

Gift Cards

Wayfair Cash Registry

Wayfair Credit Card

Wayfair Financing

Careers

Sell on Wayfair

Creators

Investor Relations

Advertise With Us

Locations



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 255 of 427 PageID #:285

## Customer Service

My Orders

My Account

Track My Order

Wayfair Accessibility Statement

Return Policy

Help Center

Ideas & Advice

Product Recalls

## Contact Us

🕐 Quick Help

📞 Call Us

**Customer Service**

Closed. Opens at 8:00 AM ET.
Weekly Hours

**Shopping Assistance**

Closed. Opens at 8:00 AM ET.
Weekly Hours



    

Terms of Use

Privacy Policy

Your Privacy Rights & Choices

**Your unique web-ID verification code: 654 125 053**

© 2025 by Wayfair LLC, 4 Copley Place, 7th Floor, Boston, MA 02116



Case 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 256 of 427 PageID #:286





**+9 View all**

[Sesslife](Sesslife)

**Sesslife Vanity Desk with Storage Cabinets, Multi-functional Island Makeup Dressing Table with 6 Drawers and Display Shelf, Modern Makeup Vanity Table with Glass Tabletop for Girls, Women, White**

⭐ (No ratings yet)

### About this item

- **[AMPLE STORAGE SPACE]** - Organize your beauty essentials with ease using the makeup table's 6 spacious drawers and a display shelf. This vanity desk with storage cabinets ensures everything you need is within arm's reach, keeping your space tidy and clutter-free.
- **[MULTI-FUNCTIONAL DESIGN]** - This multi-functional island makeup dressing table caters to all your beauty needs. Whether you're applying makeup or organizing accessories, this versatile table provides the perfect solution for every task.
- **[ELEGANT GLASS TABLETOP]** - The glass tabletop adds a touch of elegance and sophistication to this modern makeup vanity table. It's not only stylish but also easy to clean, ensuring your vanity desk always looks pristine.
- **[EASY INSTALLATION]** - The assembly process is completed with simple step-by-step instructions. Each screw and pin has its code and clear labels to help you assemble easily.
- **[100% CUSTOMER SATISFACTION]** - Any after-sales questions about the product, please attach a photo or video to contact us. And we will provide you with a satisfactory solution within 24 hours.

View more ⌄

### At a glance

| Color | Vanity material | Table top material |
|---|---|---|
| White | MDF+Glass | Glass |

| Vanity table & table & bench set type | Decor style | Brand |
|---|---|---|
| Table & Bench Sets | Modern | Sesslife |

View all specifications

---



**$279.99**

Price when purchased online ⓘ

As low as **$19/mo** with *affirm* Learn how

🔵 Free Holiday returns until Jan 31

**Add to cart**

🛡️ **Walmart Protection Plan by Allstate**  What's covered
(Only one option can be selected at a time)
- ☐ 3-Year Plan - $32.00
- ☐ 4-Year Plan - $39.00

🔧 **Pro Furniture Assembly**  What's covered
- ☐ Bench Assembly Services - $89.00

**How you'll get this item:**

Case 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 257 of 427 PageID #:287



| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Dec 20 $89.99 | Not available | Not available |

**Sacramento, 95829**   Change

Arrives by **in 3+ days** | More options

Shipping fee $89.99

Sold and shipped by TianShun Co.ltd

⭐⭐⭐⭐ (4.2)   358 seller reviews

**Extended holiday returns**   Details

Report an issue with this seller

♡ Add to list      🎁 Add to registry

## Similar items you might like

Based on what customers bought



Add

Sponsored

**$269⁹⁹**

EYYTHUNG Fluted Makeup Vanity Desk with 31.5" HD Lighted Mirror, Modern Dressing Table with 5 Drawers, Shelves and Glass Top for Bedroom, Natural Oak

Shipping, arrives **in 3+ days**



Best seller

+3 options

Options

**$134⁰⁰**

Mainstays Get Ready with Me GRWM Vanity Table with Lighted Mirror and Storage, White Finish

⭐⭐⭐⭐½ 822

Save with W+

Shipping, arrives **in 2 days**



Deal



Options

Now **$129⁹⁸** ~~$220.99~~

Options from $129.98 – $152.99

Ktaxon Flutted Makeup Vanity Table Set with 5 Drawer, Dres Femal Gift, White

⭐⭐⭐⭐ 275

Save with W+

Shipping, arrives **in 2 days**

## About this item

| Product details | ⌄ |
|---|---|
| Specifications | ⌄ |
| Warranty | ⌄ |
| Compare with similar items | ⌃ |



| | Viewing this item | | | | | |
|---|---|---|---|---|---|---|
| | Add | Add | Add | Add | Add | Add |
| | $279.99 | Now $129.98 ~~$220.99~~ | $279.99 | $119.99 | Now $249.99 ~~$269.94~~ | $129.99 ~~$233.99~~ |
| | Sesslife Vanity Desk with Storage Cabinets... | Ktaxon Flutted Makeup Vanity Table Set with ... | LED Makeup Vanity Desk with Lighted ... | SESSLIFE Vanity Desk Set with Mirror & Light ... | MIDOQIN 44.4" Vanity Desk with Large Swive... | Ktaxon Makeup Vanity with Lighted Mirror,... |
| | | ⭐⭐⭐⭐ 275 | | | | ⭐⭐⭐⭐ 140 |
| **Color** | White | White–New Design | White | White | White | White |
| **Vanity material** | MDF+Glass | Wood | Wood | MDF+Glass | MDF | Wood |
| **Table top material** | Glass | Wood | Wood | MDF | Wood | Wood |

| Vanity table & table & bench set type | Table & Bench Sets | Vanity Set | Vanity Set | Vanity Set with Stool | Vanity Set with Stool | Vanity Set |
|---|---|---|---|---|---|---|

See More ⌄

💬 Report incorrect product information

## Top deals for you
Explore additional savings



**In 200+ people's carts**

🤍

Sponsored

Now **$109.99** ~~$220.99~~

Ktaxon Vanity Table Set with Lighted Mirror, Makeup Table with 4 Drawers, Dressing Vanity Tables, Dresser Desk for Girls, Women, White

⭐⭐⭐⭐ 604

Save with W+

Shipping, arrives **in 2 days**

+ Add

---

**Deal**

 

🤍

○ ● 🩷 ▥ +

Options

Sponsored

Now **$129.99** ~~$272.99~~
Options from $129.99 – $149.98

Ktaxon Large 47.2" Makeup Vanity with 3 Color Lights, Vanity Desk with USB Charging Station, Vanity Makeup Table with Visible Drawers, Hidden and Open Storage Shelves, White

⭐⭐⭐⭐ 1282

Save with W+

Shipping, arrives **in 2 days**

---

**Deal**



🤍

Options

**$99.98** ~~$129.99~~ +$19.99 shipping
Options from $99.98 – $99.99

Ktaxon Get Ready with Me GRWM Makeup Vanity Desk with Station & Hair Dryer Rack,Sophia Purple

⭐⭐⭐⭐½ 55

Shipping, arrives **in 3+ days**

## Customer ratings & reviews                                        ⌃

☆☆☆☆☆  0 ratings | 0 reviews

This item does not have any reviews yet

---

💳 **OnePay CashRewards Card** Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases    Learn More

---

💳 **Rewards debit card.** Earn 3% cash back, on up to $150 spent each month.  Terms apply.    Join OnePay Cash

## Customers also considered



**Best seller**

🤍

🩷 ● 🩷 +

Options

Sponsored

Now **$159.99** ~~$209.99~~

Furmax Makeup Vanity with Mirror and Drawers Vanity Desk Set with 3 Modes Adjustable Brightness Lights and USB Power Outlet, White

⭐⭐⭐⭐ 249

Save with W+

Shipping, arrives **in 2 days**

---



🤍

● 

Options

**$186.99**
More options from $167.00

Vineego Makeup Vanity Desk with Mirror, Lights & Power Outlet Vanity Table with 7 Drawers and 6 Storage Shelves for Bedroom, Black

⭐⭐⭐⭐ 138

Save with W+

Shipping, arrives **in 3+ days**

---



🤍

● 

Options

**$119.99** +$49.99 shipping

SESSLIFE Vanity Desk Set with Mirror & Lights, Makeup Dres... Stool, Makeup Desk with 3 Large Drawers, 2 Cabinets and S...

Shipping, arrives **in 3+ days**

## Recently viewed items
Based on your most recent browse history

Case 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 259 of 427 PageID #:289







+ 3 options

**Options**



**$229⁹⁹**

Fnova 55" Oval Dining Table for 6 People, Farmhouse Wood Kitchen Table with Round Shaped Base, Easy to Assemble

★★★★★ 1

Shipping, arrives **in 3+ days**

+ **Add**

**$191⁹⁸** +$33.00 shipping

YYAo Gaming Desk, Computer Desk,55" Oval Meeting Table, Wood Conference Table For 6 People,Rustic Brown

Shipping, arrives **in 3+ days**

+ **Add**

**$177⁹⁴** +$40.00 shipping

Demi Bonn 55" Wood Oval Conference Room Tables, Moder Office, Small Meeting Room Table, Brown

Shipping, arrives **in 3+ days**

## Related pages

| | |
|---|---|
| Vanity Shelf Drawer | Makeup Cabinet Table |
| Vanity Tabletop Drawers | Corner Vanity Mirror And Lights |
| Floating Makeup Vanity | Vanity World 10 |
| Lighted Makeup Vanity | Vanity Tables |
| Vanity Sets | White Vanities |
| Black Vanities | |

Home / Furniture / Bedroom Furniture / Makeup Vanities / White Vanities

12/26/25, 4:56 PM

Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop, Display Shelf,6 Drawers for Walk-in-Wardrobe and Bedroom - Walmart.com

Case 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 260 of 427 PageID #:290



**Sorry, this item is out of stock**

Browse similar items

Shop similar



$346⁷¹ ~~$365.31~~

Mid Modern 9-Drawer Dresser, 63 Inch Solid Wood Storage Cabinet...

Options



$297⁶⁹

Modern Cannage Rattan Wood Closet 6-Drawer Dresser Wood Storage...

Options



Options from $75⁹⁹– $119⁹⁹

~~$104.99~~

Capri White 6 Drawer Dresser, Modern Nightstand, Storage...

★★★⯪☆ 98

Options



$395⁹⁹

Dresser 30"H, 4-Drawer Dresser with 2 Lower Cabinets, Bedroom...

+ Add



+ 3
View all

Unbranded

**Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop, Display Shelf,6 Drawers for Walk-in-Wardrobe and Bedroom**

☆ (No ratings yet)

**About this item**

Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop, Display Shelf,6 Drawers for Walk-in-Wardrobe and Bedroom

View full item details

**At a glance**

| Color | Material | Dresser style |
|---|---|---|
| Cream White | Glass | Double Dressers |
| **Brand** | **Has mirror** | **Assembly req** |
| Unbranded | N | N |

View all specifications

**$379.99**

Price when purchased online ⓘ

As low as $25/mo with affirm Learn how

**Out of stock**  Shop similar

✉ Notify me when it is back in stock   Notify me

**How you'll get this item:**



**Shipping**
Out of stock



**Pickup**
Not available



**Delivery**
Not available

**Out of stock**

Report an issue with this seller

♡ Add to list                                                    🎁 Add to registry

## About this item

### Product details                                                                                      ⌃

U.S. SHIPPING LOCATIONS (Our shipping service is currently only available to the continental United States. Shipping to the following states is not supported: PR, AK, HI, GU, AA, AE, AP (Please note: We do not currently ship to P.O. Boxes.) Description Our modern luxury island-style vanity and storage cabinet, a versatile centerpiece designed to elevate your living space with its elegant contemporary design and multifunctional practicality. Meticulously crafted with premium materials, this cabinet exudes exquisite craftsmanship and durability, providing a haven for your belongings with its ample storage solutions, including six spacious drawers and thoughtful open shelves. Say goodbye to clutter and embrace seamless organization, as this cabinet effortlessly combines style and utility, offering easy access to your essentials while maintaining a sense of tranquility. Whether adorning a walk-in wardrobe or enhancing a bedroom sanctuary, this space-saving design adapts to various environments without compromising on style, making it an essential addition for any discerning homeowner. Tailored for the meticulous homeowner, this cabinet seamlessly integrates style and functionality with its thoughtful design elements, promising to redefine your space with refined luxury and unparalleled convenience. This versatile vanity storage cabinet island offers multifunctional utility, serving as a comprehensive solution for various needs. It seamlessly transitions between roles as a bedroom armoire, dresser, display cabinet, adapting effortlessly to different settings and purposes.

Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop, Display Shelf,6 Drawers for Walk-in-Wardrobe and Bedroom

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications                                                                                       ⌃

**Color**
Cream White

**Material**
Glass

**Dresser style**
Double Dressers

**Brand**
Unbranded

More details

### Warranty                                                                                             ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase....

💬 Report incorrect product information

### Customer ratings & reviews                                                                           ⌃

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

🔲 **OnePay CashRewards Card** Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases    Learn More

🔲 **Rewards debit card.** Earn 3% cash back, on up to $150 spent each month.  Terms apply.    Join OnePay Cash

## Related pages

Bailey Drawer Cabinet                                              White Birch Furniture

Chinese Carved Chest                                              Powell Furniture Dressers

White Cabinet Bedroom                                            Cabinet Design Bedroom

Accent Chests                                                    Mid-Century Dressers

Rustic Dressers                                                  Rattan Dressers

Hayneedle Dressers                                               Shop All Kids' Dressers & Armoires

Home  /  Kids' Rooms  /  Kids' Furniture  /  Shop All Kids' Furniture

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 262 of 427 PageID #:292





Visit the Aukfa Store

**Aukfa Vanity Dresser Storage Cabinet with Glass Tabletop for Women Bedroom,White**

☆ (No ratings yet)

## About this item

- **VERSATILE STORAGE SOLUTIONS-** With six spacious drawers, multiple open shelves, and additional cabinets, this vanity provides ample space for a variety of items, from beauty essentials to everyday accessories, ensuring your belongings stay organized and easily accessible.
  - **ELEGANT BROWN GLASS TABLETOP-** The teal glass top of this vanity table adds a sophisticated touch to the overall design, while the creamy white finish enhances the modern aesthetic. This stylish combination brings sophisticated elegance to any room.
  - **GRACEFUL GOLDEN HANDLES-** Featuring luxurious golden handles, this cabinet exudes opulence and serves as a standout design element that seamlessly complements both contemporary and classic decor styles.
  - **ORGANIZED DRAWER DESIGN-** The thoughtful small grid design inside the drawers maximizes storage efficiency, creating separate compartments to prevent clutter and keep items neatly organized and easy to find.
  - **MULTI-FUNCTIONAL UTILITY-** Beyond serving as a vanity, this island-style cabinet functions as a versatile piece, doubling as an armoire, dresser, or display cabinet. Its adaptable design makes it perfect for use in bedrooms, walk-in closets, or living spaces.
- **VERSATILE STORAGE SOLUTIONS-** With six spacious drawers, multiple open shelves, and additional cabinets, this vanity provides ample space for a variety of items, from beauty essentials to everyday accessories, ensuring your belongings stay organized and easily accessible.
- **ELEGANT BROWN GLASS TABLETOP-** The teal glass top of this vanity table adds a sophisticated touch to the overall design, while the creamy white finish enhances the modern aesthetic. This stylish combination brings sophisticated elegance to any room.
- **GRACEFUL GOLDEN HANDLES-** Featuring luxurious golden handles, this cabinet exudes opulence and serves as a standout design element that seamlessly complements both contemporary and classic decor styles.
- **ORGANIZED DRAWER DESIGN-** The thoughtful small grid design inside the drawers maximizes storage efficiency, creating separate compartments to prevent clutter and keep items neatly organized and easy to find.
- **MULTI-FUNCTIONAL UTILITY-** Beyond serving as a vanity, this island-style cabinet functions as a versatile piece, doubling as an armoire, dresser, or display cabinet. Its adaptable design makes it perfect for use in bedrooms, walk-in closets, or living spaces.
- **PRODUCT INFORMATION:**

  - Overall: 33.1" H X 60.4" W X 18.7" D
  - Overall Product Weight: 167.61b
  - **Features:**

    - Product Type: Multi-Functional Island Vanity Dresser
    - Color:White
    - Material: MDF+Glass
    - Drawers Included: Yes
    - Number of Drawers: 6
    - Drawer Glide Material: Plastic
    - Drawer Glide Type & Extension: Full Extension
    - Interlocking Drawers: No
    - Mirror Included: No
    - Finished Back: Yes
- Overall: 33.1" H X 60.4" W X 18.7" D
- Overall Product Weight: 167.61b
- Product Type: Multi-Functional Island Vanity Dresser
- Color:White
- Material: MDF+Glass
- Drawers Included: Yes
- Number of Drawers: 6
- Drawer Glide Material: Plastic
- Drawer Glide Type & Extension: Full Extension
- Interlocking Drawers: No
- Mirror Included: No
- Finished Back: Yes
- **PACKAGE INFORMATION:**

  - 1 x Vanity Dresser
- 1 x Vanity Dresser

View full item details

## At a glance

| Height | Color | Material |
|---|---|---|
| 33.1 in | White | Wood |

| Dresser style | Brand | Decor style |
|---|---|---|
| Combo Dressers, Gentleman's Chests, Media Chests, Bombe Chests | Aukfa | Contemporary, Coastal, Bohemian, Mid-Century, Modern, Traditional, Transitional, Rustic/Lodge, Eclectic, French Country |

View all specifications

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 263 of 427 PageID #:293

# $327.00

Price when purchased online ⓘ

As low as $22/mo with *affirm* Learn how

🚚 Free shipping    🔄 Free 90-day returns

**Add to cart**

🛡️ **Walmart Protection Plan by Allstate**  What's covered
(Only one option can be selected at a time)
☐ 3-Year Plan - $38.00
☐ 4-Year Plan - $49.00

🔧 **Pro Furniture Assembly**  What's covered
☐ Dresser Assembly Services - $82.00

**How you'll get this item:**

☐ I want delivery savings with **Walmart**+
You get 30 days free! Choose a plan at checkout.

| 🚚 **Shipping** Arrives Jan 3 *Free* | 🚗 **Pickup** Not available | 🛍️ **Delivery** Not available |
|---|---|---|

**Sacramento, 95829**  Change
Arrives by **Sat, Jan 3**

✳️ Sold and shipped by Walmart.com

🔄 Free 90-day returns  Details

♡ Add to list                🎁 Add to registry

**Walmart**+  **Get free delivery, shipping and more***
*Restrictions apply  Start 30-day free trial

## Similar items you might like
Based on what customers bought

Best seller



♡

+ 6 options

**Options**

Sponsored
Now $**89**⁹⁹ $119.98 +$29.99 shipping
More options from $79.99
EnHomee Dressers for bedroom TV Stand with Power Outlets &LED Lights Wide Dresser with 10 Drawers&Side Pockets & Hook Fabric Chest of Drawers,Black
★★★★☆ 587
Shipping, arrives **in 3+ days**



♡

● ○

**Options**

$**308**⁹⁹
More options from $279.99
Aukfa Modern High Gloss 6-Drawer Dresser with Metal Handles – Mirrored Bedroom Storage Cabinet, Space-Saving Organizer,White
Save with **W**+
Shipping, arrives **in 3+ days**



♡

**Options**

Now $**199**⁰⁰ $289.00
Better Homes & Gardens Juliet 64" Wide 6 Drawer Dresser, E
★★★★☆ 723
Save with **W**+
Shipping, arrives **in 2 days**

## About this item

### Product details                                                    ⌃

Elevate your home decor with this Modern Luxury Island-Style Vanity and Storage Cabinet for women and men, crafted with attention to detail and built to last. With six well-sized drawers and thoughtful open shelving, it offers ample storage for everything from beauty products to personal items, keeping your space organized and clutter-free. The elegant combination of a brown glass tabletop and cream white finish adds a luxurious feel to any room. Designed to suit a variety of purposes, this multifunctional 6 drawer dresser adapts easily to different settings, making it the ideal addition to any stylish home, be it a bedroom, walk-in wardrobe, or living space.

