# EXHIBIT 4

Case: 1:26-cv-02240 Document #: 1-4 Filed: 02/27/26 Page 2 of 11 PageID #:459

OVERVIEW    DETAILS    REVIEWS    RECOMMENDED    SHIPPING & RETURNS     $949.⁹⁹    **ADD TO CART**   ♡

Search for products and ideas    **homary** dream home, delivered    🇺🇸

Visit Stores | Inspiration | Free Design Services | Delivery Guide | Influencers x Homary | Trade Program

Furniture    Outdoor    Bath & Faucets    Decor & Rugs    Lighting    Kitchen    Organization    Best Sellers    New    **Sales**    Quick Ship

Home / Furniture / Bedroom Furniture / Dressers & Chests / SKU: JJ3R06196P



## 60" Glass Top Dresser Walk-in Closet Island with Jewelry Storage

★★★★★ 4.8   38 Reviews

**$949.99** ~~$1,049.99~~ ⑦

☐ Apply $ 75.00 off coupon

Pay in 4 with **Klarna.** or monthly payment with **affirm** ⑦

**Finish :** Matte Black

**Style Option :** A

| A | B |

— 1 +     **ADD TO CART**

✓ **In Stock**. Free Shipping to: **10001-New York City** ⑦

📅 **Get it by Jan 31** , 83.98% are ≤ 4 days ⑦

30 30-Day Price-Match ›

◁ 30-Day Return ›

🚚 Protected Delivery ›

### WHAT WE OFFER

🛡️ **2 Year Protection Plan for $ 69.99**
**What's Covered**

💺 **Assembly Service by Taskrabbit $ 109.00**
**See More**

### DESCRIPTION ⌄

This 60" dresser comes with a variety of drawers, along with one special compartment for jewelry. Its modern design makes the piece not only gorgeous to have in your home but also very practical; it will help keep all your things in their proper order. Perfect for walk-in closets or bedrooms, it brings a clean look into any room.

- Sintered stone and temered glass top
- Cosmetics and jewelry storage with velvet upholstery
- Four drawers and one cabinets

**All Media**    **Dimension**

Case: 1:26-cv-02240 Document #: 1-4 Filed: 02/27/26 Page 3 of 11 PageID #:460

OVERVIEW   DETAILS   REVIEWS   RECOMMENDED   SHIPPING & RETURNS         $**949**.⁹⁹

WEIGHTS & DIMENSIONS    ⌄

SPECIFICATIONS    ⌄

**STILL DECIDING?**

📍 Welcome to Our Showroom    ›

🪄 Request a Free Design Appointment    ›

# REVIEWS

🛡 All reviews are from verified buyers

**4.8** ★★★★★   38 Reviews         ✎ Write a Review

| Recommend ⌄ | All Stars ⌄ | With Photos | looks 1 | island 1 | wobbling 1 |

---

Gerry Y.  | ★★★★★ Verified Buyer                                    02/17/2024

**This has to be one**

This has to be one of, if not, the best dresser! No other dresser compares to this! This is really nice looking and sturdy. No wobble whatsover! And installation is fairly straight forward! Recommend this to anyone looking for a walk-in closet dresser!

👍 Helpful     ⤨ Share

---

Grover  | ★★★★☆ Verified Buyer                                    08/10/2023

**I love the island. It**

I love the island. It fits perfectly in my bedroom. Looks amazing, very sturdy. The only issue I had was putting it together. It was literally from scratch. I wish some of the hardware came together already but then idek how they would package this. It already came in TWO heavy boxes. Definitely need two people to move or a very strong man.

👍 Helpful 2     ⤨ Share

See More

# QUESTIONS & ANSWERS

Showing 1-1 of 1 questions.