- **VERSATILE STORAGE SOLUTIONS-** With six spacious drawers, multiple open shelves, and additional cabinets, this vanity provides ample space for a variety of items, from beauty essentials to everyday accessories, ensuring your belongings stay organized and easily accessible.
  - **ELEGANT BROWN GLASS TABLETOP-** The teal glass top of this vanity table adds a sophisticated touch to the overall design, while the creamy white finish enhances the modern aesthetic. This stylish combination brings sophisticated elegance to any room.
  - **GRACEFUL GOLDEN HANDLES-** Featuring luxurious golden handles, this cabinet exudes opulence and serves as a standout design element that seamlessly complements both contemporary and classic decor styles.
  - **ORGANIZED DRAWER DESIGN-** The thoughtful small grid design inside the drawers maximizes storage efficiency, creating separate compartments to prevent clutter and keep items neatly organized and easy to find.

- - **MULTI-FUNCTIONAL UTILITY-** Beyond serving as a vanity, this island-style cabinet functions as a versatile piece, doubling as an armoire, dresser, or display cabinet. Its adaptable design makes it perfect for use in bedrooms, walk-in closets, or living spaces.
- **VERSATILE STORAGE SOLUTIONS-** With six spacious drawers, multiple open shelves, and additional cabinets, this vanity provides ample space for a variety of items, from beauty essentials to everyday accessories, ensuring your belongings stay organized and easily accessible.
- **ELEGANT BROWN GLASS TABLETOP-** The teal glass top of this vanity table adds a sophisticated touch to the overall design, while the creamy white finish enhances the modern aesthetic. This stylish combination brings sophisticated elegance to any room.
- **GRACEFUL GOLDEN HANDLES-** Featuring luxurious golden handles, this cabinet exudes opulence and serves as a standout design element that seamlessly complements both contemporary and classic decor styles.
- **ORGANIZED DRAWER DESIGN-** The thoughtful small grid design inside the drawers maximizes storage efficiency, creating separate compartments to prevent clutter and keep items neatly organized and easy to find.
- **MULTI-FUNCTIONAL UTILITY-** Beyond serving as a vanity, this island-style cabinet functions as a versatile piece, doubling as an armoire, dresser, or display cabinet. Its adaptable design makes it perfect for use in bedrooms, walk-in closets, or living spaces.
- **PRODUCT INFORMATION:**

- - Overall: 33.1" H X 60.4" W X 18.7" D
  - Overall Product Weight: 167.61lb
  - **Features:**

- - Product Type: Multi-Functional Island Vanity Dresser
  - Color:White
  - Material: MDF+Glass
  - Drawers Included: Yes
  - Number of Drawers: 6
  - Drawer Glide Material: Plastic
  - Drawer Glide Type & Extension: Full Extension
  - Interlocking Drawers: No
  - Mirror Included: No
  - Finished Back: Yes

- Overall: 33.1" H X 60.4" W X 18.7" D
- Overall Product Weight: 167.61lb
- Product Type: Multi-Functional Island Vanity Dresser
- Color:White
- Material: MDF+Glass
- Drawers Included: Yes
- Number of Drawers: 6
- Drawer Glide Material: Plastic
- Drawer Glide Type & Extension: Full Extension
- Interlocking Drawers: No
- Mirror Included: No
- Finished Back: Yes
- **PACKAGE INFORMATION:**

- - 1 x Vanity Dresser

- 1 x Vanity Dresser

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

## Specifications ⌃

**Height**
33.1 in

**Color**
White

**Material**
Wood

**Configuration**
Glass Tabletop, Display Shelf,6 Drawers

More details

## Warranty ⌃

**Warranty information**

This warranty covers defects in quality, including non-human structural damage, cracked joints, loose hardware, and material issues unrelated to improper use. However, it excludes chromatism caused by environmental factors and damages due to improper handling or assembly. This dresser includes a one-year free warranty starting from the date of assembly or use. Within the warranty period, Aukf...

More details

## Compare with similar items ⌃



|  | Viewing this item | | | |
| --- | --- | --- | --- | --- |
|  | + Add | + Add | + Add | + Add |
|  | $327.00 | $308.99 | Now $287.08 $318.98 | $295.59 |
|  | Aukfa Vanity Dresser Storage Cabinet with Glass Tabletop for... | Aukfa Modern High Gloss 6-Drawer Dresser with Metal Handles –... | Bedroom Dressers Continental Dresser, Superior Top, Four Drawer... | Dtwnek 6 Drawers Dresser Rattan Storage Cabinet for Bedroom,Livin... |
| Height | 33.1 in | 31.4 in | 4.7 in | 29.72 in |
| Color | White | White | White | White |
| Material | Wood | Particle Board | Particle Board | MDF |
| Dresser style | Combo Dressers | Double Dressers | Double Dressers | Combo Dressers |
| Decor style | Contemporary | Modern | Modern | Modern |
| Features | Drawer Safety Stop | - | - | Extra Deep Drawers |
| Hardware finish | White | White | - | Natural |
| Orientation | Horizontal | Horizontal | - | Vertical |
| Has mirror | N | N | N | N |

| | | | | | |
|---|---|---|---|---|---|
| Assembly req | Y | Y | Y | Y | |
| Weight | 167.6 lb | 126 lb | 38.6 lb | 93.26 lb | |
| Number of doors | 2 | 0 | 4 | 1 | |
| Max load | 260 lb | 220 lb | - | 50 lb | |
| Screen size | 50 in | 50 in | 47" | - | |
| Suggested number of people for assembly | - | 2 | 1 | - | |

See Less ⌃

💬 Report incorrect product information

## Top deals for you
Explore additional savings



Best seller

**$134.00**
Sponsored
Mainstays Get Ready with Me Vanity Table with Lighted Mirror and Storage, Black Finish
★★★★☆ 955
Save with W+ 
Shipping, arrives **in 2 days**

Options

+ 3 options



Best seller

Add

Sponsored
Now **$73.99** $99.99
CONCETTA 47" Full-Length Mirror Jewelry Cabinet with 6 Auto LED Lights, Wall-Mounted/Door-Hanging Storage Organizer
★★★★☆ 122
Shipping, arrives **in 3+ days**



In 100+ people's carts

+ 9 options

Options

Now **$79.99** $105.99 +$59.99 shipping
Options from $79.99 – $104.99
TOMNK Vanity Desk with LED Lights Mirror & Power Outlet, Drawers, 3 Lighting Modes & Adjustable Brightness, Dressir
★★★★☆ 497
Shipping, arrives **in 3+ days**

## Customer ratings & reviews ⌃

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

 **OnePay CashRewards Card** Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases  Learn More

 **Rewards debit card.** Earn 3% cash back, on up to $150 spent each month.  Terms apply.  Join OnePay Cash

## Customers also considered

Rollback

Rollback

Best seller

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 266 of 427 PageID #:296





Sponsored

**Now** $**22**⁹⁹ ~~$44.89~~
More options from $17.99

CONCETTA 6 Fabric Drawers, Dresser for Bedroom Chest of Dresser TV Stand for Living Room, Nightstand for Bed, Gray

★★★★½ 2646

Save with W+

Shipping, arrives **in 3+ days**



+ **3** options

Options

**Now** $**125**⁴⁹ ~~$139.99~~
Options from $125.49 – $149.00

TrumanPick White Dresser for Bedroom with 5 Drawers 47" Tall Chest of Drawers Wooden Dressers for Living Room Closet 31"D x 17"W

★★★★☆ 194

Save with W+

Shipping, arrives **in 3+ days**



Options

Sponsored

**Now** $**149**⁹⁰ ~~$233.60~~
More options from $140.99

Resenkos Modern Mid Century 6 Drawer Wide Dressers Che Grey

★★★½☆ 185

Shipping, arrives **in 3+ days**

## Related pages

Bathroom Dresser

Cabinet Design Bedroom

Diy Mirror Dresser

Modern Dressers

Mid-Century Dressers

Tall Dressers

Apothecary Table

Chest Drawers Mirror

White Cabinet Bedroom

Oak Dressers

Walnut Dressers

Rustic Dressers

Home / Furniture / Bedroom Furniture / Dressers / White Dressers

12/26/25, 4:50 PM

Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass , Display Cabinet, 6 Drawers for Walk-in-Wardrobe and Bedroom - Walmart.com

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 267 of 427 PageID #:297





QYGWAL

**Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass , Display Cabinet, 6 Drawers for Walk-in-Wardrobe and Bedroom**

☆ (No ratings yet)

### About this item

- Versatile Hub of Utility: This multifunctional isn't just a dresser—it's a dynamic centerpiece designed to your daily routine. Featuring a lustrous glass and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integrates style with practicality.
- Abundant Storage Solutions: From cherished trinkets to everyday , this cabinet offers a sanctuary for your belongings. Its array of storage compartments—six ample drawers and designed open shelves—provide a sanctuary for organization, ensuring everything has its designated place.
- Effortless Organization at Your Fingertips: Bid farewell to clutter-induced and the of seamless organization. With its intuitive design, accessing your becomes a . The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently used items.
- Practical Luxury for Every Space: Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.
- Tailored for the Discerning: Designed with the discerning homeowner in mind, this dresser embodies sophistication and functionality in equal measure. Its thoughtful design cater to the demands of modern living, ensuring a seamless blend of style and practicality.

View full item details

### At a glance

| Height | Brand | Top material |
| --- | --- | --- |
| 33.1 in | QYGWAL | Glass |
| **Top color** | **Cabinet color** | **Cabinet material** |
| Cream White | Brown | MDF |

View all specifications



**Now $288.99** ~~$314.99~~ ⓘ

**You save** **$26.00**
Price when purchased online ⓘ

**As low as $19/mo** with affirm Learn how

🚚 Free shipping   ⊘ Free Holiday returns until Jan 31

**Add to cart**

**How you'll get this item:**

| Shipping | Pickup | Delivery |
| --- | --- | --- |
| Arrives Jan 14 | Not available | Not available |
| **Free** | | |

**Sacramento, 95829** Change

Arrives by **in 3+ days** | More options

Sold and shipped by **QIYIGUO**

Report an issue with this seller



**Extended holiday returns**   Details
Free Holiday returns until **Jan 31**

♡ Add to list                                    🎁 Add to registry

## Similar items you might like
Based on what customers bought





+ Add

**$319**⁰⁰

Uforic 36" Modern Bathroom Vanity with Sink Combo, Freestanding Bathroom Storage Cabinet with Drawers & Doors, Blue

Save with W+

Shipping, arrives **in 3+ days**





+ 2 options

Options

**Now $319**⁹⁹   $337.99   +$99.99 shipping
More options from $271.99

30" Bathroom Vanity Modern Fluted Design with Ceramic Sink Full-Extension Soft-Close Drawers Luxury Storage Cabinet for Bathroom Organization Grey

Shipping, arrives **in 3+ days**





+ Add

**$308**³⁹

30" Bathroom Vanity with Ceramic Sink Combo, Free Standing Modern Bathroom Storage Cabinet , Ideal for Home, Blue

Shipping, arrives **in 3+ days**

## About this item

### Product details                                                                                    ⌄

Our modern luxury island-style vanity and storage cabinet, a versatile centerpiece designed to elevate your living space with its contemporary design and multifunctional practicality. Meticulously crafted with premium materials, this cabinet exudes exquisite craftsmanship and durability, providing a for your belongings with its ample storage solutions, including six spacious drawers and thoughtful open shelves. Say goodbye to clutter and seamless organization, as this cabinet effortlessly combines style and utility, offering easy access to your while maintaining a sense of tranquility. Whether adorning a walk-in wardrobe or enhancing a bedroom sanctuary, this space-saving design adapts to various environments without compromising on style, making it an addition for any discerning homeowner. Tailored for the meticulous homeowner, this cabinet seamlessly integrates style and functionality with its thoughtful design , promising to redefine your space with refined luxury and unparalleled convenience. This versatile vanity storage cabinet island offers multifunctional utility, serving as a comprehensive solution for various needs. It seamlessly transitions between roles as a bedroom armoire, dresser, display cabinet, adapting effortlessly to different settings and purposes. Various Forms of Storage Drawers, cabinets, open shelving – providing suitable placements for every cherished item in your life. Brown Glass The beautiful tea-colored glass paired with the cream white finish elevates your home decor. Its stylish lines, modern design, and exquisite finishes add sophistication and refinement to any room. Graceful Golden Handles The golden hue exudes a sense of opulence and can complement various design styles, from classic to modern. Thoughtful Small Grid Design Inside the Drawer This design can maximize storage efficiency within the drawer. By creating separate compartments, it prevents items from shifting or getting mixed up, making it easier to locate and access specific items when needed. Glass Open Shelves - Drawers on Both Sides - Jewelry Storage Tray - Bottom Large Storage Cabinet - Island Dresser Weight Capacity Top:165 LBS; Glass Shelf：35 LBS； Drawer:30 LBS； Jewelry Storage Tray：10 LBS Material MDF+Glass Finished Back Yes Assembly Required Full Assembly Needed Suggested Number of People for Assembly 2 Product Care Wipe clean with a dry cloth. Do not use strong liquid cleaners. Package Number 2

- Versatile Hub of Utility: This multifunctional isn't just a dresser—it's a dynamic centerpiece designed to your daily routine. Featuring a lustrous glass and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integrates style with practicality.
- Abundant Storage Solutions: From cherished trinkets to everyday , this cabinet offers a sanctuary for your belongings. Its array of storage compartments—six ample drawers and designed open shelves—provide a sanctuary for organization, ensuring everything has its designated place.
- Effortless Organization at Your Fingertips: Bid farewell to clutter-induced and the of seamless organization. With its intuitive design, accessing your becomes a . The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently used items.
- Practical Luxury for Every Space: Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.
- Tailored for the Discerning: Designed with the discerning homeowner in mind, this dresser embodies sophistication and functionality in equal measure. Its thoughtful design cater to the demands of modern living, ensuring a seamless blend of style and practicality.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

### Specifications                                                                                    ⌄

**Height**
33.1 in

**Brand**
QYGWAL

**Bathroom vanity type**
Bathroom Vanity without Top

**Top material**
Glass

More details

### Warranty                                                                                          ⌄

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase....

💬 Report incorrect product information

Case 1:26-cv-02240 Document # 1-3 Filed: 02/27/26 Page 260 of 427 PageID #:299

## Top deals for you

Explore additional savings



Best seller

**Options**

Sponsored

**$134**⁰⁰

Mainstays Get Ready with Me Vanity Table with Lighted Mirror and Storage, Black Finish

★★★★☆ 955

Save with W+

Shipping, arrives **in 2 days**

+ 3 options



Best seller

**+ Add**

Sponsored

Now **$73**⁹⁹  $99.99

CONCETTA 47" Full-Length Mirror Jewelry Cabinet with 6 Auto LED Lights, Wall-Mounted/Door-Hanging Storage Organizer

★★★★½ 122

Shipping, arrives **in 3+ days**



In 100+ people's carts

**Options**

Now **$79**⁹⁹  $105.99  +$59.99 shipping

Options from $79.99 – $104.99

TOMNK Vanity Desk with LED Lights Mirror & Power Outlet, Drawers, 3 Lighting Modes & Adjustable Brightness, Dressin

★★★★☆ 497

Shipping, arrives **in 3+ days**

+ 9 options

### Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

This item does not have any reviews yet

**OnePay CashRewards Card** Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases   Learn More

**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply.   Join OnePay Cash

## Customers also considered



**Options**

Sponsored

**$282**⁰⁰

24" Bathroom Vanity with Top Sink - Single Sink Style, 2-Tier Storage Cabinet & Spacious Shelves for Modern Bathrooms

Shipping, arrives **in 3+ days**

+ 3 options



**+ Add**

**$299**⁹⁹

Giantex 30" Bathroom Vanity w/Drawers & Door, Undermount Sink Cabinet, Pedestal Sink Storage Cabinet

Shipping, arrives **in 3+ days**



Best seller

**Options**

Now **$243**⁹⁹  $322.99

More options from $147.99

EDX 36-inch Bathroom Vanity Cabinet, Freestanding Modern Doors & 2 Drawers,White

★★★½☆ 34

Save with W+

Shipping, arrives **in 3+ days**

+ 8 options

12/26/25, 4:50 PM

Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Display Cabinet, 6 Drawers for Walk-in Wardrobe and Bedroom - Walmart.com

Case 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 270 of 427 PageID #:300

**Related pages**

Glass Draw

White Birch Furniture

Armeria Maritima

Accent Chests

Mirrored Wardrobes

Mid-Century Dressers

Bailey Drawer Cabinet

Using Dressers Kitchen Cabinets

Wall Mounted Dresser

Armoires with Drawers

Mirrored Accent Cabinet

Shop All Kids' Dressers & Armoires

Home Improvement  /  Bathroom Renovation  /  Bathroom Cabinets & Fixtures  /  Bathroom Vanities  /  Small Bathroom Vanities

Case 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 270 of 427 PageID #:300

Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Display Cabinet, 6 Drawers for Walk-in Wardrobe and Bedroom - Walmart.com

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 271 of 427 PageID #:301





**+2**
**View all**

Euroco

## Euroco Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop, Display Shelf, 6 Drawers, Cream White MDF

★★★★★ (5.0)  |  1 rating

**Actual Color:** White



**$269.99**
$269.99/count

## About this item

💡 **Smart summary**                                                                Generated by AI ⓘ

- **Versatile Functionality**: This multi-functional island vanity dresser serves as a dynamic centerpiece, designed to streamline daily routines and elevate living spaces with its elegant contemporary design.
- **Ample Storage**: It provides a sanctuary for belongings with six spacious, easy-glide drawers and thoughtfully designed open shelves, ensuring effortless organization.
- **Premium Construction**: Meticulously crafted with premium materials, this cream white MDF cabinet exudes exquisite craftsmanship and durability.
- **Space-Saving Design**: Its practical, space-saving design maximizes utility, making it a stylish addition that adapts to various environments without compromising on style.
- **Refined Aesthetics**: Combining style and utility, this modern luxury cabinet offers easy access to essentials while maintaining a sense of tranquility and refined luxury.
- **Discerning Homeowner**: Tailored for the meticulous homeowner, it seamlessly integrates style and functionality with thoughtful design elements, redefining spaces with unparalleled convenience.

View full item details

### Specifications at a glance

| Color | Features | Vanity material |
|---|---|---|
| White | Removable | MDF |

| Table top material | Items included | Vanity table & table & bench set type |
|---|---|---|
| Glass | 1 | Vanity Set |

View full specifications

**$269.99** $269.99/count

Price when purchased online ⓘ

**As low as $18/mo** with affirm Learn how

🚚 Free shipping        🔄 Free 90-day returns

**Add to cart**

Case 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 272 of 427 PageID #:302



**Walmart Protection Plan by Allstate**   What's covered
(Only one option can be selected at a time)

☐ 3-Year Plan - $32.00

☐ 4-Year Plan - $39.00

**Pro Furniture Assembly**   What's covered

☐ Bench Assembly Services - $89.00

**How you'll get this item:**

☐ I want delivery savings with Walmart+
You get 30 days free! Choose a plan at checkout.

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jan 1 | Not available | Not available |
| Free | | |

**Sacramento, 95829**   Change

Arrives by **Thu, Jan 1**

Sold and shipped by Walmart.com
**Free 90-day returns**   Details

♡ Add to list          🎁 Add to registry

Walmart+   **Get free delivery, shipping and more***
*Restrictions apply   Start 30-day free trial

## Similar items you might like

Based on what customers bought



Best seller



+ Add

Sponsored

**Now $ 219 99**   $298.99
iPormis Vanity Desk with Mirror and Lights, Glass Top Makeup Vanity with RGB Light and Charging Station for Girls , White
★★★★☆ 118
Shipping, arrives **in 3+ days**





+ Add

**$ 247 99**
Euroco Wall-Mounted Multifunctional Vanity Table with Storage Drawers, Phone Holder & Black Glass Finish, Space-Saving Makeup Desk
Save with W+
Shipping, arrives **in 2 days**



Best seller

+ 3 options

Options

**$ 134 00**
Mainstays Get Ready with Me GRWM Vanity Table with Light
★★★★☆ 955
Save with W+
Shipping, arrives **in 2 days**

## About this item

### Product details   ⌃

Our modern luxury island-style vanity and storage cabinet, a versatile centerpiece designed to elevate your living space with its elegant contemporary design and multifunctional practicality. Meticulously crafted with premium materials, this cabinet exudes exquisite craftsmanship and durability, providing a haven for your belongings with its ample storage solutions, including six spacious drawers and thoughtful open shelves. Say goodbye to clutter and embrace seamless organization, as this cabinet effortlessly combines style and utility, offering easy access to your essentials while maintaining a sense of tranquility. Whether adorning a walk-in wardrobe or enhancing a bedroom sanctuary, this space-saving design adapts to various environments without compromising on style, making it an essential addition for any discerning homeowner. Tailored for the meticulous homeowner, this cabinet seamlessly integrates style and functionality with its thoughtful design elements, promising to redefine your space with refined luxury and unparalleled convenience.