VIEW ALL →

"Is assembly required for this product? if so, how much?"...    ⌃

Case: 1:26-cv-02240 Document #: 1-4 Filed: 02/27/26 Page 4 of 11 PageID #:461

OVERVIEW    DETAILS    REVIEWS    RECOMMENDED    SHIPPING & RETURNS    $**949**.99

# SIMILAR ITEMS

( Recommended )  ( In Stock )



Winter Sale

60" Glass Top Dresser Walk-in Closet Island with Jewelry Storage

From $ 899.99



59" Vanity Dresser Glass Top Walk in Closet Island with Storage & Stool

From $ 1,159.99  $1,359.99

Humply 59" Leather Black 9-Drawer Dresser Chest

From $ 699.99  $729.99



Winter Sale

47"W Dresser Walk in Closet Island with Jewelry Storage LED Light

$ 1,299.99

# FREQUENTLY BOUGHT TOGETHER



55" Smart Makeup Vanity Set with Mirror & Lights

New Lower Price
$ 429.99  $439.99



Winter Sale

Panther Figurine Resin Art Deco Gold Side Table with Tray Top

Flash Sale
$ 229.99  $379.99



Astronaut Resin Figurine Gold Floating Side Table with Storage

$ 159.99  $249.99



19.7" LED Digital Wall Clock Moon-Themed with Remote Control &…

New Lower Price
$ 139.99  $159.99

# YOUR BROWSING HISTORY

 

Case: 1:26-cv-02240 Document #: 1-4 Filed: 02/27/26 Page 5 of 11 PageID #:462

OVERVIEW    DETAILS    REVIEWS    RECOMMENDED    <u>SHIPPING & RETURNS</u>      $**949**.99    ♡

### Free Shipping Service

Free shipping is available in most of the mainland. Shipping surcharge applies to remote areas of your country.

### When Will My Order Ship

We usually ship all orders within 1-2 business day. The Estimated Delivery Time is subject to the instructions on each product page.

### 30 Day Return & Exchange Policy

We offer returns for most items within 30 days of delivery whenever you are not satisfied with the product or change your mind. <u>Learn More</u>

### When Will I Receive My Refund

When we receive your return, you will be refunded in 3-5 working upon receipt and inspection. The refund will be made to the account that the funds were originally drawn from.

### Shipping Surcharge for Remote Areas

We will contact you to confirm the shipping surcharge after you create the order.

### How to Track the Order Status

You're free to check the status by logging into your Homary account or by <u>TRACK ORDER</u> with your order number and email address.

### Return or Exchange Cost

We will pay for the return or exchange cost if quality issues are involved. If you're returning or exchanging the item because you changed your mind, customers are responsible for return shipping cost.

**Shipping FAQs >>**

**RELATED PRODUCTS** ⌄

---

## GET UP TO $ 500 OFF COUPON

Learn more about special offers, promotions, events and more.

<u>Terms&Conditions</u> | <u>Privacy Policy</u>

| Your Email Address | **SIGN UP NOW** |

 **FREE SHIPPING** Enjoy shipping to most areas     **30-DAY RETURN** Easy exchange & returns     **PROTECTED DELIVERY** With care in every step of the journey     **SECURE CHECKOUT** Safe payments and trusted privacy

---



Homary: Magazine Life Enabler For Every Budget

Named as America's Best Online Shop 2024 in the home living industry by Newsweek, Homary transforms homes with exquisite, multifunctional, and affordable home solutions, like furniture, outdoor, bath, lighting decor, and more.

At Homary, we redefine luxury as a standard, not a privilege. We specialize in magazine-quality, design-forward home furnishing products at prices within reach. Homary is committed to making luxury living achievable for all.

**Information**

About Homary

Blog

Reviews

Sustainability

Rewards Program

Privacy Policy

Terms & Conditions

Legal Notice

Sitemap

**Customer Service**

Support Center

Returns & Refunds

Shipping Guide

Design Services

Assembly Service

Financing

Track Order

**B2B Programs**

**Contact Us**

💬 Customer Service

**Service Time**
24-hour Monday through Sunday

**Download App**

 

 

OVERVIEW    DETAILS    REVIEWS    RECOMMENDED    **SHIPPING & RETURNS**    $**949**.99

CERTIFIED REVIEW

Powered by YOTPO

Copyright 2026 Homary.com All Rights Reserved.