- Versatile Hub of Utility: This multifunctional marvel isn't just a dresser—it's a dynamic centerpiece designed to streamline your daily routine.
- Abundant Storage Solutions: Providing a sanctuary for your belongings, it includes six ample drawers and thoughtfully designed open shelves.
- Effortless Organization at Your Fingertips: The drawers glide open effortlessly, offering quick and easy access to frequently used items.
- Practical Luxury for Every Space: Its space-saving design maximizes utility, making it a stylish addition to any discerning home.
- Tailored for the Discerning: Designed with sophistication and functionality, it meets the demands of modern living.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.   See our disclaimer

### Specifications   ⌃

**Color**
White

**Features**
Removable

**Vanity material**
MDF

**Table top material**
Glass

More details

12/26/25, 4:51 PM     Euroco Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop Display Shelf 6 Drawers Cream White MDF - Walmart.com

Case 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 273 of 427 PageID #:303

## Compare with similar items ⌃



**Viewing this item**

Add

$269.99

Euroco Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass...

★★★★★ 1

Add

$247.99

Euroco Wall-Mounted Multifunctional Vanity Table with Storage Drawers, Phone Holder & Black Glass...

Add

Now $249.99  $269.94

MIDOQIN 44.4" Vanity Desk with Large Swivel Mirror, Dressing Table with 5 Drawers & 2 Cabinets, Space-...

| | | | |
|---|---|---|---|
| Color | White | White | White |
| Features | Removable | Lights Up | Adjustable |
| Vanity material | MDF | MDF+glass | MDF |
| Table top material | Glass | MDF+glass | Wood |

See More ⌄

💬 Report incorrect product information

## Top deals for you
Explore additional savings



**Best seller**

+ 3 options

Options

Sponsored

$134.00

Mainstays Get Ready with Me Vanity Table with Lighted Mirror and Storage, Black Finish

★★★★☆ 955

Save with W+

Shipping, arrives **in 2 days**



**Best seller**

Now $69.99  $90.99

Ktaxon Kids' Wooden Vanity Table and Stool Set with 3 Mirrors, Princess Makeup Dressing Table,Children's Furniture

★★★★½ 333

Save with W+

Shipping, arrives **in 3+ days**



**Rollback**

+ 3 options

Options

Now $129.00  $164.00

More options from $109.00

Mainstays Get Ready with Me GRWM Deluxe 2-Piece Vanity White Finish

★★★★☆ 769

Save with W+

Shipping, arrives **in 2 days**

## Customer ratings & reviews ⌃

**5 out of 5** ★★★★★
1 rating | 0 reviews

How item rating is calculated ⓘ

| | | |
|---|---|---|
| 5 stars | | 100% (1) |
| 4 stars | | 0% (0) |
| 3 stars | | 0% (0) |
| 2 stars | | 0% (0) |
| 1 star | | 0% (0) |

All filters ⌄    ☆ Star rating ⌄    Verified purchases only

Sort by | Most relevant ⌄

This item does not have any reviews yet

**OnePay CashRewards Card** Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases   Learn More

**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply.   Join OnePay Cash

Case 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 274 of 427 PageID #:304

## Customers also considered





**Add**

Sponsored

**$269⁹⁹**

EYYTHUNG Fluted Makeup Vanity Desk, Dressing Table with 31.5" HD Lighted Mirror, Glass Top Vanity with 5 Drawers, Natural Oak

Shipping, arrives **in 3+ days**

Clearance



 +

**Options**

Sponsored

**$166⁴⁹** $394.99
More options from $144.99

Ktaxon Large Makeup Vanity, Get Ready with Me GRWM Vanity Table Set w/ Visible Glass Top w/ Charging Station, White

★★★★☆ 1341

Save with W+

Shipping, arrives **in 3+ days**

Best seller



**Options**

**$134⁹⁹** $298.99 +$29.99 shipping
More options from $119.99

Ktaxon Makeup Vanity with 9 Drawers&USB Charging Station Set w/ 9 Drawer Dresser, White

★★★★☆ 321

Shipping, arrives **in 3+ days**

### Related pages

White Birch Furniture

Bailey Drawer Cabinet

Powell Furniture Dressers

Accent Chests

Rustic Dressers

Mirrored Accent Cabinet

Wayborn Furniture Accent Tables

Apothecary Table

Gavetero Con Espejo

Mid-Century Dressers

Rattan Dressers

Walnut Dressers

Home / Furniture / Bedroom Furniture / Makeup Vanities / White Vanities

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 275 of 427 PageID #:305



Find new deals on the hottest gifts every week. Shop December Deal Drops Now >

What can we help you find?

Shop All    Holiday Decorations    Appliances    Bathroom    Building Supplies    Flooring    Lighting    Plumbing    Tools    Doors & Windows    Outdoor    Gift Zo

E. San Jose Lowe's **10 PM** ∨    95131 ∨

Prices, Promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products a are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated off correct any errors, inaccuracies or omissions including after an order has been submitted.

Home Decor  /  Furniture  /  Bedroom Furniture  /  Dressers

ⓘ  Viewed 12/4/2025                                                                    Mo

JIMSMAISON Cream White 4 -Drawer 60.4-in Standard dresser  **$619.99**

Shop JIMSMAISON    ☆ ☆ ☆ ☆ ☆  0  ∨





JIMSMAISON Cream White 4 -Drawer 60.4-in Standard dresser **$619.99**

Shop JIMSMAISON   ☆☆☆☆☆ 0  ⌄

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 277 of 427 PageID #:307



JIMSMAISON Cream White 4 -Drawer 60.4-in Standard dresser **$619.99**

Shop JIMSMAISON   ☆☆☆☆☆ 0 ⌄

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 278 of 427 PageID #:308





**View All Images**

## JIMSMAISON Cream White 4 -Drawer 60.4-in Standard dresser

Item #6589988 | Model #JMBBDS33CW

Shop JIMSMAISON

☆ ♡ ☆☆☆ 0 ⌄

# $619.99

| | | |
|---|---|---|
| 💳 **$588.99** When you choose 5% savings on eligible purchases every day. Learn How | OR | **$104/mo** Suggested payments with 6 month special finan... Learn How |

Buy Now, Pay Later
$53.08 with 12 monthly payments. **Learn How**

− 1 + | **Add to Cart**

| Pickup ✓ | Delivery |
|---|---|
| Ready by **Tue, Dec 16 (Est.)** | As soon as **Mon, Dec 15** |
| 335 Available | 335 Available |

📦 FREE Pickup at **E. San Jose Lowe's**

**What We Offer**

✓ Protection
From $69.97

💲 Members save more. Sign in or join for FREE



JIMSMAISON Cream White 4 -Drawer 60.4-in Standard dresser **$619.99**

Shop JIMSMAISON ☆☆☆☆☆ 0 ⌄

✓ **Best Price. Guaranteed**     ✓ **FREE Returns**     ✓ **Pay Your Way**

Find a lower price on an exact item? We'll match it. Some exclusions apply.

Learn More

Return it in store or ship it back for free. Eligibility rules apply.

Learn More

Credit card, PayPal or Buy Now, Pay Later options available at checkout. Your choice.

Learn More

## Overview

- Make your items within reach, the drawers of this dressing table slide open effortlessly, while the open shelves allow for quick and easy retrieval of frequently used item
- Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integrates style with practicali
- From precious accessories to daily necessities, this vanity dresser provides a rich storage solution for your items

## Specifications

## Reviews ☆☆☆☆☆ 0 ( 0 )

## Community Q & A



RELATED SEARCHES

| JIMSMAISON Dressers | Dressers | White Dressers | White Bedroom Sets | Painted Blanket Ladders & Storage |

🔺 Back to Top

Ask Mylow    Contact Us & FAQ    Order Status    Lowe's Credit Center    Gift Cards    Installation Services

About Lowe's

Stores & Services

Customer Service

Privacy & Use

**CONNECT WITH US**

**ABOUT LOWE'S**

Who We Are

Careers

JIMSMAISON Cream White 4 -Drawer 60.4-in Standard dresser  **$619.99**

Shop JIMSMAISON   ☆☆☆☆☆ 0

Our Responsibilities

Investors

**STORES & SERVICES**

Find a Store

Store Directory

Brand Directory

Store Services

**CUSTOMER SERVICE**

FAQ/Contact Us

Rebates

Returns & Exchanges

Pickup, Shipping & Delivery

**CONNECT WITH US**

**PRIVACY & USE**

Terms

Lowe's Suppliers

DIY Workshops

Recalls & Product Safety

Interest-Based Ads

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 280 of 427 PageID #:310



Find new deals on the hottest gifts every week. Shop December Deal Drops Now >

What can we help you find?

Shop All   Holiday Decorations   Appliances   Bathroom   Building Supplies   Flooring   Lighting   Plumbing   Tools   Doors & Windows   Outdoor   Gift Z…

E. San Jose Lowe's **10 PM** ∨   95131 ∨

Prices, Promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products a
are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated off
correct any errors, inaccuracies or omissions including after an order has been submitted.

Home Decor / Furniture / Dining & Kitchen Furniture / Kitchen Islands & Carts

Viewed 12/4/2025                                                                                                    Mo

ModernLuxe Modern Luury MultiFunctional Island Vanity Dresser and Storage Cabinet with Glass Tabletop Display Shelf6 Drawers for WalkinWardrobe and Bedroom

Shop ModernLuxe   ☆☆☆☆☆ **0** ∨

## $291.58





12/11/25, 11:49 AM ModernLuxe Modern Luury MultiFunctional Island Vanity Dresser and Storage Cabinet with Glass Tabletop Display Shelf6 Dr…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 281 of 427 PageID #:311



ModernLuxe Modern Luury MultiFunctional Island Vanity Dresser and Storage Cabinet with Glass Tabletop Display Shelf6 Drawers for WalkinWardrobe and Bedroom

Shop ModernLuxe ☆☆☆☆☆ 0 ⌄

## $291.58

12/11/25, 11:49 AM    ModernLuxe Modern Luury MultiFunctional Island Vanity Dresser and Storage Cabinet with Glass Tabletop Display Shelf6 Dr…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 282 of 427 PageID #:312







ModernLuxe Modern Luury MultiFunctional Island Vanity Dresser and Storage Cabinet with Glass Tabletop Display Shelf6 Drawers for WalkinWardrobe and Bedroom

Shop ModernLuxe   ☆☆☆☆☆ 0 ∨

## $291.58

12/11/25, 11:49 AM — ModernLuxe Modern Luury MultiFunctional Island Vanity Dresser and Storage Cabinet with Glass Tabletop Display Shelf6 Dr…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 283 of 427 PageID #:313



View All Images

ModernLuxe Modern Luury MultiFunctional Island Vanity Dresser and Storage Cabinet with Glass Tabletop Display Shelf6 Drawers for WalkinWardro Bedroom

Item #7575432 | Model #L3P-BS325564AAK

Shop ModernLuxe

 0

Now **$291**.58 ~~$316.93~~

You save $25.35 | Ends Dec 30

Marketplace items sold by a third party are not eligible for Lowe's offers. ⓘ

Buy Now, Pay Later
$24.97 with 12 monthly payments. Learn How

[ − ]  1  [ + ]  Add to Cart

Maximum Qty of 5

| Pickup | Delivery |
| --- | --- |
| Unavailable | **Fri, Dec 19** |
| | 339 Available |



ModernLuxe Modern Luury MultiFunctional Island Vanity Dresser and Storage Cabinet with Glass Tabletop Display Shelf6 Drawers for WalkinWardrobe and Bedroom

Shop ModernLuxe

✅ Get it by Fri, Dec 19
Outside Delivery.

 0

$291.58

**What We Offer**

☑ Protection
From $34.97

🛍 Sold and Shipped by GigaCloud Technology USA Inc

12/11/25, 11:49 AM    ModernLuxe Modern Luury Multi functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop Display Shelf6 Dr...

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 284 of 427 PageID #:314

 Report an issue  with this product or seller

💲 Members save more.  Sign in or join for FREE



### Best Price. Guaranteed

Find a lower price on an exact item? We'll match it. Some exclusions apply.

Learn More



### FREE Returns

Return it in store or ship it back for free. Eligibility rules apply.

Learn More

### Pay Your Way

Credit card, PayPal or Buy Now, Pay Later options available at checkout. Your choice.

Learn More

## Overview

Modern Luury MultiFunctional Island Vanity Dresser and Storage Cabinet with Glass Tabletop Display Shelf6 Drawers for WalkinWardrobe and Bedroom

- Versatile Hub of Utility: This multifunctional marvel isn't just a dresser,Äîit's a dynamic centerpiece designed to streamline your daily routine; Featuring a lustrous glass and a chic display shelf alongside six spacious drawers and convenient open shelves it seamlessly integrates style with practicality;
- Abundant Storage Solutions: From cherished trinkets to everyday essentials this cabinet offers a sanctuary for your belongings; Its array of storage compartments,Äîdrawers and thoughtfully designed open shelves,Äîprovide a sanctuary for organization ensuring everything has its designated place;
- Effortless Organization at Your Fingertips: Bid farewell to clutter-induced chaos and embrace the serenity of seamless organization; With its intuitive design accessing essentials becomes a breeze; The drawers glide open effortlessly while the open shelves offer quick and easy access to frequently used items;
- Practical Luxury for Every Space: Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary this dresser effortlessly adapts to any environment; Its space-saving design maximizes utility without compromising on style making it an indispensable addition to any discerning home;
- Tailored for the Discerning: Designed with the discerning homeowner in mind this dresser embodies sophistication and functionality in equal measure; Its thoughtful elements cater to the demands of modern living ensuring a seamless blend of style and practicality;
- Customer Support: Contact us directly through Messaging for any questions - we respond within 24 hours.

## Specifications

## Reviews ⭐⭐⭐⭐⭐ 0 ( 0 )

## Community Q & A

## RELATED SEARCHES

| ModernLuxe Kitchen Islands & Carts | ModernLuxe Beds | ModernLuxe Bunk Beds | ModernLuxe TV Stands | Mode |

🔼 Back to Top



ModernLuxe Modern Luury MultiFunctional Island Vanity Dresser and Storage Cabinet with Glass Tabletop Display Shelf6 Drawers for WalkinWardrobe and Bedroom

Shop ModernLuxe   ⭐⭐⭐⭐⭐ 0

Ask MyIow    Contact Us & FAQ    Order Status    Lowe's Credit Center    Gift Cards    Installation Services

**$291.58**

About Lowe's

Stores & Services

Customer Service

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 285 of 427 PageID #:315



Our stores will close on 12/24/25 at 6 p.m. and will reopen on 12/26/25. Shop Online Deals Now >

$0

What can we help you find?

Shop All    Holiday Decorations    Appliances    Bathroom    Building Supplies    Flooring    Lighting    Plumbing    Tools    Doors & Windows    Outdoor    Gift Z

E. San Jose Lowe's **Closed** ⌄    🚚 95131 ⌄

Prices, Promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products a are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated off correct any errors, inaccuracies or omissions including after an order has been submitted.

Home Decor / Furniture / Bedroom Furniture / Dressers

ℹ Viewed 12/26/2025                                                                                          Mo

Feedback

Bayfeve Luxury Multi-Functional Island Vanity Dresser Cream White 6 -Drawer 60.4-in ...        **$585.11**

Shop Bayfeve  ☆☆☆☆☆ 0 ⌄



12/26/25, 5:0... Bayfeve Luxury Multi-Functional Island Vanity Dresser Cream White 6 -Drawer 60.4-in Cambo... dresser in the Dressers depart...

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 286 of 427 PageID #:316



Bayfeve Luxury Multi-Functional Island Vanity Dresser Cream White 6 -Drawer 60.4-in ...

Shop Bayfeve  ☆☆☆☆☆ 0 ⌄

**$585.11**

12/26/25, 5:0... Bayfeve Luxury Multi-Functional Island Vanity Dresser Cream White 6 -Drawer 60.4... Cream boxes in the Dressers depart…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 287 of 427 PageID #:317









Bayfeve Luxury Multi-Functional Island Vanity Dresser Cream White 6 -Drawer 60.4-in …

Shop Bayfeve  ☆☆☆☆☆ 0 ∨

**$585.11**

12/26/25, 5:0... Bayfeve Luxury Multi-Functional Island Vanity Dresser Cream White 6 -Drawer 60.4-in Gambo... dresser in the Dressers depart...

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 288 of 427 PageID #:318









Bayfeve Luxury Multi-Functional Island Vanity Dresser Cream White 6 -Drawer 60.4-in ...

Shop Bayfeve  ☆☆☆☆☆ 0 ⌄

**$585.11**






Bayfeve Luxury Multi-Functional Island Vanity Dresser Cream White 6 -Drawer 60.4-in ...

Shop Bayfeve ☆☆☆☆☆ 0 ˅

**$585.11**

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 290 of 427 PageID #:320



**View Less Images**

Bayfeve Luxury Multi-Functional Island Vanity Dresser Cream White 6 -Drawer 60.4-in Combo dresser

Item #6588242 | Model #BF-5564K-IN

Shop Bayfeve

☆ · ♡ ⭐☆☆ 0 ⌄

# $585.11

$555.85 When you choose 5% savings on eligible purchases every day. Learn How    **OR**    $98/mo Suggested payments with 6 month special financ... Learn How

Buy Now, Pay Later
$50.09 with 12 monthly payments. **Learn How**

− 1 + | **Add to Cart**

**Pickup** ✓
Ready by **Thu, Jan 8**
674 Available

**Delivery**
As soon as **Thu, Jan 8**
674 Available

📦 FREE Pickup at **E. San Jose Lowe's**

**What We Offer**

✔ **Protection**
From $69.97

Members save more. Sign in or join for FREE

Bayfeve Luxury Multi-Functional Island Vanity Dresser Cream White 6 -Drawer 60.4-in ...

Shop Bayfeve   ☆☆☆☆☆ 0 ⌄     **$585.11**

Reset ↺

12/26/25, 5:0... Bayfeve Luxury Multi-Functional Island Vanity Dresser Cream White 60.4-in ... 6 Drawer 60.4-in Gamboured in the Dressers depart…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 291 of 427 PageID #:321

| | | | | |
|---|---|---|---|---|
| $619.99 | $207.00 | $255.57 | $183.05 | $190.47 |
| More like this | More like this | More like this | More like this | More like th |
| $209.11 $310.95 Save 32% | $224.39 $296.76 Save 24% | $193.99 | $271.28 | $164.99 |
| More like this | More like this | More like this | More like this | More like th |

## BETTER TOGETHER



**Current Item**     **Selected**    **Selected**    **Selected**

**Bayfeve** Luxury Multi-Functional Island Vanity Dresser Cream White 6 -...

$585.11

+

**OSHOME** Rustic Reclaimed Barn Wood Laminate 2.0 -Drawer 17.25-in W x 19.75-...

$46.20

+

**ModernLuxe** Elegant Vanity Makeup Table Chair Set Modern...

$179.96
$205.26 Save $25.30 (12%)

+

**ModernLuxe** Sideboard Buffet Cabinet with Storage Buffet Cabinet...

$408.17
$453.52 Save $45.35 (10%)

Subtotal: **$1,219.44**

Bayfeve Luxury Multi-Functional Island Vanity Dresser Cream White 6 -Drawer 60.4-in ...