OVERVIEW    DETAILS    REVIEWS    RECOMMENDED    SHIPPING & RETURNS          $1,049.⁹⁹    [ADD TO CART]    ♡

Search for products and ideas 🔍          **homary**  dream home, delivered          🇺🇸  👤  🔍  💬  🛒

Visit Stores  |  Inspiration  |  Free Design Services  |  Delivery Guide  |  Influencers x Homary  |  Trade Program

Furniture    Outdoor    Bath & Faucets    Decor & Rugs    Lighting    Kitchen    Organization    Best Sellers    New    **Sales**    Quick Ship

Home  /  Furniture  /  Bedroom Furniture  /  Dressers & Chests  /  SKU: JJE181768S          f  𝕏  📌  🟢  ✉️



## 60" Glass Top Dresser Walk-in Closet Island with Jewelry Storage   ♡

⭐⭐⭐⭐⭐  4.8   38 Reviews

#3 Best Seller :  In Dressers & Chests ›

**WINTER WAREHOUSE SALE**

## $1,049.99

☐ Apply 10% off coupon

Pay in 4 with **Klarna.** or monthly payment with **affirm** ⓘ

**Finish :** Matte Ivory

**Style Option :**  A

[ A ]   [ B ]

[ − ]  1  [ + ]          [ ADD TO CART ]

✓  Free Shipping to :  10001-New York City  ⓘ

📅  Get it in 2-3 weeks , 86.81% are ≤ 3 weeks ⓘ

🔄  30-Day Price-Match  ›

↩  30-Day Return  ›

🚚  Protected Delivery  ›

### WHAT WE OFFER

🛡  **2 Year Protection Plan for $ 54.99**
What's Covered

🔧  **Assembly Service by Taskrabbit $ 189.00**
See More

### DESCRIPTION          ⌄

This 60" dresser comes with a variety of drawers, along with one special compartment for jewelry. Its modern design makes the piece not only gorgeous to have in your home but also very practical; it will help keep all your things in their proper order. Perfect for walk-in closets or bedrooms, it brings a clean look into any room.

- Sintered stone and temered glass top

Case: 1:26-cv-02240 Document #: 1-4 Filed: 02/27/26 Page 8 of 11 PageID #:465

OVERVIEW    DETAILS    REVIEWS    RECOMMENDED    SHIPPING & RETURNS

$1,049.⁹⁹



- One tempered glass shelf
- Fluted design that adds elegance to your cloakroom

| WEIGHTS & DIMENSIONS | ⌄ |
|---|---|

| SPECIFICATIONS | ⌄ |
|---|---|

### STILL DECIDING?

| 📍 Welcome to Our Showroom | ❯ |
|---|---|
| ✖ Request a Free Design Appointment | ❯ |

# WHY YOU'LL LOVE IT



Fluted Doors



Cosmetics Display Section

# REVIEWS

🛡 All reviews are from verified buyers

## 4.8
★★★★★
38 Reviews

✎ Write a Review

| Recommend ⌄ | All Stars ⌄ | With Photos | looks 1 | island 1 | wobbling 1 |
|---|---|---|---|---|---|

Case: 1:26-cv-02240 Document #: 1-4 Filed: 02/27/26 Page 9 of 11 PageID #:466

OVERVIEW      DETAILS      REVIEWS      RECOMMENDED      SHIPPING & RETURNS            $1,049.⁹⁹      ♡

**This has to be one**

This has to be one of, if not, the best dresser! No other dresser compares to this! This is really nice looking and sturdy. No wobble whatsover! And installation is fairly straight forward! Recommend this to anyone looking for a walk-in closet dresser!

👍 Helpful            ⇗ Share

---

Grover  |  ★★★★☆  Verified Buyer                                                          08/10/2023

**I love the island. It**

I love the island. It fits perfectly in my bedroom. Looks amazing, very sturdy. The only issue I had was putting it together. It was literally from scratch. I wish some of the hardware came together already but then idek how they would package this. It already came in TWO heavy boxes. Definitely need two people to move or a very strong man.

👍 Helpful 2            ⇗ Share

[ See More ]

# QUESTIONS & ANSWERS

Showing 1-2 of 2 questions.