Shop Bayfeve   ☆☆☆☆☆ 0 ⌄    **$585.11**



**Best Price. Guaranteed**

Find a lower price on an exact item? We'll match it. Some exclusions apply.

Learn More



**FREE Returns**

Return it in store or ship it back for free. Eligibility rules apply.

Learn More



**Pay Your Way**

Credit card, PayPal or Buy Now, Pay Later options available at checkout. Your choice.

Learn More

## Overview

Our modern luxury island-style vanity and storage cabinet, a versatile centerpiece designed to elevate your living space with its elegant contemporary design and multi practicality.

- This versatile vanity storage cabinet island offers multifunctional utility, serving as a comprehensive solution for various needs, It seamlessly transitions between roles bedroom armoire, dresser, display cabinet, adapting effortlessly to different settings and purposes.
- Versatile Hub of Utility: Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integra with practicality.
- Various Forms of Storage Options:Drawers, cabinets, open shelving – providing suitable placements for every cherished item in your life.
- Brown Glass Tabletop:The beautiful tea-colored glass paired with the elegant cream white finish elevates your home decor, Its stylish lines, modern design, and exqui add sophistication and refinement to any room.
- Graceful Golden Handles:The golden hue exudes a sense of opulence and can complement various design styles, from classic to modern.
- Thoughtful Small Grid Design Inside the Drawer:This design can maximize storage efficiency within the drawer, and it prevents items from shifting or getting mixed u easier to locate and access specific items when needed.
- Weight Capacity:Top:165 LBS; Glass Shelf: 35 LBS; Drawer:30 LBS; Jewelry Storage Tray: 10 LBS
- Product Care:Wipe clean with a dry cloth,Do not use strong liquid cleaners.
- This Island Dresser in 2 boxs with all hardware included and Full Assembly Needed

## Specifications

### General

| Collection Name | Luxury Multi-Functional Island Vanity Dresser | Material | Composite |
|---|---|---|---|
| Color Shade | Light | Style | Contemporary |
| Color/Finish Family | White | Shape | Rectangular |
| Finish Type | Finished | Number of Drawers | 6 |
| Manufacturer Color/Finish | Cream White | Number of Shelves | 1 |
| Type | Combo dresser | Trend | Modern |

### Dimensions

| Depth (Inches) | 18.7 | Width (Inches) | 60.4 |
|---|---|---|---|
| Height (Inches) | 33.1 | | |

Bayfeve Luxury Multi-Functional Island Vanity Dresser Cream White 6 -Drawer 60.4-in ...

Shop Bayfeve   ★★★★★ 0 ⌄

**$585.11**

| Jewelry Tray Included | Yes | Tip-Resistant Hardware | No |
|---|---|---|---|

12/26/25, 5:0... Bayfeve Luxury Multi-Functional Island Vanity Dresser Cream White 6 -Drawer 60.4-in Gambol dresser in the Dressers depart...

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 293 of 427 PageID #:323



## Certifications

| CA Residents: Prop 65 Warning(s) | No | | |

## Warranty

| Warranty | 90-day limited | | |

## Miscellaneous

| UNSPSC | 56101500 | | |

Check out the Best Selling Dressers on Lowes.com

## Reviews



**Write Review**

Be the first to leave a review.

## Community Q & A

0 Questions

**Ask a Question**

Be the first to ask a question

## COMPARE PRODUCTS

| Name | Current Item | | |
|---|---|---|---|
| |  |  |  |
| Bayfeve Luxury Multi-Functional Island Vanity Dresser Cream White 6 -Drawer 60.4-in ... | | **$585.11** | |
| Shop Bayfeve ☆☆☆☆☆ 0 ⌄ | | | |

**Bayfeve** Luxury Multi-Functional Island Vanity Dresser Cream White 6 -Draw...

**JIMSMAISON** Cream White 4 -Drawer 60.4-in Standard dresser

**Clihome** White 6 -Drawer Standard dresser

View Details
$619.99

View Details
$682.5

| | | |
|---|---|---|
| Price | $585.11 | |
| Ratings | ★★★★★ | Composite |
| Material | Composite | 4 |
| Number of Drawers | 6 | 6 |

View More ⌄

## FEATURED PRODUCTS

Sponsored

   

$984.69

$1,579.00

$2,499.00

$865.36

★★★★★ 349

★★★★★ 76

★★★★★ 76

★★★★★ 348

**KINGSDOWN** Passions Atherstone 15-in Plush Queen Hybrid Memory Foam/Coil Blend Mattress

**KINGSDOWN** Vintage Garden Park 16-in Plush Full Hybrid Memory Foam/Coil Blend Mattress

**KINGSDOWN** Vintage Garden Park 16-in Firm King Hybrid Memory Foam/Coil Blend Mattress

**KINGSDOWN** Passions Atherst Firm Twin extra long Hybrid M Foam/Coil Blend Mattress

Add to Cart

Add to Cart

Add to Cart

Add to Cart

## COMPLETE YOUR ROOM

   

$850.19

$302.49

$1,228.00

$174.75
$205.59 Save 15%

★★★☆☆ 2

★★★★★ 3

**Jennifer Taylor Home** King Almond White Wood Platform Bed with Headboard

**Safavieh** Vermont Cansu 8 x 10 (ft) Synthetic Ivory Rectangular Indoor Trellis

**CWI Lighting** Stefania 17 -Light Chrome Indoor Crystal Mixed material Chandelier

**Leick Home** White Poplar 24-in H Modern Nightstand

Bayfeve Luxury Multi-Functional Island Vanity Dresser Cream White 6 -Drawer 60.4-in ...

Shop Bayfeve ★★★★★ 0 ⌄

$585.11

## REGULARLY BOUGHT TOGETHER

All    Same Brand    Makeup Vanities    Beds



$169.00

~~$240.00~~ Save 29%

**Homy Casa** MUVNT Black Cherry 29.2 in Small Vanity Table Set with Sliding Mirror and Cushioned Stool for Bedroom or…

Add to Cart



$480.59

**Bayfeve** Queen White Wood Platform Bed with Headboard

Add to Cart



$197.99

**Vynxaria** White Vanity Dressing Table with LED Mirror 3 Drawers 2 Open Shelves 4 Hidden Cabinets Transparent…

Add to Cart



$211.99

**Vynxaria** White 3 in 1 Dressing LED Mirror Storage Stool 4 Dro Storage Cabinet Hidden Stool

Add to Cart

## PREVIOUSLY VIEWED



$585.11

**Bayfeve** Luxury Multi-Functional Island Vanity Dresser Cream White 6 -Drawer 60.4-in Combo dresser

Add to Cart



$219.49

~~$316.93~~ Save 30%

**ModernLuxe** Modern Luury MultiFunctional Island Vanity Dresser and Storage Cabinet with Glass…

Add to Cart



$485.74

**SINOFURN** Farmhouse/Rustic Brown 62.6-in W TV cabinet ( Accommodates TVs up to 75-in )

Add to Cart



$619.99

**JIMSMAISON** Cream White 4 - 60.4-in Standard dresser

Add to Cart

## RELATED SEARCHES

Bayfeve Dressers    Dressers    White Makeup Vanities    White Dressers    6 Drawer Dressers    Combo

▲ Back to Top

 Ask Mylow

 Contact Us & FAQ

 Order Status

 Lowe's Credit Center

 Gift Cards

 Installation Services

Bayfeve Luxury Multi-Functional Island Vanity Dresser Cream White 6 -Drawer 60.4-in …

$585.11

Shop Bayfeve    ☆☆☆☆☆ 0 ▾

Stores & Services

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 296 of 427 PageID #:326













**Already have this product?**
**Snap a pic for all to see!**





Upload photo

Show fewer images

# About this item

## Details ︿

### Description

Product Overview
This modern luxury multi functional island vanity dresser is a sophisticated storage and display centerpiece designed for walk in wardrobes and bedrooms. Featuring a clear glass tabletop, open display shelf, and six spacious drawers, it combines elegant design with powerful organization to streamline your daily routine and elevate your living space.
Specifications
Product Type: Vanity Dresser
Main Material: MDF and Glass
Finished Back: Yes
Product Care: Wipe clean with a dry cloth do not use strong liquid cleaners
Top Weight Capacity: 165 lbs
Glass Shelf Weight Capacity: 35 lbs
Each Drawer Weight Capacity: 30 lbs

Show more

## Specifications ︿

**Dimensions (Overall):** 33.1 inches (H) x 60.4 inches (W) x 18.7 inches (D)

**Weight:** 167.6 pounds

**Material:** MDF (Medium-Density Fiberboard) (Frame)

**Suggested Age:** Adult (18 Years and Up)

**Assembly Details:** Adult Assembly Required, Some Tools Provided

**Drawers:** 6

**Warranty:** 30 Day Limited Warranty. To obtain a copy of the manufacturer's or supplier's warranty for this item prior to purchasing the item, please call Target Guest Services at 1-800-591-3869

**TCIN:** 1007804595

**UPC:** 708494995795

**Origin:** imported

The above item details were provided by the Target Plus™ Partner. Target does not represent or warrant that this information is accurate or complete. On occasion, manufacturers may modify their items and update their labels.

We recommend that you do not rely solely on the information presented. If you have a specific question about this item, you may consult the item's label, contact the manufacturer directly or call Target Guest Services at 1-800-591-3869.

If the item details aren't accurate or complete, we want to know about it. **Report this item.**

## Shipping & Returns ︿

### Shipping details

Estimated ship dimensions: 21.25 inches length x 33.8 inches width x 7.09 inches height
Estimated ship weight: 77.16 pounds
We regret that this item cannot be shipped to PO Boxes.
This item cannot be shipped to the following locations: American Samoa (see also separate entry under AS), Guam (see also separate entry under GU), Northern Mariana Islands, Puerto Rico (see also separate entry under PR), United States Minor Outlying Islands, Virgin Islands, U.S., APO/FPO, Alaska, Hawaii, American Samoa (see also separate entry under AS), Guam (see also separate entry under GU), Northern Mariana Islands, Puerto Rico (see also separate entry under PR), United States Minor Outlying Islands, Virgin Islands, U.S., APO/FPO, Alaska, Hawaii
item ships from third party seller: LVIDEN LLC



**Return details**

This item can be returned to any Target store or Target.com.

This item must be returned within 30 days of the date it was purchased in store, shipped, delivered by a Shipt shopper, or made ready for pickup.

See the return policy for complete information.

## Q&A

<div style="border: 1px solid red; text-align:center">Ask a question</div>

 

A collection to help you maximize the little comforts of fall, made in collaboration with Chip & Joanna Gaines.

Sponsored

## Discover more options



**$110.22 - $118.33**
reg $275.55 - $295.83 Sale
63 Inch Long Dresser with 10 Fabric Drawers and…

Add to cart



**$228.00**
reg $456.00 Sale
Slim 6 Drawer Dresser with Open Shelf, Space…

Add to cart



**$180.99 - $187.99**
reg $229.99 Sale
6 Dresser for Bedroom, 47 in Wide Drawer…

Add to cart



**$37.99**
reg $69.99 Sale
JIONJOY 5-Drawer Fabric Dresser - Metal Frame,…

Add to cart



**$199.99 - $249.99**
reg $249.99 - $312.99 Sale
AMERLIFE Storage Dresser, Modern Chest…

Add to cart



$174
reg $
5 Dra
Bedr

Add

## Trending Dressers



🎀 Bestseller
**$22.00**
4 Drawer Skinny Tower Dark Gray - Brightroom™: Plastic Storage Drawers…
★★★★★ 544 reviews

Add to cart



🎄 Highly rated
**$179.98 - $239.99**
reg $299.96 - $399.98 Sale
Resenkos Modern Mid Century 6 Drawer Wide…
Sponsored
★★★★★ 595 reviews

Add to cart



🎀 Bestseller
**$20.00**
Leopard Print Stacking Drawers - Threshold™
★★★★☆ 66 reviews

Add to cart



🎄 Highly rated
**$499.99**
Graco Sasha 6-Drawer Double Dresser
Sponsored
★★★★★ 21 reviews

Add to cart



**$155.00**
Modern 4 Drawer Dresser - Room Essentials™
★★★☆☆ 410 reviews

Add to cart



$20.0
Leop
Orga
★★

Add

## Related categories

12/26/25, 4:36... Mshliw Multi-functional Island Vanity Dresser with Glass Top Display Cabinet and 6 Drawers Storage for Walk-in Wardrobe B…

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 301 of 427 PageID #:331

| Dressers | Bedroom Furniture | Changing Tables & Dressers | Storage Furniture | Dorm Bedroom Furniture | Furniture Deals |

## #TargetStyle

  

## Featured products



**$244.95**
reg $489.90 Sale
Brafabhome Natural Rattan 10 Deep Drawer…
Sponsored
★★★★★ 1 review

Add to cart



**$175.99 - $199.99**
reg $583.99 - $809.99 Sale
Natural Rattan 6-Drawer Dresser with Deep…
Sponsored
★★★★☆ 8 reviews

Add to cart



**$299.99**
reg $339.99 Sale
LuxenHome Columbia Engineered Wood 47.5-…
Sponsored
★★★★☆ 6 reviews

Add to cart



**$199.99**
reg $499.99 Sale
Rattan 6 Drawer Dresser, 47in Wide Natural Oak …
Sponsored
★★★★★ 2 reviews

Add to cart



**$149.99**
reg $499.99 Sale
5 Drawer Dresser for Bedroom, Natural…
Sponsored
★★★★☆ 4 reviews

Add to cart



**$242**
reg $…
Brafa…
Draw…
Spon…
★★
Add



● ○ ○ ○

## Guest ratings & reviews (0)

☆ ☆ ☆ ☆ ☆

Guests have not rated this yet--be the first!

Write a review

### Policies, terms and conditions



Get 20% off one qualifying storewide purchase with ⊙ circle as a verified college student

Sponsored



Sponsored

Get top deals, latest trends, and more.

Email address

**Sign up**    Privacy policy ⧉

*See offer details. Restrictions apply. Pricing, promotions and availability may vary by location and at Target.com

| About Us | Help | Stores | Services |
|---|---|---|---|
| About Target | Target Help | Find a Store | Target Circle™ |
| Careers | Returns | Clinic | Target Circle™ Card |
| News & Blog | Track Orders | Pharmacy | Target Circle 360™ |
| Target Brands | Recalls | Target Optical | Target App |
| Bullseye Shop | Contact Us | More In-Store Services | Registry |
| Sustainability & Governance | Feedback | | Same Day Delivery |
| Press Center | Accessibility | | Order Pickup |
| Advertise with Us | Security & Fraud | | Drive Up |
| Investors | Team Member Services | | Free 2-Day Shipping |
| Affiliates & Partners | Legal & Privacy | | Shipping & Delivery |
| Suppliers | | | More Services |
| TargetPlus | | | |

Expect More. Pay Less.



Ship to 52404    Cedar Rapids South

Download the Target app & get more in one place.

Target > Furniture > Bedroom Furniture > Dressers




Shop all Whisen

# Whisen Wooden Captain Two-Drawer Nightstand Kids Night Stand End Side Table

☆☆☆☆☆ be the first!

**$289.99** reg $579.98
**Sale** save $289.99 (50% off)

**size**   with 6 drawers

[ with 6 drawers ]   [ with 7 drawers ]

**Ship to 52404**   Edit ZIP code

Arrives by Sat, Jan 3
Ships free - exclusions apply
This item isn't sold in stores

Qty 1 ⌄    **Add to cart**

Sign in to buy now

**Free & easy returns**
Return this item by mail or in store within 30 days for a full refund.

**Sold & shipped by**
Whisen

**2 Year Furniture Protection Plan ($200-$299.99) - Allstate**
$35.00 · See plan details

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 304 of 427 PageID #:334











Report this item

🎁    Eligible for registries and wish lists

✍️    **Add to list**

🟥    **Save 5% every day**
With Target Circle™ Card    ⓘ

ⓐ    **Pay zero interest or as low as $27/month**
With Affirm    ⓘ

**P**    **Pay in 4**
Pay in 4 interest-free payments of $72.50    ⓘ

Sign in





Keep an eye on the latest trends & ideas   ◎ finds

Sponsored

12/26/25, 5:08 PM

Whisen Wooden Captain Two Drawer Nightstand Dresser End Storage Cabinet Table with Legs Tabletop, Cabinet, Drawers : Clean White : Target



**Already have this product?**
**Snap a pic for all to see!**

📷 Upload photo

Show fewer images

## About this item

### Details ⌃

#### Highlights

- Multifunctional Design Centerpiece – Combines a sleek glass tabletop with display shelving and abundant storage, serving simultaneously as a vanity, display unit, and dresser for ultimate versatility.

- Intelligent Storage System – Features six smooth-gliding drawers paired with open shelving to accommodate everything from delicate accessories to bulky essentials with perfect organization.

- Luxury Meets Accessibility – The strategic combination of concealed drawers and open compartments creates a harmonious balance between hidden storage and quick-access convenience.

- Adaptable Spatial Solution – Designed to enhance both spacious walk-in closets and cozy bedroom nooks, its streamlined profile delivers maximum utility without dominating the room.

- Refined Contemporary Craftsmanship – Exhibits premium materials and thoughtful detailing that elevates everyday routines into sophisticated experiences, perfect for design-conscious organizers.

- Overall Product Dimensions: 60.4"L × 18.7"W × 33.1"H

- Top/Glass Shelf/Drawer/Jewelry Storage Tray Weight Capacity: 165/35/30/10lbs

Show less

#### Description

Elevate your space with this sophisticated island-style vanity cabinet that blends modern luxury with exceptional functionality. Designed for discerning homeowners, this exquisite piece features a contemporary silhouette with premium craftsmanship and thoughtful storage solutions. Six generously-sized drawers provide ample space for organizing essentials while open shelving offers stylish display opportunities. The elegant design transitions seamlessly between walk-in closets and bedroom suites, creating a focal point wherever placed. Meticulously constructed from high-quality materials, this versatile cabinet combines durability with refined aesthetics. Its clutter-free organization system maintains a serene atmosphere while keeping belongings easily accessible. The clean lines and upscale finishes complement various decor styles from modern minimalist to transitional elegance. Perfect for those who appreciate both form and function, this statement piece delivers superior storage capacity without compromising on style.

### Specifications ⌃

**Dimensions (Overall):** 33.1 inches (H) x 60.4 inches (W) x 18.7 inches (D)

**Weight:** 167.6 pounds

**Material:** MDF (Medium-Density Fiberboard) (Frame)

**Suggested Age:** Adult (18 Years and Up)

**Assembly Details:** Adult Assembly Required, Tools Provided

**Drawers:** 6

**Warranty:** 90 Day Limited Warranty. To obtain a copy of the manufacturer's or supplier's warranty for this item prior to purchasing the item, please call Target Guest Services at 1-800-591-3869

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 307 of 427 PageID #:337

**TCIN**: 1005254764

---

**UPC**: 725530852638

---

**Origin**: imported

---

The above item details were provided by the Target Plus™ Partner. Target does not represent or warrant that this information is accurate or complete. On occasion, manufacturers may modify their items and update their labels.

We recommend that you do not rely solely on the information presented. If you have a specific question about this item, you may consult the item's label, contact the manufacturer directly or call Target Guest Services at 1-800-591-3869.

If the item details aren't accurate or complete, we want to know about it. **Report this item.**

---

## Shipping & Returns                                                                                                        ⌃

### Shipping details

Estimated ship dimensions: 22.5 inches length x 37.5 inches width x 8.23 inches height
Estimated ship weight: 94.14 pounds
We regret that this item cannot be shipped to PO Boxes.
This item cannot be shipped to the following locations: American Samoa (see also separate entry under AS), Guam (see also separate entry under GU), Northern Mariana Islands, Puerto Rico (see also separate entry under PR), United States Minor Outlying Islands, Virgin Islands, U.S., APO/FPO, Alaska, Hawaii, American Samoa (see also separate entry under AS), Guam (see also separate entry under GU), Northern Mariana Islands, Puerto Rico (see also separate entry under PR), United States Minor Outlying Islands, Virgin Islands, U.S., APO/FPO, Alaska, Hawaii
item ships from third party seller: Whisen

### Return details

This item can be returned to any Target store or Target.com.
This item must be returned within 30 days of the date it was purchased in store, shipped, delivered by a Shipt shopper, or made ready for pickup.
See the return policy for complete information.