[ VIEW ALL → ]

| "How much does this weigh and how far do the jewelry… ∧ | "Is the top piece of glass clear ? It looks brown " asked by… ∧ |
|---|---|
| "It is around 114 kg. Which dimension do you need?" | "It is brown that, the same as the website. " |

# SIMILAR ITEMS

( Recommended )   ( In Stock )









**59" Vanity Dresser Glass Top Walk in Closet Island with Storage & Stool**
From $ 1,159.99  $1,359.99

**47"W Dresser Walk in Closet Island with Jewelry Storage LED Light**
$ 1,299.99

**Humply 59" Leather White 9-Drawer Dresser Chest**
Flash Sale
$ 949.99  $999.99

**Krila 47" Modern Natural 6-Drawer Dresser with Charging Station**
From $ 449.99  $489.99

OVERVIEW          DETAILS          REVIEWS          RECOMMENDED          **SHIPPING & RETURNS**          $**1,049**.⁹⁹



Winter Sale

34.3" Geometric Digital Wall Clock Modern Gold & Black Oversized Wall...

$ 109.99



Winter Sale

5'x 8' Art Deco Area Rug with Abstract Pattern Decorative Carpet

New Lower Price
$ 99.99 $ 149.99



Winter Sale

Humply leather dressing table set with mirror and lights (1020mm-...

Flash Sale
$ 799.99 $ 899.99



Winter Sale

3 Pieces Modern Geometric Abstract Wall Decor Set Canvas Print with...

New Lower Price
$ 139.99 $ 169.99

# YOUR BROWSING HISTORY



# SHIPPING & RETURNS

**Free Shipping Service**

Free shipping is available in most of the mainland. Shipping surcharge applies to remote areas of your country.

**Shipping Surcharge for Remote Areas**

We will contact you to confirm the shipping surcharge after you create the order.

**When Will My Order Ship**

We usually ship all orders within 1-2 business day. The Estimated Delivery Time is subject to the instructions on each product page.

**How to Track the Order Status**

You're free to check the status by logging into your Homary account or by **TRACK ORDER** with your order number and email address.

**30 Day Return & Exchange Policy**

We offer returns for most items within 30 days of delivery whenever you are not satisfied with the product or change your mind. Learn More

**Return or Exchange Cost**

We will pay for the return or exchange cost if quality issues are involved. If you're returning or exchanging the item because you changed your mind, customers are responsible for return shipping cost.

**When Will I Receive My Refund**

When we receive your return, you will be refunded in 3-5 working upon receipt and inspection. The refund will be made to the account that the funds were originally drawn from.

**Shipping FAQs >>**

Case: 1:26-cv-02240 Document #: 1-4 Filed: 02/27/26 Page 11 of 11 PageID #:468

OVERVIEW     DETAILS     REVIEWS     RECOMMENDED     SHIPPING & RETURNS     $1,049.⁹⁹



## DEALS, INSPIRATION AND TRENDS

Learn more about special offers, promotions, events and more.

Terms&Conditions  |  Privacy Policy

| Your Email Address | **SIGN UP NOW** |

 **FREE SHIPPING** Enjoy shipping to most areas

 **30-DAY RETURN** Easy exchange & returns

 **PROTECTED DELIVERY** With care in every step of the journey

 **SECURE CHECKOUT** Safe payments and trusted privacy


dream home, delivered

Homary: Magazine Life Enabler For Every Budget

Named as America's Best Online Shop 2024 in the home living industry by Newsweek, Homary transforms homes with exquisite, multifunctional, and affordable home solutions, like furniture, outdoor, bath, lighting decor, and more.

At Homary, we redefine luxury as a standard, not a privilege. We specialize in magazine-quality, design-forward home furnishing products at prices within reach. Homary is committed to making luxury living achievable for all.

### Information

About Homary

Blog

Reviews

Sustainability

Rewards Program

Privacy Policy

Terms & Conditions

Legal Notice

Sitemap

Homary Plus

Membership

### Customer Service

Support Center

Returns & Refunds

Shipping Guide

Design Services

Assembly Service

Financing

Track Order

### B2B Programs

Trade Program

Affiliate Program

### Contact Us

💬 Customer Service

**Service Time**
24-hour Monday through Sunday

### Download App







Powered by YOTPO

        

                

Copyright 2026 Homary.com All Rights Reserved.