---

## Q&A                                                                                                                        ⌃

**Ask a question**

---

## Warnings & Disclosures                                                                                                     ⌃

 WARNING:This product can expose you to chemicals including Wood dust, which is known to the State of California to cause cancer. For more information go to www.P65Warnings.ca.gov. For more information, go to https://www.p65warnings.ca.gov/


Get 20% off one qualifying storewide purchase with ⊙circle as a verified college student

Sponsored

## Discover more options



**$118.99**
reg $237.98 Sale
Whisen Wooden Captain Two-Drawer Nightstand…

Add to cart



**$168.99 - $230.99**
reg $248.51 - $366.65 Sale
happimess Jacob 31.5" Wicker Storage Trunk
Sponsored
★ ★ ★ ★ ★  1 review

Add to cart



**$695.99**
reg $993.99 Sale
TIRAMISUBEST 71"H Armoire Wardrobe Clos…

Add to cart



**$138.19**
reg $690.95 Sale
29.9" Small Rattan Buffet Cabinet with Drawer &…

Add to cart



**$129.19**
reg $645.95 Sale
DobleePy 31.5" Black Small Rattan Buffet…

Add to cart



**$132.30 - $137.86**
reg $299.99 Sale
Rattan Sideboard Buffet Cabinet, 30'' Wooden…

Add to cart



**$99.99**
reg $119.99 Sale
Mojgar Medical Carts with Wheels 2 Tier Mob

Add to cart

• • • •

## Frequently bought together



**$134.94**
Buzz & Bloom Small Kids 3-Drawer Wood Dresser Chest for Bedrooms
★ ★ ★ ★ ☆  16 reviews



**$245.52 - $369.90**
reg $390.40 - $774.52 Sale
Sapphtopaz Wooden Full Size Bed Frame with…



**$129.99 - $157.64**
Delta Children Kids' 3D Toddler Bed
★ ★ ★ ★ ☆  64 reviews



**$29.49 - $34.99**
Kids' Bookshelf 4 Tier Book Organizer Seafoam - Humble Crew
★ ★ ★ ★ ★  38 reviews



**$20.00 - $30.00**
Twill Solid Kids' Blackout Window Curtain Panel White - Pillowfort™
★ ★ ★ ★ ★  381 reviews



**$19.99**
NCAA Cincinnati Bearcats 16" Heather Gray Sweatshirt Pillow



**$63.99**
MLB Chicago Cubs Rotary Bed Set
★ ☆ ☆ ☆ ☆  1 review

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 309 of 427 PageID #:339

Add to cart    Add to cart    Add to cart    Add to cart    Add to cart    Add to cart    Add to cart

■ ● ●

## Guests also viewed



**$271.36 - $292.23**
reg $347.90 Sale
Famapy 9 Drawer Dresser Classic Style Metal…
★★★★★ 5 reviews

Add to cart



**$252.54**
reg $366.00 Sale
Famapy Contemporary Minimalist 9 - Drawer…
Sponsored
★★★★☆ 6 reviews

Add to cart



**$227.24 - $242.19**
reg $299.00 Sale
Famapy Modern Minimalist 9 Drawer…
★★★★☆ 19 reviews

Add to cart



**$249.71 - $279.99**
reg $378.35 Sale
Famapy Versatile 10 - Drawer Cabinet Dresser…
Sponsored
★★★★☆ 15 reviews

Add to cart



**$256.23**
reg $351.00 Sale
Famapy Large White 12 Drawers Dresser With…
★★★★☆ 7 reviews

Add to cart



**$267.79 - $269.90**
reg $439.00 Sale
Famapy Modern 8-Drawer Chest with LED Base…
★★★★★ 9 reviews

Add to cart



**$232.70**
reg $358.00 Sale
Famapy Black 9 Drawer Concealed Handle Arch
★★★★★ 4 reviews

Add to cart

■ ● ● ●

## Related categories

Dressers    Bedroom Furniture    Changing Tables & Dressers    Storage Furniture    Dorm Bedroom Furniture    Furniture Deals

## #TargetStyle







12/26/25, 5:08 PM
Whisen Multifunctional Storage Vanity Dresser and Storage Cabinet with Glass Tabletop, Cabinet, Drawers : Green White : Target

8/10

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 310 of 427 PageID #:340

## Featured products



**$236.00**
reg $472.00 Sale
Natural 7-Drawer Dresser
with Recessed Handles...
Sponsored
★ ★ ★ ★ ★  1 review

Add to cart



**$244.95**
reg $489.90 Sale
Brafabhome Natural
Rattan 10 Deep Drawer...
Sponsored

Add to cart



**$149.99**
reg $499.99 Sale
5 Drawer Dresser for
Bedroom, Natural...
Sponsored
★ ★ ★ ★ ☆  4 reviews

Add to cart



**$169.99 - $219.99**
reg $399.99 - $519.99 Sale
Modern Large Dresser
with Deep Storage...
Sponsored
★ ★ ★ ☆ ☆  2 reviews

Add to cart



**$199.99**
reg $499.99 Sale
Rattan 6 Drawer Dresser,
47in Wide Natural Oak ...
Sponsored
★ ★ ★ ★ ★  2 reviews

Add to cart



**$269.99**
reg $319.99 Sale
Signature Design by
Ashley Deanlow 6 Draw...
Sponsored
★ ★ ★ ☆ ☆  116 reviews

Add to cart



**$142.99**
reg $279.99 Sale
31.5" Sideboard Buffet
with Handmade Rattan...
Sponsored
★ ★ ★ ★ ★  1 review

Add to cart



## Guest ratings & reviews (0)

☆ ☆ ☆ ☆ ☆

Guests have not rated this yet--be the first!

Write a review

⌄ **Policies, terms and conditions**



Sponsored



Sponsored

## Get top deals, latest trends, and more.

Email address

**Sign up**

Privacy policy

*See offer details.* Restrictions apply. Pricing, promotions and availability may vary by location and at Target.com

| About Us | Help | Stores | Services |
|---|---|---|---|
| About Target | Target Help | Find a Store | Target Circle™ |
| Careers | Returns | Clinic | Target Circle™ Card |
| News & Blog | Track Orders | Pharmacy | Target Circle 360™ |
| Target Brands | Recalls | Target Optical | Target App |
| Bullseye Shop | Contact Us | More In-Store Services | Registry |
| Sustainability & Governance | Feedback | | Same Day Delivery |
| Press Center | Accessibility | | Order Pickup |
| Advertise with Us | Security & Fraud | | |
| Investors | Team Member Services | | |
| Affiliates & Partners | Legal & Privacy | | |

12/26/25, 5:08 PM

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 312 of 427 PageID #:342

Whisen Wooden Functional Studio Vanity Dresser and Storage Cabinet Town with Edges Tabletop, Cabinet, Drawers : Cream White : Target

Suppliers

TargetPlus

Drive Up

Free 2-Day Shipping

Shipping & Delivery

More Services

Expect More. Pay Less.

Terms   CA Supply Chain   Privacy Policy   CA Privacy Rights   Your Privacy Choices   Interest Based Ads   Health Privacy Policy   TM & © 2025 Target Brands, Inc.

12/26/25, 5:13 PM

ORRD Multi-Functional Kitchen Island & Vanity Dresser with 6 Drawers, Modern Storage Cabinet with Glass Top for Bedroom : Target

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 313 of 427 PageID #:343



Ship to 52404          Cedar Rapids South

What can we help you find?          Account




Keep an eye on the latest trends & ideas

Target  >  Furniture  >  Bedroom Furniture  >  Armoires & Wardrobes

Shop all ORRD

## ORRD Multi-Functional Kitchen Island & Vanity Dresser with 6 Drawers, Modern Storage Cabinet with Glass Top for Bedroom

☆☆☆☆☆ be the first!    |    New at ⊙

**$356.32** reg $386.32

**Sale** save $30.00 (8% off)

Ship to 52404    Edit ZIP code

**Arrives by Wed, Dec 31**

Ships free - exclusions apply

This item isn't sold in stores

Qty 1 ⌄          **Add to cart**

Sign in to buy now

**Free & easy returns**
Return this item by mail or in store within 30 days for a full refund.

**Sold & shipped by**
ORRD Direct

2 Year Furniture Protection Plan ($300-$399.99) - Allstate
$40.00 · See plan details

Report this item

Eligible for registries and wish lists          Sign in

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 314 of 427 PageID #:344










 Add to list

Save 5% every day
With Target Circle™ Card

Pay zero interest or as low as $34/month
With Affirm

Pay in 4
Pay in 4 interest-free payments of $89.08

Shop what's new & now at Target

Sponsored

Case: 1-26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 315 of 427 PageID #:345




**Already have this product?**

**Snap a pic for all to see!**

📷 Upload photo

Show fewer images

## About this item

### Details

^

#### Highlights

- Versatile Hub of Utility: This multifunctional marvel isn't just a dresser—it's a dynamic centerpiece designed to streamline your daily routine. Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integrates style with practicality.
- Abundant Storage Solutions: From cherished trinkets to everyday essentials, this cabinet offers a sanctuary for your belongings. Its array of storage compartments—six ample drawers and thoughtfully designed open shelves—provide a sanctuary for organization, ensuring everything has its designated place.

#### Description

Elevate your bedroom or walk-in wardrobe with the ORRD Multi-Functional Island Dresser. This luxury centerpiece features a durable glass tabletop, a chic display shelf, and abundant storage with 6 smooth-gliding drawers. Its versatile design combines modern elegance with practical organization, offering a stylish and clutter-free solution for your daily essentials. Redefine your space with effortless sophistication.

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 316 of 427 PageID #:346

- Effortless Organization at Your Fingertips: Bid farewell to clutter-induced chaos and embrace the serenity of seamless organization. With its intuitive design, accessing your essentials becomes a breeze. The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently used items.

- Practical Luxury for Every Space: Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.

- Tailored for the Discerning: Designed with the discerning homeowner in mind, this dresser embodies sophistication and functionality in equal measure. Its thoughtful design elements cater to the demands of modern living, ensuring a seamless blend of style and practicality.

Show less

## Specifications

**Dimensions (Overall):** 22.5 inches (H) x 8.23 inches (W) x 37.5 inches (D)

**Weight:** 188.28 pounds

**Material:** MDF (Medium-Density Fiberboard) (Frame)

**Suggested Age:** 13 Years and Up

**Assembly Details:** Adult Assembly Required, Tools Not Provided

**Number of Doors:** 1

**Drawers:** 6

**Battery:** No Battery Used

**TCIN:** 1007493788

**UPC:** 738958130103

**Origin:** imported

The above item details were provided by the Target Plus™ Partner. Target does not represent or warrant that this information is accurate or complete. On occasion, manufacturers may modify their items and update their labels.

We recommend that you do not rely solely on the information presented. If you have a specific question about this item, you may consult the item's label, contact the manufacturer directly or call Target Guest Services at 1-800-591-3869.

If the item details aren't accurate or complete, we want to know about it. **Report this item.**

## Shipping & Returns ⌄

### Shipping details

Estimated ship dimensions: 37.5 inches length x 22.5 inches width x 8.23 inches height
Estimated ship weight: 342.6 pounds
We regret that this item cannot be shipped to PO Boxes.
This item cannot be shipped to the following locations: American Samoa (see also separate entry under AS), Guam (see also separate entry under GU), Northern Mariana Islands, Puerto Rico (see also separate entry under PR), United States Minor Outlying Islands, Virgin Islands, U.S., APO/FPO, Alaska, Hawaii, American Samoa (see also separate entry under AS), Guam (see also separate entry under GU), Northern Mariana Islands, Puerto Rico (see also separate entry under PR), United States Minor Outlying Islands, Virgin Islands, U.S., APO/FPO, Alaska, Hawaii
item ships from third party seller: ORRD Direct

### Return details

This item can be returned to any Target store or Target.com.
This item must be returned within 30 days of the date it was purchased in store, shipped, delivered by a Shipt shopper, or made ready for pickup.
See the return policy for complete information.

## Q&A ⌄

Ask a question






**College must-haves**
Make it memorable with study, living & more essentials.

Sponsored

## Discover more options









$399.00

$238.99
reg $341.99 Sale

$150.40
reg $180.40 Sale

$210.99
reg $301.99 Sale

$295.22
reg $315.22 Sale

$238.99
reg $352.99 Sale

$210.99
reg $301.99 Sale

12/26/25, 5:13 PM

ORRD Multi-functional Kitchen Island Vanity Dresser with 6 Drawers Modern Storage Cabinet with Glass Top for Bedroom : Target

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 318 of 427 PageID #:348

5-in-1 Hall Tree with Coat Rack, Bench, Drawers & Shelves, 58.8" Entrywa...

coucheta Set of 2 Rattan Storage Cabinet with...
Sponsored

Add to cart

ORRD 6-Drawer Cabinet with Slatted Grille Door,...

Add to cart

coucheta Small Storage Cabinet with Doors and...
Sponsored

Add to cart

ORRD 6-Drawer Double Dresser, Modern Chest...

Add to cart

coucheta Set of 2 Kitchen Rattan Storage Cabinet...

Add to cart

coucheta Set of 2 Ratta Nightstand with 3 Stora

Add to cart

## Guests also viewed



**$150.40**
reg $180.40 Sale
ORRD 6-Drawer Cabinet with Slatted Grille Door,...

Add to cart

## Related categories

Armoires & Wardrobes    Bedroom Furniture    Furniture Deals    New Bedroom Furniture    New Furniture    Conair Cuisinart

## Featured products

      

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 319 of 427 PageID #:349

**$399.99**
reg $799.99 Sale
PAKASEPT 71'' Farmhouse Armoire…
Sponsored
★★★★★ 57 reviews

Add to cart

**$169.99 - $259.99**
reg $212.99 - $399.98 Sale
AMERLIFE Makeup Vanity Desk with Mirror & LED…
Sponsored
★★★★★ 61 reviews

Add to cart

**$399.99**
reg $899.99 Sale
PAKASEPT 73" H Farmhouse Armoire…
Sponsored
★★★★★ 56 reviews

Add to cart

**$379.00**
reg $799.99 Sale
PAKASEPT Black Armoire Wardrobe Closet with 3…
Sponsored

Add to cart

**$479.99**
reg $899.99 Sale
PAKASEPT 63" W Armoire Wardrobe Clos…
Sponsored
★★★★★ 47 reviews

Add to cart

**$179.99**
reg $299.99 Sale
Fredees 70.8" LED Wardrobe Armoire with…
Sponsored

Add to cart

**$130.56 - $169.99**
reg $229.07 - $249.98 Sale
Bestier Corduroy Upholstered Queen Be…
Sponsored
★★★★½ 22 reviews

Add to cart

## Guest ratings & reviews (0)

☆☆☆☆☆

Guests have not rated this yet--be the first!

Write a review

⌄ **Policies, terms and conditions**



Sponsored

**Get top deals, latest trends, and more.**

Email address

Sign up

Privacy policy

12/26/25, 5:13 PM

ORRD Multi-Functional Kitchen Island & Vanity Dresser with 6 Drawers, Modern Storage Cabinet with Glass Top for Bedroom : Target

*See offer details. Restrictions apply. Pricing, promotions and availability may vary by location and at Target.com



## About Us

About Target

Careers

News & Blog

Target Brands

Bullseye Shop

Sustainability & Governance

Press Center

Advertise with Us

Investors

Affiliates & Partners

Suppliers

TargetPlus

## Help

Target Help

Returns

Track Orders

Recalls

Contact Us

Feedback

Accessibility

Security & Fraud

Team Member Services

Legal & Privacy

## Stores

Find a Store

Clinic

Pharmacy

Target Optical

More In-Store Services

## Services

Target Circle™

Target Circle™ Card

Target Circle 360™

Target App

Registry

Same Day Delivery

Order Pickup

Drive Up

Free 2-Day Shipping

Shipping & Delivery

More Services

Terms    CA Supply Chain    Privacy Policy    CA Privacy Rights    Your Privacy Choices    Interest Based Ads    Health Privacy Policy    TM & © 2025 Target Brands, Inc.

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 321 of 427 PageID #:351



us America's Highest Rated Furniture Store



**WAREHOUSE SALES: USE OFF20 TO GET EXTRA 20% DISCOUNT.**
Cost of products will increase soon. Order now!

# Room & Decor

Search products



# Modern Luxury Multi Functional Island Vanity Dresser And Storage Cabinet With Glass Tabletop, Display Shelf,6 Drawers For Walk In Wardrobe And Bedroom Cream White Mdf Glass

**$679.99** ~~$989.99~~   SAVE $310.00

Tax included.

From **$61.37**/mo or 0% APR with Shop Pay   <u>Check your purchasing power</u>

 **sameday shipping from California**

Quantity

  



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 322 of 427 PageID #:352



Modern...

## $679.99

~~$989.99~~

**ADD TO CART**

Buy with **shop**

More payment options

**3 Month Factory Warranty**

 **Estimated Delivery:** Dec 11 - Dec 15

SKU:               gig_bs325564aak

**UPC:** 663553126698

TrustedSite®
CERTIFIED SECURE

## Refund And Return Policy    ⌃

At Room & Decor, we offer a 30-day return policy. This means you have 30 days from the date of receiving your item to request a return.
To qualify for a return, your item must be in its original condition: unworn or unused, with tags, and in the original packaging. Order number and a receipt or proof of purchase is also required.

To initiate a return, please contact us at contact@roomanddecor.com. Once your return is approved, we'll provide detailed instructions on where to send your package. Please note that customers are responsible for returning items within 30 days of receiving them if customer return is

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 323 of 427 PageID #:353



Modern...

**$679.99**

~~$989.99~~

### Restocking Fees
We do not charge any restocking fees for returns.

### Damages and Issues
Upon receiving your order, please inspect it immediately. If your item is defective, damaged, or if you received the wrong product, contact us within 24 hours of receiving the item so we can address the issue and make things right.

### Non-returnable Items
Some items cannot be returned, including perishable goods (e.g., food, flowers, plants), custom products (e.g., special orders, personalized items), and personal care goods (e.g., beauty products). Additionally, we do not accept returns for hazardous materials, items with battery, flammable liquids, or gases. If you have any questions about your item's return eligibility, please reach out to us. Note that sale items and gift cards are non-returnable.

### Exchanges
For the quickest exchange process, we recommend returning your original item. Once the return is approved, you can place a new order for the desired item.

### Refunds
Once we receive and inspect your returned item, we will notify you of the approval or rejection of your refund. If approved, the refund will be issued to your original payment method. Please keep in mind that it may take some time for your bank or credit card company to process and post the refund.

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 324 of 427 PageID #:354

Modern Luxury Multi-Functional Island Vanity Dresser And Storage Cabi...



Modern...

## $679.99

~~$989.99~~

## Product description

**Name:** Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop, Display Shelf,6 Drawers for Walk-in-Wardrobe and Bedroom

**Description:**



Our modern luxury island-style vanity and storage cabinet, a versatile centerpiece designed to elevate your living space with its elegant contemporary design and multifunctional practicality. Meticulously crafted with premium materials, this cabinet exudes exquisite craftsmanship and durability, providing a haven for your belongings with its storage solutions, including six spacious drawers and thoughtful open shelves. Say goodbye to clutter and embrace seamless organization, as this cabinet effortlessly combines style and utility, offering easy access to your essentials while maintaining a sense of tranquility. Whether adorning a walk-in wardrobe or enhancing a bedroom sanctuary, this space-saving design adapts to various environments without compromising on style, making it an essential addition for any discerning homeowner. Tailored for the meticulous homeowner, this cabinet seamlessly integrates style and functionality with its thoughtful design elements, promising to redefine your space with refined luxury and unparalleled convenience.

12/11/25, 11:29 AM

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 325 of 427 PageID #:355

Modern Luxury Multi-Functional Island Vanity Dresser And Storage Cabi...



Modern...

**$679.99**

~~$989.99~~

This versatile vanity storage cabinet island offers multifunctional utility, serving as a comprehensive solution for various needs. It seamlessly transitions between roles as a bedroom armoire, dresser, display cabinet, adapting effortlessly to different settings and purposes.





**Various Forms of Storage Options**

Drawers, cabinets, open shelving providing suitable



**Brown Glass Tabletop**

The beautiful tea-colored glass paired with the elegant cream white finish elevates your home decor. Its stylish lines,



**Graceful Golden Handles**

The golden hue exudes a sense of opulence and can complement various design styles, from classic to modern.



**Thoughtful Small Grid Design Inside the Drawer**

This design can maximize storage efficiency within the

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 326 of 427 PageID #:356



Modern...
**$679.99**
~~$989.99~~

items when needed.









**Glass Open Shelves**

-

**Drawers on Both Sides**

-

**Jewelry Storage Tray**

-

**Bottom Large Storage Cabinet**

-

**Island Dresser**

| | |
|---|---|
| Weight Capacity | Top:165 LBS;Glass Shelf35 LBSDrawer:30 LBSJewelry Storage Tray10 LBS |
| Material | MDF+Glass |
| Finished Back | Yes |
| Assembly Required | Full Assembly Needed |



Modern...

**$679.99**

~~$989.99~~

| Package Number | 2 |
| --- | --- |

**Characteristics:**

- Versatile Hub of Utility: This multifunctional marvel isn't just a dresserit's a dynamic centerpiece designed to streamline your daily routine. Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integrates style with practicality.

- Abundant Storage Solutions: From cherished trinkets to everyday essentials, this cabinet offers a sanctuary for your belongings. Its array of storage compartmentssix drawers and thoughtfully designed open shelvesprovide a sanctuary for organization, ensuring everything has its designated place.

- Effortless Organization at Your Fingertips: Bid farewell to clutter-induced chaos and embrace the serenity of seamless organization. With its intuitive design, accessing your essentials becomes a breeze. The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently used items.

- Practical Luxury for Every Space: Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.

- Tailored for the Discerning: Designed with the discerning homeowner in mind, this dresser embodies sophistication and functionality in equal measure. Its thoughtful design elements cater to the demands of modern living, ensuring a seamless blend of style and practicality.

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 328 of 427 PageID #:358



Modern...

$679.99

~~$989.99~~

| | |
|---|---|
| **Is This Item Customized:** | No |
| **Place of Origin:** | China |
| **Lithium Battery Contained:** | No |
| **Assembled Length:** | 60.40(in) |
| **Assembled Width:** | 18.70(in) |
| **Assembled Height:** | 33.10(in) |
| **Assembled Weight:** | 167.60(lb) |
| **Attached Files:** | **See File From Here.** |
| **Main Color:** | Cream White |
| **Main Material:** | MDF+glass |

### This Item Comes in 2 Packages:

| | |
|---|---|
| Package (1): | Weight: 77.16 lb / 35 kg - Dimensions: 33.8 in x 21.25 in x 7.09 in - Dimensions (Metric): 85.85 cm x 53.97 cm x 18 cm - Quantity: 1 |

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 329 of 427 PageID #:359



Modern...

**$679.99**

~~$989.99~~

Home > All > Modern Luxury Multi Functional Island Vanity Dresser And Storage Cabinet with Glass Tabletop, Display Shelf & Drawers, ...

Free Delivery on orders over $200   ■   Free Delivery on orders over $200   ■   Free Delivery on orders over $200   ■



### 30 Days easy return policy

Experience hassle-free returns with our 30-day easy return policy. Shop confidently knowing we've got you covered.

LEARN MORE >



### 2100+ Clients Positive Reviews

Join our satisfied customer base! Our dedicated team is always here to help, ensuring that every inquiry is promptly addressed.

LEARN MORE >



### 2.1M+Monthly Customers Visits

Discover why millions trust us every month. Our commitment to quality and customer satisfaction keeps them coming back.

LEARN MORE >



### 85K Products Ship From California

Explore our vast selection of furniture and decor, with thousands of items available for immediate shipping from California.

LEARN MORE >

## Discover more in our FAQ

Where do you ship from?

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 330 of 427 PageID #:360



Modern...

**$679.99**

~~$989.99~~

What is your return policy?

Do you charge restocking fees?

How many items are available for next-day shipping?

How soon will my order ship?

How long does shipping take?

Do you offer international shipping?

What are your shipping costs?

Can I track my order?

What should I do if my order arrives late or damaged?

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 331 of 427 PageID #:361



Modern...

**$679.99**

~~$989.99~~





Modern Walnut & White Lift Top Coffee Table Multifunctional Table With Drawe...

**$760.00** ~~$1,100.00~~

63" Mid Century Modern Extendable Tv Stand For Tvs Up To 75", Media Consol...

**$530.00** ~~$790.00~~



Modern...

**$679.99**

~~$989.99~~

© Room & Decor

Follow on **shop**

| living room | | dining room | | bedroom | | outdoor | | office | | bathroom | | decor | | other |

Welcome to our store. Product availability and prices may vary. Contact us for the most current availability.











NaN/-Infinity

HEARTH AND HAVEN

# Modern Luxury Multi-Functional Island Vanity Dresser And Storage Cabinet With Glass Tabletop, Display Shelf, 6 Drawers For Walk In Wardrobe And Bedroom - Cream White

$315.30 USD

Shipping calculated at checkout.

$315.30    Finance Now!    with early pay out option available

Quantity

| − | 1 | + |

**Add to cart**

PayPal

More payment options

✔ Pickup available at 1563 Broad River Road

Usually ready in 5+ days

View store information

- Versatile Hub of Utility: This multifunctional marvel isn't just a dresser—it's a dynamic centerpiece designed to streamline your daily routine.
- Abundant Storage Solutions: Providing a sanctuary for your belongings, it includes six ample drawers and thoughtfully designed open shelves.
- Effortless Organization at Your Fingertips: The drawers glide open effortlessly, offering quick and easy access to frequently used items.
- Practical Luxury for Every Space: Its space-saving design maximizes utility, making it a stylish addition to any discerning home.
- Tailored for the Discerning: Designed with sophistication and functionality, it meets the demands of modern living.

**Modern Luxury Multi-Functional Island Vanity Dresser And Storage Cabinet With Glass Tabletop, Display Shelf, 6 Drawers For Walk In Wardrobe And Bedroom - Cream White**

60.4"W x 18.7"D x 33.1"H - 167.6 lb

⬆ Share

## You may also like



Luxo - Vanity Desk

~~$979.99 USD~~

From $799.99 USD



6 Drawer Tall Dresser With Concealed Handles, Vertical Storage Cabinet For Bedroom - White

$236.53 USD



Modern Makeup Vanity Desk With LED Lights & Mirror 4 Drawer Dressing Table Set Space Saving For Bedroom - White

$342.78 USD



Floating Shelf With Drawer, Multi-Purpose Wall-Mounted Vanity Table, Mounted Desk, Floating Table For Bedroom, Bathroom, Hairdressers - Black / Golden

$293.72 USD

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 339 of 427 PageID #:369



© 2025, Elite Furniture Powered by Shopify

For a limited time only, subscribe to get 20% off your entire order!

Streamdale Furniture

1/48

20% off entire order  ✕









































Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 361 of 427 PageID #:391



❯

SIMPLIE FUN

# Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop, Display Shelf,6 Drawers for Walk-in-Wardrobe and Bedroom

$463.68 USD

Taxes included. Shipping calculated at checkout.

Quantity



| − | 1 | + |

Add to cart

Buy it now

## Specifications

| Place of Origin | China |
|---|---|
| Main Color | Cream White |
| Main Material | MDF+glass |

## Dimensions & Weights

| Assembled Length (in.) | 60.40 |
|---|---|
| Assembled Width (in.) | 18.70 |
| Assembled Height (in.) | 33.10 |
| Weight (lbs) | 167.60 |

## Product Features

- Versatile Hub of Utility: This multifunctional marvel isn't just a dresser—it's a dynamic centerpiece designed to streamline your daily routine. Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integrates style with practicality.

- Abundant Storage Solutions: From cherished trinkets to everyday essentials, this cabinet offers a sanctuary for your belongings. Its array of storage compartments—six ample drawers and

Modern Luxury Island Vanity & Storage Cabinet Elegance Meets Functionality – Streamdale Furniture

thoughtfully designed open shelves—provide a sanctuary for organization, ensuring everything has its designated place.

- Effortless Organization at Your Fingertips: Bid farewell to clutter-induced chaos and embrace the serenity of seamless organization. With its intuitive design, accessing your essentials becomes a breeze. The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently used items.

- Practical Luxury for Every Space: Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.

- Tailored for the Discerning: Designed with the discerning homeowner in mind, this dresser embodies sophistication and functionality in equal measure. Its thoughtful design elements cater to the demands of modern living, ensuring a seamless blend of style and practicality.

## Description



Our modern luxury island-style vanity and storage cabinet, a versatile centerpiece designed to elevate your living space with its elegant contemporary design and multifunctional practicality. Meticulously crafted with premium materials, this cabinet exudes exquisite craftsmanship and durability, providing a haven for your belongings with its ample storage solutions, including six spacious drawers and thoughtful open shelves. Say goodbye to clutter and embrace seamless organization, as this cabinet effortlessly combines style and utility, offering easy access to your essentials while maintaining a sense of tranquility.

Whether adorning a walk-in wardrobe or enhancing a bedroom sanctuary, this space-saving design adapts to various environments without compromising on style, making it an essential addition for any discerning homeowner. Tailored for the meticulous homeowner, this cabinet seamlessly integrates style and functionality with its thoughtful design elements, promising to redefine your space with refined luxury and unparalleled convenience.

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 365 of 427 PageID #:395



This versatile vanity storage cabinet island offers multifunctional utility, serving as a comprehensive solution for various needs. It seamlessly transitions between roles as a bedroom armoire, dresser, display cabinet, adapting effortlessly to different settings and purposes.



### Various Forms of Storage Options

Drawers, cabinets, open shelving – providing suitable placements for every cherished item in your life.



### Brown Glass Tabletop

The beautiful tea-colored glass paired with the elegant cream white finish elevates your home decor. Its stylish lines, modern design, and exquisite finishes add sophistication and refinement to any room.



### Graceful Golden Handles

The golden hue exudes a sense of opulence and can complement various design styles, from classic to modern.



### Thoughtful Small Grid Design Inside the Drawer

This design can maximize storage efficiency within the drawer. By creating separate compartments, it prevents items from shifting or getting mixed up, making it easier to locate and access specific items when needed.



### Glass Open Shelves

-



### Drawers on Both Sides

-



### Jewelry Storage Tray

-



### Bottom Large Storage Cabinet

-

### Island Dresser

| Weight Capacity | Top:165 LBS；<br>Glass Shelf： 35 LBS；<br>Drawer:30 LBS；<br>Jewelry Storage Tray： 10 LBS |
|---|---|
| Material | MDF+Glass |
| Finished Back | Yes |
| Assembly Required | Full Assembly Needed |
| Suggested Number of People for Assembly | 2 |
| Product Care | Wipe clean with a dry cloth. Do not use strong liquid cleaners. |
| Package Number | 2 |

## You may also like









Modern Wave-Pattern Sideboard Cabinet with 2 Drawers and 4 Doors, 3-Level Adjustable Shelves, Aluminum Arc Handles, Scandinavian Style, 3 Colors, Suitable for Entryway, Living Room, Foyer

$552.91 USD

Elegant Modern Dresser with Metal Foot,Mirrored Storage Cabinet with 6 Drawers for Bedroom,Living Room,White (Old SKU: WF319354AAK)

$586.59 USD

Modern Wave-Pattern Sideboard Cabinet with 2 Drawers and 4 Doors, 3-Level Adjustable Shelves, Aluminum Arc Handles, Scandinavian Style, 3 Colors, Suitable for Entryway, Living Room, Foyer

$552.91 USD

Modern Wave-Pattern Sideboard Cabinet with 2 Drawers and 4 Doors, 3-Level Adjustable Shelves, Aluminum Arc Handles, Scandinavian Style, 3 Colors, Suitable for Entryway, Living Room, Foyer

$529.41 USD

## Free Shipping

All of our prices include shipping and applicable fees in all 50 states! We ship your products quickly with our warehouses spread all across the US. Fees and taxes applicable on international orders.

## Hassle-Free Exchanges

If you have a problem with your order, let us know and we'll send out a replacement part to you, free of charge! We also accept returns within 30 days of purchase.

Search

Contact Information

Payment Terms

Privacy Policy

Refund Policy

Shipping Policy

Terms of Service

© 2025, Streamdale Furniture Powered by Shopify   ·   Refund policy   ·   Privacy policy   ·   Terms of service   ·   Shipping policy

·  Contact information



‹ Back / Home Goods / Accents & Storage / Storage Cabinets / SKU:F-BBS-BS325564AAK





## Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop, 6 Drawers, and Display Shelf for Walk-in Wardrobe and Bedroom, 60.4"x18.7"x33.1", Cream White

★★★★½ 4.8 (9)

Shipped by Bed Best

### $299.99 ~~$439.99~~ 31% Off
You Save: $140.00

or 4 interest-free payments of $75.00 with **⑤ Afterpay** ⓘ

Get 10% Off with Code: HOME10 ⧉

**Shipping Method**

**Est. Delivery** : 3-9 business days (update zip)

In Stock

| 1 ▾ | ♡ |

| Buy Now | Add to Cart |

With this product, you earn 300 loyalty point(s). 300 points = $3.00. Sign in

ⓘ **Add Product Protection**ⓘ
Accident and warranty protection by Xcotton (partner with AIG)

| 1 Year Protection Plan $23.99 | 2 Years Protection Plan $35.99 | 3 Years Protection Plan $44.99 |

  Free shipping

12/26/25, 4:53 PM

Modern Luxury Multi-Functional Island-Vanity Dresser and Storage Cabinet with Glass Tabletop, 6 Drawers and Display | Aosom.com

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 369 of 427 PageID #:399

Menu **A**osom

| Seasonal | Home Goods | Outdoor | Office | Pet Supplies & Furniture | Toys & Hobbies | Sports | Health & Beauty | Tools | | BUSINESS |

## Product Overview

| | | | |
|---|---|---|---|
| Item Weight: 167.6 lbs | | Frame Material: MDF | |
| Item Shape: Rectangular | | Style: Modern | |
| Number of Drawers: 6 | | Required Assembly: Yes | |
| Finish Type: Painted | | Top Material: Glass | |
| Mounting Type: Floor Mount | | Base Type: Legs | |

## Highlights ⌃

- Versatile Centerpiece: This modern luxury island-style vanity and storage cabinet features a glass tabletop, display shelf, six spacious drawers, and open shelves, combining style with practicality for your home decor.

- Ample Storage Solutions: The cabinet offers various storage options, including six drawers, open shelving, and a jewelry storage tray, providing a designated place for all your belongings and enhancing organization.

- Elegant Design: The tea-colored glass tabletop and cream white finish, along with graceful golden handles, add sophistication and refinement to any room, making it a perfect addition to your interior design.

- Thoughtful Features: The small grid design inside the drawers maximizes storage efficiency, preventing items from shifting and making it easier to locate specific items in your vanity cabinet.

- Product Details: Made of MDF and glass, this cabinet requires full assembly by two people. Dimensions: 60.4" L x 18.7" W x 33.1" H. Weight capacity: Top 165 lbs, Glass Shelf 35 lbs, Drawer 30 lbs, Jewelry Storage Tray 10 lbs.

| Brand | **Bed Best** |
|---|---|
| SKU | F-BBS-BS325564AAK |

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 370 of 427 PageID #:400



Menu

| Seasonal | Home Goods | Outdoor | Office | Pet Supplies & Furniture | Toys & Hobbies | Sports | Health & Beauty | Tools | BUSINESS |

## Weights & Dimensions ⌃



| Overall Dimensions | 60.4 x 18.7 x 33.1 inch |
|---|---|
| Item Weight | 167.6 lbs |
| Weight Capacity Maximum | 165 lbs |
| Base Width | 60.4 Inches |

## Features ⌃

| Color | Cream White |
|---|---|
| Material | Glass |
| Frame Material | MDF |
| Item Shape | Rectangular |

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 371 of 427 PageID #:401

| | |
|---|---|
| Room Type | Bedroom |
| Drawer Type | Ball Bearing Slide |
| Required Assembly | Yes |
| Door Style | Not Applicable |
| Number of Items | 1 |
| Finish Type | Painted |
| Top Material | Glass |
| Mounting Type | Floor Mount |
| Base Type | Legs |
| Are batteries included? | No |
| Is Customizable? | No |
| Handle Material | Metal |
| Model Name | Island Vanity Dresser and Storage Cabinet |
| Fabric Type | Other |
| Included Components | Drawers/Shelves |
| Construction Type | MDF and Glass |
| Special Features | Scratch Resistant/Dustproof |
| Pattern | Solid |
| Back Material Type | Engineered Wood |
| Door Orientation | Not Applicable |
| Number of Doors | 0 |
| Furniture Finish | Cream White |
| Package Type | Carton |
| Recommended Uses For Product | Jewellery/Clothes/Files & Folders |

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 372 of 427 PageID #:402

- Contact our customer service department at Aosom.com within 30 calendar days of delivery to return, exchange or refund your product(s)

- You can see our full return and refund policy here

- Aosom.com reserves the right to charge return shipping on non-warranty returns and exchanges.

## Product Details ^



At Bed Best, we believe that every detail in your bedroom should contribute to a restful and rejuvenating sleep experience. Our carefully curated collection of bedroom essentials is designed to transform your space into a haven of relaxation and beauty.Transform your bedroom into a retreat of comfort and style with Bed Best — where your dream bedroom becomes a reality.

Elevate your living space with our modern luxury island-style vanity and storage cabinet, a versatile centerpiece designed for both style and practicality. Crafted with premium materials, this cabinet features a sleek glass tabletop, a chic display shelf, six spacious drawers, and open shelves for ample storage solutions. Say goodbye to clutter and enjoy seamless organization with easy access to your essentials. Perfect for a walk-in wardrobe or bedroom, this space-saving design adapts effortlessly to any environment, making it an essential addition for any discerning homeowner looking for elegant furniture.

**Features:**
- modern luxury design with glass tabletop for sophistication
- six spacious drawers for ample storage and organization
- open shelves for easy access to your items
- elegant cream white finish that complements any decor
- golden handles for a touch of opulence and style
- multifunctional: dresser, display cabinet, armoire for versatile use

**Specification:**
- Color: cream white
- material: mdf, glass
- overall dimensions: 60.4" l x 18.7" w x 33.1" h
- weight capacity: top: 165 lbs, glass shelf: 35 lbs, drawer: 30 lbs, jewelry storage tray: 10 lbs
- finished back: yes
- assembly required: full assembly needed
- suggested number of people for assembly: 2
- product care: wipe clean with a dry cloth. Do not use strong liquid cleaners.

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 373 of 427 PageID #:403



Menu

Seasonal   Home Goods   Outdoor   Office   Pet Supplies & Furniture   Toys & Hobbies   Sports   Health & Beauty   Tools   |   BUSINESS

## Customer Ratings

Write a review

Customers who share videos will receive additional rewards.
Learn More.

**4.8** ★★★★½
9 Average Rating

| | | |
|---|---|---|
| 5 ★ | ████████ | 7 |
| 4 ★ | ███ | 2 |
| 3 ★ | | 0 |
| 2 ★ | | 0 |
| 1 ★ | | 0 |

## Customer Photos

  

9 Global Ratings  9 Global Reviews

Our Review Guidelines help our customers write clear and useful reviews for other potential customers.

  Filter  [ All stars ▾ ]

---

 R  Ryan  ★★★★★ 5                    05/23/2025 · United States

### Beautiful piece!!!

I researched and looked everywhere for months before buying this island. I needed something that was narrow, still provided lots of storage and was beautiful. The colored glass gives the piece a nice contrast to the white. It provides a really classy look to the whole room. It took me about 4 hrs to finish and I did it alone. Take your time and go step by step. Take all of the parts and put…
Read More

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 374 of 427 PageID #:404

Menu

**AOSOM**

Seasonal     Home Goods     Outdoor     Office     Pet Supplies & Furniture     Toys & Hobbies     Sports     Health & Beauty     Tools     |     BUSINESS

---

J  John  ★★★★★ 5                                    05/22/2025 · United States

### Good quality, easily assembled.

Good quality, easily assembled and for the money looks great.

---

M  MaMAm  ★★★★★ 5                                   05/19/2025 · United States

### Great product but not fun to put together

I love this in my closet but it is a pain to put together!!!

---

O  Osal12  ★★★★★ 5                                  05/16/2025 · United States

### Very hard to build, but worth it

Built a walk-in closet of my wife she loved it



---

M  Masa  ★★★★☆ 4                                    05/13/2025 · United States

### Overall looks nice

We bought this as a solution to not having a dresser in our walk-in closet. Overall the package was delivered on a timely manner. The box is really heavy and it took 2 of us about 10 hrs of working to get it fully assembled. Also, as everyone is wondering – it's not double sided; but the back is finished so it doesn't stick out.



---

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 375 of 427 PageID #:405



Menu

**A**osom

Seasonal    Home Goods    Outdoor    Office    Pet Supplies & Furniture    Toys & Hobbies    Sports    Health & Beauty    Tools    |    BUSINESS

L    Leo ★★★★★ 5                                    05/11/2025 · United States

### The pictures don't do it justice

The bed is even more beautiful in person than what the stock photos show. Was put together easily and not too heavy despite it being wood .

Q    Quevedo ★★★★☆ 4                                    05/08/2025 · United States

### So beautiful

A little creaky but it's so beautiful! Very easy to put together.

A    Aosom Customer ★★★★★ 5                            05/05/2025 · United States

### Great bed

Very sturdy. Great customer service!

**S**hop by Customer Photos          See More    ‹    1 / 2    ›

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 376 of 427 PageID #:406

Menu

   

Seasonal · Home Goods · Outdoor · Office · Pet Supplies & Furniture · Toys & Hobbies · Sports · Health & Beauty · Tools · | · BUSINESS

♡ 144 · 💬 13 · ♡ 512 · 💬 97 · ♡ 5664 · 💬 80 · ♡ 46 · 💬 4

## You Might Also Need

‹  1 / 5  ›



**$349.99** ~~$466.99~~ 25% Off



**$179.99** ~~$317.99~~ 43% Off



**$209.99** ~~$317.99~~ 33% Off



**$111.99** ~~$169.99~~ 34% Off



**$139.99** ~~$179.99~~

## Frequently Bought Together

‹  1 / 5  ›



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 377 of 427 PageID #:407



Menu  **A**osom

Seasonal    Home Goods    Outdoor    Office    Pet Supplies & Furniture    Toys & Hobbies    Sports    Health & Beauty    Tools    |    BUSINESS





$124.**99**  ~~$189.99~~  34% Off

$129.**99**  ~~$173.99~~  25% Off

$169.**99**  ~~$226.99~~  25% Off

$174.**99**  ~~$233.99~~  25% Off

$169.**99**  ~~$226.99~~

## **Y**our Browsing History





### Corporate
About Aosom
Aosom Business(B2B)
Aosom Influencer
Affiliate Program
Sponsorships

### Information
Customer Support
Cash Voucher Policy
Aosom Policy

### My Account
Order history
Track Order
Point Policy

### Shipping

### Secure Payment

### Payment Method

### Download the Aosom APP

App Store

Google Play

### Subscribe for 10% Off
Enter your email to subscribe and get **10% off** your first order!

Enter Your Email    Subscribe

Terms and Conditions    Privacy Policy

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 378 of 427 PageID #:408



Menu

**A**osom

Seasonal  Home Goods  Outdoor  Office  Pet Supplies & Furniture  Toys & Hobbies  Sports  Health & Beauty  Tools  |  BUSINESS

Customer Service Phone: +1-877-644-9366
Customer Service Email: customerservice@aosom.com
Customer Service Hours: Monday-Friday, 6am-3pm PST(Except all major holidays)
Aosom LLC, 27150 SW Kinsman Rd., Wilsonville, OR, 97070

© 2008 - 2025 Aosom LLC. All rights reserved.

⊕ Change Country



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 379 of 427 PageID #:409



**Sign in | Register**     My Account     Track My Orders     Shopping List     Help     ⊕ English - USD ▾

Top Deals | Free Shipping | Clearance | New Arrivals | Custom Products

 Drink Pouches      $2.27 T-shirts

Top  »  Home & Kitchen  »  Furniture  »  Bedroom Furniture  »  Dressers & Chests of Drawers  »  FCF-BS325564AAK













# Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop, Display Shelf,6 Drawers for Walk-in-Wardrobe and Bedroom BS325564AAK

Brand Bed Best    Shop more from FCF

SKU:   FCF-BS325564AAK

Price:   **$237.94**    & this item ships for **FREE Shipping**. Details

Quantity:   1

**307 In Stock**

Add to Cart

* **Click** "Add to Cart" **to calculate shipping and delivery time**.
$ Share & Earn 10% Cash Back

Share:      •••

Product Description          Shipping Restrictions          Return Policy          Customer Reviews

12/26/25, 4:58 PM
Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop Display Shelf 6 Drawers for Walk-in Wardrobe and Bedroom BS325564AAK Wholesale - Opentip

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 380 of 427 PageID #:410

## Product Description

**Free Shipping Promotion**
This item qualifies for free shipping within US 48 states. <u>Details</u>.

Manufacturer Part Number: BS325564AAK

Main Color: Cream White
Main Material: MDF+glass
Place of Origin: China
Assembled Length (in.): 60.40
Assembled Width (in.): 18.70
Assembled Height (in.): 33.10
Weight (lbs.): 167.60

- Versatile Hub of Utility: This multifunctional marvel isn't just a dresser-it's a dynamic centerpiece designed to streamline your daily routine. Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integrates style with practicality.
- Abundant Storage Solutions: From cherished trinkets to everyday essentials, this cabinet offers a sanctuary for your belongings. Its array of storage compartments-six ample drawers and thoughtfully designed open shelves-provide a sanctuary for organization, ensuring everything has its designated place.
- Effortless Organization at Your Fingertips: Bid farewell to clutter-induced chaos and embrace the serenity of seamless organization. With its intuitive design, accessing your essentials becomes a breeze. The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently used items.
- Practical Luxury for Every Space: Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.
- Tailored for the Discerning: Designed with the discerning homeowner in mind, this dresser embodies sophistication and functionality in equal measure. Its thoughtful design elements cater to the demands of modern living, ensuring a seamless blend of style and practicality.

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page: 381 of 427 PageID #:411



Our modern luxury island-style vanity and storage cabinet, a versatile centerpiece designed to elevate your living space with its elegant contemporary design and multifunctional practicality. Meticulously crafted with premium materials, this cabinet exudes exquisite craftsmanship and durability, providing a haven for your belongings with its ample storage solutions, including six spacious drawers and thoughtful open shelves. Say goodbye to clutter and embrace seamless organization, as this cabinet effortlessly combines style and utility, offering easy access to your essentials while maintaining a sense of tranquility. Whether adorning a walk-in wardrobe or enhancing a bedroom sanctuary, this space-saving design adapts to various environments without compromising on style, making it an essential addition for any discerning homeowner. Tailored for the meticulous homeowner, this cabinet seamlessly integrates style and functionality with its thoughtful design elements, promising to redefine your space with refined luxury and unparalleled convenience.

This versatile vanity storage cabinet island offers multifunctional utility, serving as a comprehensive solution for various needs. It seamlessly transitions between roles as a bedroom armoire, dresser, display cabinet, adapting effortlessly to different settings and purposes.

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page: 382 of 427 PageID #:412



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 383 of 427 PageID #:413



Various Forms of Storage Options
Drawers, cabinets, open shelving - providing suitable placements for every cherished item in your life.

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 384 of 427 PageID #:414



Brown Glass Tabletop

The beautiful tea-colored glass paired with the elegant cream white finish elevates your home decor. Its stylish lines, modern design, and exquisite finishes add sophistication and refinement to any room.

12/26/25, 4:58 PM

Modern Luxury Multi-Functional Island Vanity Dresser and Storage Cabinet with Glass Tabletop Display Shelf, 6 Drawers for Walk-in Wardrobe and Bedroom BS325564AAK Wholesale - Opentip

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 385 of 427 PageID #:415



Graceful Golden Handles

The golden hue exudes a sense of opulence and can complement various design styles, from classic to modern.

12/26/25, 4:58 PM
Modern Luxury Multi-Functional Island Vanity, Dresser and Storage Cabinet with Glass Tabletop, Display Shelf, 6 Drawers for Walk-in Wardrobe and Bedroom BS325564AAK Wholesale - Opentip

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page: 386 of 427 PageID #:416



Thoughtful Small Grid Design Inside the Drawer

This design can maximize storage efficiency within the drawer. By creating separate compartments, it prevents items from shifting or getting mixed up, making it easier to locate and access specific items when needed.

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 387 of 427 PageID #:417



Glass Open Shelves

-

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page: 388 of 427 PageID #:418



Drawers on Both Sides

-

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 389 of 427 PageID #:419



Jewelry Storage Tray

-

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 390 of 427 PageID #:420



Bottom Large Storage Cabinet

-

Island Dresser

| Weight Capacity | Top:165 LBS; Glass Shelf:35 LBS; Drawer:30 LBS; Jewelry Storage Tray:10 LBS |
|---|---|
| Material | MDF+Glass |
| Finished Back | Yes |
| Assembly Required | Full Assembly Needed |

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 391 of 427 PageID #:421

| Suggested Number of People for Assembly | 2 |
|---|---|
| Product Care | Wipe clean with a dry cloth. Do not use strong liquid cleaners. |
| Package Number | 2 |

NOTE: The item may arrive separately in different packages.

 Attention CA Residents: Prop 65 Warning >

## Shipping Restrictions

This product can only be shipped to United States.

## Return Policy

All FCF- items are non-returnable. Once the order was processed, order can not be cancelled, or there will be 30% cancellation fee.

# Need more information?

Our staff are available to answer any questions you may have about this item

Request More Information

## Customer Reviews

# 0 reviews



**Be the first to review this item!**

Write a Review

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 392 of 427 PageID #:422

## Opentip.com

› Copyrights & Trademarks

› Privacy Notice

› About Us

› Share Your Photo

› See All Department

› Sitemap

## Partnerships

› Affiliate

› Print Partner

› Fundraiser

› Sell Your Design

› Grant Program

› Blog

## Help

› Purchase Order

› Terms of Use

› Shipping & Return

› Payment Methods

› Design Online

› Contact Us

## Keep In Touch

Subscribe and Get Savings:

| Enter your email |    Subscribe

Do Not Sell or Share My Personal Information

Copyright © 2004 - 2025 Opentip.com.

Hi! Sign in    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Ship to    Sell    My eBay



Search for anything



LIVE
## Streaming now
Shop exclusive items from trusted sellers

Join event

2

       

## Multi-Functional Island Vanity Dresser Storage Cabinet w/6 Drawers Display Shelf

**hanxuan006** (164)
92.7% positive
Seller's other items
Contact seller

### US $485.99
Approximately
HKD 3,782.22
or Best Offer

Condition: **New**

Quantity:  [ 1 ]   10 available

**Buy It Now**

Add to cart

Make offer

♡ Add to Watchlist

⚡ **People are checking this out.** 2 have added this to their watchlist.

| | |
|---|---|
| Shipping: | **Does not ship to Hong Kong.** See details |
| | Located in: La Puente, California, United States |
| Delivery: | Varies |
| Returns: | Seller does not accept returns. See details |
| Payments: |     |

## Similar Items
Sponsored                                    See all

  

Oak Bathroom Furniture | Vanity Unit | Storage Cabinet...
New

Cabinet Storage 7-Drawer Chest of Drawers P2...
New

Acacia Bathroom Vanity Sink Unit with Door Storage | 60c...
New

6-Drawers Cabinet Chest of Drawers Closet Drawers...
New

**HKD 2,811.24**
HKD 2,990.68 6% off
+ HKD 1,772.37 shipping
66 sold

**HKD 1,346.29**
+ HKD 1,003.48 shipping
Seller with 99.1% positive feedback

**HKD 5,691.51**
+ HKD 2,753.40 shipping

**HKD 2,046.72**
+ HKD 1,026.20 shipping
Seller with 99.2% positive feedback

## Shop with confidence

 eBay Money Back Guarantee

Get the item you ordered or your money back. Learn more

## Explore related items

Sponsored                                                                                      See all

    

| | | | | |
|---|---|---|---|---|
| Plastic Drawers Dresser Storage Cabinet 6 Drawers Closet Organizer w/4... | White PP Storage Cabinet Dresser Clothes Shelf Organizer W/ 5 Stackable... | Plastic 6Cabinet Locker Drawers Storage Dresser Bedroom Clothes... | Bathroom 1 Drawer 1 Door Cabinet Bedroom Storage Dresser Cupboard Vanity... | Plastic Drawer Dresser Storage Cabinet Floor Standing Storage... |
| New | New | New | New | New |
| HKD 657.70 | HKD 559.02 | HKD 592.01 | HKD 505.93 | HKD 736.61 |
| + HKD 981.06 shipping | + HKD 977.87 shipping | + HKD 326.79 shipping | + HKD 771.89 shipping | + HKD 983.63 shipping |
| Top Rated Plus | Top Rated Plus | Top Rated Plus | Seller with 99.4% positive feedback | Top Rated Plus |
| Seller with 99.5% positive feedback | Seller with 100% positive feedback | Seller with 100% positive feedback | | |

**About this item**

Seller assumes all responsibility for this listing.                          eBay item number:  375496806927

Last updated on Nov 29, 2025 02:33:28 PST  View all revisions

## Item specifics

Condition
New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more

| | |
|---|---|
| Brand | Homekare |
| Item Height | 33.1 in |
| Item Length | 60.4 in |
| Item Width | 18.7 in |
| Type | Storage Cabinet |
| Material | MDF+glass |
| Color | Cream White |
| Number of Shelves | 2 |
| Mounting | Free Standing |
| Assembly Required | Yes |
| Model | Does not apply |
| Additional Parts Required | No |
| Department | Adults |
| Item Weight | 167.6 lb |
| MPN | Does not apply |
| Style | Modern |
| Features | With Doors |

Number of Drawers 6
Room Dining Room, Living Room, Bedroom
Number of Items in Set 1
Shape Rectangular
UPC Does not apply

Category

## Item description from the seller

Number of Drawers 6
Room Dining Room, Living Room, Bedroom
Number of Items in Set 1
Shape Rectangular
UPC Does not apply

12/11/25, 11:34 AM
Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 396 of 427 PageID #:426
Multi-Functional Island Vanity Dresser Storage Cabinet w/6 Drawers Display Shelf | eBay

## HOT SALE <<< Featured Listing

| | | | | | |
|---|---|---|---|---|---|
| Solar Bug Zapper Outdoor Mosquito Zapper 4500 V Waterproof Rechargea **84.99 USD** Free shipping | Round Tempered Glass Table Top 1/4 1/2 2/5 Thick Round Beveled Polishe **50.99 USD** Free shipping | Modern Rectangle Glass Coffee Table Side Center Table with Shelf for Living **115.99 USD** Free shipping | Automatic Cat Litter Box Self Cleaning Robot Odor Removal with APP+Pan **199.49 USD** Free shipping | Round Tempered Glass Table Top 1/4 1/2 2/5Thick Round Beveled Polished **51.99 USD** Free shipping | 24 30 36 Bathroom Vanity Wall Mount Cabinet Float Mounting Design With **363.99 USD** Free shipping |
| Drop Leaf Rolling Kitchen Island Trolley Cart Storage Cabinet With Spice Ra **289.99 USD** Free shipping | 20 inch to 36 Inch Round Tempered Glass Table Top 1/4 Thick Flat Polished **51.99 USD** Free shipping | 36 Bathroom Vanity with Single Sink Combo Vanity Cabinet with Six Drawe **305.99 USD** Free shipping | Metal Storage Cabinet FreeStanding with Adjustable Shelves and Locking D **159.99 USD** Free shipping | 30 Bathroom Vanity with Sink and Mirror Cabinet Bathroom Storage Cabin **170.99 USD** Free shipping | Modern TV Stand Cabinet Entertainment Center Media Console for 75TV Li **218.99 USD** Free shipping |

Multi-Functional Island Vanity Dresser Storage Cabinet w/6 Drawers Display Shelf

















## Features

- Versatile Hub of Utility: This multifunctional marvel isn't just a dresser—it's a dynamic centerpiece designed to streamline your daily routine. Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integrates style with practicality.

- Abundant Storage Solutions: From cherished trinkets to everyday essentials, this cabinet offers a sanctuary for your belongings. Its array of storage compartments—six ample drawers and thoughtfully designed open shelves—provide a sanctuary for organization, ensuring everything has its designated place.

- Effortless Organization at Your Fingertips: Bid farewell to clutter-induced chaos and embrace the serenity of seamless organization. With its intuitive design, accessing your essentials becomes a breeze. The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently used items.

- Practical Luxury for Every Space: Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.

- Tailored for the Discerning: Designed with the discerning homeowner in mind, this dresser embodies sophistication and functionality in equal measure. Its thoughtful design elements cater to the demands of modern living, ensuring a seamless blend of style and practicality.

## Description





Our modern luxury island-style vanity and storage cabinet, a versatile centerpiece designed to elevate your living space with its elegant c
multifunctional practicality. Meticulously crafted with premium materials, this cabinet exudes exquisite craftsmanship and durability, provid
with its ample storage solutions, including six spacious drawers and thoughtful open shelves. Say goodbye to clutter and embrace seamle
effortlessly combines style and utility, offering easy access to your essentials while maintaining a sense of tranquility. Whether adorning a
bedroom sanctuary, this space-saving design adapts to various environments without compromising on style, making it an essential additi
Tailored for the meticulous homeowner, this cabinet seamlessly integrates style and functionality with its thoughtful design elements, prom
refined luxury and unparalleled convenience.



This versatile vanity storage cabinet island offers multifunctional utility, serving as a comprehensive solution for
various needs. It seamlessly transitions between roles as a bedroom armoire, dresser, display cabinet,
adapting effortlessly to different settings and purposes.









**Various Forms of Storage Options**

Drawers, cabinets, open shelving –
providing suitable placements for every
cherished item in your life.

**Brown Glass Tabletop**

The beautiful tea-colored glass paired
with the elegant cream white finish
elevates your home decor. Its stylish
lines, modern design, and exquisite
finishes add sophistication and
refinement to any room.

**Graceful Golden Handles**

The golden hue exudes a sense of
opulence and can complement various
design styles, from classic to modern.

**Thoug
the Dr**

This d
efficie
separ
items
makin
specif







  

**Glass Open Shelves**

-

**Drawers on Both Sides**

-

**Jewelry Storage Tray**

-

**Botto**

-

### Island Dresser

| | |
|---|---|
| Weight Capacity | Top:165 LBS; Glass Shelf：35 LBS； Drawer:30 LBS； Jewelry S |
| Material | MDF+Glass |
| Finished Back | Yes |
| Assembly Required | Full Assembly Needed |
| Suggested Number of People for Assembly | 2 |
| Product Care | Wipe clean with a dry cloth. Do not use strong liquid cleaners. |
| Package Number | 2 |

| Payment | Delivery details | Terms of sales | Contact us |
|---|---|---|---|

1. We accept eBay manager payment only.

2. You can checkout and pay immediately after the auction ends or you complete the purchases.

PushAuction

## HOT SALE

| Metal Storage Cabinet FreeStanding with Adjustable Shelves and Locking D | Bathroom Storage Cabinet Floor Cabinet Freestanding with Adjustable Shel | Glass Display Cabinet Curio Cabinets Bookshelf Floor Standing with 3 Sh | Tall Bathroom Storage Cabinet Organizer Freestanding with Double Door a | Storage Cabinet Kitchen Cupboard with 2 Doors and 4 Drawers Adjustable | Sideboard Buffet Storage Cabinet Wooden Cabinets with 2 Door for Living R |
|---|---|---|---|---|---|
| 159.99 USD | 125.99 USD | 163.99 USD | 131.99 USD | 289.99 USD | 239.99 USD |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Tall Bathroom Storage Cabinet Corner Cabinet with Doors and Adjustable S | Bathroom Cabinet Floor Storage Cabinet Freestanding with Door and Dra | Storage Cabinet Sideboards buffets Three-door with Metal Handles for Livin | Tall Bathroom Cabinet Storage Cabinet Freestanding with Drawer& Adjusta | Tall Bathroom Cabinet Storage Cabinet Freestanding with Drawer&Adjustab | Rattan Sideboard Buffet Storage Cabinet Console Table with Adjustable Sh |
| 185.99 USD | 127.99 USD | 337.99 USD | 149.99 USD | 157.99 USD | 399.99 USD |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 407 of 427 PageID #:437

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 408 of 427 PageID #:438

## Seller business information

**VAT number:** DE 339314118



# About this seller

## hanxuan006
92.7% positive feedback · 805 items sold

🗓 Joined Sep 2022

Welcome to our eBay store.Have a great shopping!

**Visit store**

Contact

♡ Save seller

## Detailed seller ratings

| | | |
|---|---|---|
| Accurate description | ▬▬▬▬ | 4.7 |
| Reasonable shipping cost | ▬▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬▬ | 4.9 |
| Communication | ▬▬▬▬ | 4.9 |

Average for the last 12 months

## Popular categories from this store   See all

Pet Supplies   Health & Beauty   Business & Industrial   Sporting Goods   Home & Garden

Computers/Tablets & Networking   Toys & Hobbies

## Seller feedback (185)

Filter: **All ratings** ⌄

➖ ***** · Past 6 months                                    Verified purchase

The package arrived but was an empty box, i sent the seller a message to that affect and the said i was wrong and the driver confirmed delivery with a pic, I replied that I was not lying and I did not receive the glass top, how should I proceed?

➕ ***** · Past 6 months                                    Verified purchase

Problemlose Bestellung, schnelle Lieferung und ordentlich perfekt verpackt. Tolle Uhr, viele Möglichkeiten, telefonieren sehr gut, alles prima. Im großen und Ganzen ist meine Berwertung an den Verkäufer sehr gut.

➕ ***** · Past 6 months                                    Verified purchase

Lieferung, Verpackung, alles top. Kommunikation konstruktiv

➕ ***** · Past 6 months                                    Verified purchase

GREAT E-BAYER FAST SHIPPING GREAT COMMUNICATION Thanks rlw359

➕ ***** · Past 6 months                                    Verified purchase

Product as described, and fast shipping A++++++

➕ ***** · Past 6 months                                    Verified purchase

Bug Zapper arrived on time. As described. NOT FROM AMAZON! Thank you!

➕ ***** · Past 6 months                                    Verified purchase

Works great ! Fast to ship !! Good seller !! A +++++

➕ ***** · Past year                                    Verified purchase

Excellent! Just as described! Fast Shipping!

See all feedback

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to previous page                                                                                              Return to top

## More to explore :

Display Cabinets With Drawers,   Storage Cabinets with Drawers,   6 Drawer Dressers,   Plastic Cabinet Dressers & Chests of Drawers,
Rev-A-Shelf Cabinet Drawer Slides,   Dresser Dressers & Chests of Drawers,   Dressers & Chests of Drawers,   Plastic Dresser Dressers & Chests of Drawers,
Display Cabinets,   Thomasville Dresser Dressers & Chests of Drawers

## Shop Top Sellers and Highly Rated Products in Cabinets & Cupboards

**Best Sellers**

Sterilite 0142 4 Shelf Cabinet - Flat Gray

Suncast BMCCPD8004 Storage Cabinet - Grey

VEVOR Storage Cabinet - Black (CKGJJXJSBGJHHZ7OJV0)

White Kitchen Pantry Storage Cabinet Wood Organizer 2 Doors And 4 Shelves

Costway Sideboard Storage Cabinet Bookshelf Cupboard w/Door Shelf Espresso

**Top Rated**

Sterilite 0142 4 Shelf Cabinet - Flat Gray

White Kitchen Pantry Storage Cabinet Wood Organizer 2 Doors And 4 Shelves

## Related searches

| Makeup Vanity Dressers | Vanity with Drawers | Dresser with Shelves | Vanity Table with Drawers | Dresser Storage Organizer |

| Multifunctional Dresser | Vanity Desk with Drawers | Vanity Drawers | Dresser Vanity Set | Plastic Storage Dresser |

| Makeup Vanity with Drawers | White Vanity with Drawers | Black Vanity with Drawers | Vanity Storage | Bathroom Vanities Cabinets |

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice ⓘ

Case: 1:26-cv-03240 Document #: 1-3 Filed: 02/27/26 Page 411 of 427 PageID #:441



AliExpress

Corner Table V Shape

Download the AliExpress app

Other/EN/ USD

Welcome
Sign in / Register

0
Cart



## Armoire Bedroom Island with Drawers Glass Top, Multi-Function Closet Island with Display Shelf & 6 Drawers, Wooden Storage

by RBXC Furniture Depar... ( ★ 4.9 | 900+ sold )

# $289.33  50% off  $578.65

Pay with PayPal Pay in 4 interest-free installments >

$3.59 off over $143.60 >

**Color: Cream White**



Customer Reviews    Specifications    Description    Store    More to love

# Reviews

# Related items

    

**Sold by**  RBXC Furniture Depar... (Trader) >

Seller info    Message

Ship to                United States

**Service commitment**

🚚 **Free shipping** · Ship from United States

**Delivery: Dec. 31 - Jan. 06** (62.5% ≤ 8 days)

🕐 **Fast delivery** >

✓ $1.00 coupon code if delayed

✓ Refund if package lost

✓ Refund if items damaged

✓ Refund if no delivery in 20 days

**Return&refund policy** >

**Security & Privacy** >

Safe payments: We do not share your p...

Secure personal details: We protect you...

**Shop sustainably** >

**Quantity**

−  1  +

20 available

**Buy now**

**Add to cart**

Share            ♡

12/26/25, 5:14 PM
Case: 1:26-cv-03240 Document #: 1-3 Filed: 02/27/26 Page 412 of 427 PageID #:442
Schoice Bedroom Island with Drawers, Glass Top, Multi-Function Closet Island with Display Shelf & 6 Drawers, Wooden Storage - AliExpress 1503

| | Ship from U.S. Heavy ... | | Choice 100-500pcs Vi... | | Ship from U.S. ... | | Choice New Handwov... | | Ship from U.S. ... |

$67.28 $118.16

Delivery: Dec. 29 - Jan.
Free shipping

$0.99 $1.59 -37%
★★★★½ 4.6
🔥 New shoppers save $
📦 Top selling on AliExp

$54.2 $88.86 -39%
★★★★★ 5 | 141 sold
🔥 New shoppers save $
📦 Top selling on AliExp

$29.27 $76.06
★★★★½ 4.6 | 94 sold
🔥 New shoppers save $
Premium Quality

$129.04 $366.5
★★★★½ 4.2 | 50 sold
Save $237.46
Delivery: Dec. 29 - Jan.

## Specifications

| High-concerned chemical | None | Origin | US(Origin) |
|---|---|---|---|
| Brand Name | RBXC | Color | As shown in the figure |

## Description

**Report this item or seller**

**Color**    Cream White
**Recommended Uses For Product**    Jewellery
**Product Dimensions**    18.3D x 60.4W x 33.1H
**Special Feature**    Glass Tabletop Display Shelf 6 Drawers
**Material**    Engineered Wood Glass
**Style**    Modern
**Number of Doors**    3
**Number of Drawers**    6

This modern bedroom island is designed to eliminate clutter in your closet, offering a spacious and stylish solution for storing clothes and accessories. Its warm white finish and sleek glass top complement any bedroom decor. The island features a glass display storage area, perfect for showcasing your accessories or makeup, with a glossy tabletop and practical display shelves for easy outfit coordination. Constructed from solid MDF boards and high-quality glass, this dresser boasts a sturdy structure for lasting stability and durability. The smooth drawer guides ensure a pleasant user experience. The closet island is equipped with multi-functional compartments, including six drawers, three cabinets, and open shelves, blending style with practicality. Measuring 60.4 inches in length, 18.7 inches in width, and 33.1 inches in height, this versatile piece requires full assembly, with all necessary hardware and instructions provided. It's an ideal addition to any walk-in closet, dressing room, or bedroom with limited space, seamlessly fitting into your existing environment.

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 413 of 427 PageID #:443



12/26/25, 5:14 PM

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 414 of 427 PageID #:444

3-choice Bedroom Island with Drawers Glass Top, Multi-Function Closet Island with Display Shelf &25 Drawers, Wooden Storage - AliExpress 1503



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 415 of 427 PageID #:445



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 416 of 427 PageID #:446



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 417 of 427 PageID #:447

Schoice Bedroom dazzle with Drawers Glass Top, Multi-Function Closet Island with Display Shelf & 7 Drawers, Wooden Storage - AliExpress 1503



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 418 of 427 PageID #:448



Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 419 of 427 PageID #:449



## RBXC Furniture Department Store

100.0% Positive Feedback | 154 Followers

+ Follow      💬 Message

### Recommended from RBXC Furniture Department Store  ›



Ship from U.S. Bedroom CPAP ...

**$190.4** $396.79 -52%

2 sold

🚩 New shoppers save $206.39

Customizable



Ship from U.S. Small Corner Sto...

**$117.18** $250.37 -53%

★★★★★ 5 | 3 sold

🚩 New shoppers save $133.19

Customizable



Ship from U.S. Barber Chair, Sal...

**$199.21** $414.42 -51%

4 sold

🚩 New shoppers save $215.21

Customizable



Ship from U.S. GarveeHome In...

**$176.55** $369.09 -52%

★★★★★ 5 | 2 sold

🚩 New shoppers save $192.54

Customizable



Ship from U.S. VOWNER Aquar...

**$153.37** $337.74 -54%

2 sold

🚩 New shoppers save $184.37

Delivery: Dec. 29 - Jan. 05



Ship from U.S. Bull Bar Fits 201...

**$180.75** $377.5 -52%

★★★★★ 5 | 2 sold

🚩 New shoppers save $196.75

Customizable

## More to love



Choice 6/12/30pcs kraft paper ...

**$0.99** ($0.16/pc) -86%

★★★★☆ 4.5 | 141 sold

Creative Human Body A...

**$2.33** $7.7 -69%

★★★★☆ 4.2 | 500+ sold

Choice Simple Wardrobe Simpl...

**$27.51** $55.02 -50%

★★★★★ 4.9 | 133 sold

Choice Set, 50Pcs Disposable P...

**$0.99** $16.97 -94%

★★★☆☆ 3.9 | 85 sold

Choice Luxury Wrought Iron Ba...

**$72.52** $161.05 -54%

🚩 New shoppers save $88.53

Lowest price in 90 days

Ship from U.S. Super Deals Round ...

**$83.18** $207.74 -59%

★★★☆☆ 3.7 | 29 sold

Schnoila Bedroom Dresser with Drawers Glass Top, Multi-function Closet Island with Display Shelf & 2 Drawers, Wooden Storage - AliExpress 1503



New shoppers save $6.33

Dollar Express ›

Delivery: Jan 02 - 08

New shoppers save $15.98

Top selling on AliExpress

**Ship from U.S.** Closet Island wit...

**$204.37** $212.37

4 sold

New shoppers save $8

Delivery: Dec. 29 - Jan. 05

**Choice** 2026 Wireless Smart Vi...

**$15.19** $34.08 -55%

★★★★☆ 4.1 | 2,000+ sold

Delivery: Jan 02 - 08

Free shipping

Dollar Express ›

**Ship from U.S.** Modern Closet I...

**$260.22** $596.03 -56%

★★★★★ 5 | 2 sold

New shoppers save $335.81

Customizable

**Ship from U.S.** **SuperDeals** Redle...

**$147.2** $354.74 -58%

23 sold

Save $207.54

Delivery: Dec. 29 - Jan. 05

**Choice** Gold Plated Zircon Lett...

**$4.12** $4.15

★★★★☆ 4.7 | 1,000+ sold

Top selling on AliExpress

Dollar Express ›

**Ship from U.S.** **SuperDeals** lift top ...

**$56.93** $115.95 -50%

9 sold

New shoppers save $59.02

Save $59.02

Creative Iron Decorative Wall ...

**$11.18** $23.29 -52%

★★★★☆ 4.4 | 34 sold

**Ship from U.S.** Stackable 6-Cub...

**$48.28** $84.79 -43%

Delivery: Dec. 29 - Jan. 05

Free shipping

**Ship from U.S.** Lift Top Coffee T...

**$88.53** $260.89 -66%

1 sold

New shoppers save $172.36

Customizable

Huitan Creative Design Wome...

**$0.99** $9.1 -89%

★★★★☆ 4.3 | 144 sold

New shoppers save $8.11

Top selling on AliExpress

**Ship from U.S.** Large Wardrobe ...

**$178.29** $547.89 -67%

1 sold

New shoppers save $369.6

Customizable

**Ship from U.S.** Tribesigns Farm...

**$121.53** $254.88 -52%

★★★★☆ 4 | 8 sold

Delivery: Dec. 29 - Jan. 05

Free shipping

Armoire Bedroom Armoire with Drawers Glass Top, Multi-Function Closet Island with Display Shelf 27 Drawage Wooden Storage - AliExpress 1503

Automatic Turkish Coffe...

**$26.77** ~~$70.96~~ -62%

⭐⭐⭐⭐ 4.2 | 137 sold

New shoppers save $44.19

Delivery: Jan 02 - 08

13x4 13x6 Hd B...

**$53.42** ~~$122.83~~ -56%

⭐⭐⭐⭐⭐ 5 | 176 sold

New shoppers save $69.41

Delivery: Dec. 29 - Jan. 05

AIMOOSI Prof...

**$0.99** ~~$8.44~~ -88%

⭐⭐⭐⭐ 4.4 | 1,000+ sold

New shoppers save $7.45

Delivery: Jan 02 - 08

Armoire Bedroo...

**$407.29** ~~$814.58~~ -50%

1 sold

Customizable

Delivery: Dec. 29 - Jan. 05

Farmhouse Lift T...

**$129.89** ~~$353.57~~ -63%

1 sold

New shoppers save $223.68

Customizable

5/10pcs Kraft Paper Ca...

**$0.99** ~~$3.43~~ -71%

⭐⭐⭐⭐ 4.8 | 357 sold

New shoppers save $2.44

Top selling on AliExpress

**View more**

## People also searched

This product belongs to **Home**

### Help

Help Center, Disputes & Reports, Return&refund policy, Report IPR infringement, DSA/OSA Information, Integrity Compliance, Transparency Center, Submit report (non-registered users), Recalls, Return Policy

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Wiki, Blog, Video

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - **Legal Information / Imprint** - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide Ⓒ 2010-2025 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 422 of 427 PageID #:452

Savings Up to 65% Off | Shop Now

Free Shipping Sitewide


WALKER EDISON

Home  >  Walker Edison | Modern Multi-Functional Island Vanity Dresser and Storage Cabinet



   

**NEW ARRIVAL**

# Walker Edison | Modern Multi-Functional Island Vanity Dresser and Storage Cabinet

SKU: BS325564AAK

Write a review

**$384** ~~$737~~  48% OFF

From **$34/month**, or 4 payments at 0% interest with Klarna  Learn more

**COLOR:** Beige

**ADD TO CART**

🚚 FREE SHIPPING

## Description

Our modern luxury island-style vanity and storage cabinet, a versatile centerpiece designed to elevate your living space with its elegant contemporary design and multifunctional practicality. Meticulously crafted with premium materials, this cabinet exudes exquisite

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 423 of 427 PageID #:453

Walker Edison | Modern Multi-Functional Island Vanity Dresser and Storage Cabinet

craftsmanship and durability, providing a haven for your belongings with its ample storage solutions, including six spacious drawers

## Walker Edison | Modern Multi-Functional Island Vanity Dresser and Storage Cabinet

Beige    Edit Selections

SUBTOTAL: **$384.00**    **ADD TO CART**

functionality with its thoughtful design elements, promising to redefine your space with refined luxury and unparalleled convenience.

# Specifications

| Place of Origin | China |
|---|---|
| Main Color | Cream White |
| Main Material | MDF + glass |

**Island Dresser**

| Weight Capacity | Top:165 LBS; Glass Shelf：35 LBS；  Drawer:30 LBS；  Jewelry Storage Tray：10 LBS |
|---|---|
| Material | MDF + Glass |
| Finished Back | Yes |
| Assembly Required | Full Assembly Needed |
| Suggested Number of People for Assembly | 2 |
| Product Care | Wipe clean with a dry cloth. Do not use strong liquid cleaners. |
| Package Number | 2 |

Read Less

---

**DIMENSIONS & SPECIFICATIONS**

# Dimensions & Weights

Assembled Length (in.)60.40 Assembled Width (in.)18.70 Assembled Height (in.)33.10 Weight (lbs)167.60

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 424 of 427 PageID #:454

## Walker Edison | Modern Multi-Functional Island Vanity Dresser and Storage Cabinet

Beige     Edit Selections

SUBTOTAL: **$384.00**

routine. Featuring a lustrous glass tabletop and a chic display shelf, alongside six spacious drawers and convenient open shelves, it seamlessly integrates style with practicality.

Abundant Storage Solutions: From cherished trinkets to everyday essentials, this cabinet offers a sanctuary for your belongings. Its array of storage compartments—six ample drawers and thoughtfully designed open shelves—provide a sanctuary for organization, ensuring everything has its designated place.

Effortless Organization at Your Fingertips: Bid farewell to clutter-induced chaos and embrace the serenity of seamless organization. With its intuitive design, accessing your essentials becomes a breeze. The drawers glide open effortlessly, while the open shelves offer quick and easy access to frequently used items.

Practical Luxury for Every Space: Whether adorning a walk-in wardrobe or gracing the confines of your bedroom sanctuary, this dresser effortlessly adapts to any environment. Its space-saving design maximizes utility without compromising on style, making it an indispensable addition to any discerning home.

Tailored for the Discerning: Designed with the discerning homeowner in mind, this dresser embodies sophistication and functionality in equal measure. Its thoughtful design elements cater to the demands of modern living, ensuring a seamless blend of style and practicality.

## Discover Similar Furniture

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 425 of 427 PageID #:455

## Walker Edison | Modern Multi-Functional Island Vanity Dresser and Storage Cabinet

Beige    Edit Selections

SUBTOTAL: **$384.00**



WHITE

Walker Edison | White 3 in 1 Vanity Desk Set with Flip Top Mirror & Storage

$187 ~~$340~~    45% OFF

NEW ARRIVAL



BROWN

Walker Edison | Multi-Functional Vanity Desk/Dresser Set with Flip-Top Mirror and Lights

$345 ~~$627~~    45% OFF

NEW ARRIVAL



BEIGE

Modern Fluted Vanity Makeup Mirror and Stool

$198 ~~$359~~    45% OFF

NEW ARRIVAL

● ○ ○

## Reviews



Review this Product

    

Be the first to review this product

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 426 of 427 PageID #:456

## Walker Edison | Modern Multi-Functional Island Vanity Dresser and Storage Cabinet

Beige    Edit Selections

SUBTOTAL: **$384.00**



# Free Shipping Sitewide

Add it to your cart and we'll take care of the rest — shipping's on us.

SHOP NOW

## About

About Us

Blogs

Partner Portal

Press

Loyalty Rewards

## Help

Customer Service

Return Policy

Warranty Policy

Help Center

Shop Closeout

## Company

Careers

Compliance

Legal

Privacy

Terms & Conditions

Recall Information

Case: 1:26-cv-02240 Document #: 1-3 Filed: 02/27/26 Page 427 of 427 PageID #:457

ALSO OF INTEREST     Vanity Desk Set with LED Lighted Mirror     Multi-Functional Vanity Desk and Dresser Set

## Walker Edison | Modern Multi-Functional Island Vanity Dresser and Storage Cabinet

Beige     Edit Selections

SUBTOTAL: **$384.00**



©2025 Twin Star Int'l, d/b/a Walker Edison, All rights reserved.